# Clement & Murphy
PLLC

July 10, 2025

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

  Re: *Petersen Energia Inversora, S.A.U. v. Argentine Republic*, No. 25-1687

Dear Ms. Wolfe:

  I represent Plaintiffs-Appellees Petersen Energía Inversora, S.A.U. and Petersen Energía S.A.U. in the above-referenced appeal. Defendant-Appellant Argentine Republic has filed a motion for a stay pending appeal, and has also requested an administrative stay pending this Court's decision on the motion for a stay pending appeal. *See* Dkt.15. Plaintiffs-Appellees oppose the motion for a stay pending appeal, and intend to file a response.

  However, Plaintiffs-Appellees note that the district court has now indicated that it will rule on Defendant-Appellant's pending district court stay motion by Monday, July 14, and will then provide the parties with three days to seek relief from this Court if warranted. *See* D.Ct.Dkt.752. Accordingly, Plaintiffs-Appellees intend to submit their response (if necessary) to Defendant-Appellant's motion to this Court for a stay pending appeal no later than Thursday, July 17, and request that this Court direct Defendant-Appellant to submit any reply no later than Tuesday, July 22. Plaintiffs-Appellees do not oppose the entry of a temporary administrative stay by this Court to permit orderly briefing and consideration of the motion for a stay pending appeal.

          Respectfully submitted,

          <u>s/Paul D. Clement</u>
          Paul D. Clement

          *Counsel for Plaintiffs-Appellees*

cc: All Counsel of Record