# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of July, two thousand twenty-five.

_____

| | |
|---|---|
| Bainbridge Fund LTD, | **ORDER** |
|    Plaintiff - Appellee, | Docket No. 25-1686 |
|  v. | |
| The Republic of Argentina, | |
|    Defendant - Appellant. | |

_____
_____

| | |
|---|---|
| Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U., | |
|    Plaintiffs - Appellees, | Docket No. 25-1687 |
|  v. | |
| Argentine Republic, | |
|    Defendant – Appellant. | |

_____
_____

| | |
|---|---|
| Eton Park Capital Management, L.P., et al. | |
|    Plaintiffs - Appellees, | Docket No. 25-1689 |
|  v. | |
| Argentine Republic, | |
|    Defendant – Appellant. | |

_____

IT IS HEREBY ORDERED that the above-captioned appeals shall proceed in tandem.

                                              For the Court:
                                              Catherine O'Hagan Wolfe,
                                              Clerk of Court