# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

July 11, 2025

Via ECF

Catherine O'Hagan Wolfe,
   Clerk of the Court,
      United States Court of Appeals for the Second Circuit,
         Thurgood Marshall United States Courthouse,
           40 Foley Square,
              New York, NY 10007.

        Re:   *Petersen Energía Inversora S.A.U. et al.* v. *Argentine Republic*, No. 25-1687; *Eton Park Capital Management, L.P., et al,* v. *Argentine Republic*, No. 25-1689

Dear Ms. Wolfe:

      I represent the Defendant-Appellant the Argentine Republic in these appeals and write in response to Plaintiffs-Appellees' letter filed yesterday (i) reporting that the district court has indicated it will rule on the Republic's motion for a stay pending appeal before it by Monday, July 14, (ii) agreeing to a temporary administrative stay pending this Court's decision on the Republic's motion for a stay pending appeal, and (iii) proposing a briefing schedule in this Court. Today, the Clerk of Court ordered these appeals to proceed in tandem with *Bainbridge Fund Ltd.* v. *Argentina*, No. 25-1686, and the plaintiff-appellee in that case made a similar proposal for the motion for a stay pending appeal in that case.

      The Republic welcomes Plaintiffs-Appellees' consent to a temporary administrative stay pending resolution of the Republic's stay motion in this Court. The Republic also is agreeable to the briefing schedule proposed by Plaintiffs in the event that the district court denies the Republic's stay motion. If the district

Catherine O'Hagan Wolfe -2-

court takes other action in its ruling on the pending stay motion, such as imposing conditions on a stay pending appeal (other than expedition, as to which the Republic has no objection), the Republic proposes that the parties in the three appeals confer and inform the Court as to next steps by no later than close of business on July 15.

Respectfully,

/s/ Robert J. Giuffra, Jr.
Robert J. Giuffra, Jr.

cc: Counsel of Record (via ECF)