# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

July 14, 2025

Via ECF

Catherine O'Hagan Wolfe,
   Clerk of the Court,
      United States Court of Appeals for the Second Circuit,
         Thurgood Marshall United States Courthouse,
            40 Foley Square,
               New York, NY 10007.

        Re:   *Petersen Energía Inversora S.A.U. et al.* v. *Argentine Republic*, No. 25-1687; *Eton Park Capital Management, L.P., et al,* v. *Argentine Republic*, No. 25-1689

Dear Ms. Wolfe:

      I represent the Defendant-Appellant the Argentine Republic in these appeals. The district court today denied the Republic's motion for a stay pending appeal, although it modified the effective date of its order to July 17 to allow this Court an opportunity to enter emergency relief.

      In a letter dated July 10, 2025, Plaintiffs-Appellees confirmed that they do not oppose the entry of a temporary administrative stay by this Court pending resolution of the Republic's stay motion in this Court. (ECF No. 18.1.) Plaintiffs-Appellees will file their opposition to the Republic's motion for a stay pending appeal by Thursday, July 17 (*id.*), and the Republic has agreed with Plaintiffs-Appellees' proposal that the Republic's reply be filed by July 22 (*id.*; ECF No. 22.1).

      Accordingly, the Republic requests that this Court grant the agreed-upon administrative stay pending resolution of the Republic's stay motion in this Court and enter the agreed briefing schedule.

Catherine O'Hagan Wolfe                                                    -2-

                                                Respectfully,

                                                /s/ Robert J. Giuffra, Jr.
                                                Robert J. Giuffra, Jr.

cc:     Counsel of Record (via ECF)