## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Petersen Energia Inversora S.A.U. v. Argentine Republic     Docket No.: 25-1687

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: David E. Farber

Firm: U.S. Attorney's Office, Southern District of New York

Address: 86 Chambers Street, Third Floor, New York, NY 10007

Telephone: 212-637-2772     Fax: 212-637-2702

E-mail: david.farber@usdoj.gov

Appearance for: The United States of America
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: the Argentine Republic )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on  n/a     OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ David E. Farber

Type or Print Name: David E. Farber