## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** Petersen Energia Inversora S.A.U. v. Argentine Republic    **Docket No.:** 25-1687

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Benjamin H. Torrance

**Firm:** U.S. Attorney's Office, Southern District of New York

**Address:** 86 Chambers Street, Third Floor, New York, NY 10007

**Telephone:** 212-637-2703    **Fax:** 212-637-2702

**E-mail:** benjamin.torrance@usdoj.gov

**Appearance for:** The United States of America
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☐ Additional counsel (co-counsel with: _____)
(name/firm)

☑ Amicus (in support of: the Argentine Republic )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on Jan. 3, 2025    OR

☐ I applied for admission on _____.

**Signature of Counsel:** /s/ Benjamin H. Torrance

**Type or Print Name:** Benjamin H. Torrance