## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** Petersen Energia Inversora, S.A.U. v. Argentine Republic   **Docket No.:** 25-1687

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Derek T. Ho

**Firm:** Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.

**Address:** 1615 M Street N.W., Suite 400, Washington, DC 20036

**Telephone:** (202) 326-7900   **Fax:** (202) 326-7999

**E-mail:** dho@kellogghansen.com

**Appearance for:** Petersen Energia Inversora, S.A.U.; Petersen Energia S.A.U.
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Paul D. Clement/Clement & Murphy, PLLC )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 4/3/2024   OR

☐ I applied for admission on _____ .

**Signature of Counsel:** /s/ Derek T. Ho

**Type or Print Name:** Derek T. Ho