## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Petersen Energia Inversora, S.A.U. v. Argentine Republic    Docket No.: 25-1687

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Andrew E. Goldsmith

Firm: Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.

Address: 1615 M Street N.W., Suite 400, Washington, DC 20036

Telephone: (202) 326-7900    Fax: (202) 326-7999

E-mail: agoldsmith@kellogghansen.com

Appearance for: Petersen Energia Inversora, S.A.U.; Petersen Energia S.A.U.
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Paul D. Clement/Clement & Murphy, PLLC )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 7/30/2021    OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Andrew E. Goldsmith

Type or Print Name: Andrew E. Goldsmith