## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
## CIVIL APPEAL PRE-ARGUMENT STATEMENT (FORM C)

**1. SEE NOTICE ON REVERSE**          **2. PLEASE TYPE OR PRINT**          **3. STAPLE ALL ADDITIONAL PAGES**

| Case Caption: | District Court or Agency: | Judge: |
|---|---|---|
| Petersen Energia Inversora, S.A.U., et al. | S.D.N.Y. | Hon. Loretta A. Preska |
| v. | **Date the Order or Judgment Appealed from was Entered on the Docket:** June 30, 2025 | **District Court Docket No.:** 1:15-cv-2739 |
| Argentine Republic | **Date the Notice of Appeal was Filed:** July 10, 2025 | **Is this a Cross Appeal?** ☐ Yes  ☑ No |

| **Attorney(s) for Appellant(s):** ☐ Plaintiff ☑ Defendant | Counsel's Name: Robert J. Giuffra, Jr. | Address: 125 Broad Street New York, NY, 10004 | Telephone No.: (212) 558-4000 | Fax No.: (212) 558-3588 | E-mail: giuffrar@sullcrom.com |
|---|---|---|---|---|---|
| **Attorney(s) for Appellee(s):** ☑ Plaintiff ☐ Defendant | Counsel's Name: Paul D. Clement | Address: 706 Duke Street Alexandria, VA 22314 | Telephone No.: (202) 742-8900 | Fax No.: (202) 742-8895 | E-mail: paul.clement@clementmurphy.com |

| Has Transcript Been Prepared? No | Approx. Number of Transcript Pages: N/A | Number of Exhibits Appended to Transcript: N/A | Has this matter been before this Circuit previously? ☑ Yes  ☐ No |
|---|---|---|---|
| | | | If Yes, provide the following: |
| | | | Case Name:  Petersen Energia Inversora S.A.U. v. Argentine Republic |
| | | | 2d Cir. Docket No.: 16-3303, 16-3304; 23-7370, 23-7463, 23-7614          Reporter Citation: (i.e., F.3d or Fed. App.) 895 F.3d 194 (2d Cir. 2018) |

**ADDENDUM "A"**: COUNSEL MUST ATTACH TO THIS FORM: (1) A BRIEF, BUT NOT PERFUNCTORY, DESCRIPTION OF THE NATURE OF THE ACTION; (2) THE RESULT BELOW; (3) A COPY OF THE NOTICE OF APPEAL AND A CURRENT COPY OF THE LOWER COURT DOCKET SHEET; AND (4) A COPY OF ALL RELEVANT OPINIONS/ORDERS FORMING THE BASIS FOR THIS APPEAL, INCLUDING TRANSCRIPTS OF ORDERS ISSUED FROM THE BENCH OR IN CHAMBERS.

**ADDENDUM "B"**: COUNSEL MUST ATTACH TO THIS FORM A LIST OF THE ISSUES PROPOSED TO BE RAISED ON APPEAL, AS WELL AS THE APPLICABLE APPELLATE STANDARD OF REVIEW FOR EACH PROPOSED ISSUE.

### PART A:  JURISDICTION

| 1. Federal Jurisdiction | | 2. Appellate Jurisdiction | |
|---|---|---|---|
| ☐ U.S. a party | ☐ Diversity | ☑ Final Decision | ☐ Order Certified by District Judge (i.e., Fed. R. Civ. P. 54(b)) |
| ☐ Federal question (U.S. not a party) | ☑ Other (specify): 28 U.S.C. 1330 | ☑ Interlocutory Decision Appealable As of Right | ☐ Other (specify): _____ |

**IMPORTANT.  COMPLETE AND SIGN REVERSE SIDE OF THIS FORM.**

FORM C  (Rev. October 2016)

1615 M. Street, N.W., Suite 400,
Washington, D.C. 20036

## PART B: DISTRICT COURT DISPOSITION (Check as many as apply)

**1. Stage of Proceedings**
- [ ] Pre-trial
- [ ] During trial
- [✓] After trial

**2. Type of Judgment/Order Appealed**
- [ ] Default judgment
- [ ] Dismissal/FRCP 12(b)(1) lack of subject matter juris.
- [ ] Dismissal/FRCP 12(b)(6) failure to state a claim
- [ ] Dismissal/28 U.S.C. § 1915(e)(2) frivolous complaint
- [ ] Dismissal/28 U.S.C. § 1915(e)(2) other dismissal
- [ ] Dismissal/other jurisdiction
- [ ] Dismissal/merit
- [✓] Judgment / Decision of the Court
- [ ] Summary judgment
- [ ] Declaratory judgment
- [ ] Jury verdict
- [ ] Judgment NOV
- [ ] Directed verdict
- [✓] Other (specify): Injunction and Turnover

**3. Relief**
- [ ] Damages:
  - [ ] Sought: $ _____
  - [ ] Granted: $ _____
  - [ ] Denied: $ _____
- [✓] Injunctions:
  - [ ] Preliminary
  - [✓] Permanent
  - [ ] Denied

Order requiring the Republic to "(i) transfer its Class D shares of YPF to a global custody account at BNYM in New York within 14 days" and "(ii) instruct BNYM to initiate a transfer of the Republic's ownership interests in its Class D shares of YPF to Plaintiffs or their designees within one business day of the date on which the Shares are deposited into the account."

## PART C: NATURE OF SUIT (Check as many as apply)

**1. Federal Statutes**
- [ ] Antitrust
- [ ] Bankruptcy
- [ ] Banks/Banking
- [ ] Civil Rights
- [ ] Commerce
- [ ] Energy
- [ ] Commodities
- [✓] Other (specify): FSIA
- [ ] Communications
- [ ] Consumer Protection
- [ ] Copyright / Patent
- [ ] Trademark
- [ ] Election
- [ ] Soc. Security
- [ ] Environmental
- [ ] Freedom of Information Act
- [ ] Immigration
- [ ] Labor
- [ ] OSHA
- [ ] Securities
- [ ] Tax

**2. Torts**
- [ ] Admiralty/ Maritime
- [ ] Assault / Defamation
- [ ] FELA
- [ ] Products Liability
- [ ] Other (Specify):

**3. Contracts**
- [ ] Admiralty/ Maritime
- [ ] Arbitration
- [ ] Commercial
- [ ] Employment
- [ ] Insurance
- [ ] Negotiable Instruments
- [✓] Other Specify: Breach of bylaws provision

**4. Prisoner Petitions**
- [ ] Civil Rights
- [ ] Habeas Corpus
- [ ] Mandamus
- [ ] Parole
- [ ] Vacate Sentence
- [ ] Other

**5. Other**
- [ ] Hague Int'l Child Custody Conv.
- [ ] Forfeiture/Penalty
- [ ] Real Property
- [ ] Treaty (specify):
- [✓] Other (specify): Breach of bylaws provision

**6. General**
- [ ] Arbitration
- [ ] Attorney Disqualification
- [ ] Class Action
- [ ] Counsel Fees
- [ ] Shareholder Derivative
- [ ] Transfer

**7. Will appeal raise constitutional issue(s)?**
- [ ] Yes
- [✓] No

Will appeal raise a matter of first impression?
- [ ] Yes
- [✓] No

---

1. Is any matter relative to this appeal still pending below? [ ] Yes, specify: _____ [✓] No

2. To your knowledge, is there any case presently pending or about to be brought before this Court or another court or administrative agency which:

   (A) Arises from substantially the same case or controversy as this appeal? [✓] Yes [ ] No

   (B) Involves an issue that is substantially similar or related to an issue in this appeal? [✓] Yes [ ] No

If yes, state whether ☐ "A," or ☐ "B," or [✓] both are applicable, and provide in the spaces below the following information on the *other* action(s):

| Case Name: See Addendum C | Docket No. | Citation: | Court or Agency: |
|---|---|---|---|

Name of Appellant: Argentine Republic

| Date: July 21, 2025 | Signature of Counsel of Record: /s/ Robert J. Giuffra, Jr. |
|---|---|

## NOTICE TO COUNSEL

**Once you have filed your Notice of Appeal with the District Court or the Tax Court, you have only 14 days in which to complete the following important steps:**

1. Complete this Civil Appeal Pre-Argument Statement (Form C); serve it upon all parties, and file it with the Clerk of the Second Circuit in accordance with LR 25.1.
2. File the Court of Appeals Transcript Information/Civil Appeal Form (Form D) with the Clerk of the Second Circuit in accordance with LR 25.1.
3. Pay the $505 docketing fee to the United States District Court or the $500 docketing fee to the United States Tax Court unless you are authorized to prosecute the appeal without payment.

**PLEASE NOTE: IF YOU DO NOT COMPLY WITH THESE REQUIREMENTS WITHIN 14 DAYS, YOUR APPEAL WILL BE DISMISSED.** *SEE* LOCAL RULE 12.1.

**FORM C** (Rev. December 2016)

**ADDENDUM A:  THE NATURE OF THE ACTION AND THE RESULT BELOW**

       This appeal relates to a record-setting, combined $16.1 billion judgment against the Argentine Republic, which is separately on appeal before this Court.  *Petersen Energía Inversora, S.A.U.* v. *Argentine Republic*, Nos. 23-7370, 23-7463, 23-7614; *Eton Park Capital Management, L.P.* v. *Argentine Republic*, Nos. 23-7376, 23-7471, 23-7667.  As part of plaintiffs' efforts to execute on that judgment while it is pending appeal, on April 22, 2024, plaintiffs filed a motion in the district court seeking an order requiring the Republic (1) to transfer its 51% of Class D shares in the biggest Argentine energy company, YPF S.A. (the YPF Shares), *held in Argentina* into a global custody account at Bank of New York Mellon (BNYM) in New York, and (2) to instruct BNYM to transfer ownership interests in those shares to plaintiffs or their designees.  Dkt. 555.[1] The Republic opposed plaintiffs' motion because the Foreign Sovereign Immunities Act (FSIA), principles of international comity, the act-of-state doctrine, federal common law, and New York law all prohibit reaching into a foreign nation to seize its property in its own territory for turnover in the United States.  The United States filed a Statement of Interest supporting the Republic, "reiterat[ing] its long-standing position that foreign sovereign property located abroad is not subject to execution in U.S. courts."  Dkt. 679 (U.S. Statement) at 1.

       On June 30, 2025, the district court issued an order requiring the Republic to "(i) transfer its Class D shares of YPF to a global custody account at BNYM in New York within 14 days" and "(ii) instruct BNYM to initiate a transfer of the Republic's ownership interests in its Class D shares of YPF to Plaintiffs or their designees within one business day of the date on which the Shares are deposited into the account."  Dkt. 742 at 33 (2d Cir. Dkt. 2).  The district court later paused its order for an additional three days to allow the Republic to seek an emergency stay in this Court. Dkt. 753.  On July 15, 2025, this Court granted an administrative stay that remains in place while it considers whether to grant a full stay pending appeal.  2d Cir. Dkt. 33.

       The district court's turnover order violates fundamental principles of U.S. and international law.  *First*, the district court incorrectly concluded—over the U.S. Government's objection—that

---

[1]      Unless specified, all docket citations are to the *Petersen* district court docket.

there is no execution immunity for foreign-located sovereign property. *Second*, the court held that execution of the Republic's YPF Shares is permissible under Section 1610(a)(2) of the FSIA, even though the shares: (1) are located in Argentina; (2) have been used only in Argentina; and (3) were not "used for the commercial activity upon which the claim is based" under plaintiffs' own liability theory. *Third*, the court rejected foundational principles of international comity, directing the Republic to take action in Argentina that would violate Argentine law. *Fourth*, the court erroneously construed New York's turnover statute, C.P.L.R. § 5225, as extending to a foreign sovereign's property outside the United States, in violation of principles of international comity and customary international law. *Fifth*, the court's order effectively rendered Argentine law prohibiting transfer of the YPF Shares null and void, in contravention of the act-of-state doctrine. Each of these errors independently mandates reversal. Addendum B to this form lists the issues that the Republic proposes to raise on appeal and the standard of review for each issue.

# Exhibit 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PETERSEN ENERGÍA INVERSORA,
S.A.U. and PETERSEN ENERGÍA, S.A.U.,

        Plaintiffs,

        v.

ARGENTINE REPUBLIC and YPF S.A.,

        Defendants.

Case No.: 1:15-CV-02739 (LAP)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ETON PARK CAPITAL MANAGEMENT,
L.P., ETON PARK MASTER FUND, LTD.,
and ETON PARK FUND, L.P.,

        Plaintiffs,

        v.

ARGENTINE REPUBLIC and YPF S.A.,

        Defendants.

Case No.: 1:16-CV-08569 (LAP)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendant the Argentine Republic hereby appeals to the

United States Court of Appeals for the Second Circuit from the order granting Plaintiffs' motion

for turnover of the Republic's Class D shares of YPF S.A., entered on June 30, 2025 (*Petersen*

ECF No. 742; *Eton Park* ECF No. 662).

Respectfully,

Dated:  July 10, 2025

/s/ Robert J. Giuffra, Jr.

Robert J. Giuffra, Jr.
Sergio J. Galvis
Amanda F. Davidoff
Thomas C. White
Adam R. Brebner

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
Telephone:     (212) 558-4000
Facsimile:     (212) 558-3588

*Counsel for the Argentine Republic*

CLOSED,APPEAL,ECF,RELATED

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:15–cv–02739–LAP

| | |
|---|---|
| Petersen Energia Inversora, S.A.U. et al v. Argentine Republic et al | Date Filed: 04/08/2015 |
| Assigned to: Judge Loretta A. Preska | Date Terminated: 09/15/2023 |
| Related Cases:  1:12–cv–03877–LAP | Jury Demand: None |
|                        1:16–cv–08569–LAP | Nature of Suit: 190 Contract: Other |
| | Jurisdiction: Federal Question |

Cause: 28:1330 Breach of Contract

**Plaintiff**

| | | |
|---|---|---|
| **Petersen Energia Inversora, S.A.U.** | represented by | **Derek T. Ho** |

**Petersen Energia Inversora, S.A.U.**               represented by   **Derek T. Ho**
Kellogg, Hansen, Todd, Figel & Frederick
PLLC (DC)
1615 M Street, N.W., Suite 400
Washington, DC 20036
(202)–326–7931
Fax: (202)–326–7999
Email: dho@kellogghansen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Israel Dahan**
King & Spalding LLP (NYC)
1185 Avenue of the Americas
New York, NY 10036
(212) 556–2100
Fax: (212)–556–2222
Email: idahan@kslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Charles Hansen**
Kellogg, Hansen, Todd, Figel & Frederick
PLLC (DC)
1615 M Street, N.W., Suite 400
Washington, DC 20036
202–326–7904
Fax: 202–326–7999
Email: mhansen@kellogghansen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Randy M. Mastro**
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
212–556–2100
Fax: 212–556–2222
Email: rndmastro@gmail.com
*TERMINATED: 03/28/2025*
*LEAD ATTORNEY*

**Alejandra Avila**
Kellogg, Hansen, Todd, Figel & Frederick,
P.L.L.C.
1615 M St. NW
Ste 400
Washington, DC 20036
202–326–7920
Email: aavila@kellogghansen.com

*ATTORNEY TO BE NOTICED*

**Andrew Edward Goldsmith**
Kellogg, Hansen, Todd, Figel & Frederick
PLLC (DC)
1615 M Street, N.W., Suite 400
Washington, DC 20036
(202) 326–7945
Fax: (202) 326–7999
Email: agoldsmith@kellogghansen.com
*ATTORNEY TO BE NOTICED*

**C. Harker Rhodes , IV**
Clement & Murphy PLLC
706 Duke St.
Alexandria, VA 22314
202–742–8900
Email: harker.rhodes@clementmurphy.com
*ATTORNEY TO BE NOTICED*

**Diego Negron–Reichard**
Kellogg, Hansen, Todd, Figel & Frederick,
P.L.L.C.
1615 M Street NW
Suite 400
Washington, DC 20036
202–367–7821
Email: dnegron–reichard@kellogghansen.com
*ATTORNEY TO BE NOTICED*

**George W. Hicks , Jr.**
Kirkland & Ellis LLP
1301 Pennsylvania Avenue, NW
Washington, DC 20004
202–389–5000
Fax: 202–389–5200
Email: george.hicks@kirkland.com
*TERMINATED: 08/14/2024*

**Laura Elizabeth Harris**
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
212–790–5360
Fax: 212–556–2222
Email: lharris@kslaw.com
*ATTORNEY TO BE NOTICED*

**Miriam Leah Alinikoff**
Levine Lee LLP
400 Madison Avenue
New York, NY 10017
212–257–4031
Email: malinikoff@levinelee.com
*ATTORNEY TO BE NOTICED*

**Paul D. Clement**
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 20004
202–742–8900
Email: paul.clement@clementmurphy.com
*ATTORNEY TO BE NOTICED*

**Reginald R. Smith**

King & Spalding LLP (TX)
1100 Louisiana
Houston, TX 77002
(713)−751−3226
Fax: (713)−751−3290
Email: rsmith@kslaw.com
*ATTORNEY TO BE NOTICED*

**Seth L. Levine**
Levine Lee LLP
400 Madison Avenue
New York, NY 10017
212−257−4040
Fax: 212−223−4425
Email: slevine@levinelee.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Petersen Energia S.A.U.**                    represented by **Derek T. Ho**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Israel Dahan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Charles Hansen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Randy M. Mastro**
(See above for address)
*TERMINATED: 03/28/2025*
*LEAD ATTORNEY*

**Alejandra Avila**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Edward Goldsmith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**C. Harker Rhodes , IV**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Diego Negron−Reichard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**George W. Hicks , Jr.**
(See above for address)
*TERMINATED: 08/14/2024*

**Laura Elizabeth Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul D. Clement**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Reginald R. Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Argentine Republic**                    represented by   **Martin Domb**
Akerman LLP
1251 Avenue of the Americas
Ste 37th Floor
New York, NY 10020
212−880−3811
Fax: 212−880−6985
Email: martin.domb@akerman.com
*TERMINATED: 07/24/2019*
*LEAD ATTORNEY*

**Adam Rhys Brebner**
Sullivan and Cromwell, LLP(NYC)
125 Broad Street
New York, NY 10004
212−558−4000
Email: brebnera@sullcrom.com
*ATTORNEY TO BE NOTICED*

**Amanda Flug Davidoff**
Sullivan & Cromwell LLP (DC)
1700 New York Avenue, N.W., Suite 700
Washington, DC 20006
202−956−7500
Fax: 202−293−6330
Email: davidoffa@sullcrom.com
*ATTORNEY TO BE NOTICED*

**Benjamin Reid Joelson**
Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY 10020
212−880−3815
Email: benjamin.joelson@akerman.com
*TERMINATED: 07/24/2019*

**Boris Bershteyn**
Skadden, Arps, Slate, Meagher & Flom
LLP
One Manhattan West
New York, NY 10001−8602
212−735−3834
Email: boris.bershteyn@skadden.com
*TERMINATED: 07/09/2020*

**Bryan T. West**
Akerman LLP
Three Brickell City Centre
98 Southeast Seventh Street
Miami, FL 33131
305−982−5504
Email: bryan.west@akerman.com
*TERMINATED: 07/24/2019*

**Elizabeth A Cassady**
Steptoe & Johnson LLP
1330 Connecticut Ave NW
Washington, DC 20036
202−429−3000
Email: ecassady@steptoe.com
*TERMINATED: 10/08/2021*

**George Volsky**
Akerman Senterfitt
1 Se 3rd Avenue, 25th Floor
Miami, FL 33131
(305)−374−5600
Fax: (305)−374−5095
Email: george.volsky@akerman.com
*TERMINATED: 07/24/2019*

**Jason Edward Kornmehl**
DLA Piper LLP US
1251 Avenue of the Americas
New York, NY 10020−1104
212−335−4516
Fax: 212−884−8516
Email: jason.kornmehl@us.dlapiper.com
*TERMINATED: 09/14/2022*

**Jennifer Lynn Permesly**
Skadden, Arps, Slate, Meagher & Flom
LLP
One Manhattan West
New York, NY 10001−8602
212−735−3723
Fax: 917−777−3723
Email: Jennifer.Permesly@skadden.com
*TERMINATED: 07/09/2020*

**Joseph Emanuel Neuhaus**
Sullivan and Cromwell, LLP(NYC)
125 Broad Street
New York, NY 10004
(212)−558−4240
Fax: (212)−291−9105
Email: neuhausj@sullcrom.com
*TERMINATED: 12/06/2024*

**Maura Barry Grinalds**
Skadden Arps Slate Meagher & Flom LLP
4 Times Square
New York, NY 10036
212−735−7808
Fax: 917−777−7808
Email: maurabarry.grinalds@skadden.com
*TERMINATED: 03/04/2020*

**Michael David Moritz**
Skadden, Arps, Slate, Meagher & Flom
LLP
One Manhattan West
New York, NY 10001−8602
212−735−3000
Email: michael.moritz@skadden.com
*TERMINATED: 07/09/2020*

**Robert Joseph Giuffra , Jr.**
Sullivan & Cromwell, LLP (NYC)

125 Broad Street
New York, NY 10004
212−558−3121
Email: giuffrar@sullcrom.com
*ATTORNEY TO BE NOTICED*

**Scott D. Musoff**
Skadden, Arps, Slate, Meagher & Flom
LLP
Litigation
One Manhattan West
New York, NY 10001−8602
212−735−7852
Fax: 917−777−7852
Email: smusoff@skadden.com
*TERMINATED: 07/09/2020*

**Sergio J. Galvis**
Sullivan and Cromwell, LLP(NYC)
125 Broad Street
New York, NY 10004
(212)−558−4740
Email: GalvisS@sullcrom.com
*ATTORNEY TO BE NOTICED*

**Thomas Charles White**
Sullivan & Cromwell LLP
1700 Washington Avenue NW
Ste 700
Washington, DC 20006
202−956−7521
Fax: 202−956−7676
Email: whitet@sullcrom.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**YPF S.A.**                    represented by **Mark P. Goodman**
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
212−909−6000
Fax: 212−909−6836
Email: mpgoodman@debevoise.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rebecca Lauren Rettig**
Manatt, Phelps & Phillips, LLP
Manatt, Phelps & Phillips, LLP
7 Times Sq
10036
New York, NY 10036
212−790−4500
Fax: 212−790−4545
Email: RRettig@manatt.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Joseph Hall**
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, NY 10019
212−408−5100
Fax: 212−541−5369

Email: thomas.hall@nortonrosefulbright.com
*TERMINATED: 07/15/2019*
*LEAD ATTORNEY*

**Carl Riehl**
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
212−909−6000
Fax: 212−909−6836
Email: riehlcarl@gmail.com
*TERMINATED: 09/20/2024*

**Damaris Hernandez**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
(212)−474−1486
Fax: (212)−474−3700
Email: dhernandez@cravath.com
*ATTORNEY TO BE NOTICED*

**David A. Herman**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
1095 Avenue of the Americas
New York, NY 10019
(212)−474−1000
Email: david.herman@dechert.com
*(Inactive)*
*ATTORNEY TO BE NOTICED*

**Dietmar Prager**
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
212−909−6000
Fax: 212−909−6836
Email: dwprager@debevoise.com
*ATTORNEY TO BE NOTICED*

**Donald Francis Donovan**
Debevoise & Plimpton, LLP (NYC)
919 Third Avenue, 3rd Floor
New York, NY 10022
212 909−6000
Fax: 212 909−6836
Email: dfdonovan@debevoise.com
*TERMINATED: 04/04/2022*

**James J. Pastore , Jr**
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
212−909−6000
Email: jjpastor@debevoise.com
*ATTORNEY TO BE NOTICED*

**Johan Robert Abraham**
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
212−909−6000
Email: jrabraham@debevoise.com
*ATTORNEY TO BE NOTICED*

**Marcelo Marlow Blackburn**
Winston & Strawn LLP (NY)
200 Park Avenue
New York, NY 10166
212–294–6744
Email: mblackburn@winston.com
*ATTORNEY TO BE NOTICED*

**Michael A Paskin**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
(212) 474–1000
Fax: (212) 474–3700
Email: mpaskin@cravath.com
*TERMINATED: 01/06/2021*

**Robert Joseph Giuffra , Jr.**
(See above for address)

**Shannon Rose Selden**
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
212–909–6000
Fax: 212–909–6836
Email: srselden@debevoise.com
*ATTORNEY TO BE NOTICED*

**Sol Czerwonko**
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
212–909–6000
Email: sczerwonko@debevoise.com
*ATTORNEY TO BE NOTICED*

**Wendy B. Reilly**
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
212–909–6000
Fax: 212–909–6836
Email: wbreilly@debevoise.com
*ATTORNEY TO BE NOTICED*

**Miscellaneous**

Burford Capital LLC                    represented by
**Gregory P. Joseph**
Joseph Hage Aaronson LLC
800 Third Avenue, 30th Floor
New York, NY 10022
212–407–1210
Email: gjoseph@jhany.com
*TERMINATED: 03/24/2025*

**Pamela H. Jarvis**
Joseph Hage Aaronson LLC
485 Lexington Avenue
30th Floor
New York, NY 10017
212–407–1250
Fax: 212–407–1278
Email: pjarvis@jhany.com

*TERMINATED: 04/29/2021*

**Rachel Mead Cherington**
Joseph Hage Aaronson LLC
800 Third Avenue, 30th Floor
New York, NY 10022
212−407−1200
Email: rcherington@jhany.com
*TERMINATED: 03/24/2025*

**Miscellaneous**

**Banco de la Nacin Argentina**          represented by   **Mark Stephen Sullivan**
Dorsey & Whitney LLP
51 West 52nd Street
New York, NY 10019
212−415−9200
Fax: 212−953−7201
Email: sullivan.mark@dorsey.com
*ATTORNEY TO BE NOTICED*

**Miscellaneous**

**Banco De La Nacion Argentina**         represented by   **Anthony Peter Badaracco**
Dorsey & Whitney LLP
51 West 52nd Street
New York, NY 10019
212−415−9200
Fax: 212−953−7201
Email: badaracco.anthony@dorsey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**United States of America**

**Interested Party**

**Republican Action for Argentina, Inc.**

V.

**Amicus**

**Chamber of Companies (Camara de**       represented by   **David Adam Berger**
**Sociedades)**                                            Allegaert Berger & Vogel LLP
111 Broadway, 20th Floor
New York, NY 10006
(212) 571−0550
Fax: (212) 571−0555
Email: dberger@abv.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/08/2015 | 1 | COMPLAINT against Argentine Republic, YPF S.A.. (Filing Fee $ 350.00, Receipt Number 465401122285)Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U..(moh) (rz). (Entered: 04/09/2015) |
| 04/08/2015 | | SUMMONS ISSUED as to Argentine Republic, YPF S.A.. (moh) (Entered: 04/09/2015) |
| 04/08/2015 | | CASE REFERRED TO Judge Thomas P. Griesa as possibly related to 12−cv−3877. (moh) (Entered: 04/09/2015) |

| 04/08/2015 | | Case Designated ECF. (moh) (Entered: 04/09/2015) |
|---|---|---|
| 04/08/2015 | 2 | STATEMENT OF RELATEDNESS re: that this action be filed as related to 12−cv−3877. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U..(moh) (rz). (Entered: 04/09/2015) |
| 04/08/2015 | 3 | CIVIL COVER SHEET filed. (moh) (rz). (Entered: 04/09/2015) |
| 04/09/2015 | 4 | NOTICE OF CHANGE OF ADDRESS by Israel Dahan on behalf of Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. New Address: KING & SPALDING LLP, 1185 AVENUE OF THE AMERICAS, NEW YORK, NEW YORK, 10036, 212−556−2100. (Dahan, Israel) (Entered: 04/09/2015) |
| 04/10/2015 | 5 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Petersen Energia Inversora, S.A., Corporate Parent Petersen Inversiones Spain, S.A.U. for Petersen Energia S.A.U.; Corporate Parent Petersen Energia Inversora Holdings, S.A.U., Corporate Parent Petersen Energia Inversora, S.A. for Petersen Energia Inversora, S.A.U.. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Exhibit)(Ho, Derek) (Entered: 04/10/2015) |
| 04/21/2015 | 6 | MOTION for Mark C. Hansen to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208−10836876. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Text of Proposed Order)(Hansen, Mark) (Entered: 04/21/2015) |
| 04/21/2015 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 6 MOTION for Mark C. Hansen to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208−10836876. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sdi)** (Entered: 04/21/2015) |
| 04/21/2015 | | CASE ACCEPTED AS RELATED. Create association to 1:12−cv−03877−TPG. Notice of Assignment to follow. (pgu) (Entered: 04/21/2015) |
| 04/21/2015 | | NOTICE OF CASE ASSIGNMENT to Judge Thomas P. Griesa. Judge Unassigned is no longer assigned to the case. (pgu) (Entered: 04/21/2015) |
| 04/21/2015 | | Magistrate Judge Frank Maas is so designated. (pgu) (Entered: 04/21/2015) |
| 05/12/2015 | 7 | MOTION for Reginald R. Smith to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208−10912643. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U..(Smith, Reginald) (Entered: 05/12/2015) |
| 05/12/2015 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 7 MOTION for Reginald R. Smith to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208−10912643. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sdi)** (Entered: 05/12/2015) |
| 05/14/2015 | 8 | ORDER FOR ADMISSION PRO HAC VICE granting 7 Motion for Reginald Smith to Appear Pro Hac Vice. (Signed by Judge Thomas P. Griesa on 5/14/2015) (kl) (Entered: 05/14/2015) |
| 06/10/2015 | 9 | STIPULATION AND ORDER REGARDING DEFENDANT YPF S.A.'S TIME TO RESPOND TO THE COMPLAINT: YPF shall file and serve its answer or motion to dismiss the Complaint on or before August 17, 2015. If YPF moves to dismiss the Complaint, Plaintiffs shall file and serve any opposition to YPF's motion to dismiss by no later than 45 days, but no earlier than 30 days, after electronic service of YPF's motion to dismiss. If Plaintiffs elect to file their opposition to YPF's motion to dismiss prior to 45 days after electronic service of YPF's motion to dismiss, Plaintiffs shall provide YPF with three business days advance notice of when their opposition will be served. YPF shall file and serve its reply to Plaintiffs' opposition on or before 25 days after electronic service of Plaintiffs' opposition. YPF S.A. answer due 8/17/2015. (Signed by Judge Thomas P. Griesa on 6/10/2015) (kl) (Entered: 06/10/2015) |

| | | |
|---|---|---|
| 07/31/2015 | 10 | STIPULATION AND ORDER REGARDING DEFENDANT ARGENTINE REPUBLIC'S TIME TO RESPOND TO THE COMPLAINT: Argentina shall file and serve its answer or motion to dismiss the Complaint on or before September 8, 2015. If Argentina moves to dismiss the Complaint, Plaintiffs shall file and serve any opposition to Argentina's motion to dismiss by no later than 40 days after electronic service of Argentina's motion to dismiss. (As further set forth in this Order) Argentine Republic answer due 9/8/2015. (Signed by Judge Thomas P. Griesa on 7/31/2015) (kl) (Entered: 07/31/2015) |
| 08/03/2015 | 11 | LETTER addressed to Judge Thomas P. Griesa from Martin Domb dated August 3, 2015 re: contesting plaintiffs' claim of relatedness of this case to a prior pending case. Document filed by Argentine Republic. (Attachments: # 1 Exhibit Civil Cover Sheet, # 2 Exhibit Related Case Statement)(Domb, Martin) (Entered: 08/03/2015) |
| 08/03/2015 | 12 | LETTER addressed to Judge Thomas P. Griesa from Mark C. Hansen dated August 3, 2015 re: claim of relatedness of this case to a prior pending case. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Exhibit A)(Hansen, Mark) (Entered: 08/03/2015) |
| 08/04/2015 | 13 | NOTICE OF APPEARANCE by Martin Domb on behalf of Argentine Republic. (Domb, Martin) (Entered: 08/04/2015) |
| 08/04/2015 | 14 | LETTER MOTION for Extension of Time *to Respond to the Complaint from August 17, 2015 to September 8, 2015* addressed to Judge Thomas P. Griesa from Thomas J. Hall dated August 4, 2015. Document filed by YPF S.A..(Hall, Thomas) (Entered: 08/04/2015) |
| 08/05/2015 | 15 | RESPONSE re: 14 LETTER MOTION for Extension of Time *to Respond to the Complaint from August 17, 2015 to September 8, 2015* addressed to Judge Thomas P. Griesa from Thomas J. Hall dated August 4, 2015. . Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Hansen, Mark) (Entered: 08/05/2015) |
| 08/05/2015 | 16 | NOTICE OF APPEARANCE by Bryan Thomas West on behalf of Argentine Republic. (West, Bryan) (Entered: 08/05/2015) |
| 08/05/2015 | 17 | NOTICE OF CHANGE OF ADDRESS by Bryan Thomas West on behalf of Argentine Republic. New Address: Akerman LLP, One SE Third Ave., 25th Floor, Miami, Florida, USA 33131, 305−982−5504. (West, Bryan) (Entered: 08/05/2015) |
| 08/06/2015 | 18 | ORDER re: 11 Letter request contesting plaintiffs' claim of relatedness of this case to a prior pending case, filed by Argentine Republic. On August 3, 2015, nearly four months after the complaint was referred to the undersigned, the Republic wrote the court a letter asking that the case be "returned to the Clerk for random selection of a judge to preside." See Letter from the Republic to the Court (Aug. 3, 2015) (Dkt. #11). The Republic argues that it was improper for the court to accept the case as related given that the Repsol action is no longer pending. Although Rule 13(a)(2) establishes a presumption against relatedness unless both cases are pending, the court feels that plaintiffs' overall showing of relatedness overcomes this presumption. Plaintiffs themselves are allegedly absent members of the Repsol class whose claims were un−adjudicated when Repsol settled. Defendant is the same party, the Republic of Argentina. Moreover, there is considerable factual overlap between the two cases. Finally, the court notes that the Republic did not challenge the relatedness of these cases for four months, during which the parties and the court approved extensions to certain matters. For these reasons, the Republic's request to reassign the case is here by denied. (As further set forth in this Order) (Signed by Judge Thomas P. Griesa on 8/6/2015) (kl) (Entered: 08/06/2015) |
| 08/06/2015 | 19 | ORDER granting 14 Letter Motion for Extension of Time. Approved. (Signed by Judge Thomas P. Griesa on 8/6/2015) (kl) (Entered: 08/06/2015) |
| 08/06/2015 | | Set/Reset Deadlines: YPF S.A. answer due 9/8/2015. (kl) (Entered: 08/06/2015) |
| 08/18/2015 | 20 | NOTICE OF APPEARANCE by Benjamin Reid Joelson on behalf of Argentine Republic. (Joelson, Benjamin) (Entered: 08/18/2015) |
| 08/24/2015 | 21 | CONSENT LETTER MOTION for Leave to File Excess Pages addressed to Judge Thomas P. Griesa from Martin Domb dated August 24, 2015. Document filed by |

| | | |
|---|---|---|
| | | Argentine Republic.(Domb, Martin) (Entered: 08/24/2015) |
| 08/28/2015 | 22 | ORDER granting 21 Consent Letter Motion for Leave to File Excess Pages. Approved. So ordered. (Signed by Judge Thomas P. Griesa on 8/28/2015) (kl) (Entered: 08/28/2015) |
| 09/08/2015 | 23 | MOTION to Dismiss . Document filed by Argentine Republic. Responses due by 10/29/2015(Domb, Martin) (Entered: 09/08/2015) |
| 09/08/2015 | 24 | DECLARATION of Ismael Mata in Support re: 23 MOTION to Dismiss .. Document filed by Argentine Republic. (Attachments: # 1 Exhibit A)(Domb, Martin) (Entered: 09/08/2015) |
| 09/08/2015 | 25 | DECLARATION of Carlos Gustavo Pistarini in Support re: 23 MOTION to Dismiss .. Document filed by Argentine Republic. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Domb, Martin) (Entered: 09/08/2015) |
| 09/08/2015 | 26 | DECLARATION of Javier Errecondo in Support re: 23 MOTION to Dismiss .. Document filed by Argentine Republic. (Attachments: # 1 Exhibit A)(Domb, Martin) (Entered: 09/08/2015) |
| 09/08/2015 | 27 | DECLARATION of Martin Domb in Support re: 23 MOTION to Dismiss .. Document filed by Argentine Republic. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15 Part 1, # 16 Exhibit 15 Part 2, # 17 Exhibit 16 Part 1, # 18 Exhibit 16 Part 2, # 19 Exhibit 17, # 20 Exhibit 18, # 21 Exhibit 19, # 22 Exhibit 20, # 23 Exhibit 21)(Domb, Martin) (Entered: 09/08/2015) |
| 09/08/2015 | 28 | MEMORANDUM OF LAW in Support re: 23 MOTION to Dismiss . . Document filed by Argentine Republic. (Domb, Martin) (Entered: 09/08/2015) |
| 09/08/2015 | 29 | NOTICE OF APPEARANCE by Thomas Joseph Hall on behalf of YPF S.A.. (Hall, Thomas) (Entered: 09/08/2015) |
| 09/08/2015 | 30 | NOTICE OF APPEARANCE by Marcelo Marlow Blackburn on behalf of YPF S.A.. (Blackburn, Marcelo) (Entered: 09/08/2015) |
| 09/08/2015 | 31 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by YPF S.A..(Blackburn, Marcelo) (Entered: 09/08/2015) |
| 09/08/2015 | 32 | MOTION to Dismiss . Document filed by YPF S.A.. Responses due by 10/23/2015(Hall, Thomas) (Entered: 09/08/2015) |
| 09/08/2015 | 33 | MEMORANDUM OF LAW in Support re: 32 MOTION to Dismiss . . Document filed by YPF S.A.. (Hall, Thomas) (Entered: 09/08/2015) |
| 09/08/2015 | 34 | DECLARATION of Raul Bercovitz in Support re: 32 MOTION to Dismiss .. Document filed by YPF S.A.. (Attachments: # 1 Exhibit A)(Hall, Thomas) (Entered: 09/08/2015) |
| 09/08/2015 | 35 | DECLARATION of Thomas J. Hall in Support re: 32 MOTION to Dismiss .. Document filed by YPF S.A.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Hall, Thomas) (Entered: 09/08/2015) |
| 09/08/2015 | 36 | DECLARATION of Aida Kemelmajer de Carlucci in Support re: 32 MOTION to Dismiss .. Document filed by YPF S.A.. (Attachments: # 1 Annex A, # 2 Annex B, # 3 Annex C, # 4 Annex D, # 5 Annex E, # 6 Annex F)(Hall, Thomas) (Entered: 09/08/2015) |
| 09/08/2015 | 37 | DECLARATION of Ernesto Alberto Marcer in Support re: 32 MOTION to Dismiss .. Document filed by YPF S.A.. (Attachments: # 1 Annex 1, # 2 Annex 2, # 3 Annex 3, # 4 Annex 4, # 5 Annex 5, # 6 Annex 6)(Hall, Thomas) (Entered: 09/08/2015) |
| 09/10/2015 | 38 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for George Volsky to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208−11370364. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Argentine Republic. (Attachments: # 1 Exhibit A − Good Standing Certificate, # 2 Text of Proposed Order)(Volsky, George) Modified on 9/10/2015 (bcu). (Entered: |

| | | 09/10/2015) |
|---|---|---|
| 09/10/2015 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 38 MOTION for George Volsky to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208–11370364. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of Florida;. Re–file the motion as a Corrected Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (bcu)** (Entered: 09/10/2015) |
| 09/15/2015 | 39 | **FILING ERROR – DEFICIENT DOCKET ENTRY – FILER ERROR** MOTION to Dismiss *(correcting date by which responses are due)*. Document filed by Argentine Republic. Responses due by 10/19/2015(Domb, Martin) 9/15/2015) (kj). Modified on 9/16/2015 (kj). (Entered: 09/15/2015) |
| 09/16/2015 | 40 | LETTER addressed to Judge Thomas P. Griesa from Martin Domb dated September 16, 2015 re: correcting deadline for filing responses to motion to dismiss (Dkt. 23). Document filed by Argentine Republic.(Domb, Martin) (Entered: 09/16/2015) |
| 09/23/2015 | 41 | MOTION for George Volsky to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Argentine Republic. (Attachments: # 1 Exhibit A – Certificate of Good Standing, # 2 Text of Proposed Order)(Volsky, George) (Entered: 09/23/2015) |
| 09/23/2015 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 41 MOTION for George Volsky to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bcu)** (Entered: 09/23/2015) |
| 09/24/2015 | 42 | ORDER FOR ADMISSION PRO HAC VICE granting 41 Motion for George Volsky to Appear Pro Hac Vice. (Signed by Judge Thomas P. Griesa on 9/24/2015) (spo) (Entered: 09/24/2015) |
| 10/05/2015 | 43 | ORDER FOR ADMISSION PRO HAC VICE granting 6 Motion for Mark Hansen to Appear Pro Hac Vice. (As further set forth in this Order) (Signed by Judge Thomas P. Griesa on 10/5/2015) (kl) (Entered: 10/05/2015) |
| 10/19/2015 | 44 | MEMORANDUM OF LAW in Opposition re: 23 MOTION to Dismiss . . Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Hansen, Mark) (Entered: 10/19/2015) |
| 10/19/2015 | 45 | DECLARATION of Derek T. Ho in Opposition re: 23 MOTION to Dismiss .. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Hansen, Mark) (Entered: 10/19/2015) |
| 10/19/2015 | 46 | DECLARATION of Dr. Alfredo L. Rovira in Opposition re: 23 MOTION to Dismiss .. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Hansen, Mark) (Entered: 10/19/2015) |
| 10/19/2015 | 47 | DECLARATION of Alberto B. Bianchi in Opposition re: 23 MOTION to Dismiss .. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Hansen, Mark) (Entered: 10/19/2015) |
| 10/19/2015 | 48 | DECLARATION of Gustavo A. Naveira in Opposition re: 23 MOTION to Dismiss .. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Hansen, Mark) (Entered: 10/19/2015) |
| 10/23/2015 | 49 | MEMORANDUM OF LAW in Opposition re: 32 MOTION to Dismiss . . Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Hansen, Mark) (Entered: 10/23/2015) |
| 10/23/2015 | 50 | DECLARATION of Javier Garcia Marrero in Opposition re: 32 MOTION to Dismiss .. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Hansen, Mark) (Entered: 10/23/2015) |

| 11/09/2015 | 51 | REPLY AFFIRMATION of Ismael Mata in Support re: 23 MOTION to Dismiss .. Document filed by Argentine Republic. (Domb, Martin) (Entered: 11/09/2015) |
| 11/09/2015 | 52 | REPLY AFFIDAVIT of Javier Errecondo in Support re: 23 MOTION to Dismiss .. Document filed by Argentine Republic. (Domb, Martin) (Entered: 11/09/2015) |
| 11/09/2015 | 53 | REPLY MEMORANDUM OF LAW in Support re: 23 MOTION to Dismiss . . Document filed by Argentine Republic. (Domb, Martin) (Entered: 11/09/2015) |
| 11/17/2015 | 54 | REPLY MEMORANDUM OF LAW in Support re: 32 MOTION to Dismiss . . Document filed by YPF S.A.. (Hall, Thomas) (Entered: 11/17/2015) |
| 12/02/2015 | 55 | LETTER addressed to Judge Thomas P. Griesa from Martin Domb dated December 2, 2015 re: supplementary authority relevant to pending motions to dismiss [Dkt. 23 and 32]. Document filed by Argentine Republic. (Attachments: # 1 Exhibit Slip opinion in OBB Personenverkehr AG v. Sachs, 577 U.S. ___ (December 1, 2015))(Domb, Martin) (Entered: 12/02/2015) |
| 12/07/2015 | 56 | LETTER addressed to Judge Thomas P. Griesa from Mark C. Hansen dated 12/07/2015 re: Defendants' 12/01/2015 Letter. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U..(Ho, Derek) (Entered: 12/07/2015) |
| 02/10/2016 | 57 | LETTER addressed to Judge Thomas P. Griesa from Mark C. Hansen dated February 10, 2016 re: Supplemental Authority. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Exhibit A)(Hansen, Mark) (Entered: 02/10/2016) |
| 02/12/2016 | 58 | LETTER addressed to Judge Thomas P. Griesa from Martin Domb dated February 12, 2016 re: Supplemental Authority (In Response to Plaintiffs' 2/10/16 Letter). Document filed by Argentine Republic.(Joelson, Benjamin) (Entered: 02/12/2016) |
| 05/09/2016 | | NOTICE OF CASE REASSIGNMENT to Judge Loretta A. Preska. Judge Thomas P. Griesa is no longer assigned to the case. (wb) (Entered: 05/09/2016) |
| 06/24/2016 | 59 | LETTER addressed to Judge Loretta A. Preska from Mark C. Hansen dated June 24, 2016 re: Oral Argument and Status Conference. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U..(Hansen, Mark) (Entered: 06/24/2016) |
| 06/27/2016 | 60 | SCHEDULING ORDER: It is hereby ORDERED that the parties are directed to appear in courtroom 12A, United States Courthouse, 500 Pearl Street, New York, New York, on July 20, 2016 at 11:00 a.m. for oral argument in the above−captioned action. SO ORDERED. Oral Argument set for 7/20/2016 at 11:00 AM in Courtroom 12A, 500 Pearl Street, New York, NY 10007 before Judge Loretta A. Preska. (Signed by Judge Loretta A. Preska on 6/27/2016) (kl) (Entered: 06/27/2016) |
| 07/20/2016 | | Minute Entry for proceedings held before Judge Loretta A. Preska: Oral Argument held on 7/20/2016 re: 23 MOTION to Dismiss . filed by Argentine Republic. (Court Reporter Present) (mph) (Entered: 08/05/2016) |
| 08/01/2016 | 61 | TRANSCRIPT of Proceedings re: CONFERENCE held on 7/20/2016 before Judge Loretta A. Preska. Court Reporter/Transcriber: Raquel Robles, (212) 805−0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/25/2016. Redacted Transcript Deadline set for 9/5/2016. Release of Transcript Restriction set for 11/3/2016.(McGuirk, Kelly) (Entered: 08/01/2016) |
| 08/01/2016 | 62 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 7/20/16 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 08/01/2016) |
| 09/09/2016 | 63 | OPINION & ORDER #106723 re: 32 MOTION to Dismiss, filed by YPF S.A.; re: 23 MOTION to Dismiss, filed by Argentine Republic. For the above reasons, Defendants' motions to dismiss (Arg. Mot. to Dismiss, dated Sept. 8, 2015 [dkt. no. 23]; YPF Mot. to Dismiss, dated Sept. 8, 2015 [dkt. no. 32]) are granted in part and denied in part. |

| | | |
|---|---|---|
| | | Specifically, the motions to dismiss the promissory estoppel claims against both Defendants are granted; the motion to dismiss the good faith and fair dealing claim against YPF is granted but denied as to Argentina. These motions are denied in all other respects. (As further set forth in this Opinion) (Signed by Judge Loretta A. Preska on 9/9/2016) (kl) (Entered: 09/09/2016) |
| 09/23/2016 | 64 | **FILING ERROR – NO ORDER SELECTED FOR APPEAL –** NOTICE OF INTERLOCUTORY APPEAL. Document filed by Argentine Republic. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Domb, Martin) Modified on 9/23/2016 (tp) (Entered: 09/23/2016) |
| 09/23/2016 | 65 | LETTER addressed to Judge Loretta A. Preska from Martin Domb dated September 23, 2016 re: proceedings in the district court pending the appeal. Document filed by Argentine Republic.(Domb, Martin) (Entered: 09/23/2016) |
| 09/23/2016 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Domb, Martin to RE–FILE Document No. 64 Notice of Interlocutory Appeal. The filing is deficient for the following reason(s): the order/judgment being appealed was not selected. Re–file the appeal using the event type Notice of Interlocutory Appeal found under the event list Appeal Documents – attach the correct signed PDF – select the correct named filer/filers – select the correct order/judgment being appealed. (tp)** (Entered: 09/23/2016) |
| 09/23/2016 | 66 | NOTICE OF INTERLOCUTORY APPEAL from 63 Memorandum & Opinion,,. Document filed by Argentine Republic. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Domb, Martin) (Entered: 09/23/2016) |
| 09/23/2016 | 67 | NOTICE OF INTERLOCUTORY APPEAL from 63 Memorandum & Opinion,,. Document filed by YPF S.A.. Filing fee $ 505.00, receipt number 0208–12792678. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Hall, Thomas) (Entered: 09/23/2016) |
| 09/23/2016 | | Appeal Fee Due: for 66 Notice of Interlocutory Appeal. Appeal fee due by 10/7/2016. (tp) (Entered: 09/23/2016) |
| 09/23/2016 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 66 Notice of Interlocutory Appeal. (tp) (Entered: 09/23/2016) |
| 09/23/2016 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 66 Notice of Interlocutory Appeal filed by Argentine Republic were transmitted to the U.S. Court of Appeals. (tp) (Entered: 09/23/2016) |
| 09/23/2016 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 67 Notice of Interlocutory Appeal. (tp) (Entered: 09/23/2016) |
| 09/23/2016 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 67 Notice of Interlocutory Appeal, filed by YPF S.A. were transmitted to the U.S. Court of Appeals. (tp) (Entered: 09/23/2016) |
| 09/23/2016 | | Appeal Fee Payment: for 66 Notice of Interlocutory Appeal. Filing fee $ 505.00, receipt number 0208–12792973. (Domb, Martin) (Entered: 09/23/2016) |
| 09/27/2016 | 68 | LETTER addressed to Judge Loretta A. Preska from Martin Domb dated September 27, 2016 re: requesting a pre–motion conference for a motion for certification under 28 U.S.C. 1292(b). Document filed by Argentine Republic.(Domb, Martin) (Entered: 09/27/2016) |
| 09/27/2016 | 69 | LETTER addressed to Judge Loretta A. Preska from Thomas J. Hall dated September 27, 2016 re: requesting that the Court certify the Opinion and Order dated September 9, 2016 for interlocutory appeal or, in the alternative, allow YPF to file a 28 U.S.C. 1292(b) motion seeking such certification. Document filed by YPF S.A..(Hall, Thomas) (Entered: 09/27/2016) |
| 09/29/2016 | 70 | LETTER addressed to Judge Loretta A. Preska from Mark C. Hansen dated September 29, 2016 re: Response to Republic of Argentina's 9/27/16 Request for Pre–Motion Conference. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U..(Hansen, Mark) (Entered: 09/29/2016) |

| | | |
|---|---|---|
| 09/29/2016 | 71 | LETTER addressed to Judge Loretta A. Preska from Mark C. Hansen dated September 29, 2016 re: Response to YPF's 9/27/2016 Request for Certification. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U..(Hansen, Mark) (Entered: 09/29/2016) |
| 09/30/2016 | 72 | LETTER addressed to Judge Loretta A. Preska from Martin Domb dated September 30, 2016 re: in reply to letter from Mark C. Hansen dated September 29, 2016 (Dkt. 70) and in further support of letter from Martin Domb dated September 27, 2016 (Dkt. 68). Document filed by Argentine Republic.(Domb, Martin) (Entered: 09/30/2016) |
| 09/30/2016 | 73 | LETTER addressed to Judge Loretta A. Preska from Thomas J. Hall dated September 30, 2016 re: reply to Plaintiffs' September 29, 2016 letter opposing YPF's request for certification. Document filed by YPF S.A..(Hall, Thomas) (Entered: 09/30/2016) |
| 10/07/2016 | 74 | MEMORANDUM & ORDER: For the above reasons, under the authority granted this Court by 28 U.S.C. § 1292(b), Defendants' motions for certification on the act of state issue dated Sept. 27, 2016 (dkt. nos. 68, 69) are GRANTED. (As further set forth in this Order) (Signed by Judge Loretta A. Preska on 10/7/2016) (kl) (Entered: 10/07/2016) |
| 04/17/2019 | 75 | MANDATE of USCA (Certified Copy) as to 67 Notice of Interlocutory Appeal, filed by YPF S.A., 66 Notice of Interlocutory Appeal filed by Argentine Republic, USCA Case Number 16−3303(L); 16−3304(Con). The appeal in the above captioned case from an order of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof, IT IS HEREBY ORDERED, ADJUDGED and DECREED that the order of the district court is AFFIRMED in part and DISMISSED in part. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 4/17/2019. (tp) (Entered: 04/17/2019) |
| 04/17/2019 | | Transmission of USCA Mandate/Order to the District Judge re: 75 USCA Mandate. (tp) (Entered: 04/17/2019) |
| 04/18/2019 | 76 | LETTER addressed to Judge Loretta A. Preska from Maura Barry Grinalds dated April 18, 2019 re: Requesting that the Court refrain from entering any order pursuant to S.D.N.Y. Local Rule 58.1. Document filed by Argentine Republic. (Attachments: # 1 Exhibit A − Second Circuit Filing)(Grinalds, Maura) (Entered: 04/18/2019) |
| 04/22/2019 | 77 | MEMO ENDORSEMENT on re: 76 Letter, filed by Argentine Republic. ENDORSEMENT: SO ORDERED. (Signed by Judge Loretta A. Preska on 4/22/2019) (jwh) (Entered: 04/22/2019) |
| 04/27/2019 | 78 | LETTER MOTION for Conference re: 75 USCA Mandate,, *Requesting Status Conference* addressed to Judge Loretta A. Preska from Mark C. Hansen dated April 27, 2019. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U..(Hansen, Mark) (Entered: 04/27/2019) |
| 04/28/2019 | 79 | LETTER MOTION for Conference *requesting a pre−motion conference to seek an order staying proceedings in Eton Park and Petersen until disposition of Defendants' certiorari petitions in Petersen, Nos. 18−575, 18−581.* addressed to Judge Loretta A. Preska from Michael A. Paskin dated April 28, 2019. Document filed by Argentine Republic, YPF S.A..(Paskin, Michael) (Entered: 04/28/2019) |
| 04/29/2019 | 80 | LETTER RESPONSE to Motion addressed to Judge Loretta A. Preska from Maura Barry Grinalds dated April 29, 2019 re: 78 LETTER MOTION for Conference re: 75 USCA Mandate,, *Requesting Status Conference* addressed to Judge Loretta A. Preska from Mark C. Hansen dated April 27, 2019. . Document filed by Argentine Republic, YPF S.A.. (Grinalds, Maura) (Entered: 04/29/2019) |
| 04/29/2019 | 81 | LETTER REPLY to Response to Motion addressed to Judge Loretta A. Preska from Mark C. Hansen dated 04/29/2019 re: 78 LETTER MOTION for Conference re: 75 USCA Mandate,, *Requesting Status Conference* addressed to Judge Loretta A. Preska from Mark C. Hansen dated April 27, 2019. . Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Hansen, Mark) (Entered: 04/29/2019) |
| 04/29/2019 | 82 | NOTICE OF APPEARANCE by Damaris Hernandez on behalf of YPF S.A.. (Hernandez, Damaris) (Entered: 04/29/2019) |

| | | |
|---|---|---|
| 04/30/2019 | 83 | LETTER REPLY to Response to Motion addressed to Judge Loretta A. Preska from Michael A. Paskin dated April 30, 2019 re: 79 LETTER MOTION for Conference *requesting a pre−motion conference to seek an order staying proceedings in Eton Park and Petersen until disposition of Defendants' certiorari petitions in Petersen, Nos. 18−575, 18−581.* addressed to Judge Lo retta Preska. Document filed by Argentine Republic, YPF S.A.. (Paskin, Michael) (Entered: 04/30/2019) |
| 05/01/2019 | 84 | ORDER denying 78 Letter Motion for Conference; granting 79 Letter Motion for Conference. Construing Defendants' April 28, 2019 and April 29, 2019 letters [dkt. no. 34 in 16−CV−8569; dkt. no. 79 in 15−CV−2739] as motions for stays, those motions are granted pending resolution of the certiorari petition currently pending before the Supreme Court of the United States. Plaintiff's request for a conference [dkt. no. 78 in 15−CV−2739] is denied also pending resolution of the certiorari petition. (Signed by Judge Loretta A. Preska on 4/30/2019) (mro) (Entered: 05/01/2019) |
| 06/24/2019 | 85 | LETTER MOTION for Conference addressed to Judge Loretta A. Preska from Mark C. Hansen dated June 24, 2019. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U..(Hansen, Mark) (Entered: 06/24/2019) |
| 06/24/2019 | 86 | LETTER MOTION for Conference *and to file excess pages* addressed to Judge Loretta A. Preska from Maura Barry Grinalds dated June 24, 2019. Document filed by Argentine Republic.(Grinalds, Maura) (Entered: 06/24/2019) |
| 06/24/2019 | 87 | LETTER addressed to Judge Loretta A. Preska from Michael A. Paskin dated June 24, 2019 re: Pre−Motion Conference. Document filed by YPF S.A..(Paskin, Michael) (Entered: 06/24/2019) |
| 06/25/2019 | 88 | ORDER granting 85 Letter Motion for Conference. The parties shall submit response letters to each other's recent request by July 3rd. The parties shall appear for a conference on July 11 at 11 a.m. in Courtroom 12A, U.S. District Courthouse, 500 Pearl Street, NY, NY. SO ORDERED. (Signed by Judge Loretta A. Preska on 6/25/2019) Pre−Motion Conference set for 7/11/2019 at 11:00 AM in Courtroom 12A, 500 Pearl Street, New York, NY 10007 before Judge Loretta A. Preska. (ks) (Entered: 06/25/2019) |
| 06/25/2019 | | Case Stay Lifted. Pursuant to instructions from Chambers on 7/11/2019, see entry 88 in case 15cv2739. (tro) (Entered: 07/11/2019) |
| 07/03/2019 | 89 | LETTER addressed to Judge Loretta A. Preska from Michael A. Paskin dated July 3, 2019 re: Plaintiffs' letter requesting a pre−motion conference (ECF No. 85). Document filed by YPF S.A..(Paskin, Michael) (Entered: 07/03/2019) |
| 07/03/2019 | 90 | LETTER RESPONSE in Opposition to Motion addressed to Judge Loretta A. Preska from Mark C. Hansen dated July 3, 2019 re: 86 LETTER MOTION for Conference *and to file excess pages* addressed to Judge Loretta A. Preska from Maura Barry Grinalds dated June 24, 2019. . Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Hansen, Mark) (Entered: 07/03/2019) |
| 07/03/2019 | 91 | LETTER addressed to Judge Loretta A. Preska from Maura Barry Grinalds dated July 3, 2019 re: Response to the June 24, 2019 letter of Petersen Energia Inversora, S.A.U. and Petersen Energia, S.A.U. (together, "Petersen"). Document filed by Argentine Republic.(Grinalds, Maura) (Entered: 07/03/2019) |
| 07/05/2019 | 92 | LETTER REPLY to Response to Motion addressed to Judge Loretta A. Preska from Mark C. Hansen dated July 5, 2019 re: 85 LETTER MOTION for Conference addressed to Judge Loretta A. Preska from Mark C. Hansen dated June 24, 2019. . Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Hansen, Mark) (Entered: 07/05/2019) |
| 07/08/2019 | 93 | NOTICE of Substitution of Attorney. Old Attorney: Akerman LLP by Martin Domb, Benjamin R. Joelson, Bryan T. West and George Volsky, New Attorney: Skadden, Arps, Slate, Meagher & Flom LLP by Maura Barry Grinalds, Address: Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY, 10036, (212) 735−3000. Document filed by Argentine Republic. (Domb, Martin) (Entered: 07/08/2019) |
| 07/08/2019 | 94 | NOTICE OF APPEARANCE by Michael A Paskin on behalf of YPF S.A.. (Paskin, Michael) (Entered: 07/08/2019) |

| | | |
|---|---|---|
| 07/08/2019 | 95 | NOTICE OF APPEARANCE by Boris Bershteyn on behalf of Argentine Republic. (Bershteyn, Boris) (Entered: 07/08/2019) |
| 07/08/2019 | 96 | NOTICE OF APPEARANCE by Michael David Moritz on behalf of Argentine Republic. (Moritz, Michael) (Entered: 07/08/2019) |
| 07/08/2019 | 97 | NOTICE OF APPEARANCE by Maura Barry Grinalds on behalf of Argentine Republic. (Grinalds, Maura) (Entered: 07/08/2019) |
| 07/08/2019 | 98 | ANSWER to 1 Complaint. Document filed by Argentine Republic.(Grinalds, Maura) (Entered: 07/08/2019) |
| 07/08/2019 | 99 | ANSWER to 1 Complaint. Document filed by YPF S.A..(Paskin, Michael) (Entered: 07/08/2019) |
| 07/08/2019 | 100 | JOINT LETTER addressed to Judge Loretta A. Preska from Maura Barry Grinalds dated July 8, 2019 re: Reply to Plaintiffs' July 3, 2019 Letter. Document filed by Argentine Republic, YPF S.A..(Grinalds, Maura) (Entered: 07/08/2019) |
| 07/09/2019 | 101 | NOTICE OF APPEARANCE by David Aaron Herman on behalf of YPF S.A.. (Herman, David) (Entered: 07/09/2019) |
| 07/10/2019 | 102 | MOTION for Thomas J. Hall and Norton Rose Fulbright US LLP to Withdraw as Attorney /Counsel. Document filed by YPF S.A..(Hall, Thomas) (Entered: 07/10/2019) |
| 07/11/2019 | | Minute Entry for proceedings held before Judge Loretta A. Preska: Interim Pretrial Conference held on 7/11/2019. (mph) (Entered: 07/12/2019) |
| 07/15/2019 | 103 | MEMO ENDORSEMENT granting 102 Motion to Withdraw as Attorney. ENDORSEMENT: SO ORDERED. (Attorney Thomas Joseph Hall terminated.) (Signed by Judge Loretta A. Preska on 7/15/2019) (jwh) (Entered: 07/15/2019) |
| 07/23/2019 | 104 | LETTER addressed to Judge Loretta A. Preska from Maura Barry Grinalds dated July 23, 2019 re: Briefing motions to dismiss on the basis of forum non conveniens. Document filed by Argentine Republic. (Attachments: # 1 Exhibit A − Stipulation and Proposed Order)(Grinalds, Maura) (Entered: 07/23/2019) |
| 07/24/2019 | 105 | NOTICE OF SUBSTITUTION OF ATTORNEYS. PLEASE TAKE NOTICE that the firm of AKERMAN LLP hereby withdraws as counsel for Defendant the Argentine Republic ("Argentina") in the above−captioned action and requests such attorneys' names be "terminated" from the court's docket. The firm of SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP is replacing AKERMAN LLP as counsel for Argentina in this matter. The substitution of attorneys is hereby approved and SO ORDERED. Attorney George Volsky; Bryan Thomas West; Martin Domb and Benjamin Reid Joelson terminated. (Signed by Judge Loretta A. Preska on 7/24/2019) (rjm) (Entered: 07/24/2019) |
| 07/24/2019 | 106 | STIPULATION AND ORDER TO SET SCHEDULE. 1. Defendants shall file their motions to dismiss for forum non conveniens (the "FNC Motions") on [August 30, 2019]. 2. Plaintiffs shall file their oppositions to the FNC Motions on [October 30, 2019]. 3. Defendants shall file their replies to the oppositions on [November 29, 2019]. 4. All other deadlines and proceedings in the Petersen and Eton Park actions shall be held in abeyance pending the resolution of the FNC Motions. So ordered. (Motions due by 8/30/2019. Responses due by 10/30/2019. Replies due by 11/29/2019.) (Signed by Judge Loretta A. Preska on 7/24/2019) (rjm) (Entered: 07/24/2019) |
| 08/20/2019 | 107 | JOINT LETTER MOTION for Conference addressed to Judge Loretta A. Preska from Maura Barry Grinalds dated August 20, 2019. Document filed by Argentine Republic, YPF S.A..(Grinalds, Maura) (Entered: 08/20/2019) |
| 08/23/2019 | 108 | ORDER granting 107 Letter Motion for Conference. SO ORDERED. (Signed by Judge Loretta A. Preska on 8/23/2019) (mml) (Entered: 08/23/2019) |
| 08/30/2019 | 109 | NOTICE OF APPEARANCE by Scott D. Musoff on behalf of Argentine Republic. (Musoff, Scott) (Entered: 08/30/2019) |
| 08/30/2019 | 110 | JOINT MOTION to Dismiss ("Notice of Defendants' Joint Motion to Dismiss for Forum Non Conveniens"). Document filed by YPF S.A..(Paskin, Michael) (Entered: |

| | | |
|---|---|---|
| | | 08/30/2019) |
| 08/30/2019 | 111 | MEMORANDUM OF LAW in Support re: 110 JOINT MOTION to Dismiss *("Notice of Defendants' Joint Motion to Dismiss for Forum Non Conveniens")*. *("Defendants' Memorandum of Law in Support of Their Motion to Dismiss for Forum Non Conveniens")*. Document filed by YPF S.A.. (Paskin, Michael) (Entered: 08/30/2019) |
| 08/30/2019 | 112 | DECLARATION of Michael A. Paskin in Support re: 110 JOINT MOTION to Dismiss *("Notice of Defendants' Joint Motion to Dismiss for Forum Non Conveniens")*.. Document filed by YPF S.A.. (Attachments: # 1 Exhibit A−−Eton Park's Schedule 13G/A dated 12/31/2016, # 2 Exhibit B−−YPF U.S. IPO Prospectus, Form F−1, # 3 Exhibit C−−Burford Investor Presentation dated 7/25/2018, # 4 Exhibit D−−YPF 6/4/2012 Shareholders' Meeting Minutes, # 5 Exhibit E−−YPF's Form 6−K dated 6/5/2012, # 6 Exhibit F−−YPF's Form 6−K dated 5/9/2014)(Paskin, Michael) (Entered: 08/30/2019) |
| 08/30/2019 | 113 | DECLARATION of Bernardo Saravia Frias in Support re: 110 JOINT MOTION to Dismiss *("Notice of Defendants' Joint Motion to Dismiss for Forum Non Conveniens")*.. Document filed by YPF S.A.. (Attachments: # 1 Exhibit A to Frias Declaration, # 2 Exhibit B to Frias Declaration)(Paskin, Michael) (Entered: 08/30/2019) |
| 08/30/2019 | 114 | DECLARATION of Maria Alejandra Etchegorry in Support re: 110 JOINT MOTION to Dismiss *("Notice of Defendants' Joint Motion to Dismiss for Forum Non Conveniens")*.. Document filed by YPF S.A.. (Paskin, Michael) (Entered: 08/30/2019) |
| 08/30/2019 | 115 | DECLARATION of Rafael M. Manovil in Support re: 110 JOINT MOTION to Dismiss *("Notice of Defendants' Joint Motion to Dismiss for Forum Non Conveniens")*.. Document filed by YPF S.A.. (Attachments: # 1 Exhibit A to Manovil Declaration, # 2 Exhibit B to Manovil Declaration, # 3 Exhibit C to Manovil Declaration, # 4 Exhibit D to Manovil Declaration, # 5 Exhibit E to Manovil Declaration, # 6 Exhibit F to Manovil Declaration)(Paskin, Michael) (Entered: 08/30/2019) |
| 08/30/2019 | 116 | DECLARATION of Guillermo Cabanellas in Support re: 110 JOINT MOTION to Dismiss *("Notice of Defendants' Joint Motion to Dismiss for Forum Non Conveniens")*.. Document filed by YPF S.A.. (Attachments: # 1 Exhibit A to Cabanellas Declaration, # 2 Exhibit B to Cabanellas Declaration)(Paskin, Michael) (Entered: 08/30/2019) |
| 08/30/2019 | 117 | DECLARATION of Alfonso Santiago in Support re: 110 JOINT MOTION to Dismiss *("Notice of Defendants' Joint Motion to Dismiss for Forum Non Conveniens")*.. Document filed by YPF S.A.. (Attachments: # 1 Exhibit A to Santiago Declaration, # 2 Exhibit B to Santiago Declaration, # 3 Exhibit C to Santiago Declaration, # 4 Exhibit D to Santiago Declaration)(Paskin, Michael) (Entered: 08/30/2019) |
| 08/30/2019 | 118 | LETTER addressed to Judge Loretta A. Preska from Michael A. Paskin dated August 30, 2019 re: requesting oral argument on joint Motion to Dismiss for Forum Non Conveniens. Document filed by YPF S.A..(Paskin, Michael) (Entered: 08/30/2019) |
| 09/17/2019 | 119 | ORDER re: (110 in 1:15−cv−02739−LAP) JOINT MOTION to Dismiss *("Notice of Defendants' Joint Motion to Dismiss for Forum Non Conveniens")*. filed by YPF S.A.. In light of the upcoming elections in the Republic of Argentina, the Court adjourns the briefing dates on the Motion to Dismiss for Forum Non Conveniens [dkt. no. 110] until there is a clearer sense of which administration will have the power to speak for the Republic. Accordingly, Petersen Energia Inversore and Eton Park Capital Management's time to file opposition papers is extended to December 7; and the Republic's time to reply is extended to January 7, 2020. SO ORDERED. (Responses due by 12/7/2019, Replies due by 1/7/2020.) (Signed by Judge Loretta A. Preska on 9/17/2019) (kv) (Entered: 09/17/2019) |
| 09/27/2019 | 120 | LETTER addressed to Judge Loretta A. Preska from Maura Barry Grinalds dated September 27, 2019 re: Court's Order, dated September 17, 2019 (Dkt. No. 119). Document filed by Argentine Republic.(Grinalds, Maura) (Entered: 09/27/2019) |
| 09/27/2019 | 121 | LETTER addressed to Judge Loretta A. Preska from Michael A. Paskin dated September 27, 2019 re: Court's Order, dated September 17, 2019 (Dkt. No. 119). |

| | | Document filed by YPF S.A..(Paskin, Michael) (Entered: 09/27/2019) |
|---|---|---|
| 10/02/2019 | 122 | MEMO ENDORSEMENT on re: (61 in 1:16−cv−08569−LAP) Letter filed by Argentine Republic, (120 in 1:15−cv−02739−LAP) Letter filed by Argentine Republic. ENDORSEMENT: The incorrect implication that counsel suggests was certainly not intended. SO ORDERED. (Signed by Judge Loretta A. Preska on 10/2/2019) (mml) (Entered: 10/02/2019) |
| 10/16/2019 | 123 | ORDER denying as moot 86 Letter Motion for Conference. In light of the filing of the motion, the request is denied as moot. (Signed by Judge Loretta A. Preska on 10/16/2019) (tro) (Entered: 10/16/2019) |
| 10/16/2019 | 124 | ORDER terminating 110 Motion to Dismiss. In light of the Court's order of September 17, which extends briefing in the motions to dismiss in these cases [dkt. no. 119 in 15 Civ. 2739 and dkt. no. 60 in 16 Civ. 8569], those motions [dkt. no. 110 in 15 Civ. 2739 and dkt. no. 51 in 16 Civ. 8569]are marked off the calendar to be restored upon docketing of the reply papers. (Signed by Judge Loretta A. Preska on 10/16/2019) (tro) (Entered: 10/16/2019) |
| 12/06/2019 | 125 | MEMORANDUM OF LAW in Opposition re: 110 JOINT MOTION to Dismiss ("Notice of Defendants' Joint Motion to Dismiss for Forum Non Conveniens"). . Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Hansen, Mark) (Entered: 12/06/2019) |
| 12/06/2019 | 126 | DECLARATION of Armando Betancor Alamo in Opposition re: 110 JOINT MOTION to Dismiss ("Notice of Defendants' Joint Motion to Dismiss for Forum Non Conveniens").. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Exhibit A Letter Rogatory, # 2 Exhibit B Spanish Bankr. Ct. Submission)(Hansen, Mark) (Entered: 12/06/2019) |
| 12/06/2019 | 127 | DECLARATION of Christopher P. Bogart in Opposition re: 110 JOINT MOTION to Dismiss ("Notice of Defendants' Joint Motion to Dismiss for Forum Non Conveniens").. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Hansen, Mark) (Entered: 12/06/2019) |
| 12/06/2019 | 128 | DECLARATION of Marcy Engel in Opposition re: 110 JOINT MOTION to Dismiss ("Notice of Defendants' Joint Motion to Dismiss for Forum Non Conveniens").. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Hansen, Mark) (Entered: 12/06/2019) |
| 12/06/2019 | 129 | DECLARATION of Jose Maria Figuerero in Opposition re: 110 JOINT MOTION to Dismiss ("Notice of Defendants' Joint Motion to Dismiss for Forum Non Conveniens").. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Exhibit A − Monti Decl)(Hansen, Mark) (Entered: 12/06/2019) |
| 12/06/2019 | 130 | DECLARATION of Alberto B. Bianchi and Gustavo Naveira in Opposition re: 110 JOINT MOTION to Dismiss ("Notice of Defendants' Joint Motion to Dismiss for Forum Non Conveniens").. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Exhibit A − Bianchi CV, # 2 Exhibit B − Naveira CV)(Hansen, Mark) (Entered: 12/06/2019) |
| 12/06/2019 | 131 | DECLARATION of Alejandro Freeland in Opposition re: 110 JOINT MOTION to Dismiss ("Notice of Defendants' Joint Motion to Dismiss for Forum Non Conveniens").. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Exhibit A − Freeland CV, # 2 Exhibit B − Letter Rogatory, # 3 Exhibit C − Spanish Bankr. Ct Submission, # 4 Exhibit D − Judge Lijo Production Order, # 5 Exhibit E − Argentine Economic Treason Law)(Hansen, Mark) (Entered: 12/06/2019) |
| 12/06/2019 | 132 | DECLARATION of Professor Alejandro M. Garro in Opposition re: 110 JOINT MOTION to Dismiss ("Notice of Defendants' Joint Motion to Dismiss for Forum Non Conveniens").. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 A − Garro CV)(Hansen, Mark) (Entered: 12/06/2019) |
| 12/06/2019 | 133 | DECLARATION of Dr. Alfredo L. Rovira in Opposition re: 110 JOINT MOTION to Dismiss ("Notice of Defendants' Joint Motion to Dismiss for Forum Non |

| | | |
|---|---|---|
| | | *Conveniens")..* Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Exhibit A − Rovira CV)(Hansen, Mark) (Entered: 12/06/2019) |
| 12/16/2019 | 134 | LETTER MOTION for Extension of Time to File Response/Reply addressed to Judge Loretta A. Preska from Scott D. Musoff dated December 16, 2019. Document filed by Argentine Republic.(Musoff, Scott) (Entered: 12/16/2019) |
| 12/16/2019 | 135 | LETTER MOTION for Extension of Time to File Response/Reply addressed to Judge Loretta A. Preska from Michael A. Paskin dated December 16, 2019. Document filed by YPF S.A..(Paskin, Michael) (Entered: 12/16/2019) |
| 12/17/2019 | 136 | LETTER RESPONSE in Opposition to Motion addressed to Judge Loretta A. Preska from Mark C. Hansen dated December 17, 2019 re: 134 LETTER MOTION for Extension of Time to File Response/Reply addressed to Judge Loretta A. Preska from Scott D. Musoff dated December 16, 2019. . Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Hansen, Mark) (Entered: 12/17/2019) |
| 12/18/2019 | 137 | LETTER addressed to Judge Loretta A. Preska from Scott D. Musoff dated December 18, 2019 re: Reply in further support of the request for extension. Document filed by Argentine Republic.(Musoff, Scott) (Entered: 12/18/2019) |
| 12/18/2019 | 138 | LETTER addressed to Judge Loretta A. Preska from Michael A. Paskin dated December 18, 2019 re: Reply in further support of the request for extension. Document filed by YPF S.A..(Paskin, Michael) (Entered: 12/18/2019) |
| 12/20/2019 | 139 | ORDER granting 134 Letter Motion for Extension of Time to File Response/Reply. The Republic's reply shall be filed no later than February 7. SO ORDERED. Replies due by 2/7/2020. (Signed by Judge Loretta A. Preska on 12/20/2019) (mml) (Entered: 12/20/2019) |
| 01/21/2020 | 140 | LETTER addressed to Judge Loretta A. Preska from Michael A. Paskin dated January 21, 2020 re: Defendants' consolidated reply memorandum of law. Document filed by Argentine Republic, YPF S.A..(Paskin, Michael) (Entered: 01/21/2020) |
| 01/22/2020 | 141 | MEMO ENDORSEMENT on re: 140 Letter filed by YPF S.A., Argentine Republic. ENDORSEMENT: So ordered. (Signed by Judge Loretta A. Preska on 1/22/2020) (va) (Entered: 01/22/2020) |
| 02/07/2020 | 142 | NOTICE OF APPEARANCE by Robert Joseph Giuffra, Jr on behalf of Argentine Republic..(Giuffra, Robert) (Entered: 02/07/2020) |
| 02/07/2020 | 143 | NOTICE OF APPEARANCE by Sergio J. Galvis on behalf of Argentine Republic..(Galvis, Sergio) (Entered: 02/07/2020) |
| 02/07/2020 | 144 | NOTICE OF APPEARANCE by Joseph Emanuel Neuhaus on behalf of Argentine Republic..(Neuhaus, Joseph) (Entered: 02/07/2020) |
| 02/07/2020 | 145 | NOTICE OF APPEARANCE by Thomas Charles White on behalf of Argentine Republic..(White, Thomas) (Entered: 02/07/2020) |
| 02/07/2020 | 146 | NOTICE OF APPEARANCE by Elizabeth A Cassady on behalf of Argentine Republic..(Cassady, Elizabeth) (Entered: 02/07/2020) |
| 02/07/2020 | 147 | MOTION for Maura Barry Grinalds to Withdraw as Attorney . Document filed by Argentine Republic..(Grinalds, Maura) (Entered: 02/07/2020) |
| 02/07/2020 | 148 | DECLARATION of Maura Barry Grinalds in Support re: 147 MOTION for Maura Barry Grinalds to Withdraw as Attorney .. Document filed by Argentine Republic..(Grinalds, Maura) (Entered: 02/07/2020) |
| 02/07/2020 | 149 | NOTICE OF APPEARANCE by Jennifer Lynn Permesly on behalf of Argentine Republic..(Permesly, Jennifer) (Entered: 02/07/2020) |
| 02/07/2020 | 150 | DECLARATION of Alfonso Santiago in Support re: 110 JOINT MOTION to Dismiss *("Notice of Defendants' Joint Motion to Dismiss for Forum Non Conveniens")..* Document filed by Argentine Republic. (Attachments: # 1 Exhibit Exhibit A to Santiago Declaration).(Giuffra, Robert) (Entered: 02/07/2020) |

| 02/07/2020 | 151 | DECLARATION of Gustavo Martin Gonzalo de Urquieta in Support re: 110 JOINT MOTION to Dismiss *("Notice of Defendants' Joint Motion to Dismiss for Forum Non Conveniens")*.. Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 02/07/2020) |
|---|---|---|
| 02/07/2020 | 152 | DECLARATION of Rafael M. Manovil in Support re: 110 JOINT MOTION to Dismiss *("Notice of Defendants' Joint Motion to Dismiss for Forum Non Conveniens")*.. Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 02/07/2020) |
| 02/07/2020 | 153 | DECLARATION of Guillermo Cabanellas in Support re: 110 JOINT MOTION to Dismiss *("Notice of Defendants' Joint Motion to Dismiss for Forum Non Conveniens")*.. Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 02/07/2020) |
| 02/07/2020 | 154 | REPLY MEMORANDUM OF LAW in Support re: 110 JOINT MOTION to Dismiss *("Notice of Defendants' Joint Motion to Dismiss for Forum Non Conveniens")*. . Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 02/07/2020) |
| 02/07/2020 | 155 | DECLARATION of Maximo Langer in Support re: 110 JOINT MOTION to Dismiss *("Notice of Defendants' Joint Motion to Dismiss for Forum Non Conveniens")*.. Document filed by Argentine Republic. (Attachments: # 1 Exhibit Exhibit A to Langer Declaration, # 2 Exhibit Exhibit B to Langer Declaration, # 3 Exhibit Exhibit C to Langer Declaration, # 4 Exhibit Exhibit D to Langer Declaration, # 5 Exhibit Exhibit E to Langer Declaration, # 6 Exhibit Exhibit F to Langer Declaration, # 7 Exhibit Exhibit G to Langer Declaration).(Giuffra, Robert) (Entered: 02/07/2020) |
| 02/18/2020 | 156 | SCHEDULING ORDER: It is hereby ORDERED that counsel are directed to appear incourtroom 12A, or such other courtroom as may be designated, United States Courthouse, 500 Pearl Street, New York, New York 10007 on March 11, 2020 at 10:00 a.m. as a return date for the motion for Maura Barry Grinalds to withdraw as counsel for the defendant Argentine Republic. SO ORDERED. Status Conference set for 3/11/2020 at 10:00 AM in Courtroom 12A, 500 Pearl Street, New York, NY 10007 before Judge Loretta A. Preska. (Signed by Judge Loretta A. Preska on 2/13/2020) (kv) (Entered: 02/18/2020) |
| 03/02/2020 | 157 | NOTICE OF CHANGE OF ADDRESS by Scott D. Musoff on behalf of Argentine Republic. New Address: Skadden, Arps, Slate, Meagher & Flom LLP, One Manhattan West, New York, New York, 10001−8602,..(Musoff, Scott) (Entered: 03/02/2020) |
| 03/03/2020 | 158 | LETTER addressed to Judge Loretta A. Preska from Joseph E. Neuhaus dated March 3, 2020 re: Motions to Withdraw as Counsel. Document filed by Argentine Republic..(Neuhaus, Joseph) (Entered: 03/03/2020) |
| 03/04/2020 | 159 | MEMO ENDORSEMENT on re: 158 Letter filed by Argentine Republic. ENDORSEMENT: Upon the Republic's information that it does not object to the withdrawal of Mr. Lerner or Ms. Grinalds, (dkt. no. 147 in 15 Civ. 2739; dkt. nos. 88, 20 in 16 Civ. 8569), the appearance scheduled for March 11 is cancelled. SO ORDERED. (Signed by Judge Loretta A. Preska on 3/4/2020) (va) (Entered: 03/04/2020) |
| 03/04/2020 | 160 | ORDER granting 147 Motion to Withdraw as Attorney. SO ORDERED. Attorney Maura Barry Grinalds terminated. (Signed by Judge Loretta A. Preska on 3/4/2020) (va) (Entered: 03/04/2020) |
| 06/05/2020 | 161 | OPINION & ORDER. Defendants' motion to dismiss this action pursuant to the doctrine of forum non conveniens (dkt. no. 110 in 15 Civ. 2739; dkt. no. 51 in 16 Civ. 8569) is DENIED. To the extent that they are not addressed above, the Court has considered the parties' remaining arguments and has found them unavailing. The parties shall confer and shall inform the Court by letter no later than June 19, 2020, how they wish to proceed. SO ORDERED. (Signed by Judge Loretta A. Preska on 6/5/20) (yv) (Entered: 06/05/2020) |
| 06/18/2020 | 162 | JOINT LETTER addressed to Judge Loretta A. Preska from Michael A. Paskin dated June 18, 2020 re: a date to confer and to inform the Court of their proposal(s) for a path forward in both actions. Document filed by YPF S.A...(Paskin, Michael) (Entered: 06/18/2020) |

| | | |
|---|---|---|
| 06/19/2020 | 163 | MEMO ENDORSEMENT on re: (162 in 1:15−cv−02739−LAP) Letter filed by YPF S.A. ENDORSEMENT: The proposed extension is granted. SO ORDERED. (Signed by Judge Loretta A. Preska on 6/19/2020) (va) (Entered: 06/19/2020) |
| 06/26/2020 | 164 | LETTER addressed to Judge Loretta A. Preska from Mark C. Hansen dated June 26, 2020 re: Proposed Next Steps. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Hansen, Mark) (Entered: 06/26/2020) |
| 06/26/2020 | 165 | LETTER addressed to Judge Loretta A. Preska from Robert J. Giuffra Jr. dated June 26, 2020 re: Proposed Next Steps. Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 06/26/2020) |
| 06/26/2020 | 166 | LETTER addressed to Judge Loretta A. Preska from Michael A. Paskin dated June 26, 2020 re: Proposed Next Steps. Document filed by YPF S.A...(Paskin, Michael) (Entered: 06/26/2020) |
| 07/01/2020 | 167 | ORDER: Counsel for the parties in the above−captioned actions shall appear for a telephonic conference on July 9, 2020, at 10:00 a.m. EST. The dial−in for that conference is (888) 363−4734, access code: 4645450. The parties are directed to call in promptly at 10:00 a.m. SO ORDERED. ( Telephone Conference set for 7/9/2020 at 10:00 AM before Judge Loretta A. Preska.) (Signed by Judge Loretta A. Preska on 7/1/2020) (va) (Entered: 07/01/2020) |
| 07/08/2020 | 168 | MOTION for Jennifer L. Permesly, Scott D. Musoff, Boris Bershteyn, Shaud G. Tavakoli, Michael D. Moritz to Withdraw as Attorney . Document filed by Argentine Republic..(Permesly, Jennifer) (Entered: 07/08/2020) |
| 07/09/2020 | 169 | MEMO ENDORSEMENT on NOTICE OF MOTION TO WITHDRAW COUNSEL. ENDORSEMENT: Counsel's request to withdraw is granted. SO ORDERED. Granting 168 Motion to Withdraw as Attorney. Attorney Scott D. Musoff; Jennifer Lynn Permesly; Boris Bershteyn and Michael David Moritz terminated. (Signed by Judge Loretta A. Preska on 7/9/2020) (rjm) (Entered: 07/09/2020) |
| 07/09/2020 | | Minute Entry for proceedings held before Judge Loretta A. Preska: Interim Pretrial Conference held on 7/9/2020. (mph) (Entered: 08/05/2020) |
| 07/13/2020 | 170 | ORDER: The Court has considered the parties' proposals concerning discovery and case management in the above−captioned actions. (See dkt. nos. 164, 165 in 15 Civ. 2739.) The Court has also considered the arguments raised by the parties at the conference before the Court on July 9, 2020. (See dkt. no. 167 in 15 Civ. 2739.) In an effort to hasten the final resolution of these consolidated cases, the Court concludes that both expert discovery on issues of Argentine law and fact discovery shall proceed simultaneously. The case shall proceed in accordance with the schedule proposed by Plaintiffs in their letter dated June 26, 2020. (See dkt. no. 164 in 15 Civ. 2739 at 1−2.) The parties shall confer and submit a proposed order effectuating the above. SO ORDERED. (Signed by Judge Loretta A. Preska on 7/13/2020) (va) (Entered: 07/13/2020) |
| 07/17/2020 | 171 | LETTER addressed to Judge Loretta A. Preska from Mark C. Hansen dated July 17, 2020 re: Submission of Stipulation and Proposed Scheduling Order requested by Court in DE 170. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Text of Proposed Order Stipulation & Proposed Scheduling Order).(Hansen, Mark) (Entered: 07/17/2020) |
| 07/20/2020 | 172 | STIPULATION AND SCHEDULING ORDER: Pursuant to the Court's order of July 13, 2020 (ECF No. 170 in Case 1:15−cv 02739), the parties hereby submit the following schedule for these consolidated cases: Fact Discovery due by 11/16/2020. Expert Discovery due by 2/22/2021. Motions due by 3/8/2021. Responses due by 3/29/2021. Replies due by 4/9/2021. SO ORDERED this 20th day of July, 2020. (Signed by Judge Loretta A. Preska on 7/20/2020) (va) (Entered: 07/20/2020) |
| 09/18/2020 | 173 | NOTICE OF APPEARANCE by Laura Elizabeth Harris on behalf of Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Harris, Laura) (Entered: 09/18/2020) |
| 09/24/2020 | 174 | NOTICE OF APPEARANCE by Jason Edward Kornmehl on behalf of Argentine Republic..(Kornmehl, Jason) (Entered: 09/24/2020) |

| 09/24/2020 | 175 | LETTER MOTION for Discovery *Issuance of Letters of Request* addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. and Michael A. Paskin dated September 24, 2020. Document filed by Argentine Republic. (Attachments: # 1 Exhibit 1 − Letter of Request for Documents, # 2 Exhibit A to Letter of Request for Documents, # 3 Exhibit 2 − Letter of Request for Testimony).(Giuffra, Robert) (Entered: 09/24/2020) |
|---|---|---|
| 09/28/2020 | 176 | PROPOSED PROTECTIVE ORDER. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Hansen, Mark) (Entered: 09/28/2020) |
| 09/29/2020 | 177 | PROTECTIVE ORDER:...regarding procedures to be followed that shall govern the handling of confidential material. This Order shall take effect when entered and shall be binding upon all counsel of record and their law firms, the Parties, and persons made subject to this Order by its terms. Unless otherwise agreed or ordered, this Order shall remain in force after dismissal or entry of final judgment not subject to further appeal. This Court shall retain jurisdiction over all persons subject to this Order to the extent necessary to enforce any obligations arising hereunder or to impose sanctions for any contempt thereof. And as set forth herein. SO ORDERED. (Signed by Judge Loretta A. Preska on 9/29/2020) (ama) (Entered: 09/29/2020) |
| 10/02/2020 | 178 | LETTER addressed to Judge Loretta A. Preska from Michael A. Paskin dated October 2, 2020 re: request for a pre−motion conference. Document filed by YPF S.A.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D).(Paskin, Michael) (Entered: 10/02/2020) |
| 10/02/2020 | 179 | LETTER addressed to Judge Loretta A. Preska from Mark C. Hansen dated October 2, 2020 re: Defendants Pre−Motion Conference Letters [DEs 175, 178]. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Hansen, Mark) (Entered: 10/02/2020) |
| 10/05/2020 | 180 | LETTER addressed to Judge Loretta A. Preska from Mark C. Hansen dated October 5, 2020 re: Response to Defendants' Letters Rogatory Requests [DEs 175, 178]. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Hansen, Mark) (Entered: 10/05/2020) |
| 10/06/2020 | 181 | ORDER granting 175 Letter Motion for Discovery. The Court will permit issuance of the letters rogatory but, by doing so, does not make any finding as to the necessity of the information requested. Moreover, the Court is in receipt of Plaintiffs' letter dated October 5, 2020 (dkt. no. 180 in 15 Civ. 2739) noting what they characterize as Defendants' slow pace of document production. Given the age of this case, the Court will be reluctant to extend the current discovery schedule absent unforeseen and unforeseeable circumstances. The Court is also hopeful that, given the quality of counsel for both sides, motions to compel will not be necessary. SO ORDERED. (Signed by Judge Loretta A. Preska on 10/6/2020) (va) (Entered: 10/06/2020) |
| 10/06/2020 | 182 | ***STRICKEN DOCUMENT. Deleted document number 126 from the case record. The document was stricken from this case pursuant to 128 Order. (va) MEMO ENDORSEMENT on Letter of Request for International Judicial Assistance (Letter Rogatory). ENDORSEMENT: SO ORDERED. (Signed by Judge Loretta A. Preska on 10/6/2020) (va) Modified on 10/6/2020 (va). Modified on 10/14/2020 (va). (Entered: 10/06/2020) |
| 10/06/2020 | 183 | ***STRICKEN DOCUMENT. Deleted document number 183 from the case record. The document was stricken from this case pursuant to 187 Order. (va) MEMO ENDORSEMENT on Letter of Request for International Judicial Assistance (Letter Rogatory). ENDORSEMENT: SO ORDERED. (Signed by Judge Loretta A. Preska on 10/6/2020) (va) Modified on 10/6/2020 (va). Modified on 10/14/2020 (va). (Entered: 10/06/2020) |
| 10/06/2020 | | ***STRICKEN DOCUMENT. Deleted document re: transmission from the case record. The document was stricken from this case pursuant to 187 Order . (va) Transmission to Orders and Judgments Clerk. Transmitted re: 183 Order, to the Orders and Judgments Clerk. (va) Modified on 10/14/2020 (va). (Entered: 10/06/2020) |
| 10/06/2020 | | ***STRICKEN DOCUMENT. Deleted document re: transmission from the case record. The document was stricken from this case pursuant to 187 Order . (va) Transmission to Orders and Judgments Clerk. Transmitted re: 182 Order to the Orders and Judgments Clerk. (va) Modified on 10/14/2020 (va). (Entered: 10/06/2020) |

| | | |
|---|---|---|
| 10/06/2020 | 184 | ***STRICKEN DOCUMENT. Deleted document number 184 from the case record. The document was stricken from this case pursuant to 187 Order . (va) MEMO ENDORSEMENT on Letter of Request for International Judicial Assistance (Letter Rogatory): REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE TO OBTAIN EVIDENCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE IN CIVIL OR COMMERCIAL MATTERS. ENDORSEMENT: SO ORDERED. (Signed by Judge Loretta A. Preska on 10/6/2020) (va) Transmission to Orders and Judgments Clerk for processing. Modified on 10/14/2020 (va). (Entered: 10/06/2020) |
| 10/09/2020 | 185 | LETTER addressed to Judge Loretta A. Preska from Robert. J. Giuffra, Jr. dated October 9, 2020 re: Plaintiffs' Response to Defendants' Letters Rogatory Requests. Document filed by Argentine Republic. (Attachments: # 1 Exhibit 1).(Giuffra, Robert) (Entered: 10/09/2020) |
| 10/09/2020 | 186 | LETTER addressed to Judge Loretta A. Preska from Michael A. Paskin dated October 9, 2020 re: Plaintiffs' Response to Defendants' Letters Rogatory Requests. Document filed by YPF S.A...(Paskin, Michael) (Entered: 10/09/2020) |
| 10/14/2020 | 187 | ORDER: Accordingly, the Clerk of the Court is respectfully directed to strike the following docket entries: dkt. nos. 182−84 in No. 15 Civ. 2739 and dkt. nos. 126−27 in No. 16 Civ. 8569. The parties shall re−submit the letters rogatory with the above issues corrected no later than October 21, 2020. SO ORDERED. (Signed by Judge Loretta A. Preska on 10/14/2020) (va) (Entered: 10/14/2020) |
| 10/15/2020 | 188 | NOTICE of corrected letter of request re: 187 Order,. Document filed by YPF S.A...(Paskin, Michael) (Entered: 10/15/2020) |
| 10/15/2020 | 189 | LETTER MOTION for Discovery *Issuance of Letters of Request* addressed to Judge Loretta A. Preska from Thomas C. White dated October 15, 2020. Document filed by Argentine Republic. (Attachments: # 1 Exhibit 1 − Letter of Request for Documents, # 2 Exhibit 2 − Letter of Request for Documents, # 3 Exhibit 3 − Letter of Request for Documents, # 4 Exhibit 4 − Letter of Request for Documents, # 5 Exhibit 5 − Letter of Request for Testimony, # 6 Exhibit 6 − Letter of Request for Testimony, # 7 Exhibit 7 − Letter of Request for Testimony, # 8 Exhibit 8 − Letter of Request for Testimony, # 9 Exhibit 9 − Letter of Request for Documents Redline, # 10 Exhibit 10 − Letter of Request for Testimony Redline).(White, Thomas) (Entered: 10/15/2020) |
| 10/23/2020 | | LETTERS ROGATORY ISSUED on October 23, 2020, and mailed to Sullivan & Cromwell, LLP, 125 Broad Street, NY NY 10004, to be served in Argentina. (8 letters rogatory issued).(km) (Entered: 10/23/2020) |
| 10/28/2020 | 190 | FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU − PROPOSED ORDER. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Hansen, Mark) Proposed Order to be reviewed by Clerk's Office staff. Modified on 10/28/2020 (km). (Entered: 10/28/2020) |
| 10/28/2020 | | ***NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − EVENT TYPE ERROR. Notice to Attorney Mark Hansen to RE−FILE Document 190 Proposed Order. Use the event type proposed orders, proposed stipulation and order. The stipulation also needs to have handwritten signatures of the attorneys. (km) (Entered: 10/28/2020) |
| 10/28/2020 | 191 | PROPOSED STIPULATION AND ORDER. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Hansen, Mark) (Entered: 10/28/2020) |
| 10/29/2020 | 192 | STIPULATED ORDER REGARDING REMOTE DEPOSITIONS: NOW, THEREFORE, it is ORDERED that the Remote Depositions shall proceed subject to the following rules and procedures, which have been agreed upon by the Parties: (As further set forth herein this Stipulation.) SO ORDERED. (Signed by Judge Loretta A. Preska on 10/29/2020) (va) (Entered: 10/29/2020) |
| 11/06/2020 | | LETTERS ROGATORY ISSUED on November 6, 2020, and mailed to Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue NY NY 10019, Attn: Kathryn Bolas, and to be served on the Kingdom of Spain.***.(km) (Entered: 11/06/2020) |

| | | |
|---|---|---|
| 11/10/2020 | 193 | LETTER MOTION to Seal *Letter and Exhibits* addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated November 10, 2020. Document filed by Argentine Republic, YPF S.A...(Giuffra, Robert) (Entered: 11/10/2020) |
| 11/10/2020 | 194 | LETTER MOTION for Conference addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated November 10, 2020. Document filed by Argentine Republic, YPF S.A.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5 − Maria Alejandra Etchegorry Declaration, # 6 Ex. 1 to Etchegorry Declaration, # 7 Ex. 2 to Etchegorry Declaration, # 8 Ex. 3 to Etchegorry Declaration, # 9 Ex. 4 to Etchegorry Declaration, # 10 Ex. 5 to Etchegorry Declaration, # 11 Ex. 6 to Etchegorry Declaration, # 12 Ex. 7 to Etchegorry Declaration, # 13 Ex. 8 to Etchegorry Declaration, # 14 Ex. 9 to Etchegorry Declaration, # 15 Ex. 10 to Etchegorry Declaration, # 16 Exhibit 6, # 17 Exhibit 7).(Giuffra, Robert) (Entered: 11/10/2020) |
| 11/12/2020 | 195 | ORDER granting 194 Letter Motion for Conference. Plaintiffs Petersen Energa Inversora, S.A.U. and Petersen Energa, S.A.U. ("Petersen") shall respond to Defendants' letter of November 10, 2020 (dkt. no. 194) no later than November 17, 2020. Defendants may reply no later than November 20, 2020. Defendants' request for a 90−day extension of the fact discovery deadline is GRANTED. Counsel shall appear by telephone for a conference on November 23, 2020 at 9:00 a.m. EST. The dial−in for that conference is (888) 363−4734, access code: 4645450. SO ORDERED. Telephone Conference set for 11/23/2020 at 09:00 AM before Judge Loretta A. Preska. (Signed by Judge Loretta A. Preska on 11/12/2020) (va) (Entered: 11/12/2020) |
| 11/12/2020 | 196 | NOTICE OF APPEARANCE by Adam Rhys Brebner on behalf of Argentine Republic..(Brebner, Adam) (Entered: 11/12/2020) |
| 11/13/2020 | 197 | NOTICE OF APPEARANCE by Andrew Edward Goldsmith on behalf of Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Goldsmith, Andrew) (Entered: 11/13/2020) |
| 11/13/2020 | 198 | LETTER MOTION to Seal *Letter and Exhibits* addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated November 13, 2020. Document filed by Argentine Republic, YPF S.A...(Giuffra, Robert) (Entered: 11/13/2020) |
| 11/13/2020 | 199 | LETTER MOTION for Conference addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated November 13, 2020. Document filed by Argentine Republic, YPF S.A.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13).(Giuffra, Robert) (Entered: 11/13/2020) |
| 11/16/2020 | 200 | NOTICE OF APPEARANCE by Gregory P. Joseph on behalf of Burford Capital LLC..(Joseph, Gregory) (Entered: 11/16/2020) |
| 11/16/2020 | 201 | NOTICE OF APPEARANCE by Pamela H. Jarvis on behalf of Burford Capital LLC..(Jarvis, Pamela) (Entered: 11/16/2020) |
| 11/16/2020 | 202 | NOTICE OF APPEARANCE by Rachel Mead Cherington on behalf of Burford Capital LLC..(Cherington, Rachel) (Entered: 11/16/2020) |
| 11/16/2020 | 203 | LETTER addressed to Judge Loretta A. Preska from Gregory P. Joseph dated November 16, 2020 re: Letter Motion for Conference. Document filed by Burford Capital LLC..(Joseph, Gregory) (Entered: 11/16/2020) |
| 11/16/2020 | 204 | LETTER addressed to Judge Loretta A. Preska from Gregory P. Joseph dated November 16, 2020 re: Letter Motion for Conference. Document filed by Burford Capital LLC..(Joseph, Gregory) (Entered: 11/16/2020) |
| 11/16/2020 | 205 | ORDER granting 198 LETTER MOTION to Seal Letter and Exhibits addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated November 13, 2020. Document filed by Argentine Republic, YPF S.A. Defendants' request to file under seal the November 13, 2020 letter and Exhibit 5 thereto is GRANTED. SO ORDERED. (Signed by Judge Loretta A. Preska on 11/16/2020) (rjm) (Entered: 11/17/2020) |

| | | |
|---|---|---|
| 11/17/2020 | 206 | MEMO ENDORSEMENT: on re: 204 Letter filed by Burford Capital LLC. ENDORSEMENT: Counsel for Defendants and Burford Capital LLC shall appear by telephone for a conference on November 24, 2020 at 9:00 am. The dial–in for that conference is (888) 363–4734, access code: 4645450. SO ORDERED., ( Telephone Conference set for 11/24/2020 at 09:00 AM before Judge Loretta A. Preska.) (Signed by Judge Loretta A. Preska on 11/17/2020) (ama) (Entered: 11/17/2020) |
| 11/17/2020 | 207 | LETTER RESPONSE to Motion addressed to Judge Loretta A. Preska from Mark C. Hansen dated November 17, 2020 re: 194 LETTER MOTION for Conference addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated November 10, 2020. . Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Exhibit 01 – Betancor Depo Excerpts, # 2 Exhibit 02 – Credit Suisse Subpoena).(Hansen, Mark) (Entered: 11/17/2020) |
| 11/18/2020 | 208 | SEALED DOCUMENT placed in vault..(jus) (Entered: 11/18/2020) |
| 11/18/2020 | 209 | LETTER MOTION to Seal *Letter and Exhibit A* addressed to Judge Loretta A. Preska from Gregory P. Joseph dated November 18, 2020. Document filed by Burford Capital LLC..(Joseph, Gregory) (Entered: 11/18/2020) |
| 11/18/2020 | 210 | LETTER RESPONSE to Motion addressed to Judge Loretta A. Preska from Gregory P. Joseph dated November 18, 2020 re: 199 LETTER MOTION for Conference addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated November 13, 2020. . Document filed by Burford Capital LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C).(Joseph, Gregory) (Entered: 11/18/2020) |
| 11/19/2020 | 211 | ORDER granting 209 Letter Motion to Seal. The sealing request is granted. SO ORDERED. (Signed by Judge Loretta A. Preska on 11/19/2020) (va) (Entered: 11/19/2020) |
| 11/19/2020 | 212 | LETTER MOTION to Seal *Letter* addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated November 19, 2020. Document filed by Argentine Republic, YPF S.A...(Giuffra, Robert) (Entered: 11/19/2020) |
| 11/19/2020 | 213 | LETTER REPLY to Response to Motion addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated November 19, 2020 re: 199 LETTER MOTION for Conference addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated November 13, 2020. . Document filed by Argentine Republic, YPF S.A.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4).(Giuffra, Robert) (Entered: 11/19/2020) |
| 11/20/2020 | 214 | NOTICE OF APPEARANCE by Rebecca Lauren Rettig on behalf of YPF S.A...(Rettig, Rebecca) (Entered: 11/20/2020) |
| 11/20/2020 | 215 | LETTER RESPONSE in Support of Motion addressed to Judge Loretta A. Preska from Rebecca Rettig dated November 20, 2020 re: 194 LETTER MOTION for Conference addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated November 10, 2020. *(response to Plaintiffs' letter dated November 17, 2020).* Document filed by YPF S.A...(Rettig, Rebecca) (Entered: 11/20/2020) |
| 11/20/2020 | 216 | LETTER MOTION to Seal *Letter and Exhibits* addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated November 20, 2020. Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 11/20/2020) |
| 11/20/2020 | 217 | LETTER REPLY to Response to Motion addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated November 20, 2020 re: 194 LETTER MOTION for Conference addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated November 10, 2020. . Document filed by Argentine Republic, YPF S.A.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4).(Giuffra, Robert) (Entered: 11/20/2020) |
| 11/21/2020 | 218 | LETTER REPLY to Response to Motion addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated November 21, 2020 re: 216 LETTER MOTION to Seal *Letter and Exhibits* addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated November 20, 2020. *and 217 LETTER REPLY to Response to Motion.* Document filed by Argentine Republic. (Attachments: # 1 Appendix A).(Giuffra, Robert) (Entered: 11/21/2020) |

| 11/23/2020 | 219 | ORDER re: (194 in 1:15−cv−02739−LAP) LETTER MOTION for Conference addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated November 10, 2020, filed by YPF S.A., Argentine Republic; (207 in 1:15−cv−02739−LAP) Response to Motion, filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.; (217 in 1:15−cv−02739−LAP) Reply to Response to Motion, filed by YPF S.A., Argentine Republic. Having considered Defendants' letters of November 10, 2020 and November 20, 2020 (dkt. nos. 194, 217) and the November 17, 2020 letter from Plaintiffs Petersen Energa Inversora, S.A.U. and Petersen Energa, S.A.U. ("Petersen") (dkt. no. 207), and after consideration of the parties' arguments put forth at the November 23, 2020 conference (the "Conference"), the Court hereby memorializes its instructions given at the Conference to the parties as follows: (As further set forth herein.) The Court reserves on the issue of privilege and will await the parties' briefing on the issue of the applicability of privileges, if any, under Spanish law. SO ORDERED. (Signed by Judge Loretta A. Preska on 11/23/2020) (va) (Entered: 11/23/2020) |
| --- | --- | --- |
| 11/23/2020 | | Minute Entry for proceedings held before Judge Loretta A. Preska: Telephone Conference held on 11/23/2020. (mph) (Entered: 11/24/2020) |
| 11/24/2020 | | Minute Entry for proceedings held before Judge Loretta A. Preska: Telephone Conference held on 11/24/2020. (mph) (Entered: 11/24/2020) |
| 11/24/2020 | 220 | ORDER: As instructed by the Court at the conference held on November 24, 2020, counsel for Defendants and Burford Capital LLC shall meet and confer on the scope of discovery as to Burford. Counsel shall provide the Court with an update no later than December 23, 2020. SO ORDERED. (Signed by Judge Loretta A. Preska on 11/23/2020) (va) (Entered: 11/24/2020) |
| 12/07/2020 | 221 | SEALED DOCUMENT placed in vault..(jus) (Entered: 12/08/2020) |
| 12/07/2020 | 222 | SEALED DOCUMENT placed in vault..(jus) (Entered: 12/08/2020) |
| 12/07/2020 | 223 | SEALED DOCUMENT placed in vault..(jus) (Entered: 12/08/2020) |
| 12/07/2020 | 224 | SEALED DOCUMENT placed in vault..(jus) (Entered: 12/08/2020) |
| 12/07/2020 | 225 | SEALED DOCUMENT placed in vault..(jus) (Entered: 12/08/2020) |
| 12/07/2020 | 226 | SEALED DOCUMENT placed in vault..(jus) (Entered: 12/08/2020) |
| 12/07/2020 | 227 | SEALED DOCUMENT placed in vault..(jus) (Entered: 12/08/2020) |
| 12/07/2020 | 228 | SEALED DOCUMENT placed in vault..(jus) (Entered: 12/08/2020) |
| 12/07/2020 | 229 | SEALED DOCUMENT placed in vault..(jus) (Entered: 12/08/2020) |
| 12/07/2020 | 230 | SEALED DOCUMENT placed in vault..(jus) (Entered: 12/08/2020) |
| 12/07/2020 | 231 | SEALED DOCUMENT placed in vault..(jus) (Entered: 12/08/2020) |
| 12/09/2020 | 232 | LETTER MOTION to Substitute Attorney. Old Attorney: Michael A. Paskin, New Attorney: Mark P. Goodman addressed to Judge Loretta A. Preska from Michael A. Paskin dated December 9, 2020. Document filed by YPF S.A...(Paskin, Michael) (Entered: 12/09/2020) |
| 12/09/2020 | 233 | MOTION for Michael A. Paskin to Withdraw as Attorney . Document filed by YPF S.A...(Paskin, Michael) (Entered: 12/09/2020) |
| 12/09/2020 | 234 | DECLARATION of Michael A. Paskin in Support re: 233 MOTION for Michael A. Paskin to Withdraw as Attorney .. Document filed by YPF S.A...(Paskin, Michael) (Entered: 12/09/2020) |
| 12/09/2020 | 235 | NOTICE OF APPEARANCE by Donald Francis Donovan on behalf of YPF S.A...(Donovan, Donald) (Entered: 12/09/2020) |
| 12/09/2020 | 236 | NOTICE OF APPEARANCE by Mark P. Goodman on behalf of YPF S.A...(Goodman, Mark) (Entered: 12/09/2020) |
| 12/09/2020 | 237 | NOTICE OF APPEARANCE by Shannon Rose Selden on behalf of YPF S.A...(Selden, Shannon) (Entered: 12/09/2020) |

| 12/09/2020 | 238 | NOTICE OF APPEARANCE by Dietmar Prager on behalf of YPF S.A...(Prager, Dietmar) (Entered: 12/09/2020) |
|---|---|---|
| 12/09/2020 | 239 | LETTER addressed to Judge Loretta A. Preska from Mark C. Hansen dated December 9, 2020 re: DE 232, Defendant YPF Motion to Substitute New Counsel. Document filed by Burford Capital LLC, Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Hansen, Mark) (Entered: 12/09/2020) |
| 12/15/2020 | 240 | LETTER addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated December 15, 2020 re: Status of Hague Convention Letters. Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 12/15/2020) |
| 12/17/2020 | 241 | LETTER MOTION for Local Rule 37.2 Conference addressed to Judge Loretta A. Preska from Mark C. Hansen dated December 17, 2020. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Exhibit A − Dec. 2, 2020 Ltr. from L. Harris to M. Paskin, et al.).(Hansen, Mark) (Entered: 12/17/2020) |
| 12/18/2020 | 242 | ORDER. The Court is in receipt of letters from counsel to Defendant (dkt. no. 240 in 15−cv−2739) and Plaintiffs (dkt. no. 241 in 15−cv−2739). Counsel for the Republic shall provide any response to Plaintiffs' letter no later than December 21, 2020. Counsel shall appear by telephone for a conference on December 22, 2020 at 10:00 a.m. The dial−in for that conference is (888) 363−4734, access code: 4645450. So ordered. re: 241 LETTER MOTION for Local Rule 37.2 Conference addressed to Judge Loretta A. Preska from Mark C. Hansen dated December 17, 2020. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U. 240 LETTER addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated December 15, 2020 re: Status of Hague Convention Letters. Document filed by Argentine Republic. (Responses due by 12/21/2020). (Telephone Conference set for 12/22/2020 at 10:00 AM before Judge Loretta A. Preska.) (Signed by Judge Loretta A. Preska on 12/18/2020) (rjm) (Entered: 12/18/2020) |
| 12/18/2020 | 243 | LETTER addressed to Judge Loretta A. Preska from Mark P. Goodman dated December 18, 2020 re: DE 239 LETTER from Mark C. Hansen dated December 9, 2020.. Document filed by YPF S.A...(Goodman, Mark) (Entered: 12/18/2020) |
| 12/21/2020 | 244 | LETTER addressed to Judge Loretta A. Preska from Michael A. Paskin dated December 21, 2020 re: conference scheduled for December 22, 2020. Document filed by YPF S.A...(Paskin, Michael) (Entered: 12/21/2020) |
| 12/21/2020 | 245 | MEMO ENDORSEMENT on re: (244 in 1:15−cv−02739−LAP) Letter filed by YPF S.A., (185 in 1:16−cv−08569−LAP) Letter filed by YPF S.A. ENDORSEMENT: Cravath, Swaine & Moore is excused from the December 22, 2020 conference. SO ORDERED. (Signed by Judge Loretta A. Preska on 12/21/2020) (rro) (Entered: 12/21/2020) |
| 12/21/2020 | 246 | CONSENT LETTER addressed to Judge Loretta A. Preska from Mark C. Hansen dated December 21, 2020 re: Submission of Proposed Scheduling Order. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Text of Proposed Order).(Hansen, Mark) (Entered: 12/21/2020) |
| 12/21/2020 | 247 | LETTER RESPONSE in Opposition to Motion addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated December 21, 2020 re: 241 LETTER MOTION for Local Rule 37.2 Conference addressed to Judge Loretta A. Preska from Mark C. Hansen dated December 17, 2020. . Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 12/21/2020) |
| 12/22/2020 | 248 | SCHEDULING ORDER: Pursuant to the Court's order of November 23, 2020 (ECF No. 219 in case 1:15cv−02739) instructing the parties to confer on a new schedule in light of the 90−dayextension of the fact discovery deadline, Plaintiffs hereby submit, with Defendants' agreement, the following proposed schedule for these consolidated cases: Fact Discovery due by 2/15/2021. Status Conference set for 2/18/2021 at 10:00 AM before Judge Loretta A. Preska. Expert Discovery due by 5/31/2021. Motions due by 6/21/2021. Responses due by 7/19/2021. Replies due by 8/9/2021. Status Conference set for 6/2/2021 at 10:00 AM before Judge Loretta A. Preska. The proposed schedule is approved subject to the modifications above. SO ORDERED. (Signed by Judge Loretta A. Preska on 12/22/2020) (va) Modified on 1/25/2021 (va). (Entered: 12/22/2020) |

| | | |
|---|---|---|
| 12/22/2020 | 249 | ORDER: In its November 23, 2020 Order, the Court directed the parties to confer and propose a briefing schedule on the applicability of privilege, if any, under Spanish law. To the extent that Plaintiffs still assert that such a privilege applies in this litigation, the parties shall confer and propose a briefing schedule on this issue. Additionally, to the extent that Plaintiffs still assert privilege based on a litigation funding arrangement with non−parties, the parties shall confer and propose a briefing schedule on this issue. SO ORDERED. (Signed by Judge Loretta A. Preska on 12/22/2020) (va) (Entered: 12/22/2020) |
| 12/22/2020 | 250 | JOINT LETTER addressed to Judge Loretta A. Preska from Robert J. Giuffra dated December 22, 2020 re: Update on Burford Discovery. Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 12/22/2020) |
| 12/22/2020 | | Minute Entry for proceedings held before Judge Loretta A. Preska: Telephone Conference held on 12/22/2020. (mph) (Entered: 01/06/2021) |
| 12/22/2020 | | Set/Reset Hearings: Status Conference set for 2/18/2021 at 10:00 AM before Judge Loretta A. Preska. Status Conference set for 6/2/2021 at 10:00 AM before Judge Loretta A. Preska. (va) (Entered: 01/25/2021) |
| 12/23/2020 | 251 | MEMO ENDORSEMENT re: (190 in 1:16−cv−08569−LAP) Letter filed by Argentine Republic, (250 in 1:15−cv−02739−LAP) Letter filed by Argentine Republic. SO ORDERED. (Signed by Judge Loretta A. Preska on 12/23/2020) (nb) (Entered: 12/23/2020) |
| 12/29/2020 | 252 | ORDER denying 241 Letter Motion for Local Rule 37.2 Conference. Accordingly, the Petersen Plaintiffs' oral request during the December 22 conference for reconsideration of the Court's November 23 order (Order, dated Nov. 23, 2020 [dkt. no. 219 in 15−cv2739; dkt. no. 158 in 16−cv−8569)]) is denied. SO ORDERED. (Signed by Judge Loretta A. Preska on 12/28/2020) (va) (Entered: 12/29/2020) |
| 12/30/2020 | 253 | TRANSCRIPT of Proceedings re: CONFERENCE held on 12/22/2020 before Judge Loretta A. Preska. Court Reporter/Transcriber: Samuel Mauro, (212) 805−0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/20/2021. Redacted Transcript Deadline set for 2/1/2021. Release of Transcript Restriction set for 3/30/2021..(McGuirk, Kelly) (Entered: 12/30/2020) |
| 12/30/2020 | 254 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 12/22/20 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 12/30/2020) |
| 01/04/2021 | 255 | LETTER addressed to Judge Loretta A. Preska from Mark C. Hansen dated January 4, 2021 re: DE 239 & Substitution of YPF Counsel. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Hansen, Mark) (Entered: 01/04/2021) |
| 01/06/2021 | 256 | ORDER granting 233 Motion to Withdraw as Attorney. Cravath, Swaine & Moore LLP's motion to withdraw as counsel of record for YPF S.A (dkt. no. 233 in 15−cv−2739; dkt. no. 174 in 16−cv−8569) is GRANTED. SO ORDERED. Attorney Michael A Paskin terminated. (Signed by Judge Loretta A. Preska on 1/6/2021) (va) (Entered: 01/06/2021) |
| 01/07/2021 | 257 | JOINT LETTER addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated January 7, 2021 re: Burford Discovery Update. Document filed by Argentine Republic, Burford Capital LLC, YPF S.A...(Giuffra, Robert) (Entered: 01/07/2021) |
| 01/08/2021 | 258 | MEMO ENDORSEMENT on re: 257 Letter filed by Burford Capital LLC, YPF S.A., Argentine Republic. ENDORSEMENT: Defendants and Burford shall provide a further status report to the Court on these issues by January 29, 2021. SO ORDERED. (Signed by Judge Loretta A. Preska on 1/8/2021) (va) (Entered: 01/08/2021) |
| 01/08/2021 | 259 | LETTER addressed to Judge Loretta A. Preska from Mark P. Goodman dated January 8, 2021 re: regarding former law clerks. Document filed by YPF S.A...(Goodman, |

| | | |
|---|---|---|
| | | Mark) (Entered: 01/08/2021) |
| 01/11/2021 | 260 | PROPOSED STIPULATION AND ORDER. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Ho, Derek) (Entered: 01/11/2021) |
| 01/11/2021 | 261 | PROPOSED STIPULATION AND ORDER. Document filed by Burford Capital LLC..(Joseph, Gregory) (Entered: 01/11/2021) |
| 01/11/2021 | 262 | STIPULATION AND ORDER REGARDING PLAINTIFFS' PRIVILEGE CLAIMS: NOW THEREFORE, in consideration of the foregoing, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel, AND SO ORDERED as follows: 1. Plaintiffs stipulate that they have not withheld any documents based on privileges under Spanish law; 2. Plaintiffs stipulate that they will not rely on any privileges under Spanish law for the remainder of these proceedings;1 and 3. The parties agree to the following briefing schedule on the applicability of privilege based on a litigation funding arrangement: Plaintiffs' moving brief: January 11, 2021. Defendants' opposition brief: January 25, 2021. Plaintiffs' reply brief: February 1, 2021. SO ORDERED. ( Motions due by 1/11/2021. Responses due by 1/25/2021. Replies due by 2/1/2021.) (Signed by Judge Loretta A. Preska on 1/11/2021) (va) (Entered: 01/11/2021) |
| 01/11/2021 | 263 | LETTER MOTION to Seal addressed to Judge Loretta A. Preska from Mark C. Hansen dated January 11, 2021. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 [REDACTED] Plfs Memo of Law ISO Plfs Brief re Assertion of Priv, # 2 Exhibit 01 – [FILED UNDER SEAL] Betancor Tr. (Nov. 5, 2020) [CONF.], # 3 Exhibit 02 – [FILED UNDER SEAL] PT_000045773 (Feb. 18, 2015) [CONF.], # 4 Exhibit 03 – [FILED UNDER SEAL] Petersen CPA (Mar. 4, 2015), PT_000038600_PT009 [CONF, # 5 Exhibit 05 – [FILED UNDER SEAL] Mindich Dep. Ex. 06, EP_000026558, (July 9, 2012) [CONF.], # 6 Exhibit 06 – [FILED UNDER SEAL] [EXCERPTS] Mindich Tr. & Errata (Nov. 13, 2020) [CONF.], # 7 Exhibit 07 – [FILED UNDER SEAL] [EXCERPTS] Engel Tr. & Errata (Nov. 10, 2020) [CONF.], # 8 Exhibit 08 – [FILED UNDER SEAL] Eton Park NDA, EP_000072932 (Oct. 28, 2016) [CONF.], # 9 Exhibit 09 – [FILED UNDER SEAL] Eton Park CPA, EP_000061489 (Nov. 3, 2016) [CONF.], # 10 Text of Proposed Order).(Hansen, Mark) (Entered: 01/11/2021) |
| 01/11/2021 | 264 | NOTICE of Plaintiffs' Motion for Protective Order with Respect to Communications with Burford Capital. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 [REDACTED] Plfs Memo of Law ISO Plfs Brief re Assertion of Priv, # 2 Exhibit 01 – [FILED UNDER SEAL] Betancor Tr. (Nov. 5, 2020) [CONF.], # 3 Exhibit 02 – [FILED UNDER SEAL] PT_000045773 (Feb. 18, 2015) [CONF.], # 4 Exhibit 03 – [FILED UNDER SEAL] Petersen CPA (Mar. 4, 2015), PT_000038600_PT009 [CONF, # 5 Exhibit 04 – Bogart Tr. Excerpts (Oct. 29, 2020), # 6 Exhibit 05 – [FILED UNDER SEAL] Mindich Dep. Ex. 06, EP_000026558, (July 9, 2012) [CONF.], # 7 Exhibit 06 – [FILED UNDER SEAL] [EXCERPTS] Mindich Tr. & Errata (Nov. 13, 2020) [CONF.], # 8 Exhibit 07 – [FILED UNDER SEAL] [EXCERPTS] Engel Tr. & Errata (Nov. 10, 2020) [CONF.], # 9 Exhibit 08 – [FILED UNDER SEAL] Eton Park NDA, EP_000072932 (Oct. 28, 2016) [CONF.], # 10 Exhibit 09 – [FILED UNDER SEAL] Eton Park CPA, EP_000061489 (Nov. 3, 2016) [CONF.], # 11 Exhibit 10 – Order, In re DMS AT Litig., MDL No. 2817 (N.D. Ill.), Dkt. No. 1113, # 12 Exhibit 11 – Mem. Order, Elm 3Ds Innovations LLC, No. 14−1430 (D. Del.), Dkt. No. 372, # 13 Text of Proposed Order).(Hansen, Mark) (Entered: 01/11/2021) |
| 01/12/2021 | 265 | STIPULATION AND RULE 502(d) ORDER: IT IS HEREBY STIPULATED AND AGREED by and between counsel for the Parties that: I. "Disclosed Protected Information," as that term is defined in Section 20 of the Protective Order, shall include Discovery Material as to which Burford claims, in accordance with applicable law, protection under the work product doctrine, attorney−client privilege or common interest privilege, regardless of whether Burford claims such protection before, at the time of, or after disclosure. Burford retains the burden of establishing the privileged or protected nature of the Disclosed Protected Information. 2. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d). SO ORDERED. (Signed by Judge Loretta A. Preska on 1/12/2021) (va) (Entered: 01/12/2021) |

| 01/12/2021 | 266 | ORDER granting 263 Letter Motion to Seal. It is hereby ORDERED that: Plaintiffs' letter motion is GRANTED on the ground that the sealed material contains confidential business information. SO ORDERED this 12 day of January, 2021. (Signed by Judge Loretta A. Preska on 1/12/2021) (va) (Entered: 01/12/2021) |
|---|---|---|
| 01/13/2021 | 267 | SEALED DOCUMENT placed in vault..(jus) (Entered: 01/13/2021) |
| 01/25/2021 | 268 | LETTER MOTION to Seal *Opposition and Exhibits* addressed to Judge Loretta A. Preska from Thomas C. White dated January 25, 2021. Document filed by Argentine Republic, YPF S.A...(Giuffra, Robert) (Entered: 01/25/2021) |
| 01/25/2021 | 269 | DECLARATION of Thomas C. White in Opposition re: 263 LETTER MOTION to Seal addressed to Judge Loretta A. Preska from Mark C. Hansen dated January 11, 2021.. Document filed by Argentine Republic, YPF S.A.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20).(Giuffra, Robert) (Entered: 01/25/2021) |
| 01/25/2021 | 270 | MEMORANDUM OF LAW in Opposition re: 263 LETTER MOTION to Seal addressed to Judge Loretta A. Preska from Mark C. Hansen dated January 11, 2021. . Document filed by Argentine Republic, YPF S.A...(Giuffra, Robert) (Entered: 01/25/2021) |
| 01/26/2021 | 271 | SEALED DOCUMENT placed in vault..(nmo) (Entered: 01/26/2021) |
| 01/26/2021 | 272 | ORDER: granting 268 Letter Motion to Seal. Defendants' sealing request is granted on the ground that the sealed material contains confidential business information. (Signed by Judge Loretta A. Preska on 1/26/2021) (ama) (Entered: 01/26/2021) |
| 01/29/2021 | 273 | JOINT LETTER addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated January 29, 2021 re: Burford Discovery Update. Document filed by Argentine Republic, Burford Capital LLC, YPF S.A...(Giuffra, Robert) (Entered: 01/29/2021) |
| 02/01/2021 | 274 | LETTER MOTION to Seal addressed to Judge Loretta A. Preska from Mark C. Hansen dated February 1, 2021. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Exhibit REDACTED 2021 02 01 Plfs Reply Memo of Law ISO Their Assertion of Privilege WRT Communications With Burford Capital, # 2 Exhibit 03 to Reply – Slipsheet, # 3 Exhibit E to AEG Decl – 2020 10 12 Plfs Ltr from L Harris – Redacted, # 4 Exhibit H to AEG Decl – 2020 10 28 Petersen Plfs Ltr from L Harris – Redacted, # 5 Exhibit I to AEG Decl – 2020 11 02 EP Plfs Resp Ltr from L Harris – Redacted, # 6 Exhibit Redacted – 2021 02 01 Decl of I Tirado Decl ISO Plfs Reply Memo of Law, # 7 Exhibit B to Tirado Decl – Slipsheet, # 8 Text of Proposed Order).(Hansen, Mark) (Entered: 02/01/2021) |
| 02/01/2021 | 275 | REPLY MEMORANDUM OF LAW in Support re: 263 LETTER MOTION to Seal addressed to Judge Loretta A. Preska from Mark C. Hansen dated January 11, 2021. . Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Exhibit 01 to Reply – Pagina 12 article, # 2 Exhibit 02 to Reply – Financial Times article, # 3 Exhibit 03 to Reply – PUBLIC – Slipsheet, # 4 Exhibit 04 to Reply – 2019 Burford Annual Report Exerpts, # 5 Exhibit 05 to Reply – 2016 Burford Annual Report Excerpts, # 6 Exhibit 06 to Reply – 2019 Q4 Earnings Call, # 7 Exhibit 07 to Reply – Bogart Depo Transcript Excerpts, # 8 Affidavit Decl of AEG ISO Plfs Reply Memo of Law, # 9 Exhibit A to AEG Decl – 2020 08 28 Petersen Resps & Objs to Defs 1st RFPs, # 10 Exhibit B to AEG Decl – 2020 08 28 Plf Eton Park Resps & Objs to Defs 1st RFPs, # 11 Exhibit C to AEG Decl – 2020 07 28 Defs Argentine Republic & YPF SA 1st RFP for Docs to Petersen, # 12 Exhibit D to AEG Decl – 2020 07 28 Defs Argentine Republic & YPF SA 1st RFP for Docs to Eton Park, # 13 Exhibit E to AEG Decl – PUBLIC – Redacted – 2020 10 12 Plfs Ltr from L Harris, # 14 Exhibit F to AEG Decl – 2020 10 21 Petersen Plfs Resps & Objs to Defs 2nd RFPs, # 15 Exhibit G to AEG Decl – 2020 10 21 Pltf Eton Park Resps & Objs to Defs 2nd RFPs, # 16 Exhibit H to AEG Decl – PUBLIC – Redacted – 2020 10 28 Petersen Plfs Ltr from L Harris, # 17 Exhibit I to AEG Decl – PUBLIC – Redacted – 2020 11 02 EP Plfs Resp Ltr from L Harris, # 18 Affidavit Decl of AEG – 2021 02 01 Decl of I Tirado Decl ISO Plfs Reply Memo of Law, # 19 Exhibit A to Tirado Decl – I Tirado CV, # 20 Exhibit B to Tirado Decl – Slipsheet, # 21 Exhibit C to Tirado Decl – Spanish Court Decisions).(Hansen, Mark) (Entered: 02/01/2021) |

| | | |
|---|---|---|
| 02/01/2021 | 300 | MEMO ENDORSEMENT on re: 273 Letter filed by Burford Capital LLC, YPF S.A., Argentine Republic. ENDORSEMENT: SO ORDERED. (Signed by Judge Loretta A. Preska on 2/1/2021) (va) (Entered: 03/04/2021) |
| 02/02/2021 | 276 | ORDER granting 274 Letter Motion to Seal. Before the Court is Plaintiffs' February 1, 2021 letter motion requesting to file under seal portions of the Reply Memorandum of Law in Support of Plaintiffs' Assertion of Privilege With Respect to Communications with Burford Capital ("Reply Brief"), Exhibit 3 attached thereto, portions of the declaration of Ignacio Tirado filed in support of the Reply Brief, Exhibit B attached thereto, and portions of Exhibits E, H, and I to the declaration of Andrew E. Goldsmith filed in support of the Reply Brief. Upon review of the letter motion and all prior proceedings in the above−captioned actions, and otherwise being duly advised, it is hereby ORDERED that: Plaintiffs' letter motion is GRANTED. SO ORDERED. (Signed by Judge Loretta A. Preska on 2/2/2021) (va) (Entered: 02/02/2021) |
| 02/03/2021 | 277 | SEALED DOCUMENT placed in vault..(jus) (Entered: 02/03/2021) |
| 02/11/2021 | 278 | LETTER MOTION to Seal addressed to Judge Loretta A. Preska from Mark C. Hansen dated February 11, 2021. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Exhibit REDACTED 2021 02 11 Pre−Motion Conference Letter & Report re Status of Discovery, # 2 Exhibit 06 − REDACTED 2020 11 05 Ltr from YPF, # 3 Exhibit 07 − REDACTED 2020 12 02 Ltr from Harris, # 4 Exhibit 08 − REDACTED 2021 01 06 Ltr from YPF, # 5 Text of Proposed Order).(Hansen, Mark) (Entered: 02/11/2021) |
| 02/11/2021 | 279 | LETTER MOTION for Local Rule 37.2 Conference *and Report re Status of Discovery* addressed to Judge Loretta A. Preska from Mark C. Hansen dated February 11, 2021. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Exhibit 01 − Defs 1st RFPs of Docs to Petersen, # 2 Exhibit 02 − Defs 2nd RFPs of Docs to Petersen, # 3 Exhibit 03 − 2021 01 15 Ltr from Cassady, # 4 Exhibit 04 − Etchegorry Depo Excerpts, # 5 Exhibit 05 − 2021 01 04 Ltr from Harris, # 6 Exhibit 06 − REDACTED 2020 11 05 Ltr from YPF, # 7 Exhibit 07 − REDACTED 2020 12 02 Ltr from Harris, # 8 Exhibit 08 − REDACTED 2021 01 06 Ltr from YPF, # 9 Exhibit 09 − Pls 1st RFPs of Docs to Argentine Republic, # 10 Exhibit 10 − Pls 1st RFPs of Docs to YPF, # 11 Exhibit 11 − YPF Move Puts Eskenazi Clan in Debt Binder, Financial Times, # 12 Exhibit 12 − Por qu Eskenazi se quedar con YPF, La Nacion, # 13 Exhibit 13 − Eskenazi, un constructor y banquero amigo de Kirchner, La Nacion, # 14 Exhibit 14 − Kirchner impuso a Eskenazi para YPF, La Politica, # 15 Exhibit 15 − Banks presented to Alberto Fernndez the electronic wallet, Explica.com, # 16 Exhibit 16 − Alberto Fernandez Twitter, # 17 Exhibit 17 − 2020 12 23 Email proposing meet and confer, # 18 Exhibit 18 − 2021 01 25 Email from Goldsmith, # 19 Exhibit 19 − 2021 01 09 Letter from Goldsmith, # 20 Exhibit 20 − 2021 01 14 Ltr from Reisberg, # 21 Exhibit Ex. 21 − 2021 01 23 Email from Reisberg, # 22 Exhibit 22 − 2021 02 02 Ltr from Hansen, # 23 Exhibit 23 − 2021 02 02 Ltr from Reisberg, # 24 Exhibit 24 − 2021 02 02 Email from Goldsmith, # 25 Exhibit 25 − NML Hearing Transcript, # 26 Exhibit 26 − Amended Order, NML).(Hansen, Mark) (Entered: 02/11/2021) |
| 02/12/2021 | 280 | SEALED DOCUMENT placed in vault..(nmo) (Entered: 02/12/2021) |
| 02/12/2021 | 281 | ORDER granting 278 Motion to Seal. Before the Court is Plaintiffs' February 11, 2021 letter motion requesting to file under seal (i) portions of Plaintiffs' Pre−Motion Conference Letter and Report Regarding Status of Discovery, filed February 11, 2021 (the "Report"); and (ii) portions of Exhibits 6−8 to the Report. Upon review of the letter motion, it is hereby ORDERED that: Plaintiffs' letter motion is GRANTED. SO ORDERED this 12 day of February, 2021.. (Signed by Judge Loretta A. Preska on 2/12/2021) (ks) Modified on 2/12/2021 (ks). (Entered: 02/12/2021) |
| 02/15/2021 | 282 | JOINT LETTER addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated February 15, 2021 re: Burford Discovery Update. Document filed by Argentine Republic, Burford Capital LLC, YPF S.A...(Giuffra, Robert) (Entered: 02/15/2021) |
| 02/17/2021 | 283 | LETTER MOTION to Seal *Response and Exhibits* addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated February 17, 2021. Document filed by Argentine Republic, YPF S.A...(Giuffra, Robert) (Entered: 02/17/2021) |

| | | |
|---|---|---|
| 02/17/2021 | 284 | LETTER RESPONSE in Opposition to Motion addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated February 17, 2021 re: 279 LETTER MOTION for Local Rule 37.2 Conference *and Report re Status of Discovery* addressed to Judge Loretta A. Preska from Mark C. Hansen dated February 11, 2021. . Document filed by Argentine Republic, YPF S.A.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24).(Giuffra, Robert) (Entered: 02/17/2021) |
| 02/17/2021 | 285 | ORDER: The status conference scheduled for February 18, 2021 at 10:00 a.m. EST will occur as a teleconference. The dial−in information for the teleconference is: (877) 402−9753, access code: 6545179. SO ORDERED. ( Telephone Conference set for 2/18/2021 at 10:00 AM before Judge Loretta A. Preska.) (Signed by Judge Loretta A. Preska on 2/17/2021) (va) (Entered: 02/17/2021) |
| 02/17/2021 | 286 | LETTER MOTION to Seal addressed to Judge Loretta A. Preska from Mark C. Hansen dated February 17, 2021. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Exhibit REDACTED Plfs Reply ISO 279 Their Pre−Mtn Conf Ltr & Report re Status of Discovery, # 2 Exhibit 02 − 2020 12 02 L. Harris Ltr to Republic's Counsel, # 3 Exhibit 08 − Slipsheet, # 4 Text of Proposed Order).(Hansen, Mark) (Entered: 02/17/2021) |
| 02/17/2021 | 287 | LETTER RESPONSE in Support of Motion addressed to Judge Loretta A. Preska from Mark C. Hansen dated February 17, 2021 re: 279 LETTER MOTION for Local Rule 37.2 Conference *and Report re Status of Discovery* addressed to Judge Loretta A. Preska from Mark C. Hansen dated February 11, 2021. . Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Exhibit 01 − 2021 02 17 YPF Ltr to L. Harris, # 2 Exhibit 02 − REDACTED 2020 12 02 L. Harris Ltr to Republic's Counsel, # 3 Exhibit 03 − Articles Cited by YPF_ENG, # 4 Exhibit 04 − Articles 18, 19 of Argentine Constitution − Spanish, # 5 Exhibit 05 − Articles 153, 153BIS and 155 of the Argentine Criminal Code − Spanish, # 6 Exhibit 06 − Article 1770 of the Argentine Civil and Commercial Code − Spanish, # 7 Exhibit 07 − 2020 11 02 A. Goldsmith Ltr to L. Lopez, # 8 Exhibit 08 − Slipsheet).(Hansen, Mark) (Entered: 02/17/2021) |
| 02/18/2021 | | Minute Entry for proceedings held before Judge Loretta A. Preska: Telephone Conference held on 2/18/2021. (Court Reporter Kristen Carranante) (mph) (Entered: 02/18/2021) |
| 02/18/2021 | 288 | ORDER granting 286 Letter Motion to Seal. Before the Court is Plaintiffs' February 17, 2021 letter motion requesting to file under seal (i) portions of Plaintiffs' Reply in Support of Pre−Motion Conference Letter and Report Regarding Status of Discovery, filed February 17, 2021 (the "Reply"); (ii) portions of Exhibit 2 to the Reply; and (iii) Exhibit 8 to the Reply in its entirety. Upon review of the letter motion, it is hereby ORDERED that: Plaintiffs' letter motion is GRANTED. SO ORDERED this 18 day of February, 2021. (Signed by Judge Loretta A. Preska on 2/18/2021) (va) (Entered: 02/18/2021) |
| 02/18/2021 | 289 | ORDER granting 283 Letter Motion to Seal. The sealing request is granted. SO ORDERED. (Signed by Judge Loretta A. Preska on 2/18/2021) (va) (Entered: 02/18/2021) |
| 02/19/2021 | 290 | LETTER addressed to Judge Loretta A. Preska from Mark C. Hansen dated February 19, 2021 re: Proposed Scheduling Order. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Text of Proposed Order re Revised Discovery Schedule).(Hansen, Mark) (Entered: 02/19/2021) |
| 02/19/2021 | 291 | LETTER addressed to Judge Loretta A. Preska from Mark P. Goodman dated February 19, 2021 re: production of non−privileged documents to Plaintiffs. Document filed by YPF S.A...(Goodman, Mark) (Entered: 02/19/2021) |
| 02/19/2021 | 292 | SCHEDULING ORDER: Fact Discovery due by 5/17/2021. Status Conference set for 8/31/2021 at 10:00 AM before Judge Loretta A. Preska. Expert Discovery due by 9/3/2021. Motions due by 9/24/2021. Responses due by 10/22/2021. Replies due by 11/12/2021. SO ORDERED this 19 day of February, 2021. (Signed by Judge Loretta |

| | | |
|---|---|---|
| | | A. Preska on 2/19/2021) (va) (Entered: 02/19/2021) |
| 02/22/2021 | 293 | TRANSCRIPT of Proceedings re: CONFERENCE held on 2/18/2021 before Judge Loretta A. Preska. Court Reporter/Transcriber: Kristen Carannante, (212) 805−0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/15/2021. Redacted Transcript Deadline set for 3/25/2021. Release of Transcript Restriction set for 5/24/2021..(McGuirk, Kelly) (Entered: 02/22/2021) |
| 02/22/2021 | 294 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 2/18/2021 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 02/22/2021) |
| 02/25/2021 | 295 | JOINT LETTER addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated February 25, 2021 re: Privilege Disputes Update. Document filed by Argentine Republic, YPF S.A...(Giuffra, Robert) (Entered: 02/25/2021) |
| 02/26/2021 | 296 | MEMO ENDORSEMENT on re: (232 in 1:16−cv−08569−LAP) Letter filed by YPF S.A., Argentine Republic, (295 in 1:15−cv−02739−LAP) Letter filed by YPF S.A., Argentine Republic. ENDORSEMENT: SO ORDERED. (Signed by Judge Loretta A. Preska on 2/26/2021) (va) (Entered: 02/26/2021) |
| 03/03/2021 | 297 | TRANSCRIPT of Proceedings re: CONFERENCE held on 2/18/2021 before Judge Loretta A. Preska. Court Reporter/Transcriber: Kristen Carannante, (212) 805−0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/24/2021. Redacted Transcript Deadline set for 4/5/2021. Release of Transcript Restriction set for 6/1/2021..(McGuirk, Kelly) (Entered: 03/03/2021) |
| 03/03/2021 | 298 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 2−18−21 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 03/03/2021) |
| 03/04/2021 | 299 | JOINT LETTER addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated March 4, 2021 re: Privilege Disputes Update. Document filed by Argentine Republic, YPF S.A...(Giuffra, Robert) (Entered: 03/04/2021) |
| 03/08/2021 | 301 | MEMO ENDORSEMENT on re: (234 in 1:16−cv−08569−LAP) Letter filed by YPF S.A., Argentine Republic, (299 in 1:15−cv−02739−LAP) Letter filed by YPF S.A., Argentine Republic. ENDORSEMENT: The parties shall provide a further status report by letter on the above issues no later than March 11, 2021. SO ORDERED. (Signed by Judge Loretta A. Preska on 3/8/2021) (va) (Entered: 03/08/2021) |
| 03/11/2021 | 302 | PROPOSED CONSENT ORDER. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Hansen, Mark) (Entered: 03/11/2021) |
| 03/12/2021 | 303 | JOINT LETTER addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated March 12, 2021 re: Burford Discovery Update. Document filed by Argentine Republic, Burford Capital LLC, YPF S.A...(Giuffra, Robert) (Entered: 03/12/2021) |
| 03/15/2021 | 304 | STIPULATION AND ORDER PURSUANT TO F.R.E. 502(d): NOW THEREFORE IT IS HEREBY AGREED [AND ORDERED]: (As further set forth herein this Stipulation.) SO ORDERED. (Signed by Judge Loretta A. Preska on 3/12/2021) (va) (Entered: 03/15/2021) |
| 03/15/2021 | 305 | MEMO ENDORSEMENT on re: (303 in 1:15−cv−02739−LAP) Letter filed by Burford Capital LLC, YPF S.A., Argentine Republic; (237 in 1:16−cv−08569−LAP) Letter filed by Burford Capital LLC, YPF S.A., Argentine Republic. |

| | | |
|---|---|---|
| | | ENDORSEMENT: SO ORDERED. (Signed by Judge Loretta A. Preska on 3/15/2021) (va) (Entered: 03/15/2021) |
| 03/22/2021 | 306 | JOINT LETTER addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated March 22, 2021 re: Discovery Update. Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 03/22/2021) |
| 04/09/2021 | 307 | JOINT LETTER addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated April 9, 2021 re: Burford Discovery Update. Document filed by Argentine Republic, Burford Capital LLC, YPF S.A...(Giuffra, Robert) (Entered: 04/09/2021) |
| 04/13/2021 | 308 | MEMO ENDORSEMENT on re: (241 in 1:16−cv−08569−LAP) Letter filed by Burford Capital LLC, YPF S.A., Argentine Republic, (307 in 1:15−cv−02739−LAP) Letter filed by Burford Capital LLC, YPF S.A., Argentine Republic. ENDORSEMENT: SO ORDERED. (Signed by Judge Loretta A. Preska on 4/13/2021) (va) (Entered: 04/13/2021) |
| 04/27/2021 | 309 | PROPOSED STIPULATION AND ORDER. Document filed by Burford Capital LLC..(Joseph, Gregory) (Entered: 04/27/2021) |
| 04/28/2021 | 310 | STIPULATION AND ORDER: IT IS HEREBY STIPULATED AND AGREED by and between counsel for the Parties that: 1. Burford may designate it Confidential communications with auditors and regulators as "Outside Counsel Only". 2. Documents shall be designated "Outside Counsel Only" as set forth in Paragraph 5 of the Protective Order, except that the Producing Party shall also affix the words "OUTSIDE COUNSEL ONLY" on the document. 3. Documents designated "Outside Counsel Only" shall not be disclosed by any Receiving Party to anyone other than the categories of persons identified in subparagraphs 7(a) (except in−house counsel), 7(c)−7(f), 7(g) (limited to use during deposition testimony and trial testimony), 7(h)−(j), and 7(l) of the Protective Order. Notwithstanding the foregoing and for the avoidance of doubt, Documents designated "Outside Counsel Only" shall not be shared with the categories of persons identified in subparagraph 7(b), including in−house attorneys employed by a Party. 4. Documents designated "Outside Counsel Only" shall be afforded all protections applicable to, and other than with respect to disclosure pursuant to paragraph 3 above, treated in the same manner as, documents designated Confidential under the Protective Order. SO ORDERED: This 28th day of April, 2021. (Signed by Judge Loretta A. Preska on 4/28/2021) (va) (Entered: 04/28/2021) |
| 04/29/2021 | 311 | MOTION for Pamela Jarvis to Withdraw as Attorney . Document filed by Burford Capital LLC..(Jarvis, Pamela) (Entered: 04/29/2021) |
| 04/29/2021 | 312 | DECLARATION of Pamela Jarvis in Support re: 311 MOTION for Pamela Jarvis to Withdraw as Attorney .. Document filed by Burford Capital LLC..(Jarvis, Pamela) (Entered: 04/29/2021) |
| 04/29/2021 | 313 | PROPOSED ORDER FOR WITHDRAWAL OF ATTORNEY. Document filed by Burford Capital LLC. Related Document Number: 311 ..(Jarvis, Pamela) (Entered: 04/29/2021) |
| 04/29/2021 | 314 | ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR NON−PARTY BURFORD CAPITAL LLC granting 311 Motion to Withdraw as Attorney. IT IS ORDERED that the Motion to Withdraw Pamela Jarvis as Counsel for Non−Party Burford Capital LLC, is GRANTED, and IT IS FURTHER ORDERED that the Clerk of the Court is directed to remove Pamela Jarvis from all future ECF notifications in this matter. Attorney Pamela H. Jarvis terminated. (Signed by Judge Loretta A. Preska on 4/29/2021) (va) (Entered: 04/29/2021) |
| 04/30/2021 | 315 | JOINT LETTER addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated April 30, 2021 re: Burford Discovery Update. Document filed by Argentine Republic, Burford Capital LLC, YPF S.A...(Giuffra, Robert) (Entered: 04/30/2021) |
| 04/30/2021 | 316 | MOTION for Elizabeth A. Cassady to Withdraw as Attorney . Document filed by Argentine Republic..(Cassady, Elizabeth) (Entered: 04/30/2021) |
| 04/30/2021 | 317 | DECLARATION of Elizabeth A. Cassady in Support re: 316 MOTION for Elizabeth A. Cassady to Withdraw as Attorney .. Document filed by Argentine Republic. (Attachments: # 1 Text of Proposed Order).(Cassady, Elizabeth) (Entered: 04/30/2021) |

| 05/14/2021 | 318 | JOINT LETTER MOTION for Extension of Time to Complete Discovery addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated May 14, 2021. Document filed by Argentine Republic. (Attachments: # 1 Text of Proposed Order).(Giuffra, Robert) (Entered: 05/14/2021) |
|---|---|---|
| 05/17/2021 | 319 | SCHEDULING ORDER: Fact Discovery due by 7/30/2021. Expert Discovery due by 12/3/2021. Motions due by 12/23/2021. Responses due by 1/24/2022. Replies due by 2/11/2022. SO ORDERED. this 17th day of May, 2021. Motions terminated: (252 in 1:16−cv−08569−LAP) JOINT LETTER MOTION for Extension of Time to Complete Discovery addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated May 14, 2021. filed by Argentine Republic, (318 in 1:15−cv−02739−LAP) JOINT LETTER MOTION for Extension of Time to Complete Discovery addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated May 14, 2021. filed by Argentine Republic. (Signed by Judge Loretta A. Preska on 5/17/2021) (va) (Entered: 05/17/2021) |
| 05/21/2021 | 320 | JOINT LETTER addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated May 21, 2021 re: Burford Discovery Update. Document filed by Argentine Republic, Burford Capital LLC, YPF S.A...(Giuffra, Robert) (Entered: 05/21/2021) |
| 06/01/2021 | 321 | ORDER: Counsel shall confer and inform the Court whether they wish to proceed with the conference scheduled for tomorrow or adjourn it until they have reviewed each other's document productions. SO ORDERED. (Signed by Judge Loretta A. Preska on 6/1/2021) (va) (Entered: 06/01/2021) |
| 06/01/2021 | 322 | JOINT LETTER addressed to Judge Loretta A. Preska from Mark C. Hansen dated June 1, 2021 re: Conference. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Hansen, Mark) (Entered: 06/01/2021) |
| 06/03/2021 | 323 | MEMO ENDORSEMENT on re: (322 in 1:15−cv−02739−LAP) Letter filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U., (256 in 1:16−cv−08569−LAP) Letter filed by Eton Park Fund, L.P., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd. ENDORSEMENT: SO ORDERED. (Signed by Judge Loretta A. Preska on 6/2/2021) (cf) (Entered: 06/03/2021) |
| 06/24/2021 | 324 | MOTION for Paul D. Clement to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−24716701. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Exhibit Paul D. Clement Declaration, # 2 Exhibit Certificates of Good Standing).(Clement, Paul) (Entered: 06/24/2021) |
| 06/24/2021 | 325 | MOTION for George W. Hicks, Jr. to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−24716832. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Exhibit Declaration of George W. Hicks, Jr., # 2 Exhibit Certificates of Good Standing).(Hicks, George) (Entered: 06/24/2021) |
| 06/24/2021 | 326 | MOTION for C. Harker Rhodes IV to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−24716923. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Exhibit Declaration of C. Harker, Rhodes IV, # 2 Exhibit Certificates of Good Standing).(Rhodes, C.) (Entered: 06/24/2021) |
| 06/25/2021 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 325 MOTION for George W. Hicks, Jr. to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−24716832. Motion and supporting papers to be reviewed by Clerk's Office staff., 324 MOTION for Paul D. Clement to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−24716701. Motion and supporting papers to be reviewed by Clerk's Office staff. 326 MOTION for C. Harker Rhodes IV to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−24716923. Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. (aea)** (Entered: 06/25/2021) |
| 06/25/2021 | 327 | ORDER FOR ADMISSION PRO HAC VICE granting 324 Motion for Paul D. Clement to Appear Pro Hac Vice. (As further set forth in this Order.) (Signed by Judge Loretta A. Preska on 6/25/2021) (cf) (Entered: 06/25/2021) |

| 06/25/2021 | 328 | ORDER FOR ADMISSION PRO HAC VICE granting 325 Motion for George W. Hicks, Jr. to Appear Pro Hac Vice. (As further set forth in this Order.) (Signed by Judge Loretta A. Preska on 6/25/2021) (cf) (Entered: 06/25/2021) |
| --- | --- | --- |
| 06/25/2021 | 329 | ORDER FOR ADMISSION PRO HAC VICE granting 326 Motion for C. Harker Rhodes IV to Appear Pro Hac Vice. (As further set forth in this Order.) (Signed by Judge Loretta A. Preska on 6/25/2021) (cf) (Entered: 06/25/2021) |
| 07/28/2021 | 330 | JOINT LETTER MOTION for Extension of Time *to Complete Discovery* addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated July 28, 2021. Document filed by Argentine Republic. (Attachments: # 1 Text of Proposed Order).(Giuffra, Robert) (Entered: 07/28/2021) |
| 07/29/2021 | 331 | SCHEDULING ORDER granting 330 Letter Motion for Extension of Time. The parties hereby submit the following proposed scheduling order for these consolidated cases: Fact Discovery Closes August 27, 2021. Expert Discovery Closes December 31, 2021. Motions for Summary Judgment Due January 20, 2022. Oppositions to Motions for Summary Judgment Due March 3, 2022. Replies in Support of Motions for Summary Judgment Due March 31, 2022. SO ORDERED. (Signed by Judge Loretta A. Preska on 7/29/21) (yv) (Entered: 07/30/2021) |
| 07/29/2021 | | Set/Reset Deadlines: Expert Discovery due by 12/31/2021. Fact Discovery due by 8/27/2021. Motions due by 1/20/2022. Responses due by 3/3/2022. Replies due by 3/31/2022. (yv) (Entered: 07/30/2021) |
| 07/29/2021 | | Set/Reset Deadlines: Expert Discovery due by 12/31/2021. Fact Discovery due by 8/27/2021. Motions due by 1/20/2022. Responses due by 3/3/2022. Replies due by 3/31/2022. (yv) (Entered: 07/30/2021) |
| 08/26/2021 | 332 | ORDER: In light of the schedule set forth in most recent scheduling order (dkt. no. 262 in 16−cv−8569), the status conferences scheduled for August 31, 2021 (see dkt. no. 231) and November 10, 2021 (see dkt. no. 253) are hereby adjourned to December 7, 2021 at 2:00 p.m. EST. SO ORDERED. ( Status Conference set for 12/7/2021 at 02:00 PM before Judge Loretta A. Preska.) (Signed by Judge Loretta A. Preska on 8/26/2021) (va) (Entered: 08/26/2021) |
| 09/22/2021 | 333 | PROPOSED STIPULATION AND ORDER. Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 09/22/2021) |
| 09/23/2021 | 334 | STIPULATION AND PROTECTIVE ORDER REGARDING DISCOVERY RELATED TO TESTIFYING EXPERTS...regarding procedures to be followed that shall govern the handling of confidential material... (Signed by Judge Loretta A. Preska on 9/23/2021) (va) (Entered: 09/23/2021) |
| 10/07/2021 | 335 | LETTER MOTION for Extension of Time to Complete Discovery addressed to Judge Loretta A. Preska from Robert J. Giuffra dated October 7, 2021. Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 10/07/2021) |
| 10/07/2021 | 336 | LETTER MOTION to Seal addressed to Judge Loretta A. Preska from Robert J. Giuffra dated October 7, 2021. Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 10/07/2021) |
| 10/08/2021 | 337 | LETTER RESPONSE in Opposition to Motion addressed to Judge Loretta A. Preska from Mark C. Hansen dated October 8, 2021 re: 335 LETTER MOTION for Extension of Time to Complete Discovery addressed to Judge Loretta A. Preska from Robert J. Giuffra dated October 7, 2021. . Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Exhibit A − 2021 07 16 Ltr from A Brebner re Plaintiffs' July 13, 2021, # 2 Exhibit B − 2021 10 05 W Reilly Email to A Goldsmith, # 3 Exhibit C − 2021 10 07 A Goldsmith Email to W Reilly, # 4 Exhibit D − Excerpt from 2021 08 06 D Pando Depo − Filed Under Seal, # 5 Exhibit E − 2021 09 13 A Schultz Email to A Goldsmith).(Hansen, Mark) (Entered: 10/08/2021) |
| 10/08/2021 | 338 | LETTER MOTION to Seal addressed to Judge Loretta A. Preska from Mark C. Hansen dated October 8, 2021. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Hansen, Mark) (Entered: 10/08/2021) |
| 10/08/2021 | 339 | ***SELECTED PARTIES***LETTER RESPONSE in Opposition to Motion addressed to Judge Loretta A. Preska from Mark C. Hansen dated October 8, 2021 re: |

| | | |
|---|---|---|
| | | **335** LETTER MOTION for Extension of Time to Complete Discovery addressed to Judge Loretta A. Preska from Robert J. Giuffra dated October 7, 2021. . Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U., Argentine Republic, Burford Capital LLC, YPF S.A.. (Attachments: # <u>1</u> Exhibit A − 2021 07 16 Ltr from Brebner re Plaintiffs' July 13, 2021 Ltr, # <u>2</u> Exhibit B − 2021 10 05 W Reilly Email to A Goldsmith, # <u>3</u> Exhibit C − 2021 10 07 A Goldsmith Email to W Reilly, # <u>4</u> Exhibit D − Excerpt from 2021 08 06 D Pando Depo, # <u>5</u> Exhibit E − 2021 09 13 A Schultz Email to A Goldsmith)Motion or Order to File Under Seal: <u>338</u> .(Hansen, Mark) (Entered: 10/08/2021) |
| 10/08/2021 | <u>340</u> | ORDER granting <u>335</u> Letter Motion for Extension of Time to Complete Discovery. Having reviewed the Republic's request (dkt. no. 335 in 15−cv−2739) to extend by five weeks the deadline for the submission of rebuttal expert reports and Plaintiffs' opposition to that request (dkt. no. 339), the Court finds that the Republic has demonstrated good cause to modify the schedule based on its need to identify additional experts to respond to Plaintiffs' expert submissions. The Court adopts the revised schedule that the Republic proposes above. SO ORDERED. Motions due by 3/31/2022. (Signed by Judge Loretta A. Preska on 10/8/2021) (va) (Entered: 10/08/2021) |
| 10/08/2021 | | Set/Reset Deadlines: Expert Discovery due by 3/11/2022. Responses due by 5/12/2022. Replies due by 6/9/2022. (va) (Entered: 10/08/2021) |
| 10/08/2021 | <u>341</u> | ORDER: granting <u>336</u> Letter Motion to Seal. The sealing request is granted on the basis that the letter contains information designated confidential under protective order. SO ORDERED. (Signed by Judge Loretta A. Preska on 10/08/2021) (ama) (Entered: 10/08/2021) |
| 10/08/2021 | <u>342</u> | ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT THE ARGENTINE REPUBLIC: granting <u>316</u> Motion to Withdraw as Attorney. IT IS ORDERED that the Motion to Withdraw Elizabeth A. Cassady as Counsel for Defendant the Argentine Republic, is GRANTED, and IT IS FURTHER ORDERED that the Clerk of the Court is directed to remove Elizabeth A. Cassady from all future ECF notifications in these matters. Attorney Elizabeth A Cassady terminated. (Signed by Judge Loretta A. Preska on 10/08/2021) (ama) (Entered: 10/08/2021) |
| 10/13/2021 | <u>343</u> | NOTICE OF APPEARANCE by Amanda Flug Davidoff on behalf of Argentine Republic..(Davidoff, Amanda) (Entered: 10/13/2021) |
| 12/02/2021 | <u>344</u> | ORDER: Further to the scheduling order entered on October 8, 2021 (Dkt. no. 340 in 15−cv−2739), the parties shall appear for a status conference on January 27, 2022 at 9:00 a.m. in Courtroom 12A. SO ORDERED. ( Status Conference set for 1/27/2022 at 09:00 AM in Courtroom 12A, 500 Pearl Street, New York, NY 10007 before Judge Loretta A. Preska.) (Signed by Judge Loretta A. Preska on 12/2/2021) (va) (Entered: 12/02/2021) |
| 01/21/2022 | <u>345</u> | ORDER: Further to the scheduling order entered on October 8, 2021 (dkt. no. 340 in 15−cv−2739) and this Court's order of December 2, 2021 (dkt. no. 344 in 15−cv−2739), an in−person status conference is currently scheduled to take place on January 27, 2022 at 9:00 a.m. in Courtroom 12A. The parties shall confer and submit a joint letter indicating whether they wish to proceed next week and, if so, whether in−person or remotely. SO ORDERED. ( Status Conference set for 1/27/2022 at 09:00 AM in Courtroom 12A, 500 Pearl Street, New York, NY 10007 before Judge Loretta A. Preska.) (Signed by Judge Loretta A. Preska on 1/21/2022) (va) (Entered: 01/21/2022) |
| 01/25/2022 | <u>346</u> | JOINT LETTER addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated January 25, 2022 re: January 27 Status Conference. Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 01/25/2022) |
| 01/26/2022 | <u>347</u> | MEMO ENDORSEMENT on re: <u>346</u> Letter filed by Argentine Republic. ENDORSEMENT: SO ORDERED. (Signed by Judge Loretta A. Preska on 1/26/2022) (kv) (Entered: 01/26/2022) |
| 02/03/2022 | <u>348</u> | JOINT LETTER addressed to Judge Loretta A. Preska from Andrew E. Goldsmith dated February 3, 2022 re: the Court's January 26 Order. Document filed by Petersen |

| | | Energia Inversora, S.A.U., Petersen Energia S.A.U...(Goldsmith, Andrew) (Entered: 02/03/2022) |
|---|---|---|
| 02/07/2022 | 349 | PROPOSED STIPULATION AND ORDER. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Text of Proposed Order).(Goldsmith, Andrew) (Entered: 02/07/2022) |
| 02/08/2022 | 350 | STIPULATION AND ORDER REGARDING SUMMARY JUDGMENT BRIEFING AND TRIAL SCHEDULE: IT IS HEREBY STIPULATED AND AGREED by and between the Parties that: 1. Plaintiffs may submit up to 40 pages of briefing in support of their motion(s) for summary judgment, which may be divided as they see fit across one brief on behalf of Petersen Energia Inversora, S.A.U. and Petersen Energia S.A.U. (together, "Petersen") and one brief for Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P. (together, "Eton Park"), or combined into a single brief on behalf of both Petersen and Eton Park. Defendant Argentine Republic may submit up to 40 pages of briefing in opposition to Plaintiffs' motion(s), and Defendant YPF S.A. may submit up to 35 pages of briefing in opposition to Plaintiffs' motion(s), or Defendants may elect instead to submit a joint brief of up to 75 pages. Plaintiffs may submit up to 75 pages of reply briefing in support of their motion(s) for summary judgment, which may be divided as they see fit across one brief for Petersen and one brief for Eton Park, or combined into a single brief on behalf of both Petersen and Eton Park. 2. Defendant Argentine Republic may submit up to 40 pages of briefing in support of its motion for summary judgment, and Defendant YPF S.A. may submit up to 35 pages of briefing in support of its motion for summary judgment, or Defendants may elect instead to submit a joint brief of up to 75 pages. Plaintiffs may submit up to 75 pages of briefing in opposition to Defendants' motion(s) for summary judgment, which may be divided as they see fit across one brief for Petersen and one brief for Eton Park, or combined into a single brief on behalf of both Petersen and Eton Park. Defendants may each submit up to 20 pages of reply briefing in support of their motions for summary judgment, or may elect instead to submit a joint brief of up to 40 pages. 3. If trial is necessary after the Court's ruling on the Parties' motions for summary judgment, the joint pretrial order required by this Court's Individual Practice 3.A shall be due 60 days after the Court issues that ruling. 4. If trial is necessary after the Court's ruling on the Parties' motions for summary judgment, the filings required by this Court's Individual Practice 3.B shall be due 90 days after the Court issues that ruling. 5. If trial is necessary after the Court's ruling on the Parties' motions for summary judgment, and subject to the Court's schedule and other immovable conflicts, including other trials involving lead counsel in these cases, trial in these cases shall begin 115 days after the Court issues that ruling. SO ORDERED. (Signed by Judge Loretta A. Preska on 2/8/2022) (kv) (Entered: 02/08/2022) |
| 03/14/2022 | 351 | PROPOSED STIPULATION AND ORDER. Document filed by Argentine Republic, YPF S.A...(Giuffra, Robert) (Entered: 03/14/2022) |
| 03/16/2022 | 352 | STIPULATION AND SCHEDULING ORDER, IT IS HEREBY STIPULATED AND AGREED, subject to this Court's approval, that the deadlines for expert discovery and for filing the parties' motions for summary judgment are modified as follows: as further set forth herein. Expert Discovery− Closes March 30, 2022; Motions for Summary Judgment Due− April 14, 2022. Oppositions to Motions for Summary Judgment Due− May 26, 2022. Replies in Support of Motions for Summary Judgment Due− June 23, 2022. SO ORDERED. (Expert Discovery due by 3/30/2022., Motions due by 4/14/2022., Responses due by 5/26/2022, Replies due by 6/23/2022.) (Signed by Judge Loretta A. Preska on 3/15/2022) (kv) (Entered: 03/16/2022) |
| 04/04/2022 | 353 | NOTICE OF APPEARANCE by Carl Riehl on behalf of YPF S.A...(Riehl, Carl) (Entered: 04/04/2022) |
| 04/04/2022 | 354 | NOTICE OF APPEARANCE by Wendy B. Reilly on behalf of YPF S.A...(Reilly, Wendy) (Entered: 04/04/2022) |
| 04/04/2022 | 355 | NOTICE OF APPEARANCE by Johan Robert Abraham on behalf of YPF S.A...(Abraham, Johan) (Entered: 04/04/2022) |
| 04/04/2022 | 356 | MOTION for Donald Francis Donovan to Withdraw as Attorney . Document filed by YPF S.A.. (Attachments: # 1 Declaration of Donald Francis Donovan in Support of Motion to Withdraw as Counsel, # 2 Text of Proposed Order).(Donovan, Donald) |

| | | |
|---|---|---|
| | | (Entered: 04/04/2022) |
| 04/04/2022 | 357 | ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT YPF, S.A. granting 356 Motion to Withdraw as Attorney. IT IS SO ORDERED that the Motion to Withdraw of Donald Francis Donovan as Counsel for Defendant YPF S.A., is GRANTED and IT IS FURTHER ORDERED that the Clerk of the Court is directed to remove Donald Francis Donovan from all future ECF notifications in these matters. Attorney Donald Francis Donovan terminated. (Signed by Judge Loretta A. Preska on 4/4/2022) (mml) (Entered: 04/04/2022) |
| 04/14/2022 | 358 | LETTER MOTION to Seal *Portions of Plaintiffs' Motion for Summary Judgment* addressed to Judge Loretta A. Preska from Paul D. Clement dated April 14, 2022. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Clement, Paul) (Entered: 04/14/2022) |
| 04/14/2022 | 359 | MOTION for Summary Judgment . Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Clement, Paul) (Entered: 04/14/2022) |
| 04/14/2022 | 360 | MOTION for Summary Judgment . Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 04/14/2022) |
| 04/14/2022 | 361 | LETTER MOTION to Seal addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated April 14, 2022. Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 04/14/2022) |
| 04/14/2022 | 362 | LETTER MOTION to Seal addressed to Judge Loretta A. Preska from Shannon Rose Selden dated April 14, 2022. Document filed by YPF S.A...(Selden, Shannon) (Entered: 04/14/2022) |
| 04/14/2022 | 363 | DECLARATION of Robert J. Giuffra, Jr. in Support re: 360 MOTION for Summary Judgment .. Document filed by Argentine Republic. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51, # 52 Exhibit 52, # 53 Exhibit 53, # 54 Exhibit 54, # 55 Exhibit 55, # 56 Exhibit 56, # 57 Exhibit 57, # 58 Exhibit 58, # 59 Exhibit 59, # 60 Exhibit 60, # 61 Exhibit 61, # 62 Exhibit 62, # 63 Exhibit 63, # 64 Exhibit 64, # 65 Exhibit 65, # 66 Exhibit 66, # 67 Exhibit 67, # 68 Exhibit 68, # 69 Exhibit 69, # 70 Exhibit 70, # 71 Exhibit 71, # 72 Exhibit 72, # 73 Exhibit 73, # 74 Exhibit 74, # 75 Exhibit 75, # 76 Exhibit 76, # 77 Exhibit 77, # 78 Exhibit 78).(Giuffra, Robert) (Entered: 04/14/2022) |
| 04/14/2022 | 364 | DECLARATION of George W. Hicks, Jr. in Support re: 359 MOTION for Summary Judgment .. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3 – Part 1, # 4 Exhibit 3 – Part 2, # 5 Exhibit 4 – Part 1, # 6 Exhibit 4 – Part 2, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15, # 18 Exhibit 16, # 19 Exhibit 17, # 20 Exhibit 18, # 21 Exhibit 19, # 22 Exhibit 20, # 23 Exhibit 21, # 24 Exhibit 22, # 25 Exhibit 23, # 26 Exhibit 24, # 27 Exhibit 25, # 28 Exhibit 26, # 29 Exhibit 27, # 30 Exhibit 28, # 31 Exhibit 29, # 32 Exhibit 30, # 33 Exhibit 31, # 34 Exhibit 32, # 35 Exhibit 33, # 36 Exhibit 34, # 37 Exhibit 35, # 38 Exhibit 36, # 39 Exhibit 37, # 40 Exhibit 38, # 41 Exhibit 39, # 42 Exhibit 40, # 43 Exhibit 41, # 44 Exhibit 42, # 45 Exhibit 43, # 46 Exhibit 44, # 47 Exhibit 45, # 48 Exhibit 46, # 49 Exhibit 47, # 50 Exhibit 48, # 51 Exhibit 49, # 52 Exhibit 50, # 53 Exhibit 51, # 54 Exhibit 52, # 55 Exhibit 53, # 56 Exhibit 54, # 57 Exhibit 55, # 58 Exhibit 56, # 59 Exhibit 57, # 60 Exhibit 58, # 61 Exhibit 59, # 62 Exhibit 60, # 63 Exhibit 61, # 64 Exhibit 62, # 65 Exhibit 63, # 66 Exhibit 64, # 67 Exhibit 65, # 68 Exhibit 66, # 69 Exhibit 67, # 70 Exhibit 68, # 71 Exhibit 69, # 72 Exhibit 70 – Part 1, # 73 Exhibit 70 – Part 2, # 74 Exhibit 71 – Part 1, # 75 Exhibit 71 – Part 2, # 76 Exhibit 72, # 77 Exhibit 73 – Part 1, # 78 Exhibit 73 – Part 2, # 79 Exhibit 74, # 80 Exhibit 75, # 81 |

|  |  |  |
|---|---|---|
|  |  | Exhibit 76, # 82 Exhibit 77, # 83 Exhibit 78, # 84 Exhibit 79, # 85 Exhibit 80, # 86 Exhibit 81, # 87 Exhibit 82, # 88 Exhibit 83 – Part 1, # 89 Exhibit 83 – Part 2, # 90 Exhibit 84, # 91 Exhibit 85, # 92 Exhibit 86, # 93 Exhibit 87, # 94 Exhibit 88, # 95 Exhibit 89, # 96 Exhibit 90, # 97 Exhibit 91, # 98 Exhibit 92, # 99 Exhibit 93, # 100 Exhibit 94, # 101 Exhibit 95, # 102 Exhibit 96, # 103 Exhibit 97, # 104 Exhibit 98, # 105 Exhibit 99, # 106 Exhibit 100, # 107 Exhibit 101, # 108 Exhibit 102, # 109 Exhibit 103, # 110 Exhibit 104, # 111 Exhibit 105, # 112 Exhibit 106, # 113 Exhibit 107, # 114 Exhibit 108, # 115 Exhibit 109, # 116 Exhibit 110, # 117 Exhibit 111, # 118 Exhibit 112, # 119 Exhibit 113, # 120 Exhibit 114, # 121 Exhibit 115, # 122 Exhibit 116, # 123 Exhibit 117, # 124 Exhibit 118, # 125 Exhibit 119, # 126 Exhibit 120, # 127 Exhibit 121, # 128 Exhibit 122, # 129 Exhibit 123, # 130 Exhibit 124, # 131 Exhibit 125, # 132 Exhibit 126, # 133 Exhibit 127, # 134 Exhibit 128, # 135 Exhibit 129, # 136 Exhibit 130 – Part 1, # 137 Exhibit 130 – Part 2, # 138 Exhibit 131).(Clement, Paul) (Entered: 04/14/2022) |
| 04/14/2022 | 365 | DECLARATION of Alfonso Santiago in Support re: 360 MOTION for Summary Judgment .. Document filed by Argentine Republic. (Attachments: # 1 Exhibit 1).(Giuffra, Robert) (Entered: 04/14/2022) |
| 04/14/2022 | 366 | DECLARATION of Alejandro Juan Uslenghi in Support re: 360 MOTION for Summary Judgment .. Document filed by Argentine Republic. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11).(Giuffra, Robert) (Entered: 04/14/2022) |
| 04/14/2022 | 367 | MOTION for Summary Judgment / Notice of Motion by Defendant YPF S.A. for Summary Judgment on All Remaining Claims. Document filed by YPF S.A...(Goodman, Mark) (Entered: 04/14/2022) |
| 04/14/2022 | 368 | DECLARATION of Rafael M. Manovil in Support re: 360 MOTION for Summary Judgment .. Document filed by Argentine Republic. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11).(Giuffra, Robert) (Entered: 04/14/2022) |
| 04/14/2022 | 369 | MEMORANDUM OF LAW in Support re: 367 MOTION for Summary Judgment / Notice of Motion by Defendant YPF S.A. for Summary Judgment on All Remaining Claims. / [Redacted] Memorandum of Law in Support of Defendant YPF S.A.'s Motion for Summary Judgment. Document filed by YPF S.A...(Goodman, Mark) (Entered: 04/14/2022) |
| 04/14/2022 | 370 | RULE 56.1 STATEMENT. Document filed by YPF S.A...(Goodman, Mark) (Entered: 04/14/2022) |
| 04/14/2022 | 371 | MEMORANDUM OF LAW in Support re: 359 MOTION for Summary Judgment . . Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Clement, Paul) (Entered: 04/14/2022) |
| 04/14/2022 | 372 | RULE 56.1 STATEMENT. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Clement, Paul) (Entered: 04/14/2022) |
| 04/14/2022 | 373 | MEMORANDUM OF LAW in Support re: 360 MOTION for Summary Judgment . . Document filed by Argentine Republic. (Attachments: # 1 Appendix of Selected Argentine Laws).(Giuffra, Robert) (Entered: 04/14/2022) |
| 04/14/2022 | 374 | ***SELECTED PARTIES***DECLARATION of George W. Hicks, Jr. in Support re: 359 MOTION for Summary Judgment .. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U., Argentine Republic, Burford Capital LLC, YPF S.A.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3 – Part 1, # 4 Exhibit 3 – Part 2, # 5 Exhibit 4 – Part 1, # 6 Exhibit 4 – Part 2, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15, # 18 Exhibit 16, # 19 Exhibit 17, # 20 Exhibit 18, # 21 Exhibit 19, # 22 Exhibit 20, # 23 Exhibit 21, # 24 Exhibit 22, # 25 Exhibit 23, # 26 Exhibit 24, # 27 Exhibit 25, # 28 Exhibit 26, # 29 Exhibit 27, # 30 Exhibit 28, # 31 Exhibit 29, # 32 Exhibit 30, # 33 Exhibit 31, # 34 Exhibit 32, # 35 Exhibit 33, # 36 Exhibit 34, # 37 Exhibit 35, # 38 Exhibit 36, # 39 Exhibit 37, # 40 Exhibit 38, # 41 Exhibit 39, # 42 Exhibit 40, # 43 Exhibit 41, # 44 |

| | | |
|---|---|---|
| | | Exhibit 42, # 45 Exhibit 43, # 46 Exhibit 44, # 47 Exhibit 45, # 48 Exhibit 46, # 49 Exhibit 47, # 50 Exhibit 48, # 51 Exhibit 49, # 52 Exhibit 50, # 53 Exhibit 51, # 54 Exhibit 52, # 55 Exhibit 53, # 56 Exhibit 54, # 57 Exhibit 55, # 58 Exhibit 56, # 59 Exhibit 57, # 60 Exhibit 58, # 61 Exhibit 59, # 62 Exhibit 60, # 63 Exhibit 61, # 64 Exhibit 62, # 65 Exhibit 63, # 66 Exhibit 64, # 67 Exhibit 65, # 68 Exhibit 66, # 69 Exhibit 67, # 70 Exhibit 68, # 71 Exhibit 69, # 72 Exhibit 70 − Part 1, # 73 Exhibit 70 − Part 2, # 74 Exhibit 71 − Part 1, # 75 Exhibit 71 − Part 2, # 76 Exhibit 72, # 77 Exhibit 73 − Part 1, # 78 Exhibit 73 − Part 2, # 79 Exhibit 74, # 80 Exhibit 75, # 81 Exhibit 76, # 82 Exhibit 77, # 83 Exhibit 78, # 84 Exhibit 79, # 85 Exhibit 80, # 86 Exhibit 81, # 87 Exhibit 82, # 88 Exhibit 83 − Part 1, # 89 Exhibit 83 − Part 2, # 90 Exhibit 84, # 91 Exhibit 85, # 92 Exhibit 86, # 93 Exhibit 87, # 94 Exhibit 88, # 95 Exhibit 89, # 96 Exhibit 90, # 97 Exhibit 91, # 98 Exhibit 92, # 99 Exhibit 93, # 100 Exhibit 94, # 101 Exhibit 95, # 102 Exhibit 96, # 103 Exhibit 97, # 104 Exhibit 98, # 105 Exhibit 99, # 106 Exhibit 100, # 107 Exhibit 101, # 108 Exhibit 102, # 109 Exhibit 103, # 110 Exhibit 104, # 111 Exhibit 105, # 112 Exhibit 106, # 113 Exhibit 107, # 114 Exhibit 108, # 115 Exhibit 109, # 116 Exhibit 110, # 117 Exhibit 111, # 118 Exhibit 112, # 119 Exhibit 113, # 120 Exhibit 114, # 121 Exhibit 115, # 122 Exhibit 116, # 123 Exhibit 117, # 124 Exhibit 118, # 125 Exhibit 119, # 126 Exhibit 120, # 127 Exhibit 121, # 128 Exhibit 122, # 129 Exhibit 123, # 130 Exhibit 124, # 131 Exhibit 125, # 132 Exhibit 126, # 133 Exhibit 127, # 134 Exhibit 128, # 135 Exhibit 129, # 136 Exhibit 130 − Part 1, # 137 Exhibit 130 − Part 2, # 138 Exhibit 131)Motion or Order to File Under Seal: 358 .(Clement, Paul) (Entered: 04/14/2022) |
| 04/14/2022 | 375 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 359 MOTION for Summary Judgment . . Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U., Argentine Republic, Burford Capital LLC, YPF S.A.. Motion or Order to File Under Seal: 358 .(Clement, Paul) (Entered: 04/14/2022) |
| 04/14/2022 | 376 | ***SELECTED PARTIES***RULE 56.1 STATEMENT. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U., Argentine Republic, Burford Capital LLC, YPF S.A.. Motion or Order to File Under Seal: 358 .(Clement, Paul) (Entered: 04/14/2022) |
| 04/14/2022 | 377 | DECLARATION of Mark P. Goodman in Support re: 367 MOTION for Summary Judgment *Notice of Motion by Defendant YPF S.A. for Summary Judgment on All Remaining Claims*.. Document filed by YPF S.A.. (Attachments: # 1 Exhibit 1: Bylaws of YPF S.A., # 2 Exhibit 2: Excerpts of YPF's 2020 SEC Form 20−F, # 3 Exhibit 3: Rebuttal Expert Report of Jeffrey H. Harris, Ph.D., # 4 Exhibit 4: YPF S.A.'s Answer and Defenses, # 5 Exhibit 5: Argentine Law No. 24,145, # 6 Exhibit 6: Expert Report of Nancy C. Lissemore, # 7 Exhibit 7: Excerpts of YPF's 2008 SEC Form F−3, # 8 Exhibit 8: Excerpts of YPF's 2007 SEC Form 20−F, # 9 Exhibit 9: Shareholders' Agreement, # 10 Exhibit 10: Excerpts of YPF's 2011 SEC Form 20−F, # 11 Exhibit 11: Stock Purchase and Sale Agreement representing 10% of the capital stock of YPF S.A., # 12 Exhibit 12: YPF.S.A.'s Answer and Defenses, # 13 Exhibit 13: Repsol YPF, S.A.'s December 22, 2010 Schedule 13−D/A, # 14 Exhibit 14: Minutes of March 21, 2012 Meeting of the YPF Board, # 15 Exhibit 15: Argentine Law. No. 26,741, # 16 Exhibit 16: Argentine Decree No. 530−2012, # 17 Exhibit 17: Decree No. 532−2012, # 18 Exhibit 18: Transcript of a speech made by Axel Kicilof, # 19 Exhibit 19: Call Notice by the Argentine SEC, # 20 Exhibit 20: Minutes of the June 4, 2012 Shareholders Meeting, # 21 Exhibit 21: Minutes of the July 17, 2012 Shareholders Meeting, # 22 Exhibit 22: Expert Report of Julio Pablo Comadira, # 23 Exhibit 23: Expert Report of Rafael M. Manvil on behalf of the Republic, # 24 Exhibit 24: Declaration of Alfredo L. Rovira, # 25 Exhibit 25: Rebuttal Expert Report of Professor Alejandro M. Garro, # 26 Exhibit 26: Excerpts of the transcript of the Motion to Dismiss Hearing, # 27 Exhibit 27: Rebuttal Expert Report of Ada Kemelmajer de Carlucci, # 28 Exhibit 28: Declaration of Alfredo L. Rovira, # 29 Exhibit 29: Expert Report of Professor Alejandro M. Garro, # 30 Exhibit 30: Excerpts of the deposition transcript of Ada Kemelmajer de Carlucci, # 31 Exhibit 31: Reply Report of Rafael M. Manvil on behalf of the Republic, # 32 Exhibit 32: Excerpts of the deposition transcript of Alfredo L. Rovira, # 33 Exhibit 33: Excerpts of the deposition transcript of Alejandro M. Garro, # 34 Exhibit 34: Expert Report of Rafael M. Manvil on behalf of YPF S.A., # 35 Exhibit 35: Reply Expert Report of Alfredo L. Rovira, # 36 Exhibit 36: Reply Expert Report of Alejandro M. Garro, # 37 Exhibit 37: Argentine General Company Law, # 38 Exhibit 38: Guterrez, # 39 Exhibit 39: Excerpts of the deposition transcript of Alberto B. Bianchi, # 40 Exhibit 40: Excerpts of the deposition transcript |

of Julio Pablo Comadira, # 41 Exhibit 41: Filed under seal, # 42 Exhibit 42: Filed under seal, # 43 Exhibit 43: Petersen Complaint, # 44 Exhibit 44: Eton Park Complaint, # 45 Exhibit 45: YPF's SEC Form 6−K, filed March 22, 2012, # 46 Exhibit 46: Plaintiffs' Memorandum of Law in Opposition to YPF S.A.'s Motion to Dismiss, # 47 Exhibit 47 Excerpts of the deposition transcript of Nancy C. Lissemore, # 48 Exhibit 48: Filed under seal, # 49 Exhibit 49: Declaration of Alberto B. Bianchi, # 50 Exhibit 50: YPF's Form 6−K, filed May 8, 2012, # 51 Exhibit 51: Filed under seal, # 52 Exhibit 52: Filed under seal, # 53 Exhibit 53: YPF's SEC Form 6−K, filed April 23, 2012, # 54 Exhibit 54: Articles 217 and 218 of the Argentine Commercial Code, # 55 Exhibit 55: Scaro, # 56 Exhibit 56: Mevopal, # 57 Exhibit 57: Motta, # 58 Exhibit 58: Rebuttal Expert Report of Rafael M. Manvil on behalf of YPF S.A., # 59 Exhibit 59: Rebuttal Expert Report of Julio Pablo Comadira, # 60 Exhibit 60: Plaintiffs' Appellate Brief, # 61 Exhibit 61: Argentine Republic's Answer and Affirmative Defenses to Plaintiffs' Complaint, # 62 Exhibit 62: Expert Report of Manuel Conthe, # 63 Exhibit 63: Rebuttal Report of Prof. Steven Davidoff Solomon, # 64 Exhibit 64: Rebuttal Expert Report of Harold Sharon, # 65 Exhibit 65: Reply Expert Report of Ada Kemelmajer de Carlucci, # 66 Exhibit 66: YPF's Form 6−K, filed March 27, 2012, # 67 Exhibit 67: PESA − Submission to the Mercantile Court Number 3, # 68 Exhibit 68: PEISA − Submission to the Mercantile Court Number 3, # 69 Exhibit 69: Joint Bid by Prospect Investments LLC, # 70 Exhibit 70: Claim Prosecution Agreement, # 71 Exhibit 71: Blog Post titled Control, disclosure, privilege, champerty and other legal finance ethics questions answered, # 72 Exhibit 72: Blog Post titled Control: Addressing a common question about litigation finance, # 73 Exhibit 73: American Bar Association's Best Practices for Third−Party Litigation Funding, # 74 Exhibit 74: Association of Litigation Funders of England & Wales's Code of Conduct for Litigation Funders, # 75 Exhibit 75: Litigation Funding 2020, # 76 Exhibit 76: Excerpts of the deposition transcript of Ignacio Tirado, # 77 Exhibit 77: Email from Eton Park's Jason Currant to Eton Park's Ricardo Salmon, dated November 5, 2010).(Goodman, Mark) (Entered: 04/14/2022)

| | | |
|---|---|---|
| 04/14/2022 | 378 | RULE 56.1 STATEMENT. Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 04/14/2022) |
| 04/14/2022 | 379 | LETTER MOTION for Oral Argument *on Plaintiffs' Motion for Summary Judgment (Dkt No. 359)* addressed to Judge Loretta A. Preska from Paul D. Clement dated April 14, 2022. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Clement, Paul) (Entered: 04/14/2022) |
| 04/15/2022 | 380 | ORDER granting 361 Letter Motion to Seal. SO ORDERED. (Signed by Judge Loretta A. Preska on 4/15/2022) (va) (Entered: 04/15/2022) |
| 04/15/2022 | 381 | ORDER granting 362 Letter Motion to Seal. SO ORDERED. (Signed by Judge Loretta A. Preska on 4/15/2022) (va) (Entered: 04/15/2022) |
| 04/15/2022 | 382 | ORDER granting 358 Letter Motion to Seal. SO ORDERED. (Signed by Judge Loretta A. Preska on 4/15/2022) (va) (Entered: 04/15/2022) |
| 04/18/2022 | 383 | SEALED DOCUMENT placed in vault..(jus) (Entered: 04/18/2022) |
| 05/18/2022 | 384 | PROPOSED STIPULATION AND ORDER. Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 05/18/2022) |
| 05/19/2022 | 385 | STIPULATION AND ORDER REGARDING BRIEFING ORDER PAGE ALLOCATIONS: hereby STIPULATE AND AGREE, and RESPECTFULLY REQUEST THAT THE COURT ORDER, that the Briefing Order be modified as follows: 1. Defendants may submit up to 75 pages of briefing in opposition to Plaintiffs' motion(s), which may be divided as Defendants see fit between the Republic and YPF, or Defendants may elect instead to submit a joint brief of up to 75 pages; and 2. Defendants may submit up to 40 pages of reply briefing in support of their motions for summary judgment, which may be divided as they see fit between the Republic and YPF, or Defendants may elect instead to submit a joint brief of up to 40 pages. SO ORDERED (Signed by Judge Loretta A. Preska on 5/19/2022) (ks) (Entered: 05/19/2022) |
| 05/24/2022 | 386 | NOTICE OF APPEARANCE by Sol Czerwonko on behalf of YPF S.A...(Czerwonko, Sol) (Entered: 05/24/2022) |

| | | |
|---|---|---|
| 05/26/2022 | 387 | LETTER MOTION to Seal *Portions of Plaintiffs' Combined Opposition to Defendants' Motions for Summary Judgment and Supporting Documents* addressed to Judge Loretta A. Preska from Paul D. Clement dated May 26, 2022. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Clement, Paul) (Entered: 05/26/2022) |
| 05/26/2022 | 388 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: 360 MOTION for Summary Judgment ., 367 MOTION for Summary Judgment */ Notice of Motion by Defendant YPF S.A. for Summary Judgment on All Remaining Claims. [Plaintiffs' Combined Opposition to Defendants' Motions for Summary Judgment].* Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U., Argentine Republic, Burford Capital LLC, YPF S.A.. Motion or Order to File Under Seal: 387 .(Clement, Paul) (Entered: 05/26/2022) |
| 05/26/2022 | 389 | ***SELECTED PARTIES***COUNTER STATEMENT TO 376 Rule 56.1 Statement. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U., Argentine Republic, Burford Capital LLC, YPF S.A.. Motion or Order to File Under Seal: 387 .(Clement, Paul) (Entered: 05/26/2022) |
| 05/26/2022 | 390 | ***SELECTED PARTIES***COUNTER STATEMENT TO 370 Rule 56.1 Statement. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U., Argentine Republic, Burford Capital LLC, YPF S.A.. Motion or Order to File Under Seal: 387 .(Clement, Paul) (Entered: 05/26/2022) |
| 05/26/2022 | 391 | ***SELECTED PARTIES***DECLARATION of George W. Hicks, Jr. in Opposition re: 367 MOTION for Summary Judgment */ Notice of Motion by Defendant YPF S.A. for Summary Judgment on All Remaining Claims.*, 360 MOTION for Summary Judgment .. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U., Argentine Republic, Burford Capital LLC, YPF S.A.. (Attachments: # 1 Exhibit 132, # 2 Exhibit 133, # 3 Exhibit 134, # 4 Exhibit 135, # 5 Exhibit 136, # 6 Exhibit 137, # 7 Exhibit 138, # 8 Exhibit 139, # 9 Exhibit 140, # 10 Exhibit 141, # 11 Exhibit 142, # 12 Exhibit 143, # 13 Exhibit 144, # 14 Exhibit 145, # 15 Exhibit 146, # 16 Exhibit 147 Part 1, # 17 Exhibit 147 Part 2, # 18 Exhibit 148, # 19 Exhibit 149, # 20 Exhibit 150, # 21 Exhibit 151, # 22 Exhibit 152, # 23 Exhibit 153, # 24 Exhibit 154)Motion or Order to File Under Seal: 387 .(Hicks, George) (Entered: 05/26/2022) |
| 05/26/2022 | 392 | MEMORANDUM OF LAW in Opposition re: 360 MOTION for Summary Judgment ., 367 MOTION for Summary Judgment */ Notice of Motion by Defendant YPF S.A. for Summary Judgment on All Remaining Claims. [Plaintiffs' Combined Opposition to Defendants' Motions for Summary Judgment].* Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Clement, Paul) (Entered: 05/26/2022) |
| 05/26/2022 | 393 | COUNTER STATEMENT TO 378 Rule 56.1 Statement. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Clement, Paul) (Entered: 05/26/2022) |
| 05/26/2022 | 394 | COUNTER STATEMENT TO 370 Rule 56.1 Statement. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Clement, Paul) (Entered: 05/26/2022) |
| 05/26/2022 | 395 | RULE 56.1 STATEMENT. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Clement, Paul) (Entered: 05/26/2022) |
| 05/26/2022 | 396 | DECLARATION of George W. Hicks, Jr. in Opposition re: 360 MOTION for Summary Judgment ., 367 MOTION for Summary Judgment */ Notice of Motion by Defendant YPF S.A. for Summary Judgment on All Remaining Claims..* Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Exhibit 132, # 2 Exhibit 133, # 3 Exhibit 134, # 4 Exhibit 135, # 5 Exhibit 136, # 6 Exhibit 137, # 7 Exhibit 138, # 8 Exhibit 139, # 9 Exhibit 140, # 10 Exhibit 141, # 11 Exhibit 142, # 12 Exhibit 143, # 13 Exhibit 144, # 14 Exhibit 145, # 15 Exhibit 146, # 16 Exhibit 147 Part 1, # 17 Exhibit 147 Part 2, # 18 Exhibit 148, # 19 Exhibit 149, # 20 Exhibit 150, # 21 Exhibit 151, # 22 Exhibit 152, # 23 Exhibit 153, # 24 Exhibit 154).(Hicks, George) (Entered: 05/26/2022) |
| 05/26/2022 | 397 | LETTER MOTION to Seal addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated May 26, 2022. Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 05/26/2022) |

| | | |
|---|---|---|
| 05/26/2022 | <u>398</u> | DECLARATION of Robert J. Giuffra, Jr. in Opposition re: <u>359</u> MOTION for Summary Judgment .. Document filed by Argentine Republic. (Attachments: # <u>1</u> Exhibit 79, # <u>2</u> Exhibit 80, # <u>3</u> Exhibit 81, # <u>4</u> Exhibit 82, # <u>5</u> Exhibit 83, # <u>6</u> Exhibit 84, # <u>7</u> Exhibit 85, # <u>8</u> Exhibit 86, # <u>9</u> Exhibit 87, # <u>10</u> Exhibit 88, # <u>11</u> Exhibit 89, # <u>12</u> Exhibit 90, # <u>13</u> Exhibit 91, # <u>14</u> Exhibit 92, # <u>15</u> Exhibit 93, # <u>16</u> Exhibit 94, # <u>17</u> Exhibit 95, # <u>18</u> Exhibit 96, # <u>19</u> Exhibit 97, # <u>20</u> Exhibit 98, # <u>21</u> Exhibit 99, # <u>22</u> Exhibit 100, # <u>23</u> Exhibit 101, # <u>24</u> Exhibit 102, # <u>25</u> Exhibit 103, # <u>26</u> Exhibit 104, # <u>27</u> Exhibit 105, # <u>28</u> Exhibit 106, # <u>29</u> Exhibit 107, # <u>30</u> Exhibit 108, # <u>31</u> Exhibit 109, # <u>32</u> Exhibit 110, # <u>33</u> Exhibit 111, # <u>34</u> Exhibit 112, # <u>35</u> Exhibit 113, # <u>36</u> Exhibit 114, # <u>37</u> Exhibit 115, # <u>38</u> Exhibit 116, # <u>39</u> Exhibit 117, # <u>40</u> Exhibit 118, # <u>41</u> Exhibit 119).(Giuffra, Robert) (Entered: 05/26/2022) |
| 05/26/2022 | <u>399</u> | MEMORANDUM OF LAW in Opposition re: <u>359</u> MOTION for Summary Judgment . / *Memorandum of Law of Defendant YPF S.A. in Opposition to Plaintiffs' Motion for Summary Judgment*. Document filed by YPF S.A...(Goodman, Mark) (Entered: 05/26/2022) |
| 05/26/2022 | <u>400</u> | DECLARATION of Mark P. Goodman in Opposition re: <u>359</u> MOTION for Summary Judgment .. Document filed by YPF S.A.. (Attachments: # <u>1</u> Exhibit 78: Pargendler Rebuttal Rep., # <u>2</u> Exhibit 79: Manovil YPF Reply Rep., # <u>3</u> Exhibit 80: Kemelmajer Tr. (excerpted), # <u>4</u> Exhibit 81: Calomiris Tr. (excerpted), # <u>5</u> Exhibit 82: CRS Report, dated Feb. 6, 2013, # <u>6</u> Exhibit 83: IMF Factsheet, dated Feb. 22, 2021).(Goodman, Mark) (Entered: 05/26/2022) |
| 05/26/2022 | <u>401</u> | COUNTER STATEMENT TO <u>372</u> Rule 56.1 Statement. Document filed by Argentine Republic, YPF S.A...(Giuffra, Robert) (Entered: 05/26/2022) |
| 05/26/2022 | <u>402</u> | JOINT MEMORANDUM OF LAW in Opposition re: <u>359</u> MOTION for Summary Judgment . . Document filed by Argentine Republic, YPF S.A...(Giuffra, Robert) (Entered: 05/27/2022) |
| 06/23/2022 | <u>403</u> | LETTER MOTION to Seal *Portions of Plaintiffs' Combined Reply in Support of their Motion for Summary Judgment and Supporting Documents* addressed to Judge Loretta A. Preska from Paul D. Clement dated June 23, 2022. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Clement, Paul) (Entered: 06/23/2022) |
| 06/23/2022 | <u>404</u> | ***SELECTED PARTIES*** REPLY MEMORANDUM OF LAW in Support re: <u>359</u> MOTION for Summary Judgment . *Plaintiffs Combined Reply in Support of Their Motion for Summary Judgment*. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U., Argentine Republic, Burford Capital LLC, YPF S.A.. Motion or Order to File Under Seal: <u>403</u> .(Clement, Paul) (Entered: 06/23/2022) |
| 06/23/2022 | <u>405</u> | REPLY MEMORANDUM OF LAW in Support re: <u>359</u> MOTION for Summary Judgment . *Plaintiffs Combined Reply in Support of Their Motion for Summary Judgment*. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Clement, Paul) (Entered: 06/23/2022) |
| 06/23/2022 | <u>406</u> | ***SELECTED PARTIES***DECLARATION of George W. Hicks, Jr. in Support re: <u>359</u> MOTION for Summary Judgment .. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U., Argentine Republic, Burford Capital LLC, YPF S.A.. (Attachments: # <u>1</u> Exhibit 155, # <u>2</u> Exhibit 156, # <u>3</u> Exhibit 157, # <u>4</u> Exhibit 158, # <u>5</u> Exhibit 159, # <u>6</u> Exhibit 160, # <u>7</u> Exhibit 161, # <u>8</u> Exhibit 162, # <u>9</u> Exhibit 163, # <u>10</u> Exhibit 164, # <u>11</u> Exhibit 165, # <u>12</u> Exhibit 166, # <u>13</u> Exhibit 167, # <u>14</u> Exhibit 168 Part 1, # <u>15</u> Exhibit 168 Part 2, # <u>16</u> Exhibit 169, # <u>17</u> Exhibit 170, # <u>18</u> Exhibit 171, # <u>19</u> Exhibit 172, # <u>20</u> Exhibit 173, # <u>21</u> Exhibit 174, # <u>22</u> Exhibit 175, # <u>23</u> Exhibit 176, # <u>24</u> Exhibit 177, # <u>25</u> Exhibit 178, # <u>26</u> Exhibit 179, # <u>27</u> Exhibit 180)Motion or Order to File Under Seal: <u>403</u> .(Hicks, George) (Entered: 06/23/2022) |
| 06/23/2022 | <u>407</u> | DECLARATION of George W. Hicks, Jr. in Support re: <u>359</u> MOTION for Summary Judgment .. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # <u>1</u> Exhibit 155, # <u>2</u> Exhibit 156, # <u>3</u> Exhibit 157, # <u>4</u> Exhibit 158, # <u>5</u> Exhibit 159, # <u>6</u> Exhibit 160, # <u>7</u> Exhibit 161, # <u>8</u> Exhibit 162, # <u>9</u> Exhibit 163, # <u>10</u> Exhibit 164, # <u>11</u> Exhibit 165, # <u>12</u> Exhibit 166, # <u>13</u> Exhibit 167, # <u>14</u> Exhibit 168 Part 1, # <u>15</u> Exhibit 168 Part 2, # <u>16</u> Exhibit 169, # <u>17</u> Exhibit 170, # <u>18</u> Exhibit 171, # <u>19</u> Exhibit 172, # <u>20</u> Exhibit 173, # <u>21</u> Exhibit 174, # <u>22</u> Exhibit 175, # <u>23</u> Exhibit 176, # <u>24</u> Exhibit 177, # <u>25</u> Exhibit 178, # <u>26</u> Exhibit 179, # <u>27</u> Exhibit |

| | | |
|---|---|---|
| | | 180).(Hicks, George) (Entered: 06/23/2022) |
| 06/23/2022 | 408 | LETTER MOTION to Seal addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated June 23, 2022. Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 06/23/2022) |
| 06/23/2022 | 409 | DECLARATION of Robert J. Giuffra, Jr. in Support re: 360 MOTION for Summary Judgment .. Document filed by Argentine Republic. (Attachments: # 1 Exhibit 120, # 2 Exhibit 121, # 3 Exhibit 122, # 4 Exhibit 123, # 5 Exhibit 124).(Giuffra, Robert) (Entered: 06/23/2022) |
| 06/23/2022 | 410 | REPLY MEMORANDUM OF LAW in Support re: 360 MOTION for Summary Judgment . . Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 06/23/2022) |
| 06/23/2022 | 411 | LETTER MOTION for Oral Argument *Defendants' Letter Motion for Oral Argument on the Parties' Motions for Summary Judgment* addressed to Judge Loretta A. Preska from Mark P. Goodman dated June 23, 2022. Document filed by YPF S.A..(Goodman, Mark) (Entered: 06/23/2022) |
| 06/23/2022 | 412 | REPLY MEMORANDUM OF LAW in Support re: 367 MOTION for Summary Judgment *Notice of Motion by Defendant YPF S.A. for Summary Judgment on All Remaining Claims. / Reply Memorandum of Law in Support of Defendant YPF S.A.'s Motion for Summary Judgment.* Document filed by YPF S.A...(Goodman, Mark) (Entered: 06/23/2022) |
| 06/23/2022 | 413 | DECLARATION of Mark P. Goodman in Support re: 367 MOTION for Summary Judgment *Notice of Motion by Defendant YPF S.A. for Summary Judgment on All Remaining Claims.*. Document filed by YPF S.A.. (Attachments: # 1 Exhibit 84 – Excerpts of YPF's 2011 SEC Form 20–F, # 2 Exhibit 85 – Excerpts of the deposition transcript of Julio Pablo Comadira, # 3 Exhibit 86 – Zullo).(Goodman, Mark) (Entered: 06/23/2022) |
| 06/23/2022 | 414 | COUNTER STATEMENT TO 395 Rule 56.1 Statement. Document filed by YPF S.A...(Goodman, Mark) (Entered: 06/23/2022) |
| 06/24/2022 | 415 | ORDER granting 408 Letter Motion to Seal. SO ORDERED.. (Signed by Judge Loretta A. Preska on 6/24/2022) (ks) (Entered: 06/24/2022) |
| 06/24/2022 | 416 | ORDER granting 403 Letter Motion to Seal. SO ORDERED.. (Signed by Judge Loretta A. Preska on 6/24/2022) (ks) (Entered: 06/24/2022) |
| 07/25/2022 | 417 | MOTION for Jason E. Kornmehl to Withdraw as Attorney . Document filed by Argentine Republic..(Kornmehl, Jason) (Entered: 07/25/2022) |
| 07/25/2022 | 418 | AFFIRMATION of Jason E. Kornmehl in Support re: 417 MOTION for Jason E. Kornmehl to Withdraw as Attorney .. Document filed by Argentine Republic..(Kornmehl, Jason) (Entered: 07/25/2022) |
| 07/25/2022 | 419 | PROPOSED ORDER FOR WITHDRAWAL OF ATTORNEY. Document filed by Argentine Republic. Related Document Number: 417 ..(Kornmehl, Jason) (Entered: 07/25/2022) |
| 08/09/2022 | 420 | LETTER MOTION to File Amicus Brief addressed to Judge Loretta A. Preska from David A. Berger dated August 9, 2022. Document filed by Chamber of Companies (Camara de Sociedades)..(Berger, David) (Entered: 08/09/2022) |
| 08/09/2022 | 421 | DECLARATION of Uriel Frederico O'Farrell in Support re: 420 LETTER MOTION to File Amicus Brief addressed to Judge Loretta A. Preska from David A. Berger dated August 9, 2022.. Document filed by Chamber of Companies (Camara de Sociedades)..(Berger, David) (Entered: 08/09/2022) |
| 08/09/2022 | 422 | MEMORANDUM OF LAW in Support re: 420 LETTER MOTION to File Amicus Brief addressed to Judge Loretta A. Preska from David A. Berger dated August 9, 2022. . Document filed by Chamber of Companies (Camara de Sociedades)..(Berger, David) (Entered: 08/09/2022) |
| 08/10/2022 | 423 | ORDER granting 420 Letter Motion to File Amicus Brief. The Chamber of Companies' motionfor leave to file an amicus briefis granted. SO ORDERED. (Signed |

| | | by Judge Loretta A. Preska on 8/10/2022) (va) (Entered: 08/10/2022) |
|---|---|---|
| 08/10/2022 | 424 | DECLARATION of Uriel Frederico O'Farrell re: 423 Order on Motion to File Amicus Brief . Document filed by Chamber of Companies (Camara de Sociedades)..(Berger, David) (Entered: 08/10/2022) |
| 08/10/2022 | 425 | BRIEF re: 423 Order on Motion to File Amicus Brief, 424 Declaration *Amicus Curiae Brief of The Chamber of Companies (Camara de Sociedades)*. Document filed by Chamber of Companies (Camara de Sociedades)..(Berger, David) (Entered: 08/10/2022) |
| 08/10/2022 | 426 | LETTER addressed to Judge Loretta A. Preska from Paul D. Clement dated August 10, 2022 Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Clement, Paul) (Entered: 08/10/2022) |
| 08/10/2022 | 427 | MEMO ENDORSEMENT on re: (426 in 1:15–cv–02739–LAP) Letter filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U., (355 in 1:16–cv–08569–LAP) Letter filed by Eton Park Fund, L.P., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd. ENDORSEMENT: In light of CS' lack of adequate notice to the parties, the Court will reconsider its ruling. Any entity wishing to comment further on CS' request to file an amicus brief may do so no later than Tuesday August 16, 2022. SO ORDERED. (Signed by Judge Loretta A. Preska on 8/10/2022) (ks) (Entered: 08/10/2022) |
| 08/16/2022 | 428 | LETTER addressed to Judge Loretta A. Preska from Mark P. Goodman dated August 16, 2022 re: Request to File Amicus Brief. Document filed by YPF S.A..(Goodman, Mark) (Entered: 08/16/2022) |
| 08/16/2022 | 429 | LETTER addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated August 16, 2022 re: Request to File Amicus Brief. Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 08/16/2022) |
| 08/16/2022 | 430 | LETTER addressed to Judge Loretta A. Preska from Paul D. Clement dated August 16, 2022 Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Exhibit A – News Article).(Clement, Paul) (Entered: 08/16/2022) |
| 08/16/2022 | 431 | LETTER RESPONSE in Support of Motion addressed to Judge Loretta A. Preska from David A. Berger dated August 16, 2022 re: 420 LETTER MOTION to File Amicus Brief addressed to Judge Loretta A. Preska from David A. Berger dated August 9, 2022. . Document filed by Chamber of Companies (Camara de Sociedades)..(Berger, David) (Entered: 08/16/2022) |
| 08/17/2022 | 432 | RESPONSE re: 430 Letter *from David A. Berger to Judge Preska in response to letter from Plaintiffs' counsel.....* Document filed by Chamber of Companies (Camara de Sociedades). (Attachments: # 1 Exhibit A).(Berger, David) (Entered: 08/17/2022) |
| 08/17/2022 | 433 | AMENDED RESPONSE re: 430 Letter, 432 Response *from David A. Berger to Judge Preska in response to letter from Plaintiffs' counsel...(corrected Exhibit A)*. Document filed by Chamber of Companies (Camara de Sociedades). (Attachments: # 1 Exhibit A).(Berger, David) (Entered: 08/17/2022) |
| 08/18/2022 | 434 | ORDER: Accordingly, CS's motion for leave to file an amicus brief is denied. The Court declines to exercise its discretion to accept an amicus brief that would either result in a further delay in the proceedings or in unnecessary unfairness to Plaintiffs, all to allow the late entry of an amicus whose brief offers little aid to the Court. SO ORDERED. (Signed by Judge Loretta A. Preska on 8/18/2022) (mml) (Entered: 08/18/2022) |
| 09/14/2022 | 435 | ORDER APPROVING WITHDRAWAL AS COUNSEL granting 417 Motion to Withdraw as Attorney. IT IS HEREBY ORDERED as follows: 1. Jason E. Kornmehl is hereby withdrawn as counsel of record for Defendant the Republic of Argentina in the above–captioned actions, and is fully discharged from any further representation or obligation in this case. 2. Remaining counsel of record will continue to represent the Republic. 3. Jason E. Kornmehl (email: kornmehlj@sullcrom.com) is removed from the CM/ECF service list for these actions. SO ORDERED. Attorney Jason Edward Kornmehl terminated. (Signed by Judge Loretta A. Preska on 9/14/2022) (kv) (Entered: 09/14/2022) |

| 01/18/2023 | 436 | NOTICE OF CHANGE OF ADDRESS by Shannon Rose Selden on behalf of YPF S.A.. New Address: Debevoise & Plimpton LLP, 66 Hudson Boulevard, New York, New York, United States 10001, (212) 909−6000..(Selden, Shannon) (Entered: 01/18/2023) |
|---|---|---|
| 03/31/2023 | 437 | OPINION AND ORDER: re: (308 in 1:16−cv−08569−LAP) LETTER MOTION for Oral Argument on Plaintiffs' Motion for Summary Judgment (Dkt No. 289). addressed to Judge Loretta A. Preska from Paul D. Clement dated April 14, 2022 filed by Eton Park Fund, L.P., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., (411 in 1:15−cv−02739−LAP) LETTER MOTION for Oral Argument Defendants' Letter Motion for Oral Argument on the Parties' Motions for Summary Judgmen. addressed to Judge Loretta A. Preska from Mark P. Goodman dated June 23, 2022. filed by YPF S.A., (360 in 1:15−cv−02739−LAP) MOTION for Summary Judgment filed by Argentine Republic, (341 in 1:16−cv−08569−LAP) LETTER MOTION for Oral Argument Defendants' Letter Motion for Oral Argument on the Parties' Motions for Summary Judgment. addressed to Judge Loretta A. Preska from Mark P. Goodman dated June 23, 2022. filed by YPF S.A., (291 in 1:16−cv−08569−LAP) MOTION for Summary Judgment filed by Argentine Republic, (294 in 1:16−cv−08569−LAP) MOTION for Summary Judgment Notice of Motion by Defendant YPF S.A. for Summary Judgment on All Remaining Claims filed by YPF S.A., (379 in 1:15−cv−02739−LAP) LETTER MOTION for Oral Argument on Plaintiffs' Motion for Summary Judgment (Dkt No. 359). addressed to Judge Loretta A. Preska from Paul D. Clement dated April 14, 2022. filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U., (367 in 1:15−cv−02739−LAP) MOTION for Summary Judgment Notice of Motion by Defendant YPF S.A. for Summary Judgment on All Remaining Claims filed by YPF S.A., (289 in 1:16−cv−08569−LAP) MOTION for Summary Judgment filed by Eton Park Fund, L.P., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., (359 in 1:15−cv−02739−LAP) MOTION for Summary Judgment filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U. In sum, the Republics motion for summary judgment (dkt. no. 360) is GRANTED as to Plaintiffs' claim for breach of the duty of good faith and fair dealing and is otherwise DENIED, YPF's motion for summary judgment (dkt. no. 367) is GRANTED, and Plaintiffs' motion for summary judgment (dkt. no. 359) is GRANTED as to liability against the Republic but DENIED as to damages against the Republic and DENIED in its entirety as to YPF. The parties' letter motions for oral argument are also DENIED as moot. The Clerk of the Court shall close the open motions at dkt. nos. 359, 360, 367, 379, and 411 in civil Case Number 15− cv−2739. The Clerk of the Court shall close the open motions at dkt. nos. 289, 291, 294, 308, and 341 in Civil Case Number 16−cv− 8569. Counsel shall confer and inform the Court by letter of how they propose to proceed within fourteen days. SO ORDERED. (Signed by Judge Loretta A. Preska on 3/30/2023) (ama) Modified on 3/31/2023 (ama). (Entered: 03/31/2023) |
| 04/14/2023 | 438 | LETTER addressed to Judge Loretta A. Preska from Mark C. Hansen dated April 14, 2023 re: the Court's March 31 Order. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Hansen, Mark) (Entered: 04/14/2023) |
| 04/14/2023 | 439 | MOTION for Reconsideration *and Reargument*. Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 04/14/2023) |
| 04/14/2023 | 440 | MEMORANDUM OF LAW in Support re: 439 MOTION for Reconsideration *and Reargument*. . Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 04/14/2023) |
| 04/14/2023 | 441 | LETTER addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated April 14, 2023 re: Scope and Timing of Trial. Document filed by Argentine Republic. (Attachments: # 1 Exhibit 1).(Giuffra, Robert) (Entered: 04/14/2023) |
| 04/18/2023 | 442 | ORDER The Court is in receipt of the Republic of Argentina's (the "Republic") motion for reconsideration dated April 14, 2023. (Dkt. no. 439.) Plaintiffs shall respond by April 28, 2023. The Republic shall reply by May 5, 2023. SO ORDERED. (Replies due by 5/5/2023., Responses due by 4/28/2023) (Signed by Judge Loretta A. Preska on 4/18/2023) (jca) (Entered: 04/18/2023) |
| 04/28/2023 | 443 | MEMORANDUM OF LAW in Opposition re: 439 MOTION for Reconsideration *and Reargument*. . Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Clement, Paul) (Entered: 04/28/2023) |

| | | |
|---|---|---|
| 05/05/2023 | 444 | LETTER MOTION to Seal addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated May 5, 2023. Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 05/05/2023) |
| 05/05/2023 | 445 | REPLY MEMORANDUM OF LAW in Support re: 439 MOTION for Reconsideration *and Reargument.* . Document filed by Argentine Republic. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4).(Giuffra, Robert) (Entered: 05/05/2023) |
| 05/05/2023 | 446 | LETTER MOTION for Oral Argument *on the Republic's Motion for Reconsideration and Rehearing* addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated May 5, 2023. Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 05/05/2023) |
| 05/07/2023 | 447 | LETTER RESPONSE in Opposition to Motion addressed to Judge Loretta A. Preska from Paul D. Clement dated 5/7/2023 re: 446 LETTER MOTION for Oral Argument *on the Republic's Motion for Reconsideration and Rehearing* addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated May 5, 2023. . Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Clement, Paul) (Entered: 05/07/2023) |
| 05/09/2023 | 448 | LETTER MOTION to Seal addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated May 9, 2023. Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 05/09/2023) |
| 05/09/2023 | 449 | LETTER RESPONSE in Support of Motion addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated May 9, 2023 re: 446 LETTER MOTION for Oral Argument *on the Republic's Motion for Reconsideration and Rehearing* addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated May 5, 2023. . Document filed by Argentine Republic. (Attachments: # 1 Exhibit A).(Giuffra, Robert) (Entered: 05/09/2023) |
| 05/24/2023 | 450 | MEMORANDUM & ORDER: granting in part and denying in part 439 Motion for Reconsideration re 439 MOTION for Reconsideration and Reargument filed by Argentine Republic, 446 LETTER MOTION for Oral Argument on the Republic's Motion for Reconsideration and Rehearing. addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated May 5, 2023 filed by Argentine Republic ; denying as moot 446 Letter Motion for Oral Argument. The Republic's motion for reconsideration (dkt. no. 439) is thus GRANTED in part and DENIED in part. The Republic's letter motion for oral argument (dkt. no. 446) is also DENIED as moot. The Clerk of the Court shall close the open motions at dkt. nos. 439 and 446 in Civil Case Number 15−cv−2739. The Clerk of the Court shall close the open motions at dkt. nos. 368 and 375 in Civil Case Number 16−cv−8569. Counsel shall confer and inform the Court by letter no later than May 31 whether their positions regarding how to proceed, set forth at docket numbers 438 and 441, have changed in light of this decision. SO ORDERED. (Signed by Judge Loretta A. Preska on 5/24/2023) (ama) (Entered: 05/24/2023) |
| 05/31/2023 | 451 | LETTER addressed to Judge Loretta A. Preska from Paul D. Clement dated May 31, 2023 re: the Court's May 24 Order. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Clement, Paul) (Entered: 05/31/2023) |
| 05/31/2023 | 452 | LETTER addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated May 31, 2023 re: the Court's May 24 Order. Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 05/31/2023) |
| 06/08/2023 | 453 | ORDER: The Court has received the parties' letters dated May 31, 2023. (Dkt. nos. 451 & 452.) The parties shall appear for a telephone conference on June 14, 2023, at 12 PM. Dial−in: (877) 402−9753, access code: 6545179. SO ORDERED., ( Telephone Conference set for 6/14/2023 at 12:00 PM before Judge Loretta A. Preska.) (Signed by Judge Loretta A. Preska on 6/08/2023) (ama) (Entered: 06/08/2023) |
| 06/14/2023 | | Minute Entry for proceedings held before Judge Loretta A. Preska: Telephone Conference held on 6/14/2023. (mph) (Entered: 06/14/2023) |
| 06/16/2023 | 454 | TRANSCRIPT of Proceedings re: Status Conference held on 6/14/2023 before Judge Loretta A. Preska. Court Reporter/Transcriber: Adrienne Mignano, (212) 805−0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After |

| | | |
|---|---|---|
| | | that date it may be obtained through PACER. Redaction Request due 7/7/2023. Redacted Transcript Deadline set for 7/17/2023. Release of Transcript Restriction set for 9/14/2023. (nmo) (Entered: 06/16/2023) |
| 06/16/2023 | 455 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Status Conference proceeding held on 06/14/2023 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days... (nmo) (Entered: 06/16/2023) |
| 06/16/2023 | 456 | LETTER addressed to Judge Loretta A. Preska from Derek T. Ho dated June 16, 2023 re: Trial Schedule. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Ho, Derek) (Entered: 06/16/2023) |
| 06/16/2023 | 457 | LETTER addressed to Judge Loretta A. Preska from Robert J. Giuffra dated June 16, 2023 re: Testimony of Horacio Diez. Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 06/16/2023) |
| 06/19/2023 | 458 | LETTER addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated June 19, 2023 re: Trial Schedule. Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 06/19/2023) |
| 06/19/2023 | 459 | LETTER addressed to Judge Loretta A. Preska from Derek T. Ho dated June 19, 2023 re: Trial Schedule. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Ho, Derek) (Entered: 06/19/2023) |
| 06/20/2023 | 460 | LETTER addressed to Judge Loretta A. Preska from Paul D. Clement dated June 20, 2023 re: Opposition to Testimony of Horacio Diez. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Clement, Paul) (Entered: 06/20/2023) |
| 06/21/2023 | 461 | LETTER addressed to Judge Loretta A. Preska from Robert J. Giuffra dated June 21, 2023 re: Reply to Plaintiffs' Opposition to Testimony of Horacio Diez. Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 06/21/2023) |
| 06/22/2023 | 462 | ORDER: After careful consideration of these letters, the Court orders that: Trial shall commence at 1:00 p.m. on June 28, 2023 and shall conclude by June 28, 2023. The parties shall have 4 hours to present on June 26 and 5 hours to present on June 27 and 28. The parties shall have equal time to use as they wish for openings, closings, testimony, etc. The parties will be subject to chess timing, with time charged against the party speaking unless some abuse is going on (which the Court does not expect from such accomplished litigators). Pre−trial briefs of no more than 10 pages shall be filed on July 14. Post−trial briefs of no more than 15 pages shall be filed by August 4. To the extent any issues need to be briefed in limine, the parties shall submit letter briefs of no longer than three pages filed on July 14, with responses due July 19, and replies due July 21. SO ORDERED., ( Motions due by 7/14/2023., Responses due by 7/19/2023, Replies due by 7/21/2023., Bench Trial set for 6/26/2023 at 01:00 PM before Judge Loretta A. Preska.) (Signed by Judge Loretta A. Preska on 6/22/2023) (ama) (Entered: 06/22/2023) |
| 06/23/2023 | 463 | AMENDED ORDER: The order is amended to provide that: Trial shall commence at 1:00 p.m. on July 26, 2023 and shall conclude by July 28, 2023. The parties shall have 4 hours to present on July 26 and 5 hours to present on July 27 and 28. All other provisions of the June 22 Order remain unaltered and in effect. Bench Trial set for 7/26/2023 at 01:00 PM before Judge Loretta A. Preska. (Signed by Judge Loretta A. Preska on 6/23/2023) (rro) (Entered: 06/23/2023) |
| 06/23/2023 | 464 | ORDER: Finally, though not a recognized factor, the Court briefly addresses the Republic's assertion that it would be "highly unusual−if not unprecedented−to bar testimony from the only live fact witness offered by either party in a multibillion dollar damages trial." (Dkt. no. 461 at 2.) What is "highly unusual−if not unprecedented−[is that] the only live fact witness offered by [the Republic] in a multibillion dollar damages trial" that will putatively swing the potential outcome by billions of dollars was never identified or disclosed. "Any claim that there is an injustice in not letting" Mr. Diez "testify at trial is baseless; as noted, [Mr. Diez] was never listed as a person |

| | | |
|---|---|---|
| | | whose testimony may be used at trial in" the Republic's "initial disclosures... and never listed at any other time through the close of discovery." Lexington Furniture Indus., 2021 U.S. Dist. LEXIS 100723, at \*4–5. Discovery in this matter lasted for almost two years. During that time the Republic made the strategic decision to develop a record and argue that May 8, 2014, was the relevant date and that Plaintiffs were entitled to nothing instead of arguing, as it does now, that Plaintiffs are entitled to four billion dollars instead of eight. Having done so, it cannot now cry about the unfairness of not being permitted to change its strategy, at Plaintiffs' expense, now that it cannot argue that Plaintiffs are not entitled to anything. Balancing the relevant factors, the Court concludes that Mr. Diezs testimony must be precluded. SO ORDERED. (Signed by Judge Loretta A. Preska on 6/23/2023) (mml) (Entered: 06/23/2023) |
| 06/29/2023 | 465 | ORDER: The Court has received several inquiries from members of the public and the press concerning the upcoming trial in this matter. The Court issues this order to inform members of the public and the press that the trial, which is scheduled to commence on July 26, 2023 at 1:00 P.M., is open to the public and that any person who wishes to attend may do so (subject to space limitations) by simply entering Courtroom 12A at 500 Pearl Street, New York, NY 10007. Members of the public may also listen in using the following listen–only conference line: Dial–in: (877) 402–9753, access code: 6545179. SO ORDERED., ( Bench Trial set for 7/26/2023 at 01:00 PM in Courtroom 12A, 500 Pearl Street, New York, NY 10007 before Judge Loretta A. Preska.) (Signed by Judge Loretta A. Preska on 6/29/2023) (ama) (Entered: 06/29/2023) |
| 07/14/2023 | 466 | PRETRIAL MEMORANDUM. Document filed by Argentine Republic. (Attachments: # 1 Appendix A).(Giuffra, Robert) (Entered: 07/14/2023) |
| 07/14/2023 | 467 | TRIAL BRIEF . Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Clement, Paul) (Entered: 07/14/2023) |
| 07/15/2023 | 468 | DECLARATION of C. Harker Rhodes IV re: 467 Trial Brief . Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J part 1, # 11 Exhibit J part 2, # 12 Exhibit J part 3, # 13 Exhibit J part 4, # 14 Exhibit J part 5, # 15 Exhibit J part 6).(Clement, Paul) (Entered: 07/15/2023) |
| 07/17/2023 | 469 | Exhibit List *Compendium of Foreign Legal Authorities*. Document filed by Argentine Republic. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49 (Part One), # 50 Exhibit 49 (Part Two), # 51 Exhibit 50, # 52 Exhibit 51).(Giuffra, Robert) (Entered: 07/17/2023) |
| 07/17/2023 | 470 | Exhibit List *Compendium of Foreign Legal Authorities*. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34 (Part 1), # 35 Exhibit 34 (Part 2), # 36 Exhibit 35, # 37 Exhibit 36, # 38 Exhibit 37, # 39 Exhibit 38, # 40 Exhibit 39, # 41 Exhibit 40, # 42 Exhibit 41, # 43 Exhibit 42 (Part 1), # 44 Exhibit 42 (Part 2), # 45 Exhibit 42 (Part 3), # 46 Exhibit 43, # 47 Exhibit 44, # 48 Exhibit 45, # 49 Exhibit 46, # 50 Exhibit 47, # 51 Exhibit 48, # 52 Exhibit 49, # 53 Exhibit 50, # 54 Exhibit 51, # 55 Exhibit 52, # 56 Exhibit 53).(Goldsmith, Andrew) (Entered: 07/17/2023) |

| | | |
|---|---|---|
| 07/20/2023 | 471 | LETTER addressed to Judge Loretta A. Preska from Andrew E. Goldsmith dated July 20, 2023 re: Application for Electronic Devices Order. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Appendix A).(Goldsmith, Andrew) (Entered: 07/20/2023) |
| 07/21/2023 | 472 | LETTER addressed to Judge Loretta A. Preska from Andrew E. Goldsmith dated July 21, 2023 re: Revised Application for Electronic Devices Order. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U. (Attachments: # 1 Appendix A).(Goldsmith, Andrew) (Entered: 07/21/2023) |
| 07/24/2023 | 473 | TRIAL BRIEF *re Objections to Argentina's Proposed Exhibits and Deposition Designations*. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Appendix A, # 2 Appendix B).(Clement, Paul) (Entered: 07/24/2023) |
| 07/24/2023 | 474 | TRIAL BRIEF *re Objections to Plaintiffs' Proposed Exhibits and Deposition Designations*. Document filed by Argentine Republic. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Giuffra, Robert) (Entered: 07/24/2023) |
| 07/24/2023 | 475 | MEMO ENDORSEMENT: on re: (397 in 1:16−cv−08569−LAP) Exhibit List filed by Eton Park Fund, L.P., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., (470 in 1:15−cv−02739−LAP) Exhibit List filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U. ENDORSEMENT: Plaintiffs request that the Court bar the Republic from submitting additional foreign legal authority is denied. Plaintiffs cite no authority for the proposition that a party is precluded from relying on foreign legal authority at trial if that authority was not previously disclosed. The Republic may submit and rely on the sources contained in its Compendium of Foreign Legal Authorities. Plaintiffs may supplement their compendium by July 25, 2023. SO ORDERED. (Signed by Judge Loretta A. Preska on 7/24/2023) (ama) (Entered: 07/24/2023) |
| 07/24/2023 | 476 | RESPONSE re: 474 Trial Brief . Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Clement, Paul) (Entered: 07/24/2023) |
| 07/24/2023 | 477 | TRIAL BRIEF *re Responses to Plaintiffs' Objections*. Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 07/24/2023) |
| 07/25/2023 | 478 | Exhibit List *Supplemental Compendium of Foreign Legal Authorities*. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Exhibit 54, # 2 Exhibit 55, # 3 Exhibit 56, # 4 Exhibit 57, # 5 Exhibit 58, # 6 Exhibit 59, # 7 Exhibit 60, # 8 Exhibit 61, # 9 Exhibit 62, # 10 Exhibit 63, # 11 Exhibit 64, # 12 Exhibit 65, # 13 Exhibit 66, # 14 Exhibit 67, # 15 Exhibit 68, # 16 Exhibit 69, # 17 Exhibit 70, # 18 Exhibit 71, # 19 Exhibit 72, # 20 Exhibit 73, # 21 Exhibit 74, # 22 Exhibit 75, # 23 Exhibit 76 (Part 1), # 24 Exhibit 76 (Part 2), # 25 Exhibit 77, # 26 Exhibit 78, # 27 Exhibit 79, # 28 Exhibit 80, # 29 Exhibit 81, # 30 Exhibit 82).(Goldsmith, Andrew) (Entered: 07/25/2023) |
| 07/26/2023 | | Minute Entry for proceedings held before Judge Loretta A. Preska: Bench Trial held on 7/26/2023. (Court Reporter Eve Giniger and George Malinowsky) (mph) (Entered: 07/31/2023) |
| 07/27/2023 | | Minute Entry for proceedings held before Judge Loretta A. Preska: Bench Trial held on 7/27/2023. (Court Reporter Eve Giniger and George Malinowsky) (mph) (Entered: 07/31/2023) |
| 07/28/2023 | | Minute Entry for proceedings held before Judge Loretta A. Preska: Bench Trial held on 7/28/2023. Reserved. (Court Reporter Eve Giniger and George Malinowsky) (mph) (Entered: 07/31/2023) |
| 07/31/2023 | 479 | LETTER addressed to Judge Loretta A. Preska from Andrew E. Goldsmith dated July 31, 2023 re: Exhibits. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Goldsmith, Andrew) (Entered: 07/31/2023) |
| 08/04/2023 | 480 | TRIAL BRIEF . Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Clement, Paul) (Entered: 08/04/2023) |
| 08/04/2023 | 481 | DECLARATION of C. Harker Rhodes IV *re: 480 Trial Brief*. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit PX−3, # 9 Exhibit PX−6, # 10 Exhibit PX−11, # 11 Exhibit PX−15, # 12 Exhibit PX−24, # 13 Exhibit PX−28 (Part 1), # 14 Exhibit PX−28 (Part 2), # 15 Exhibit PX−29, # 16 Exhibit PX−35 (Part 1), # 17 Exhibit PX−35 (Part 2), # 18 Exhibit PX−36 (Part 1), # 19 Exhibit PX−36 (Part 2), # 20 Exhibit PX−36 (Part 3), # 21 Exhibit PX−39, # 22 Exhibit PX−47, # 23 Exhibit PX−70, # 24 Exhibit PX−81, # 25 Exhibit PX−82, # 26 Exhibit DX−22t, # 27 Exhibit PLA−4, # 28 Exhibit PLA−7, # 29 Exhibit PLA−9, # 30 Exhibit PLA−10, # 31 Exhibit PLA−11, # 32 Exhibit PLA−15, # 33 Exhibit PLA−17, # 34 Exhibit PLA−21, # 35 Exhibit PLA−28, # 36 Exhibit PLA−51, # 37 Exhibit PLA−81).(Clement, Paul) (Entered: 08/04/2023) |
| 08/04/2023 | 482 | TRIAL BRIEF . Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 08/04/2023) |
| 08/07/2023 | 483 | LETTER addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated August 7, 2023 re: Trial Demonstratives. Document filed by Argentine Republic. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E).(Giuffra, Robert) (Entered: 08/07/2023) |
| 08/07/2023 | 484 | LETTER addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated August 7, 2023 re: Response to New Exhibits and Errors of Law in Plaintiffs' Post−Trial Brief. Document filed by Argentine Republic. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Giuffra, Robert) (Entered: 08/07/2023) |
| 08/09/2023 | 485 | LETTER addressed to Judge Loretta A. Preska from Paul D. Clement dated August 9, 2023 re: ECF Nos. 483, 484. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Clement, Paul) (Entered: 08/09/2023) |
| 08/10/2023 | 486 | LETTER addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated August 10, 2023 re: Plaintiffs' August 9 Letter. Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 08/10/2023) |
| 08/15/2023 | 487 | TRANSCRIPT of Proceedings re: TRIAL held on 7/26/2023 before Judge Loretta A. Preska. Court Reporter/Transcriber: George Malinowski, (212) 805−0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/5/2023. Redacted Transcript Deadline set for 9/15/2023. Release of Transcript Restriction set for 11/13/2023..(McGuirk, Kelly) (Entered: 08/15/2023) |
| 08/15/2023 | 488 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 7/26/2023 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 08/15/2023) |
| 08/15/2023 | 489 | TRANSCRIPT of Proceedings re: TRIAL held on 7/27/2023 before Judge Loretta A. Preska. Court Reporter/Transcriber: Rebecca Forman, (212) 805−0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/5/2023. Redacted Transcript Deadline set for 9/15/2023. Release of Transcript Restriction set for 11/13/2023..(McGuirk, Kelly) (Entered: 08/15/2023) |
| 08/15/2023 | 490 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 7/27/2023 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 08/15/2023) |
| 08/15/2023 | 491 | TRANSCRIPT of Proceedings re: TRIAL held on 7/28/2023 before Judge Loretta A. Preska. Court Reporter/Transcriber: Rebecca Forman, (212) 805−0300. Transcript may be viewed at the court public terminal or purchased through the Court |

| | | |
|---|---|---|
| | | Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/5/2023. Redacted Transcript Deadline set for 9/15/2023. Release of Transcript Restriction set for 11/13/2023..(McGuirk, Kelly) (Entered: 08/15/2023) |
| 08/15/2023 | 492 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 7/28/2023 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 08/15/2023) |
| 09/08/2023 | 493 | FINDINGS OF FACT AND CONCLUSIONS OF LAW. For the foregoing reasons, the Courts finds that the Republic exercised indirect control over the requisite number of Repsol's shares on April 16, 2012, thereby triggering its tender offer obligations. The Court also finds that prejudgment interest of 8% simple interest is appropriate and that it should run from May 3, 2012. Finally, the Court finds that Professor Fischel's calculation of the tender offer price is correct and relies on the price/income ratio required by Formula D. The parties are directed to submit a proposed judgment consistent with these findings of fact and law. SO ORDERED. (Signed by Judge Loretta A. Preska on 9/8/23) (yv) (Main Document 493 replaced on 9/8/2023) (yv). Modified on 9/8/2023 (yv). (Entered: 09/08/2023) |
| 09/13/2023 | 494 | MANDATE of USCA (Certified Copy) USCA Case Number 16−3510(L); 16−3512(CON). IT IS HEREBY ORDERED that the above−captioned petitions for leave to appeal are DENIED as moot in light of this Courts opinion dated July 10, 2018 in Docket Nos. 16−3303(L), 16−3304(CON). Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Order: 9/13/2032. (tp) (Entered: 09/13/2023) |
| 09/14/2023 | 495 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED JUDGMENT. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D).(Ho, Derek) Modified on 9/15/2023 (nd). (Entered: 09/14/2023) |
| 09/14/2023 | 496 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED JUDGMENT. Document filed by Argentine Republic. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Giuffra, Robert) **Proposed Judgment to be reviewed by Clerk's Office staff.** Modified on 9/15/2023 (nd). (Entered: 09/14/2023) |
| 09/15/2023 | 497 | LETTER addressed to Judge Loretta A. Preska from Derek T. Ho dated 9/15/2023 re: Proposed Judgment. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Ho, Derek) (Entered: 09/15/2023) |
| 09/15/2023 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED JUDGMENT. Notice to attorney Derek Ho to RE−FILE Document No. 495 Proposed Judgment,. The filing is deficient for the following reason(s): the PDF attached to the docket entry for the proposed order is not correct; Re−file the document using the event type Proposed Judgment found under the event list Proposed Orders.Re−file the document using the event type Letter found under the event list Other Documents. (nd)** (Entered: 09/15/2023) |
| 09/15/2023 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED JUDGMENT. Notice to attorney Robert Giuffra to RE−FILE Document No. 496 Proposed Judgment,. The filing is deficient for the following reason(s): the PDF attached to the docket entry for the proposed order is not correct. 1. Re−file the document using the event type Letter found under the event list Other Documents. 2. Re−file the document using the event type Proposed Judgment found under the event list Proposed Orders. (nd)** (Entered: 09/15/2023) |
| 09/15/2023 | 498 | FINAL JUDGMENT: Therefore, it is hereby, ORDERED, ADJUDGED AND DECREED that Plaintiffs Petersen Energia Inversora, S.A.U. and Petersen Energa, S.A.U. (together, "Petersen") and Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P. (together, "Eton Park," and together with Petersen, "Plaintiffs") shall recover on their claim for breach of contract from defendant the Argentine Republic (the "Republic") as follows: Petersen shall recover from the Republic $14,385,449,737 which figure is comprised of (i) $7,533,269,948 in |

| | | |
|---|---|---|
| | | damages; plus (ii) $6,852,179,789 (representing 8% simple prejudgment interest from May 3, 2012 through the date of the entry of judgment, September 15, 2023). Petersen shall also recover post−judgment interest under 28 U.S.C. § 1961, calculated from the date of the entry of this judgment at a rate of 5.42% per annum, computed daily to the date of payment and compounded annually. Eton Park shall recover from the Republic $1,714,338,556 which figure is comprised of (i) $897,752,615 in damages; plus (ii) $816,585,941 (representing 8% simple prejudgment interest from May 3, 2012 through the date of the entry of judgment, September 15, 2023). Eton Park shall also recover post−judgment under 28 U.S.C. § 1961, calculated from the date of the entry of this judgment at a rate of 5.42% per annum, computed daily to the date of payment and compounded annually. It is further ORDERED, ADJUDGED AND DECREED that all of Plaintiffs' other claims against defendant the Argentine Republic, including claims for anticipatory breach, breach of the duty of good faith and fair dealing and promissory estoppel, are dismissed and that all of Plaintiffs' claims against defendant YPF S.A. are dismissed. The Clerk of Court is directed to enter this judgment and to mark these actions closed. SO ORDERED. (Signed by Judge Loretta A. Preska on 9/15/2023) (ama) (Entered: 09/15/2023) |
| 09/15/2023 | | Terminate Transcript Deadlines (ama) (Entered: 09/15/2023) |
| 09/22/2023 | 499 | NOTICE OF APPEARANCE by Randy M. Mastro on behalf of Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Mastro, Randy) (Entered: 09/22/2023) |
| 09/22/2023 | 500 | LETTER MOTION for Conference *Letter request for pre−motion conference concerning motion pursuant to 28 U.S.C. § 1610(c)* addressed to Judge Loretta A. Preska from Randy M. Mastro dated September 22, 2023. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Mastro, Randy) (Entered: 09/22/2023) |
| 09/27/2023 | 501 | LETTER RESPONSE to Motion addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated 9/27/2023 re: 500 LETTER MOTION for Conference *Letter request for pre−motion conference concerning motion pursuant to 28 U.S.C. § 1610(c)* addressed to Judge Loretta A. Preska from Randy M. Mastro dated September 22, 2023. . Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 09/27/2023) |
| 09/28/2023 | 502 | LETTER REPLY to Response to Motion addressed to Judge Loretta A. Preska from Randy M. Mastro dated September 28, 2023 re: 500 LETTER MOTION for Conference *Letter request for pre−motion conference concerning motion pursuant to 28 U.S.C. § 1610(c)* addressed to Judge Loretta A. Preska from Randy M. Mastro dated September 22, 2023. . Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Mastro, Randy) (Entered: 09/28/2023) |
| 10/06/2023 | 503 | LETTER MOTION for Conference *regarding motion to stay pending appeal* addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated 10/6/2023. Document filed by Argentine Republic. (Attachments: # 1 Exhibit Declaration of Raul Rigo, # 2 Exhibit Declaration of Eduardo Setti).(Giuffra, Robert) (Entered: 10/06/2023) |
| 10/10/2023 | 504 | NOTICE OF APPEAL from 450 Order on Motion for Reconsideration, Order on Motion for Oral Argument,,,,,,,, 498 Judgment,,,,,,,, 161 Memorandum & Opinion,, 493 Findings of Fact & Conclusions of Law,,, 437 Memorandum & Opinion,,,,,,,,,, 63 Memorandum & Opinion,,. Document filed by Argentine Republic. Filing fee $ 505.00, receipt number ANYSDC−28405485. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Giuffra, Robert) Modified on 10/11/2023 (tp). (Entered: 10/10/2023) |
| 10/11/2023 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 504 Notice of Appeal. (tp) (Entered: 10/11/2023) |
| 10/11/2023 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 504 Notice of Appeal, filed by Argentine Republic were transmitted to the U.S. Court of Appeals. (tp) (Entered: 10/11/2023) |
| 10/11/2023 | 505 | LETTER RESPONSE in Opposition to Motion addressed to Judge Loretta A. Preska from Randy M. Mastro dated 10/11/2023 re: 503 LETTER MOTION for Conference *regarding motion to stay pending appeal* addressed to Judge Loretta A. Preska from |

| | | |
|---|---|---|
| | | Robert J. Giuffra, Jr. dated 10/6/2023. . Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Mastro, Randy) (Entered: 10/11/2023) |
| 10/12/2023 | 506 | LETTER REPLY to Response to Motion addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated October 12, 2023 re: 503 LETTER MOTION for Conference *regarding motion to stay pending appeal* addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated 10/6/2023. . Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 10/12/2023) |
| 10/13/2023 | 507 | BILL OF COSTS NOTICE OF TAXATION to recover costs against Argentine Republic. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. The Clerk may tax costs 14 days after this filing. Objections to Bill of Costs due by 10/27/2023 (Attachments: # 1 Exhibit Form AO 133, # 2 Exhibit Declaration of Andrew E. Goldsmith, # 3 Exhibit A to Goldsmith Declaration, # 4 Exhibit B to Goldsmith Declaration, # 5 Exhibit C to Goldsmith Declaration, # 6 Exhibit D to Goldsmith Declaration).(Goldsmith, Andrew) (Entered: 10/13/2023) |
| 10/18/2023 | 508 | **FILING ERROR – NO ORDER SELECTED FOR APPEAL –** NOTICE OF CROSS APPEAL. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. Filing fee $ 505.00, receipt number ANYSDC–28444757. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Clement, Paul) Modified on 10/18/2023 (nd). (Entered: 10/18/2023) |
| 10/18/2023 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Paul D. Clement to RE–FILE Document No. 508 Notice of Cross Appeal,.. The filing is deficient for the following reason(s): the order/judgment being appealed was not selected;. Re–file the appeal using the event type Notice of Cross Appeal found under the event list Appeal Documents – attach the correct signed PDF – select the correct named filer/filers – select the correct order/judgment being appealed. (nd)** (Entered: 10/18/2023) |
| 10/18/2023 | 509 | NOTICE OF CROSS APPEAL from 498 Judgment,,,,,,,,, 437 Memorandum & Opinion,,,,,,,,,,, 63 Memorandum & Opinion,,. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Clement, Paul) Modified on 10/19/2023 (nd). (Entered: 10/18/2023) |
| 10/19/2023 | | Appeal Fee Paid electronically via Pay.gov: for 509 Notice of Cross Appeal,. Filing fee $ 505.00. Pay.gov receipt number ANYSDC–28444757, paid on 10/18/2023..(nd) (Entered: 10/19/2023) |
| 10/19/2023 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 509 Notice of Cross Appeal,..(nd) (Entered: 10/19/2023) |
| 10/19/2023 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 509 Notice of Cross Appeal, filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U. were transmitted to the U.S. Court of Appeals..(nd) (Entered: 10/19/2023) |
| 10/19/2023 | 510 | ORDER terminating 500 Letter Motion for Conference re: 500 LETTER MOTION for Conference *Letter request for pre–motion conference concerning motion pursuant to 28 U.S.C. § 1610(c)* addressed to Judge Loretta A. Preska from Randy M. Mastro dated September 22, 2023., 503 LETTER MOTION for Conference *regarding motion to stay pending appeal* addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated 10/6/2023. ; terminating 503 Letter Motion for Conference re: 500 LETTER MOTION for Conference *Letter request for pre–motion conference concerning motion pursuant to 28 U.S.C. § 1610(c)* addressed to Judge Loretta A. Preska from Randy M. Mastro dated September 22, 2023., 503 LETTER MOTION for Conference *regarding motion to stay pending appeal* addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated 10/6/2023. Having reviewed the parties' submissions, (dkt. nos. 500, 501, 502, 503, 505, 506), the Court directs the parties to submit full briefing concerning the Republic's request for a stay pending appeal as set out below: The Republic's opening brief of no more than 20 pages due October 26, 2023; Plaintiffs' opposition brief of no more than 20 pages due November 2, 2023; and The Republic's reply brief of no more than 10 pages due by November 7, 2023. Plaintiffs' request for a pre–motion conference is denied without prejudice to renewal following the Court's decision concerning the Republic's request for a stay. The Clerk of the Court shall |

| | | |
|---|---|---|
| | | close the open motions at dkt. nos. 500 and 503 in Case Number 15−cv−2739. The Clerk of the Court shall close the open motions at dkt. nos. 420 and 423 in Case Number 16−cv−8569. (Signed by Judge Loretta A. Preska on 10/19/2023) (ate) (Entered: 10/19/2023) |
| 10/19/2023 | | Set/Reset Deadlines: Brief due by 10/26/2023. Responses due by 11/2/2023. Replies due by 11/7/2023. (ate) (Entered: 10/19/2023) |
| 10/23/2023 | 511 | NOTICE OF CROSS APPEAL from 498 Judgment,,,,,,,, 161 Memorandum & Opinion,, 493 Findings of Fact & Conclusions of Law,,, 437 Memorandum & Opinion,,,,,,,,,, 63 Memorandum & Opinion,,. Document filed by YPF S.A.. Filing fee $ 505.00, receipt number ANYSDC−28465115. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Goodman, Mark) (Entered: 10/23/2023) |
| 10/24/2023 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 511 Notice of Cross Appeal..(tp) (Entered: 10/24/2023) |
| 10/24/2023 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 511 Notice of Cross Appeal, filed by YPF S.A. were transmitted to the U.S. Court of Appeals. (tp) (Entered: 10/24/2023) |
| 10/25/2023 | 512 | BILL OF COSTS OBJECTIONS to re: 507 Bill of Costs Notice of Taxation,,. Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 10/25/2023) |
| 10/26/2023 | | ***NOTICE TO ATTORNEY REGARDING REJECTION OF BILL OF COSTS NOTICE OF TAXATION FOR NON−COMPLIANCE WITH LOCAL RULE 54.1: Notice to Attorney Andrew E. Goldsmith, document 507 Bill of Costs Notice of Taxation, was rejected by the Clerk's Office for the following reason: there is an appeal to the appellate court appealing the entry of final judgment pending in the case. The filer must wait until the appellate court has issued the mandate. Please refile the Bill of Costs Notice of Taxation within 30 days of entry of the mandate in the Southern District of New York. (mt) (Entered: 10/26/2023) |
| 10/26/2023 | 513 | MOTION to Stay re: 498 Judgment,,,,,,, *Motion for a Stay of Enforcement of Judgment Pending Appeal Without Bond*. Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 10/26/2023) |
| 10/26/2023 | 514 | MEMORANDUM OF LAW in Support re: 513 MOTION to Stay re: 498 Judgment,,,,,,, *Motion for a Stay of Enforcement of Judgment Pending Appeal Without Bond*. . Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 10/26/2023) |
| 10/26/2023 | 515 | DECLARATION of Robert J. Giuffra, Jr. in Support re: 513 MOTION to Stay re: 498 Judgment,,,,,,, *Motion for a Stay of Enforcement of Judgment Pending Appeal Without Bond*.. Document filed by Argentine Republic. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3).(Giuffra, Robert) (Entered: 10/26/2023) |
| 11/02/2023 | 516 | MEMORANDUM OF LAW in Opposition re: 513 MOTION to Stay re: 498 Judgment,,,,,,, *Motion for a Stay of Enforcement of Judgment Pending Appeal Without Bond. /Plaintiffs' Opposition to the Argentine Republic's Motion to Stay Execution of Judgment Pending Appeal*. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Mastro, Randy) (Entered: 11/02/2023) |
| 11/02/2023 | 517 | DECLARATION of Randy M. Mastro re: 516 Memorandum of Law in Opposition to Motion, . Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C).(Mastro, Randy) (Entered: 11/02/2023) |
| 11/02/2023 | 518 | DECLARATION of Charles W. Calomiris re: 516 Memorandum of Law in Opposition to Motion, . Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Mastro, Randy) (Entered: 11/02/2023) |
| 11/02/2023 | 519 | DECLARATION of Alberto B. Bianchi re: 516 Memorandum of Law in Opposition to Motion, . Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F).(Mastro, Randy) (Entered: 11/02/2023) |

| 11/03/2023 | 520 | LETTER addressed to Judge Loretta A. Preska from Randy M. Mastro dated November 3, 2023 re: Opposition to Motion to Stay. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Mastro, Randy) (Entered: 11/03/2023) |
| 11/03/2023 | 521 | MEMORANDUM OF LAW in Opposition re: 513 MOTION to Stay re: 498 Judgment,,,,,,,, *Motion for a Stay of Enforcement of Judgment Pending Appeal Without Bond. /Plaintiffs' Opposition to the Argentine Republic's Motion to Stay Execution of Judgment Pending Appeal.*. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Mastro, Randy) (Entered: 11/03/2023) |
| 11/03/2023 | 522 | DECLARATION of Randy M. Mastro re: 521 Memorandum of Law in Opposition to Motion, . Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C).(Mastro, Randy) (Entered: 11/03/2023) |
| 11/03/2023 | 523 | DECLARATION of Charles W. Calomiris re: 521 Memorandum of Law in Opposition to Motion, . Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Mastro, Randy) (Entered: 11/03/2023) |
| 11/03/2023 | 524 | DECLARATION of Alberto B. Bianchi re: 521 Memorandum of Law in Opposition to Motion, . Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F).(Mastro, Randy) (Entered: 11/03/2023) |
| 11/07/2023 | 525 | REPLY MEMORANDUM OF LAW in Support re: 513 MOTION to Stay re: 498 Judgment,,,,,,,, *Motion for a Stay of Enforcement of Judgment Pending Appeal Without Bond*. . Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 11/07/2023) |
| 11/07/2023 | 526 | DECLARATION of Robert J. Giuffra, Jr. in Support re: 513 MOTION to Stay re: 498 Judgment,,,,,,,, *Motion for a Stay of Enforcement of Judgment Pending Appeal Without Bond*.. Document filed by Argentine Republic. (Attachments: # 1 Exhibit 4, # 2 Exhibit 5, # 3 Exhibit 6).(Giuffra, Robert) (Entered: 11/07/2023) |
| 11/21/2023 | 527 | MEMORANDUM & ORDER granting in part 513 Motion to Stay re: 498 Judgment, *Motion for a Stay of Enforcement of Judgment Pending Appeal Without Bond*. For the foregoing reasons, the Republic's motion for a stay of enforcement of the final judgment pending appeal without bond [dkt. no. 433] is GRANTED in part. Specifically, for the reasons set out above, the Court finds that the Republic is entitled to a stay of enforcement pending appeal without bond in the full amount of the $16.1 billion judgment. In lieu of a bond and as a condition to a stay of execution, the Republic shall pledge to Plaintiffs, in a form satisfactory to Plaintiffs' counsel, (1) its equity interest in YPF (that is, the interest not earmarked for the Argentine Provinces), and (2) its receivables under the Yacyreta project. The Republic shall do so by no later than December 5, 2023. Enforcement of the final judgment is stayed until December 5, 2023, subject to a further stay upon completion of the pledges ordered herein. Additionally, in light of the minimal security required and so as to avoid further delay, the Court requires the Republic promptly to seek expedited review of its appeal as a condition of proceeding without full security. (Signed by Judge Loretta A. Preska on 11/21/2023) (vfr) Transmission to Finance Unit (Cashiers) for processing. (Entered: 11/21/2023) |
| 11/27/2023 | 528 | LETTER MOTION for Extension of Time *Regarding December 5, 2023 Deadlines in Court's Memorandum & Order (ECF No. 527)* addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated November 27, 2023. Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 11/27/2023) |
| 11/29/2023 | 529 | ORDER granting 528 Letter Motion for Extension of Time. Defendant Argentine Republic's request to extend the December 5 deadlines and the interim stay of enforcement is hereby GRANTED. Although the Court grants this request, the Court reminds the Republic that, as a condition of the stay of enforcement with minimal security, the Court required the Republic to seek expedited review from the Court of Appeals; it is not a matter of agreement between the parties. To accommodate the new administration in Argentina, the Court will allow until January 10, 2024 for the Republic to pledge assets to Plaintiffs, as directed in the Courts November 21 Order [dkt. no. 453]. Additionally, the Court will allow a one−week extension of the |

| | | Republic's deadline, to January 30, 2024, to file its opening brief and seek expedited review from the Court of Appeals. The temporary stay of enforcement will remain in effect until the earlier of either (1) the Republics failure to pledge assets to Plaintiffs by January 10, 2024, or (2) January 30, 2024. Upon the satisfaction of both conditions, that is, (1) pledging of assets as directed in the November 21 Order, and (2) requesting expedited treatment in the Court of Appeals consistent with the parties' now−amended briefing schedule, by no later than January 30, 2024, the Republic is granted a further stay of enforcement pending appeal. SO ORDERED. Brief due by 1/30/2024. (Signed by Judge Loretta A. Preska on 11/29/2023) (tg) (Entered: 11/29/2023) |
|---|---|---|
| 12/19/2023 | 530 | **FILING ERROR – DEFICIENT DOCKET ENTRY (SEE 531 Letter) –** LETTER addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated 12/19/2023 re: Conditions for a continued stay of enforcement. Document filed by Argentine Republic.(Giuffra, Robert) Modified on 12/21/2023 (db). As per ECF−ERROR Email Correspondence received on 12/20/2023 @ 6:48pm. (Entered: 12/19/2023) |
| 12/20/2023 | 531 | LETTER addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated 12/19/2023 re: Conditions for a continued stay of enforcement. Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 12/20/2023) |
| 12/20/2023 | 532 | LETTER addressed to Judge Loretta A. Preska from Randy M. Mastro dated December 20, 2023 re: Response to Argentina's Letter ECF 530. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Mastro, Randy) (Entered: 12/20/2023) |
| 12/21/2023 | 533 | ORDER: Accordingly, the Republic's motion (dkt. no. 458) is DENIED. As set out in the Courts November 29 Order, the temporary stay of enforcement shall remain in effect until the earlier of either the Republic's failure to (1) pledge assets to Plaintiffs by January 10, 2024, or (2) seek expedited treatment from the Court of Appeals by January 30, 2024. Upon satisfaction of both conditions by no later than January 30, 2024, the Republic is entitled to a further stay of enforcement pending appeal. The Clerk of the Court is directed to close the open motions at dkt. nos. 530, 531, and 532 in Civil Case No. 15−cv−2739. The Clerk of the Court is directed to close the open motions at dkt. nos. 458, 459, and 460 in Civil Case No. 16−cv−8569. SO ORDERED. (Signed by Judge Loretta A. Preska on 12/21/2023) (ama) (Entered: 12/21/2023) |
| 01/02/2024 | 534 | LETTER MOTION for Conference / *Renewed Request for Pre−Motion Conference on 1610(c) Determination* addressed to Judge Loretta A. Preska from Randy M. Mastro dated January 2, 2024. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Mastro, Randy) (Entered: 01/02/2024) |
| 01/04/2024 | 535 | ORDER: re: (462 in 1:16−cv−08569−LAP),LETTER MOTION for Conference Renewed Request for Pre−Motion Conference on 1610(c) Determination. addressed to Judge Loretta A. Preska from Randy M. Mastro dated January 2, 2024. filed by Eton Park Fund, L.P., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., (534 in 1:15−cv−02739−LAP). LETTER MOTION for Conference / Renewed Request for Pre−Motion Conference on 1610(c) Determination. addressed to Judge Loretta A. Preska from Randy M. Mastro dated January 2, 2024 filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U. Before the Court is Plaintiffs' renewed "request for an order determining that a 'reasonable period of time' following entry of this Court's September 15 Judgment for the purpose ofattaching and executing assets that are subject to the restriction provided in Section 1610(c) of the Foreign Sovereign Immunities Act (the 'FISA,' 28 U.S.C. § 1610(c)) is co−extensive with the temporary stay of enforcement that the Court has ordered pursuant to Federal Rule of Civil Procedure 62(b)." (Dkt. no. 534.) The Court deems this to be Plaintiffs' motion for the relief specified. The Republic shall respond by letter no later than 9:00 a.m. on January 8; Plaintiffs may respond no later than noon on January 9. SO ORDERED., ( Responses due by 1/8/2024, Replies due by 1/9/2024.) (Signed by Judge Loretta A. Preska on 1/04/2024) (ama) (Entered: 01/04/2024) |
| 01/08/2024 | 536 | LETTER RESPONSE in Opposition to Motion addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated January 8, 2024 re: 534 LETTER MOTION for Conference / *Renewed Request for Pre−Motion Conference on 1610(c) Determination* addressed to Judge Loretta A. Preska from Randy M. Mastro dated January 2, 2024. . Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 01/08/2024) |

| | | |
|---|---|---|
| 01/09/2024 | 537 | LETTER REPLY to Response to Motion addressed to Judge Loretta A. Preska from Randy M. Mastro dated January 9, 2024 re: 534 LETTER MOTION for Conference / Renewed Request for Pre−Motion Conference on 1610(c) Determination addressed to Judge Loretta A. Preska from Randy M. Mastro dated January 2, 2024. . Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Mastro, Randy) (Entered: 01/09/2024) |
| 01/11/2024 | 538 | ORDER granting 534 Letter Motion for Conference / Renewed Request for Pre−Motion Conference on 1610(c) Determination addressed to Judge Loretta A. Preska from Randy M. Mastro dated January 2, 2024. For the foregoing reasons, Plaintiffs' motion, (dkt.no. 534), for an order determining that a "reasonable period of time" has passed within the meaning of 28 U.S.C. § 1610(c) is GRANTED. The Clerk of the Court is directed to close the open motions at docket entries 534, 536, and 537 in Civil Case No. 15−cv−2739. The Clerk of the Court is further directed to close the open motions at docket entries 462, 464, and 465 in Civil Case No. 16−cv−8569. SO ORDERED. (Signed by Judge Loretta A. Preska on 1/11/2024) (vfr) (Entered: 01/11/2024) |
| 02/27/2024 | 539 | LETTER MOTION for Conference Pre−Motion Conference addressed to Judge Loretta A. Preska from Randy M. Mastro dated February 27, 2024. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U. (Attachments: # 1 Exhibit A − Letter to Plaintiffs, # 2 Exhibit B − Argentina Resp and Objs to Doc Requests.).(Mastro, Randy) (Entered: 02/27/2024) |
| 03/01/2024 | 540 | LETTER RESPONSE in Opposition to Motion addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated March 1, 2024 re: 539 LETTER MOTION for Conference Pre−Motion Conference addressed to Judge Loretta A. Preska from Randy M. Mastro dated February 27, 2024. . Document filed by Argentine Republic. (Attachments: # 1 Exhibit 1).(Giuffra, Robert) (Entered: 03/01/2024) |
| 03/04/2024 | 541 | LETTER addressed to Judge Loretta A. Preska from Randy M. Mastro dated March 4, 2024 re: Reply to March 1, 2024 Letter. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Mastro, Randy) (Entered: 03/04/2024) |
| 03/05/2024 | 542 | MEMO ENDORSEMENT: on re: (469 in 1:16−cv−08569−LAP) Letter filed by Eton Park Fund, L.P., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., (541 in 1:15−cv−02739−LAP) Letter filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U. ENDORSEMENT: Counsel shall appear for a teleconference on March 18, 2024, at 11:00 a.m. to discuss Plaintiffs' anticipated motion to compel post− judgment discovery. Counsel shall use the dial−in : (877) 402− 9753, access code : 6545179. SO ORDERED., ( Telephone Conference set for 3/18/2024 at 11:00 AM before Judge Loretta A. Preska.) (Signed by Judge Loretta A. Preska on 3/05/2024) (ama) (Entered: 03/05/2024) |
| 03/18/2024 | | Minute Entry for proceedings held before Judge Loretta A. Preska: Telephone Conference held on 3/18/2024. (Court Reporter Present) (mph) (Entered: 04/02/2024) |
| 03/22/2024 | 543 | JOINT LETTER addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated March 22, 2024 re: Court's March 18 Order. Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 03/22/2024) |
| 04/01/2024 | 544 | MOTION to Seal / Notice of Motion to Seal. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Mastro, Randy) (Entered: 04/01/2024) |
| 04/01/2024 | 545 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 544 MOTION to Seal / Notice of Motion to Seal. . Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U., Argentine Republic. (Attachments: # 1 Proposed Order (Under Seal))Motion or Order to File Under Seal: 544 .(Mastro, Randy) (Entered: 04/01/2024) |
| 04/02/2024 | 546 | TRANSCRIPT of Proceedings re: CONFERNECE held on 3/18/2024 before Judge Loretta A. Preska. Court Reporter/Transcriber: Nadine Kristoferson, (212) 805−0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/23/2024. Redacted Transcript Deadline set for 5/3/2024. Release of Transcript Restriction set for 7/1/2024..(McGuirk, Kelly) (Entered: 04/02/2024) |

| | | |
|---|---|---|
| 04/02/2024 | 547 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 3/18/2024 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 04/02/2024) |
| 04/05/2024 | 548 | LETTER MOTION for Extension of Time *to respond to motion* addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated April 5, 2024. Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 04/05/2024) |
| 04/08/2024 | 549 | ORDER granting 548 Letter Motion for Extension of Time. The requested extension is approved. The Republic shall submit its opposition no later than May 16, 2024, and Plaintiffs shall reply no later than May 30, 2024. SO ORDERED. (Signed by Judge Loretta A. Preska on 4/8/2024) (tg) (Entered: 04/08/2024) |
| 04/11/2024 | 550 | RESPONSE to Motion re: 544 MOTION to Seal *Notice of Motion to Seal*. . Document filed by YPF S.A..(Goodman, Mark) (Entered: 04/11/2024) |
| 04/12/2024 | 551 | LETTER addressed to Judge Loretta A. Preska from Randy M. Mastro dated April 12, 2024 re: Response to YPF in connection with Plaintiffs Motion to Seal. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Mastro, Randy) (Entered: 04/12/2024) |
| 04/16/2024 | 552 | REPLY MEMORANDUM OF LAW in Support re: 544 MOTION to Seal *Notice of Motion to Seal*. . Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Mastro, Randy) (Entered: 04/16/2024) |
| 04/17/2024 | 553 | JOINT LETTER addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated 04/17/2024 re: Discovery Status. Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 04/17/2024) |
| 04/19/2024 | 554 | ORDER denying 544 Motion to Seal. Accordingly, Plaintiffs' motion to seal [dkt. no. 544] is DENIED. Plaintiffs shall file the Turnover Motion and accompanying documents, and the Republic shall file its opposition to the sealing motion, on the public docket no later than April 22, 2024. The Clerk of the Court is directed to close the open motions at dkt. no. 544 in Civil Case Number 15−cv−2739 and dkt. no. 472 in Civil Case 16−cv−8569. The Clerk of the Court is also directed to unseal docket entries 545 and 552 in Civil Case Number 15−cv−2739 and docket entries 473 and 478 in Civil Case Number 16−cv−8569. SO ORDERED. (Signed by Judge Loretta A. Preska on 4/19/2024) (vfr) (Entered: 04/19/2024) |
| 04/19/2024 | | Set/Reset Deadlines: Motions due by 4/22/2024. Responses due by 4/22/2024 (vfr) (Entered: 04/19/2024) |
| 04/22/2024 | 555 | MOTION to Enforce Judgment *Notice of Motion for Injunction and Turnover*. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Proposed Order − Proposed Order).(Mastro, Randy) (Entered: 04/22/2024) |
| 04/22/2024 | 556 | MEMORANDUM OF LAW in Support re: 555 MOTION to Enforce Judgment *Notice of Motion for Injunction and Turnover*. . Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Mastro, Randy) (Entered: 04/22/2024) |
| 04/22/2024 | 557 | DECLARATION of John C. Coffee, Jr. in Support re: 555 MOTION to Enforce Judgment *Notice of Motion for Injunction and Turnover*.. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13).(Mastro, Randy) (Entered: 04/22/2024) |
| 04/22/2024 | 558 | DECLARATION of Nancy C. Lissemore in Support re: 555 MOTION to Enforce Judgment *Notice of Motion for Injunction and Turnover*.. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9).(Mastro, Randy) (Entered: 04/22/2024) |

| 04/22/2024 | 559 | DECLARATION of Randy M. Mastro in Support re: 555 MOTION to Enforce Judgment / *Notice of Motion for Injunction and Turnover.*. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16).(Mastro, Randy) (Entered: 04/22/2024) |
| 04/22/2024 | 560 | MEMORANDUM OF LAW in Opposition re: 544 MOTION to Seal / *Notice of Motion to Seal*. . Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 04/22/2024) |
| 04/30/2024 | 561 | LETTER MOTION to Seal addressed to Judge Loretta A. Preska from Randy M. Mastro dated April 30, 2024. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Proposed Order to Seal).(Mastro, Randy) (Entered: 04/30/2024) |
| 04/30/2024 | 562 | ***SELECTED PARTIES*** LETTER MOTION for Conference re: 561 LETTER MOTION to Seal addressed to Judge Loretta A. Preska from Randy M. Mastro dated April 30, 2024. addressed to Judge Loretta A. Preska from Randy M. Mastro dated April 30, 2024. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U., YPF S.A..Motion or Order to File Under Seal: 561 .(Mastro, Randy) (Entered: 04/30/2024) |
| 04/30/2024 | 563 | LETTER MOTION for Conference addressed to Judge Loretta A. Preska from Randy M. Mastro dated April 30, 2024. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Mastro, Randy) (Entered: 04/30/2024) |
| 05/01/2024 | 564 | LETTER MOTION for Extension of Time to File Response/Reply as to 563 LETTER MOTION for Conference addressed to Judge Loretta A. Preska from Randy M. Mastro dated April 30, 2024. / *YPF Letter re: Extension of Time* addressed to Judge Loretta A. Preska from Mark P. Goodman dated May 1, 2024. Document filed by YPF S.A...(Goodman, Mark) (Entered: 05/01/2024) |
| 05/02/2024 | 565 | ORDER granting 564 Letter Motion for Extension of Time to File Response/Reply re 564 LETTER MOTION for Extension of Time to File Response/Reply as to 563 LETTER MOTION for Conference addressed to Judge Loretta A. Preska from Randy M. Mastro dated April 30, 2024. / *YPF Letter re: Extension of Time* addressed. The extension is granted. YPF shall respond no later than May 8, 2024. SO ORDERED. Responses due by 5/8/2024 (Signed by Judge Loretta A. Preska on 5/2/2024) (jca) (Entered: 05/02/2024) |
| 05/07/2024 | 566 | LETTER MOTION for Leave to File Excess Pages addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated May 7, 2024. Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 05/07/2024) |
| 05/07/2024 | 567 | ORDER granting 566 Letter Motion for Leave to File Excess Pages. The Republic's request to file a 30−page opposition brief is approved. SO ORDERED. (Signed by Judge Loretta A. Preska on 5/7/2024) (tg) (Entered: 05/07/2024) |
| 05/07/2024 | 568 | LETTER MOTION for Conference *Pre−Motion Conference* addressed to Judge Loretta A. Preska from Randy M. Mastro dated May 7, 2024. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Mastro, Randy) (Entered: 05/07/2024) |
| 05/08/2024 | 569 | LETTER RESPONSE to Motion addressed to Judge Loretta A. Preska from Shannon Rose Selden dated May 8, 2024 re: 563 LETTER MOTION for Conference addressed to Judge Loretta A. Preska from Randy M. Mastro dated April 30, 2024. . Document filed by YPF S.A...(Selden, Shannon) (Entered: 05/08/2024) |
| 05/08/2024 | 570 | DECLARATION of Wendy B. Reilly in Support re: 569 Response to Motion,. Document filed by YPF S.A.. (Attachments: # 1 Exhibit 1 − CT Corporation Notice of Rejected Service of Process).(Reilly, Wendy) (Entered: 05/08/2024) |
| 05/09/2024 | 571 | REPLY re: 569 Response to Motion, . Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Mastro, Randy) (Entered: 05/09/2024) |

| | | |
|---|---|---|
| 05/09/2024 | 572 | LETTER RESPONSE in Opposition to Motion addressed to Judge Loretta A. Preska from Robert J. Giuffra dated May 9, 2024 re: 568 LETTER MOTION for Conference *Pre−Motion Conference* addressed to Judge Loretta A. Preska from Randy M. Mastro dated May 7, 2024. . Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 05/09/2024) |
| 05/09/2024 | 573 | DECLARATION of Laura Harris . Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C).(Mastro, Randy) (Entered: 05/09/2024) |
| 05/10/2024 | 574 | REPLY re: 572 Response in Opposition to Motion, . Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Mastro, Randy) (Entered: 05/10/2024) |
| 05/13/2024 | 575 | MEMO ENDORSEMENT on re: (502 in 1:16−cv−08569−LAP) Reply filed by Eton Park Fund, L.P., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., (574 in 1:15−cv−02739−LAP) Reply filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. ENDORSEMENT: Counsel shall appear in Courtroom 12A, United States Courthouse, 500 Pearl Street, New York, New York 10007 on May 28, 2024 at 11:00 a.m. for a pre−motion conference in the above action. The Clerk of the Court is directed to close the open letter motion at docket entry 568 in Civil Case No. 15−cv−2739 and docket entry 496 in Civil Case No. 16−cv−8569. SO ORDERED. Motions terminated: (496 in 1:16−cv−08569−LAP) LETTER MOTION for Conference *Pre−Motion Conference* addressed to Judge Loretta A. Preska from Randy M. Mastro dated May 7, 2024. filed by Eton Park Fund, L.P., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., (568 in 1:15−cv−02739−LAP) LETTER MOTION for Conference *Pre−Motion Conference* addressed to Judge Loretta A. Preska from Randy M. Mastro dated May 7, 2024. filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U..( Pre−Motion Conference set for 5/28/2024 at 11:00 AM in Courtroom 12A, 500 Pearl Street, New York, NY 10007 before Judge Loretta A. Preska.) (Signed by Judge Loretta A. Preska on 5/13/2024) (tg) (Entered: 05/13/2024) |
| 05/13/2024 | 576 | MEMO ENDORSEMENT on re: (571 in 1:15−cv−02739−LAP) Reply filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U., (500 in 1:16−cv−08569−LAP) Reply filed by Eton Park Fund, L.P., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd.. ENDORSEMENT: Counsel shall appear in Courtroom 12A, United States Courthouse, 500 Pearl Street, New York, New York 10007 on May 28, 2024 at 11:30 a.m. for a pre−motion conference in the above action. The Clerk of the Court is directed to close the open letter motion at docket entry 563 in Civil Case No. 15−cv−2739 and docket entry 490 in Civil Case No. 16−cv−8569. SO ORDERED. Motions terminated: (563 in 1:15−cv−02739−LAP) LETTER MOTION for Conference addressed to Judge Loretta A. Preska from Randy M. Mastro dated April 30, 2024. filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U., (490 in 1:16−cv−08569−LAP) LETTER MOTION for Conference addressed to Judge Loretta A. Preska from Randy M. Mastro dated April 30, 2024. filed by Eton Park Fund, L.P., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd.. ( Pre−Motion Conference set for 5/28/2024 at 11:30 AM in Courtroom 12A, 500 Pearl Street, New York, NY 10007 before Judge Loretta A. Preska.) (Signed by Judge Loretta A. Preska on 5/13/2024) (tg) (Entered: 05/13/2024) |
| 05/16/2024 | 577 | MEMORANDUM OF LAW in Opposition re: 555 MOTION to Enforce Judgment */ Notice of Motion for Injunction and Turnover*. . Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 05/16/2024) |
| 05/16/2024 | 578 | DECLARATION of Robert J. Giuffra Jr. in Opposition re: 555 MOTION to Enforce Judgment */ Notice of Motion for Injunction and Turnover*.. Document filed by Argentine Republic. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5).(Giuffra, Robert) (Entered: 05/16/2024) |
| 05/16/2024 | 579 | DECLARATION of Rafael M. Manovil in Opposition re: 555 MOTION to Enforce Judgment */ Notice of Motion for Injunction and Turnover*.. Document filed by Argentine Republic. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit |

| | | |
|---|---|---|
| | | 24).(Giuffra, Robert) (Entered: 05/16/2024) |
| 05/16/2024 | 580 | DECLARATION of Alfonso Santiago in Opposition re: 555 MOTION to Enforce Judgment / *Notice of Motion for Injunction and Turnover..* Document filed by Argentine Republic. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O).(Giuffra, Robert) (Entered: 05/16/2024) |
| 05/16/2024 | 581 | DECLARATION of Steven Davidoff Solomon in Opposition re: 555 MOTION to Enforce Judgment / *Notice of Motion for Injunction and Turnover..* Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 05/16/2024) |
| 05/16/2024 | 582 | LETTER addressed to Judge Loretta A. Preska from Robert J. Giuffra Jr. dated May 16, 2024 re: requesting oral argument on turnover motion. Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 05/16/2024) |
| 05/23/2024 | 583 | ***SELECTED PARTIES***DECLARATION of Laura Harris in Support re: 562 LETTER MOTION for Conference re: 561 LETTER MOTION to Seal addressed to Judge Loretta A. Preska from Randy M. Mastro dated April 30, 2024. addressed to Judge Loretta A. Preska from Randy M. Mastro dated April 30, 2024.. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U., YPF S.A.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K)Motion or Order to File Under Seal: 561 .(Mastro, Randy) (Entered: 05/23/2024) |
| 05/23/2024 | 584 | DECLARATION of Laura Harris in Support re: 563 LETTER MOTION for Conference addressed to Judge Loretta A. Preska from Randy M. Mastro dated April 30, 2024.. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K).(Mastro, Randy) (Entered: 05/23/2024) |
| 05/24/2024 | 585 | LETTER MOTION for Leave to File Excess Pages addressed to Judge Loretta A. Preska from Randy M. Mastro dated May 24, 2024. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Mastro, Randy) (Entered: 05/24/2024) |
| 05/24/2024 | 586 | ORDER granting 585 Letter Motion for Leave to File Excess Pages. Plaintiffs' request for a 10–page extension of the page limit is granted. SO ORDERED. (Signed by Judge Loretta A. Preska on 5/24/2024) (rro) (Entered: 05/24/2024) |
| 05/28/2024 | | Minute Entry for proceedings held before Judge Loretta A. Preska: Interim Pretrial Conference held on 5/28/2024. (Court Reporter Raquel Robles) (mph) (Entered: 05/29/2024) |
| 05/30/2024 | 587 | REPLY MEMORANDUM OF LAW in Support re: 555 MOTION to Enforce Judgment / *Notice of Motion for Injunction and Turnover.* . Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Mastro, Randy) (Entered: 05/30/2024) |
| 05/30/2024 | 588 | DECLARATION of Alberto B. Bianchi in Support re: 555 MOTION to Enforce Judgment / *Notice of Motion for Injunction and Turnover..* Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T).(Mastro, Randy) (Entered: 05/30/2024) |
| 05/30/2024 | 589 | DECLARATION of Dr. Alfredo L. Rovira in Support re: 555 MOTION to Enforce Judgment / *Notice of Motion for Injunction and Turnover..* Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5).(Mastro, Randy) (Entered: 05/30/2024) |
| 05/30/2024 | 590 | DECLARATION of / Fifth Expert Report of John C. Coffee, Jr. in Support re: 555 MOTION to Enforce Judgment / *Notice of Motion for Injunction and Turnover..* |

| | | |
|---|---|---|
| | | Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Mastro, Randy) (Entered: 05/30/2024) |
| 05/30/2024 | 591 | DECLARATION of Randy M. Mastro in Support re: 555 MOTION to Enforce Judgment / *Notice of Motion for Injunction and Turnover*.. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5).(Mastro, Randy) (Entered: 05/30/2024) |
| 06/14/2024 | 592 | TRANSCRIPT of Proceedings re: ORAL ARGUMENT held on 5/28/2024 before Judge Loretta A. Preska. Court Reporter/Transcriber: Raquel Robles, (212) 805−0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/8/2024. Redacted Transcript Deadline set for 7/15/2024. Release of Transcript Restriction set for 9/12/2024..(McGuirk, Kelly) (Entered: 06/14/2024) |
| 06/14/2024 | 593 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a ORAL ARGUMENT proceeding held on 5/28/2024 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 06/14/2024) |
| 06/14/2024 | 594 | LETTER MOTION for Leave to File Sur−Reply addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated June 14, 2024. Document filed by Argentine Republic. (Attachments: # 1 Exhibit Proposed Sur−Reply, # 2 Exhibit A (Volume 1), # 3 Exhibit A (Volume 2), # 4 Exhibit A (Volume 3), # 5 Exhibit B).(Giuffra, Robert) (Entered: 06/14/2024) |
| 06/16/2024 | 595 | LETTER RESPONSE in Opposition to Motion addressed to Judge Loretta A. Preska from Randy M. Mastro dated June 16, 2024 re: 594 LETTER MOTION for Leave to File Sur−Reply addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated June 14, 2024. . Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Mastro, Randy) (Entered: 06/16/2024) |
| 06/26/2024 | 596 | ORDER granting 594 Letter Motion for Leave to File Document. Before the Court are the Republic's letter−motion seeking leave to file a sur−reply, (dkt. no. 594), and Plaintiffs' opposition, (dkt. no. 595). The decision whether to grant leave to file a sur−reply is within the "sound discretion of the court." Sec. & Exch. Comm'n v. Ripple Labs, Inc., No. 20 Civ. 10832 (AT), 2022 WL 329211, at *3 (S.D.N.Y. Feb. 3, 2022) (citation omitted). Because the Republic identifies new arguments raised for the first time in Plaintiffs' reply, (dkt. no. 594 at 1−2), the Republic may file its proposed sur−reply no later than June 28, 2024. To the extent that Plaintiffs would like to respond to the Republic's sur−reply, they are permitted to file a sur−reply no longer than five pages by July 8, 2024. The Clerk of the Court is directed to close the open letter−motion filed at dkt. no. 594 in Civil Case No. 15−cv−2739 and dkt. no. 518 in Civil Case No. 16−cv−8569. SO ORDERED. (Signed by Judge Loretta A. Preska on 6/26/2024) (tg) (Entered: 06/26/2024) |
| 06/26/2024 | | Set/Reset Deadlines: Surreplies due by 7/8/2024. (tg) (Entered: 06/26/2024) |
| 06/27/2024 | 597 | REPLY MEMORANDUM OF LAW in Opposition re: 555 MOTION to Enforce Judgment / *Notice of Motion for Injunction and Turnover*. . Document filed by Argentine Republic. (Attachments: # 1 Exhibit A (Volume 1), # 2 Exhibit A (Volume 2), # 3 Exhibit A (Volume 3), # 4 Exhibit B).(Giuffra, Robert) (Entered: 06/27/2024) |
| 07/08/2024 | 598 | REPLY MEMORANDUM OF LAW in Support re: 555 MOTION to Enforce Judgment / *Notice of Motion for Injunction and Turnover*. / *Plaintiffs' Sur−Reply in Support of Motion for Injunction and Turnover*. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Mastro, Randy) (Entered: 07/08/2024) |
| 08/01/2024 | 599 | LETTER MOTION for Conference *Pre−Motion Conference* addressed to Judge Loretta A. Preska from Randy M. Mastro dated August 1, 2024. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3).(Mastro, Randy) (Entered: 08/01/2024) |

| | | |
|---|---|---|
| 08/02/2024 | 600 | LETTER MOTION for Extension of Time to File Response/Reply as to 599 LETTER MOTION for Conference *Pre−Motion Conference* addressed to Judge Loretta A. Preska from Randy M. Mastro dated August 1, 2024. addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated August 2, 2024., LETTER MOTION for Leave to File Excess Pages addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated August 2, 2024. Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 08/02/2024) |
| 08/05/2024 | 601 | AFFIDAVIT OF SERVICE of Letter Motion Requesting Pre−Motion Conference served on Banco de la Nacion Argentina on August 1, 2024. Service was made by Email. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Mastro, Randy) (Entered: 08/05/2024) |
| 08/05/2024 | 602 | ORDER granting 600 Letter Motion for Extension of Time to File Response/Reply; granting 600 Letter Motion for Leave to File Excess Pages. The Republic is permitted a one−week extension of the filing deadline to August 13, 2024 and a five−page extension of the page limit. SO ORDERED. ( Responses due by 8/13/2024). (Signed by Judge Loretta A. Preska on 8/5/2024) (tg) (Entered: 08/05/2024) |
| 08/05/2024 | 603 | NOTICE OF APPEARANCE by Mark Stephen Sullivan on behalf of Banco de la Nacin Argentina..(Sullivan, Mark) (Entered: 08/05/2024) |
| 08/05/2024 | 604 | NOTICE OF APPEARANCE by Anthony Peter Badaracco on behalf of Banco De La Nacion Argentina..(Badaracco, Anthony) (Entered: 08/05/2024) |
| 08/05/2024 | 605 | LETTER addressed to Judge Loretta A. Preska from Anthony P. Badaracco dated August 5, 2024 re: Response to Pre−Motion Letter (August 5, 2024). Document filed by Banco De La Nacion Argentina..(Badaracco, Anthony) (Entered: 08/05/2024) |
| 08/05/2024 | 606 | LETTER RESPONSE to Motion addressed to Judge Loretta A. Preska from Banco de la Nacion Argentina dated August 5, 2024 re: 599 LETTER MOTION for Conference *Pre−Motion Conference* addressed to Judge Loretta A. Preska from Randy M. Mastro dated August 1, 2024. . Document filed by Banco De La Nacion Argentina..(Badaracco, Anthony) (Entered: 08/05/2024) |
| 08/06/2024 | 607 | MEMO ENDORSEMENT on re: (606 in 1:15−cv−02739−LAP) Response to Motion, filed by Banco De La Nacion Argentina, (530 in 1:16−cv−08569−LAP) Response to Motion, filed by Banco De La Nacion Argentina. ENDORSEMENT: Non−party BNA's deadline to respond to Plaintiff's letter−motion is August 13, 2024. SO ORDERED. ( Responses due by 8/13/2024) (Signed by Judge Loretta A. Preska on 8/6/2024) (tg) (Entered: 08/06/2024) |
| 08/12/2024 | 608 | NOTICE OF APPEARANCE by James J. Pastore, Jr on behalf of YPF S.A...(Pastore, James) (Entered: 08/12/2024) |
| 08/12/2024 | 609 | PROPOSED ORDER TO SHOW CAUSE WITHOUT EMERGENCY RELIEF. Document filed by YPF S.A.. Related Document Number: 498 ..(Goodman, Mark) **Proposed Order to Show Cause to be reviewed by Clerk's Office staff.** (Entered: 08/12/2024) |
| 08/12/2024 | 610 | MEMORANDUM OF LAW in Support re: 609 Proposed Order to Show Cause Without Emergency Relief . Document filed by YPF S.A...(Goodman, Mark) (Entered: 08/12/2024) |
| 08/12/2024 | 611 | DECLARATION of Mark P. Goodman in Support re: 609 Proposed Order to Show Cause Without Emergency Relief. Document filed by YPF S.A.. (Attachments: # 1 Exhibit A Pls. Doc. Subpoena to YPF, # 2 Exhibit B YPF Resps. & Objs. to Pls. Doc. Subpoena, # 3 Exhibit C May 28, 2024 Hrg Tr., # 4 Exhibit D Ltr. from L. Harris to W. Reilly (June 17, 2024), # 5 Exhibit E Ltr. from W. Reilly to L. Harris (July 9, 2024), # 6 Exhibit F Ltr. from L. Harris to W. Reilly (July 30, 2024), # 7 Proposed Order Granting Intervention).(Goodman, Mark) (Entered: 08/12/2024) |
| 08/12/2024 | 612 | PROPOSED ORDER TO SHOW CAUSE WITHOUT EMERGENCY RELIEF. Document filed by YPF S.A.. Related Document Number: 498 ..(Goodman, Mark) **Proposed Order to Show Cause to be reviewed by Clerk's Office staff.** (Entered: 08/12/2024) |

| 08/12/2024 | 613 | MEMORANDUM OF LAW in Support re: 612 Proposed Order to Show Cause Without Emergency Relief / in Support of Order to Show Cause for Permanent Injunction. Document filed by YPF S.A...(Goodman, Mark) (Entered: 08/12/2024) |
|---|---|---|
| 08/12/2024 | 614 | DECLARATION of Mark P. Goodman in Support re: 612 Proposed Order to Show Cause Without Emergency Relief. Document filed by YPF S.A.. (Attachments: # 1 Proposed Order Granting Permanent Injunction).(Goodman, Mark) (Entered: 08/12/2024) |
| 08/12/2024 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER TO SHOW CAUSE WITHOUT EMERGENCY RELIEF. Document No. 609 Proposed Order to Show Cause Without Emergency Relief was reviewed and approved as to form. (tp)** (Entered: 08/12/2024) |
| 08/12/2024 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER TO SHOW CAUSE WITHOUT EMERGENCY RELIEF. Document No. 612 Proposed Order to Show Cause Without Emergency Relief was reviewed and approved as to form. (tp)** (Entered: 08/12/2024) |
| 08/12/2024 | 615 | PROPOSED ORDER. Document filed by YPF S.A.. Related Document Number: 609 ..(Goodman, Mark) **Proposed Order to be reviewed by Clerk's Office staff.** (tp). (Entered: 08/12/2024) |
| 08/12/2024 | 616 | PROPOSED ORDER. Document filed by YPF S.A.. Related Document Number: 612 ..(Goodman, Mark) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 08/12/2024) |
| 08/12/2024 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 615 Proposed Order was reviewed and approved as to form. (tp)** (Entered: 08/12/2024) |
| 08/12/2024 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 616 Proposed Order was reviewed and approved as to form. (tp)** (Entered: 08/12/2024) |
| 08/12/2024 | 617 | LETTER MOTION for Oral Argument on the pending Order to Show Cause for a Permanent Injunction (Dkt. 612) addressed to Judge Loretta A. Preska from Mark P. Goodman dated 08/12/2024. Document filed by YPF S.A...(Goodman, Mark) (Entered: 08/12/2024) |
| 08/12/2024 | 618 | LETTER addressed to Judge Loretta A. Preska from Mark P. Goodman dated 08/12/2024 re: Jurisdiction. Document filed by YPF S.A...(Goodman, Mark) (Entered: 08/12/2024) |
| 08/12/2024 | 619 | LETTER addressed to Judge Loretta A. Preska from Randy M. Mastro dated August 12, 2024 re: Response to YPF S.A. Filings. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Mastro, Randy) (Entered: 08/12/2024) |
| 08/13/2024 | 620 | LETTER RESPONSE to Motion addressed to Judge Loretta A. Preska from Anthony P. Badaracco dated August 13, 2024 re: 599 LETTER MOTION for Conference Pre−Motion Conference addressed to Judge Loretta A. Preska from Randy M. Mastro dated August 1, 2024. . Document filed by Banco De La Nacion Argentina..(Badaracco, Anthony) (Entered: 08/13/2024) |
| 08/13/2024 | 621 | LETTER addressed to Judge Loretta A. Preska from Mark P. Goodman dated 8/13/24 re: YPF Letter In Response to Plaintiffs' August 12, 2024 Letter to Judge Preska Dkt. 619. Document filed by YPF S.A.. (Attachments: # 1 Exhibit Ex. A YPFs August 12, 2024 Letter to Plaintiffs).(Goodman, Mark) (Entered: 08/13/2024) |
| 08/13/2024 | 622 | MOTION for George W. Hicks, Jr. to Withdraw as Attorney . Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Affidavit /Declaration of George W. Hicks, Jr. in Support of Motion to Withdraw as Counsel, # 2 Proposed Order Granting Motion to Withdraw as Counsel).(Hicks, George) (Entered: 08/13/2024) |
| 08/13/2024 | 623 | LETTER RESPONSE in Opposition to Motion addressed to Judge Loretta A. Preska from Robert J. Giuffra Jr. dated August 13, 2024 re: 599 LETTER MOTION for Conference Pre−Motion Conference addressed to Judge Loretta A. Preska from Randy M. Mastro dated August 1, 2024. . Document filed by Argentine Republic. |

| | | |
|---|---|---|
| | | (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D, # <u>5</u> Exhibit E).(Giuffra, Robert) (Entered: 08/13/2024) |
| 08/14/2024 | <u>624</u> | ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS granting <u>622</u> Motion to Withdraw as Attorney. Upon receiving the Motion Withdraw of George W. Hicks, Jr. as Counsel for Plaintiffs Petersen Energia Invesora, S.A.U. and Petersen Energia S.A.U. ("Plaintiffs"), and the Declaration of George W. Hicks, Jr. in Support of the Motion, and good cause appearing, IT IS SO ORDERED that the Motion to Withdraw of George W. Hicks, Jr. as Counsel for Plaintiffs, (dkt. no. 622), is GRANTED and IT IS FURTHER ORDERED that the Clerk of the Court is directed to remove George W. Hicks, Jr. from all future ECF notifications in this matter. Attorney George W. Hicks, Jr terminated. (Signed by Judge Loretta A. Preska on 8/14/2024) (tg) (Entered: 08/14/2024) |
| 08/14/2024 | <u>625</u> | LETTER MOTION to Seal addressed to Judge Loretta A. Preska from Randy M. Mastro dated August 14, 2024. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Mastro, Randy) (Entered: 08/14/2024) |
| 08/14/2024 | <u>626</u> | LETTER MOTION to Compel *Production from YPF* addressed to Judge Loretta A. Preska from Randy M. Mastro dated August 14, 2024. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Mastro, Randy) (Entered: 08/14/2024) |
| 08/14/2024 | <u>627</u> | DECLARATION of Laura Harris in Support re: <u>626</u> LETTER MOTION to Compel *Production from YPF* addressed to Judge Loretta A. Preska from Randy M. Mastro dated August 14, 2024.. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D (Slipsheet), # <u>5</u> Exhibit E (Slipsheet), # <u>6</u> Exhibit F).(Mastro, Randy) (Entered: 08/14/2024) |
| 08/14/2024 | <u>628</u> | ***SELECTED PARTIES***DECLARATION of Laura Harris in Support re: <u>626</u> LETTER MOTION to Compel *Production from YPF* addressed to Judge Loretta A. Preska from Randy M. Mastro dated August 14, 2024.. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U., Argentine Republic, YPF S.A.. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D (Under Seal), # <u>5</u> Exhibit E (Under Seal), # <u>6</u> Exhibit F)Motion or Order to File Under Seal: <u>625</u> .(Mastro, Randy) (Entered: 08/14/2024) |
| 08/14/2024 | <u>629</u> | LETTER REPLY to Response to Motion addressed to Judge Loretta A. Preska from Randy M. Mastro dated August 14, 2024 re: <u>599</u> LETTER MOTION for Conference *Pre−Motion Conference* addressed to Judge Loretta A. Preska from Randy M. Mastro dated August 1, 2024. . Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # <u>1</u> Exhibit 1).(Mastro, Randy) (Entered: 08/14/2024) |
| 08/14/2024 | <u>630</u> | DECLARATION of Laura Harris in Support re: <u>599</u> LETTER MOTION for Conference *Pre−Motion Conference* addressed to Judge Loretta A. Preska from Randy M. Mastro dated August 1, 2024.. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # <u>1</u> Exhibit A).(Mastro, Randy) (Entered: 08/14/2024) |
| 08/19/2024 | <u>631</u> | LETTER RESPONSE to Motion addressed to Judge Loretta A. Preska from Mark P. Goodman dated August 19, 2024 re: <u>626</u> LETTER MOTION to Compel *Production from YPF* addressed to Judge Loretta A. Preska from Randy M. Mastro dated August 14, 2024. / *YPF's Letter Response to Plaintiffs' August 14, 2024 Letter Requesting a Pre−Motion Conference*. Document filed by YPF S.A...(Goodman, Mark) (Entered: 08/19/2024) |
| 08/19/2024 | <u>632</u> | DECLARATION of Wendy B. Reilly re: <u>631</u> Response to Motion, */ Declaration of Wendy B. Reilly in Support of YPF's Letter Response to Plaintiffs' August 14, 2024 Letter Requesting a Pre−Motion Conference*. Document filed by YPF S.A.. (Attachments: # <u>1</u> Exhibit A – Plaintiffs' July 30, 2024 Letter, # <u>2</u> Exhibit B – YPF's August 12, 2024 Letter).(Reilly, Wendy) (Entered: 08/19/2024) |
| 08/20/2024 | <u>633</u> | ORDER granting <u>599</u> Letter Motion for Conference. The Court is in receipt of Plaintiffs' request for a premotion conference to discuss several post−judgment discovery issues. (Dkt. no. 599.) The Republic and Banco de la Nacion Argentina |

| | | |
|---|---|---|
| | | ("BNA") oppose. (Dkt. nos. 620, 623.) The parties and BNA shall appear for a premotion conference in Courtroom 12A on August 27, 2024 at 10:30 a.m. The Clerk of the Court is directed to close dkt. no. 599 in Civil Case No. 15−cv−2739 and dkt. no. 523 in Civil Case No. 16−cv−8569. SO ORDERED. Pre−Motion Conference set for 8/27/2024 at 10:30 AM in Courtroom 12A, 500 Pearl Street, New York, NY 10007 before Judge Loretta A. Preska. (Signed by Judge Loretta A. Preska on 8/20/2024) (tg) (Entered: 08/20/2024) |
| 08/20/2024 | 634 | SCHEDULING ORDER: Plaintiffs' Proposed Scheduling Order is granted. The Court hereby ORDERS that the Parties adhere to the following schedule for post−judgment discovery: As further set forth by this Order. (Signed by Judge Loretta A. Preska on 8/20/2024) (tg) (Entered: 08/20/2024) |
| 08/20/2024 | 635 | ORDER granting 617 Letter Motion for Oral Argument; granting 625 Letter Motion to Seal; granting 626 Letter Motion to Compel. The Court is in receipt of (1) YPF's requests to intervene and to enjoin Plaintiffs' efforts to the extent they seek to hold YPF liable or to attach to YPF's assets, (dkt. nos. 609−18), and (2) Plaintiffs' letter−motion to compel YPF to produce alter ego discovery, (dkt. no. 626). Plaintiffs and YPF shall appear in Courtroom 12A on September 3, 2024 at 10:00 a.m. for a conference on the above issues. Additionally, in connection with their letter−motion to compel, Plaintiffs request to file Exhibits D and E of the Harris Declaration under seal. (See dkt. no. 625.) Because Exhibits D and E contain material designated as confidential under the Protective Order, Plaintiffs' request is granted. The Clerk of the Court is directed to close dkt. nos. 617, 625, and 626 in Civil Case No. 15−cv−2739 and dkt. nos. 541, 549, and 550 in Civil Case No. 16−cv−8569. SO ORDERED. (Signed by Judge Loretta A. Preska on 8/20/2024) (tg) (Entered: 08/20/2024) |
| 08/20/2024 | | Set/Reset Hearings: Oral Argument set for 9/3/2024 at 10:00 AM in Courtroom 12A, 500 Pearl Street, New York, NY 10007 before Judge Loretta A. Preska. (tg) (Entered: 08/20/2024) |
| 08/20/2024 | 636 | LETTER REPLY to Response to Motion addressed to Judge Loretta A. Preska from Randy M. Mastro dated August 20, 2024 re: 626 LETTER MOTION to Compel *Production from YPF* addressed to Judge Loretta A. Preska from Randy M. Mastro dated August 14, 2024. . Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Mastro, Randy) (Entered: 08/20/2024) |
| 08/22/2024 | 637 | LETTER addressed to Judge Loretta A. Preska from Randy M. Mastro dated August 22, 2024 re: Request to Reschedule the Premotion Conference. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Mastro, Randy) (Entered: 08/22/2024) |
| 08/22/2024 | 638 | MEMO ENDORSEMENT on re: (561 in 1:16−cv−08569−LAP) Letter, filed by Eton Park Fund, L.P., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., (637 in 1:15−cv−02739−LAP) Letter filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. ENDORSEMENT: The premotion conference scheduled for August 27, 2024 at 10:30 a.m. is adjourned until September 3, 2024 at at 2:30 p.m. SO ORDERED. ( Pre−Motion Conference set for 9/3/2024 at 02:30 PM before Judge Loretta A. Preska.) (Signed by Judge Loretta A. Preska on 8/22/2024) (tg) (Entered: 08/23/2024) |
| 08/26/2024 | 639 | LETTER addressed to Judge Loretta A. Preska from Robert J. Giuffra Jr. dated August 26, 2024 re: Supplemental Authority. Document filed by Argentine Republic. (Attachments: # 1 Exhibit A).(Giuffra, Robert) (Entered: 08/26/2024) |
| 08/26/2024 | 640 | LETTER MOTION to Seal addressed to Judge Loretta A. Preska from Randy M. Mastro dated August 26, 2024. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Mastro, Randy) (Entered: 08/26/2024) |
| 08/26/2024 | 641 | LETTER addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated August 26, 2024 re: Custodian and Search Term Proposal. Document filed by Argentine Republic. (Attachments: # 1 Proposed Order, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C).(Giuffra, Robert) (Entered: 08/26/2024) |
| 08/26/2024 | 642 | LETTER addressed to Judge Loretta A. Preska from Randy M. Mastro dated August 26, 2024 re: Plaintiffs Proposed Custodians and Search Terms for the Republic's Electronically Stored Information (ESI) Searches. Document filed by Petersen Energia |

| | | |
|---|---|---|
| | | Inversora, S.A.U., Petersen Energia S.A.U...(Mastro, Randy) (Entered: 08/26/2024) |
| 08/26/2024 | 643 | DECLARATION of Laura Harris in Support re: 642 Letter,. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Exhibit A, # 2 Exhibit B (Slipsheet), # 3 Exhibit C (Slipsheet), # 4 Exhibit D (Slipsheet), # 5 Exhibit E (Slipsheet), # 6 Exhibit F (Slipsheet)).(Mastro, Randy) (Entered: 08/26/2024) |
| 08/26/2024 | 644 | ***SELECTED PARTIES***DECLARATION of Laura Harris in Support re: 642 Letter,. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U., Argentine Republic, YPF S.A.. (Attachments: # 1 Exhibit A, # 2 Exhibit B (Under Seal), # 3 Exhibit C (Under Seal), # 4 Exhibit D (Under Seal), # 5 Exhibit E (Under Seal), # 6 Exhibit F (Under Seal))Motion or Order to File Under Seal: 640 .(Mastro, Randy) (Entered: 08/26/2024) |
| 08/26/2024 | 645 | OPPOSITION BRIEF re: 612 Proposed Order to Show Cause Without Emergency Relief, 609 Proposed Order to Show Cause Without Emergency Relief . Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Goldsmith, Andrew) (Entered: 08/26/2024) |
| 08/27/2024 | 646 | LETTER addressed to Judge Loretta A. Preska from Randy M. Mastro dated August 27, 2024 re: Response Letter to Republic's ESI Proposal. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Mastro, Randy) (Entered: 08/27/2024) |
| 08/27/2024 | 647 | LETTER addressed to Judge Loretta A. Preska from Randy M. Mastro dated August 27, 2024 re: Response to Republic's Letter Regarding Supplemental Authority. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Mastro, Randy) (Entered: 08/27/2024) |
| 08/29/2024 | 648 | LETTER addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated August 29, 2024 re: Response to Plaintiffs' Custodian and Search Term Proposal. Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 08/29/2024) |
| 08/29/2024 | 649 | ORDER: To ensure that Plaintiffs and YPF have adequate time to brief the issues, and the Court has time to review, the conference currently scheduled for September 3, 2024 at 10:00 a.m. is adjourned sine die. SO ORDERED. (Signed by Judge Loretta A. Preska on 8/29/2024) (tg) (Entered: 08/29/2024) |
| 09/03/2024 | 650 | REPLY MEMORANDUM OF LAW in Support re: 612 Proposed Order to Show Cause Without Emergency Relief, 609 Proposed Order to Show Cause Without Emergency Relief / *Reply Memorandum of Law in Support of YPF S.A.'s Orders to Show Cause for Intervention and a Permanent Injunction*. Document filed by YPF S.A...(Goodman, Mark) (Entered: 09/03/2024) |
| 09/03/2024 | | Minute Entry for proceedings held before Judge Loretta A. Preska: Pre−Motion Conference held on 9/3/2024. (Court Reporter Sam Mauro) (mph) (Entered: 09/04/2024) |
| 09/09/2024 | 651 | LETTER addressed to Judge Loretta A. Preska from David Farber dated 9/9/2024 re: Potential Filing of a Statement of Interest by the United States of America. Document filed by United States of America..(Farber, David) (Entered: 09/09/2024) |
| 09/09/2024 | 652 | PROPOSED STIPULATION AND ORDER. Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 09/09/2024) |
| 09/09/2024 | 653 | STIPULATION AND ORDER: Plaintiffs Petersen Energia Inversora, S.A.U., Petersen Energa, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P.; Defendant the Argentine Republic; and non−party Banco de la Nacion Argentina ("BNA") hereby stipulate and agree as to a briefing schedule and page limits for letter−briefing on the issues discussed during the September 3, 2024 Court conference: September 18, 2024: The Republic to file 10−page opening letter−brief regarding (i) privacy and deliberative process arguments concerning ESI productions; and (ii) arguments concerning four of Plaintiffs' proposed custodians (Massa, L. Caputo, S. Caputo, Michel). Plaintiffs to file 10−page opening letter−brief regarding (i) request for alter ego discovery concerning BNA, Aerolineas Argentinas, Energia Argentina S.A., and Empresa Argentina de Soluciones Satelitales S.A.; and (ii) arguments concerning three "reserved" custodians (de Pedro, Tombolini, |

|  |  | Vitobello). October 2, 2024: Plaintiffs and the Republic to file 10−page letter−brief responses to opening briefs filed on September 18, 2024. BNA to file 3−page letter−brief response to Plaintiffs' opening brief relevant to request for alter ego discovery concerning BNA. October 11, 2024: The Republic to file a 5−page reply in response to Plaintiff's response brief. Plaintiffs to file a 7−page reply in response to the Republic's and BNA's response briefs. Plaintiffs and the Republic further stipulate and agree that the Republic will provide responses and objections to the Information Subpoena on September 30, 2024. SO ORDERED this 9th day of September, 2024. ( Brief due by 9/18/2024., Reply to Response to Brief due by 10/11/2024., Responses to Brief due by 10/2/2024) (Signed by Judge Loretta A. Preska on 9/9/2024) (vfr) (Entered: 09/09/2024) |
|---|---|---|
| 09/13/2024 | 654 | TRANSCRIPT of Proceedings re: CONFERENCE held on 9/3/2024 before Judge Loretta A. Preska. Court Reporter/Transcriber: Samuel Mauro, (212) 805−0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/4/2024. Redacted Transcript Deadline set for 10/15/2024. Release of Transcript Restriction set for 12/12/2024..(McGuirk, Kelly) (Entered: 09/13/2024) |
| 09/13/2024 | 655 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 9/3/2024 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 09/13/2024) |
| 09/13/2024 | 656 | MEMO ENDORSEMENT on re: (575 in 1:16−cv−08569−LAP) Letter filed by United States of America, (651 in 1:15−cv−02739−LAP) Letter filed by United States of America. ENDORSEMENT: The Court reserves decision on the pending motion for an injunction and turnover, (dkt. nos. 481−82), to afford the Government adequate time to assess its potential interest in this matter. The Government shall submit any Statement of Interest no later than November 6, 2024. SO ORDERED. (Signed by Judge Loretta A. Preska on 9/13/2024) (tg) (Entered: 09/13/2024) |
| 09/18/2024 | 657 | LETTER MOTION for Discovery / *Plaintiffs' Letter Brief in Support of Their Request for Discovery* addressed to Judge Loretta A. Preska from Randy M. Mastro dated September 18, 2024. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Mastro, Randy) (Entered: 09/18/2024) |
| 09/18/2024 | 658 | LETTER addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated September 18, 2024 re: Plaintiffs' ESI Proposals. Document filed by Argentine Republic. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K).(Giuffra, Robert) (Entered: 09/18/2024) |
| 09/18/2024 | 659 | DECLARATION of Laura Harris in Support re: 657 LETTER MOTION for Discovery / *Plaintiffs' Letter Brief in Support of Their Request for Discovery* addressed to Judge Loretta A. Preska from Randy M. Mastro dated September 18, 2024.. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51, # 52 Exhibit 52, # 53 Exhibit 53, # 54 Exhibit 54, # 55 Exhibit 55, # 56 Exhibit 56, # 57 Exhibit 57, # 58 Exhibit 58, # 59 Exhibit 59, # 60 Exhibit 60, # 61 Exhibit 61, # 62 Exhibit 62).(Mastro, Randy) (Entered: 09/18/2024) |

| | | |
|---|---|---|
| 09/18/2024 | 660 | DECLARATION of Miriam Ivanega in Opposition re: 599 LETTER MOTION for Conference *Pre−Motion Conference* addressed to Judge Loretta A. Preska from Randy M. Mastro dated August 1, 2024.. Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 09/18/2024) |
| 09/19/2024 | 661 | MOTION for Carl Riehl to Withdraw as Attorney . Document filed by YPF S.A.. (Attachments: # 1 Affidavit Declaration in Support of Motion to Withdraw, # 2 Proposed Order Granting Motion to Withdraw).(Riehl, Carl) (Entered: 09/19/2024) |
| 09/20/2024 | 662 | ORDER GRANTING MOTION TO WITHDRAW granting 661 Motion to Withdraw as Attorney. Upon consideration of the Motion to Withdraw of Carl Riehl as Counsel for YPF S.A., the Declaration of Carl Riehl, and for good cause shown, IT IS SO ORDERED that the Motion to Withdraw of Carl Riehl as Counsel for YPF S.A., is GRANTED, and IT IS FURTHER ORDERED that the Clerk of the Court is directed to remove Carl Riehl from all future ECF notifications in these actions. Attorney Carl Riehl terminated. (Signed by Judge Loretta A. Preska on 9/20/2024) (tg) (Entered: 09/20/2024) |
| 09/20/2024 | 663 | LETTER addressed to Judge Loretta A. Preska from Randy M. Mastro dated September 20, 2024 re: Modify Current Protective Order. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Appendix A, # 7 Appendix B).(Mastro, Randy) (Entered: 09/20/2024) |
| 09/25/2024 | 664 | LETTER addressed to Judge Loretta A. Preska from Mark P. Goodman dated September 25, 2024 re: YPF Response Letter re: Protective Order Modifications RE: (ECF No. 663). Document filed by YPF S.A.. (Attachments: # 1 Exhibit A − Proposed Protective Order).(Goodman, Mark) (Entered: 09/25/2024) |
| 09/25/2024 | 665 | DECLARATION of Wendy B. Reilly in Support re: 664 Letter,. Document filed by YPF S.A...(Reilly, Wendy) (Entered: 09/25/2024) |
| 09/25/2024 | 666 | LETTER addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated 9/25/2024 re: Response to ECF No. 663 Letter re: Protective Order Modifications. Document filed by Argentine Republic. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Appendix A).(Giuffra, Robert) (Entered: 09/25/2024) |
| 09/26/2024 | 667 | REPLY re: 663 Letter, . Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Appendix A).(Mastro, Randy) (Entered: 09/26/2024) |
| 09/26/2024 | 668 | DECLARATION of Laura Harris re: 663 Letter, . Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Exhibit 1).(Mastro, Randy) (Entered: 09/26/2024) |
| 10/02/2024 | 669 | LETTER RESPONSE in Opposition to Motion addressed to Judge Loretta A. Preska from Anthony P. Badaracco dated October 2, 2024 re: 657 LETTER MOTION for Discovery */ Plaintiffs' Letter Brief in Support of Their Request for Discovery* addressed to Judge Loretta A. Preska from Randy M. Mastro dated September 18, 2024. . Document filed by Banco De La Nacion Argentina..(Badaracco, Anthony) (Entered: 10/02/2024) |
| 10/02/2024 | 670 | LETTER addressed to Judge Loretta A. Preska from Randy M. Mastro dated October 2, 2024 re: Response Opposing Republic's Letter Brief Regarding Plaintiffs' ESI Proposals [ECF 658]. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Mastro, Randy) (Entered: 10/02/2024) |
| 10/02/2024 | 671 | LETTER RESPONSE in Opposition to Motion addressed to Judge Loretta A. Preska from Robert J. Giuffra Jr. dated October 2, 2024 re: 657 LETTER MOTION for Discovery */ Plaintiffs' Letter Brief in Support of Their Request for Discovery* addressed to Judge Loretta A. Preska from Randy M. Mastro dated September 18, 2024. . Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 10/02/2024) |
| 10/02/2024 | 672 | DECLARATION of Alberto B. Bianchi re: 670 Letter, *Response Opposing Republic's Letter Brief Regarding Plaintiffs' ESI Proposals [ECF 658]*. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Exhibit A to Declaration of Alberto B. Bianchi, # 2 Exhibit B to Declaration of Alberto B. Bianchi, # 3 Exhibit C to Declaration of Alberto B. Bianchi, # 4 Exhibit D |

| | | |
|---|---|---|
| | | to Declaration of Alberto B. Bianchi, # <u>5</u> Exhibit E to Declaration of Alberto B. Bianchi, # <u>6</u> Exhibit F to Declaration of Alberto B. Bianchi, # <u>7</u> Exhibit G to Declaration of Alberto B. Bianchi, # <u>8</u> Exhibit H to Declaration of Alberto B. Bianchi, # <u>9</u> Exhibit I to Declaration of Alberto B. Bianchi, # <u>10</u> Exhibit J to Declaration of Alberto B. Bianchi, # <u>11</u> Exhibit K to Declaration of Alberto B. Bianchi, # <u>12</u> Exhibit L to Declaration of Alberto B. Bianchi, # <u>13</u> Exhibit M to Declaration of Alberto B. Bianchi, # <u>14</u> Exhibit N to Declaration of Alberto B. Bianchi, # <u>15</u> Exhibit O to Declaration of Alberto B. Bianchi, # <u>16</u> Exhibit P to Declaration of Alberto B. Bianchi, # <u>17</u> Exhibit Q to Declaration of Alberto B. Bianchi, # <u>18</u> Exhibit R to Declaration of Alberto B. Bianchi, # <u>19</u> Exhibit S to Declaration of Alberto B. Bianchi).(Mastro, Randy) (Entered: 10/02/2024) |
| 10/02/2024 | <u>673</u> | DECLARATION of Laura Harris re: <u>670</u> Letter, *Response Opposing Republic's Letter Brief Regarding Plaintiffs' ESI Proposals [ECF 658]*. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5, # <u>6</u> Exhibit 6, # <u>7</u> Exhibit 7, # <u>8</u> Exhibit 8, # <u>9</u> Exhibit 9, # <u>10</u> Exhibit 10, # <u>11</u> Exhibit 11, # <u>12</u> Exhibit 12, # <u>13</u> Exhibit 13, # <u>14</u> Exhibit 14, # <u>15</u> Exhibit 15, # <u>16</u> Exhibit 16, # <u>17</u> Exhibit 17, # <u>18</u> Exhibit 18, # <u>19</u> Exhibit 19, # <u>20</u> Exhibit 20).(Mastro, Randy) (Entered: 10/02/2024) |
| 10/10/2024 | <u>674</u> | PROTECTIVE ORDER...regarding procedures to be followed that shall govern the handling of confidential material... SO ORDERED. (Signed by Judge Loretta A. Preska on 10/10/2024) (tg) (Entered: 10/11/2024) |
| 10/11/2024 | <u>675</u> | LETTER REPLY to Response to Motion addressed to Judge Loretta A. Preska from Randy M. Mastro dated October 11, 2024 re: <u>657</u> LETTER MOTION for Discovery / *Plaintiffs' Letter Brief in Support of Their Request for Discovery* addressed to Judge Loretta A. Preska from Randy M. Mastro dated September 18, 2024. . Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Mastro, Randy) (Entered: 10/11/2024) |
| 10/11/2024 | <u>676</u> | DECLARATION of Laura Harris in Support re: <u>657</u> LETTER MOTION for Discovery / *Plaintiffs' Letter Brief in Support of Their Request for Discovery* addressed to Judge Loretta A. Preska from Randy M. Mastro dated September 18, 2024.. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2).(Mastro, Randy) (Entered: 10/11/2024) |
| 10/11/2024 | <u>677</u> | LETTER addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated October 11, 2024 re: Reply re Plaintiffs' ESI Proposals. Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 10/11/2024) |
| 10/11/2024 | <u>678</u> | DECLARATION of Miriam Ivanega in Opposition re: <u>599</u> LETTER MOTION for Conference *Pre−Motion Conference* addressed to Judge Loretta A. Preska from Randy M. Mastro dated August 1, 2024.. Document filed by Argentine Republic. (Attachments: # <u>1</u> Exhibit A).(Giuffra, Robert) (Entered: 10/11/2024) |
| 11/06/2024 | <u>679</u> | LETTER addressed to Judge Loretta A. Preska from David Farber dated November 6, 2024 re: Statement of Interest on behalf of the United States. Document filed by United States of America. (Attachments: # <u>1</u> Supplement Brief for the United States as Amicus Curiae, Clearstream Banking S.A. v. Peterson, # <u>2</u> Supplement Brief for the United States as Amicus Curiae, Levin v. Bank of New York Mellon).(Farber, David) (Entered: 11/06/2024) |
| 11/08/2024 | <u>680</u> | LETTER MOTION for Leave to File Letter Response *to the Statement of Interest* addressed to Judge Loretta A. Preska from Randy M. Mastro dated November 8, 2024. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Mastro, Randy) (Entered: 11/08/2024) |
| 11/12/2024 | <u>681</u> | ORDER granting <u>680</u> Letter Motion for Leave to File Document. Plaintiffs' request to file the above−referenced response is granted. The Clerk of the Court shall close dkt. no. 680 in Case No. 15−cv−2739 and dkt. no. 602 in Case No. 16−cv−8569. SO ORDERED. (Signed by Judge Loretta A. Preska on 11/12/2024) (tg) (Entered: 11/12/2024) |
| 11/12/2024 | <u>682</u> | LETTER MOTION for Extension of Time *regarding August 20, 2024 Scheduling Order* addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated November 12, 2024. Document filed by Argentine Republic. (Attachments: # <u>1</u> |

| | | Exhibit A, # 2 Exhibit B).(Giuffra, Robert) (Entered: 11/12/2024) |
|---|---|---|
| 11/13/2024 | 683 | ORDER: The Court hereby ORDERS that the Parties adhere to the following schedule for post–judgment discovery : Republic begins rolling production of restored ESI documents: December 18, 2024. Republic completes its ESI production: February 18, 2025. SO ORDERED. (Signed by Judge Loretta A. Preska on 11/13/2024) (tg) (Entered: 11/13/2024) |
| 11/14/2024 | 684 | RESPONSE re: 679 Letter, . Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Mastro, Randy) (Entered: 11/14/2024) |
| 11/15/2024 | 685 | ORDER granting 657 Letter Motion for Discovery. The parties are therefore directed to submit further briefing concerning the applicability and impact, if any, of Peterson on the resolution of the issues remaining in this case. The parties shall propose a briefing schedule to the Court no later than November 22, 2024. The alter ego discovery already underway is stayed pending a determination of the impact, if any, of Peterson. SO ORDERED. (Signed by Judge Loretta A. Preska on 11/15/2024) (tg) (Entered: 11/15/2024) |
| 11/22/2024 | 686 | LETTER addressed to Judge Loretta A. Preska from Robert J. Giuffra Jr. dated November 22, 2024 re: Briefing Schedule in Response to Court's November 15, 2024 Order (ECF No. 685). Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 11/22/2024) |
| 11/25/2024 | 687 | MEMO ENDORSEMENT on re: (608 in 1:16–cv–08569–LAP) Letter filed by Argentine Republic, (686 in 1:15–cv–02739–LAP) Letter filed by Argentine Republic. ENDORSEMENT: The Court grants the parties' briefing schedule with one change. The Republic and YPF's response brief will only be up to 10 pages. Plaintiffs can file either (1) two response briefs of up to 10 pages or (2) one response brief of up to 20 pages, at their election. SO ORDERED. ( Brief due by 1/10/2025., Responses to Brief due by 1/24/2025) (Signed by Judge Loretta A. Preska on 11/25/2024) (tg) (Entered: 11/26/2024) |
| 12/03/2024 | 688 | LETTER MOTION for Conference /Pre–Motion Conference addressed to Judge Loretta A. Preska from Andrew E. Goldsmith dated December 3, 2024. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Goldsmith, Andrew) (Entered: 12/03/2024) |
| 12/05/2024 | 689 | MOTION for Joseph E. Neuhaus to Withdraw as Attorney . Document filed by Argentine Republic. (Attachments: # 1 Proposed Order Approving Withdrawal as Counsel).(Neuhaus, Joseph) (Entered: 12/05/2024) |
| 12/05/2024 | 690 | LETTER RESPONSE to Motion addressed to Judge Loretta A. Preska from Mark P. Goodman dated December 5, 2024 re: 688 LETTER MOTION for Conference /Pre–Motion Conference addressed to Judge Loretta A. Preska from Andrew E. Goldsmith dated December 3, 2024. / YPF Letter Response to Plaintiffs' December 3, 2024 Letter. Document filed by YPF S.A...(Goodman, Mark) (Entered: 12/05/2024) |
| 12/05/2024 | 691 | LETTER RESPONSE to Motion addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated December 5, 2024 re: 688 LETTER MOTION for Conference /Pre–Motion Conference addressed to Judge Loretta A. Preska from Andrew E. Goldsmith dated December 3, 2024. . Document filed by Argentine Republic. (Attachments: # 1 Exhibit A).(Giuffra, Robert) (Entered: 12/05/2024) |
| 12/06/2024 | 692 | ORDER APPROVING WITHDRAWAL AS COUNSEL granting 689 Motion to Withdraw as Attorney. IT IS HEREBY ORDERED as follows: 1. Joseph E. Neuhaus is hereby withdrawn as counsel of record for Defendant the Republic of Argentina in the above–captioned actions, and is fully discharged from any further representation or obligation in this case. As further set forth by this Order. The Clerk of the Court is directed to close dkt. no. 689. SO ORDERED. Attorney Joseph Emanuel Neuhaus terminated. (Signed by Judge Loretta A. Preska on 12/6/2024) (tg) (Main Document 692 replaced on 12/6/2024) (tg). Modified on 12/6/2024 (tg). (Entered: 12/06/2024) |
| 12/06/2024 | 693 | LETTER REPLY to Response to Motion addressed to Judge Loretta A. Preska from Andrew E. Goldsmith dated December 6, 2024 re: 688 LETTER MOTION for Conference /Pre–Motion Conference addressed to Judge Loretta A. Preska from Andrew E. Goldsmith dated December 3, 2024. . Document filed by Petersen Energia |

| | | Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Exhibit A).(Goldsmith, Andrew) (Entered: 12/06/2024) |
|---|---|---|
| 12/11/2024 | 694 | ORDER terminating 688 Letter Motion for Conference. In the Court's November 15, 2024 Order it stated "[t]he alter ego discovery already underway is stayed pending a determination of the impact, if any, of Peterson." Peterson has no impact on Plaintiffs seeking discovery from the Republic or non−sovereign non−parties because Peterson did not concern subject−matter jurisdiction with respect to those entities. Thus, the Court clarifies that its November 15 Order does not stay discovery that Plaintiffs seek from (1) the Republic or (2) non−sovereign non− parties. The Clerk of the Court is directed to close dkt. no. 688 on the No. 15 Civ. 02739 docket and dkt. no. 610 on the No. 16 Civ. 08569 docket. SO ORDERED. (Signed by Judge Loretta A. Preska on 12/10/2024) (tg) (Entered: 12/11/2024) |
| 12/20/2024 | 695 | BRIEF re: 685 Order on Motion for Discovery,, . Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Goldsmith, Andrew) (Entered: 12/20/2024) |
| 12/20/2024 | 696 | DECLARATION of Andrew E. Goldsmith re: 695 Brief . Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C).(Goldsmith, Andrew) (Entered: 12/20/2024) |
| 12/20/2024 | 697 | MEMORANDUM OF LAW re: 685 Order on Motion for Discovery,, / YPF S.A.'s Memorandum of Law Regarding the Impact of Peterson v. Bank Markazi. Document filed by YPF S.A...(Goodman, Mark) (Entered: 12/20/2024) |
| 12/20/2024 | 698 | BRIEF re: 685 Order on Motion for Discovery,, Argentina's Submission With Respect To the Court's November 15, 2024 Order. Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 12/20/2024) |
| 01/02/2025 | 699 | LETTER MOTION for Conference Pre−Motion Conference addressed to Judge Loretta A. Preska from Randy M. Mastro dated January 2, 2025. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U. (Attachments: # 1 Exhibit A − Nov 8 2024 Letter from A. Davidoff, # 2 Exhibit B − Aug 2 2024 Email from Deb Sen, # 3 Exhibit C − Feb 12 2024 Letter to Plaintiffs, # 4 Exhibit D − The mystery of Argentina's Gold).(Mastro, Randy) (Entered: 01/02/2025) |
| 01/07/2025 | 700 | LETTER addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated January 7, 2025 re: Response to Plaintiffs' January 2, 2025 Letter. Document filed by Argentine Republic. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Giuffra, Robert) (Entered: 01/07/2025) |
| 01/08/2025 | 701 | LETTER REPLY to Response to Motion addressed to Judge Loretta A. Preska from Randy M. Mastro dated January 8, 2025 re: 699 LETTER MOTION for Conference Pre−Motion Conference addressed to Judge Loretta A. Preska from Randy M. Mastro dated January 2, 2025. . Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Mastro, Randy) (Entered: 01/08/2025) |
| 01/10/2025 | 702 | BRIEF re: 685 Order on Motion for Discovery,, Memorandum of the United States of America concerning the Second Circuit's decision in Peterson v. Bank Markazi. Document filed by United States of America..(Farber, David) (Entered: 01/10/2025) |
| 01/14/2025 | 703 | ORDER granting 699 Letter Motion for Conference. For the foregoing reasons, Plaintiffs' motion to compel production is GRANTED. The Clerk of the Court is directed to close dkt. no. 699 on the No. 15 Civ. 02739 docket and dkt. no. 621 on the No. 16 Civ. 08569 docket. SO ORDERED. (Signed by Judge Loretta A. Preska on 1/14/2025) (tg) (Entered: 01/14/2025) |
| 01/17/2025 | 704 | LETTER addressed to Judge Loretta A. Preska from Anthony P. Badaracco dated 1/17/2025 re: Letter response to Plaintiff's brief (Petersen ECF No. 695). Document filed by Banco De La Nacion Argentina..(Badaracco, Anthony) (Entered: 01/17/2025) |
| 01/22/2025 | 705 | JOINT LETTER addressed to Judge Loretta A. Preska from Randy M. Mastro dated January 22, 2025 re: Scheduling Order governing the production of documents identified in the Court's January 14, 2025 Order (Petersen ECF No. 703). Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Mastro, Randy) (Entered: 01/22/2025) |

| 01/22/2025 | 706 | PROPOSED SCHEDULING ORDER. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Mastro, Randy) (Entered: 01/22/2025) |
|---|---|---|
| 01/23/2025 | 707 | SCHEDULING ORDER: The Proposed Scheduling Order is granted. The Court hereby ORDERS that the Parties adhere to the following schedule for post−judgment discovery: The existing schedule and deadlines remain in force, consistent with this Court's orders at Petersen ECF Nos. 634 and 683: As further set forth by this Order. (Signed by Judge Loretta A. Preska on 1/23/2025) (tg) (Entered: 01/23/2025) |
| 01/24/2025 | 708 | REPLY re: 685 Order on Motion for Discovery,, *Plaintiff's Reply Brief Regarding The Second Circuit's Decision in Peterson*. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Goldsmith, Andrew) (Entered: 01/24/2025) |
| 01/24/2025 | 709 | OPPOSITION BRIEF re: 695 Brief */ YPF Response Brief Regarding the Impact of Peterson v. Bank Markazi*. Document filed by YPF S.A...(Goodman, Mark) (Entered: 01/24/2025) |
| 01/24/2025 | 710 | OPPOSITION BRIEF re: 695 Brief *Argentina's Response Brief re Peterson v. Bank Markazi*. Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 01/24/2025) |
| 02/04/2025 | 711 | LETTER addressed to Judge Loretta A. Preska from Randy M. Mastro dated February 4, 2025 re: Supplemental Letter in Further Support of Plaintiff's Letter−Motion for Discovery dated Sept 18, 2024. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Mastro, Randy) (Entered: 02/04/2025) |
| 02/04/2025 | 712 | DECLARATION of Laura Harris re: 711 Letter, . Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Exhibit 1 − certified English translation of the article La petrolera YPF busca acuerdos para venderle gas a India, Japn y a un pas de Europa, El Cronista (December 5, 2024), # 2 Exhibit 2 − certified English translation of the article El precio en dlares de los combustibles es el ms alto de los ltimos seis aos, Infobae (November 4, 2024), # 3 Exhibit 3 − certified English translation of the article Horas de ira, las mil versiones sobre Diana Mondino y por qu ahora tiemblan los embajadores, Noticias del Momento (November 3, 2024), # 4 Exhibit 4 − article Es gibt kein Geld, Frankfurter Allgemeine (February 2, 2025), # 5 Exhibit 5 − article Decisive moments are coming for Aerolneas Argentinas, after the truce with unions, CE Noticias Financieras (November 14, 2024), # 6 Exhibit 6 − article State−owned Aerolneas Argentinas undergoes downsizing ahead of privatization, Air Data News (January 4, 2025), # 7 Exhibit 7 − article Javier Milei's government dismissed Pablo Biro from the board of Aerolineas Argentinas, Ambito Financiero Online (October 16, 2024), # 8 Exhibit 8 − English transcript from Javier Milei's Interview with Lex Fridman, published on November 19, 2024, # 9 Exhibit 9 − certified English translation of the article Sucursales del Banco Nacion: por que las provincias temen a la amenaza de Milei, El Cronista (October 9, 2024), # 10 Exhibit 10 − certified English translation of the article Milei explained the reasons why Banco Nacin finally decided not to close its nine branches in La Pampa, CE Noticias Financieras (October 12, 2024), # 11 Exhibit 11 − certified English translation of BNAs January 27, 2025 Press Release titled El Banco Nacin acelera su transformacin en Sociedad Annima, # 12 Exhibit 12 − certified English translation of Guillermo Francoss post on X, dated January 28, 2025).(Mastro, Randy) (Entered: 02/04/2025) |
| 02/05/2025 | 713 | LETTER addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated February 5th, 2025 re: Plaintiffs' February 4th Letter. Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 02/05/2025) |
| 02/06/2025 | 714 | MEMO ENDORSEMENT on re: (635 in 1:16−cv−08569−LAP) Letter filed by Argentine Republic. ENDORSEMENT: SO ORDERED. (Signed by Judge Loretta A. Preska on 2/6/2025) (tg) (Entered: 02/06/2025) |
| 02/11/2025 | 715 | LETTER addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated February 11th, 2025 re: Response to Plaintiffs' February 4th Letter. Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 02/11/2025) |
| 02/14/2025 | 716 | REPLY re: 715 Letter . Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Mastro, Randy) (Entered: 02/14/2025) |
| 02/14/2025 | 717 | LETTER MOTION for Extension of Time to Complete Discovery addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated February 14, 2025. Document filed |

| | | |
|---|---|---|
| | | by Argentine Republic. (Attachments: # <u>1</u> Proposed Order Proposed Revised Scheduling Order).(Giuffra, Robert) (Entered: 02/14/2025) |
| 02/18/2025 | <u>718</u> | SCHEDULING ORDER: The Proposed Revised Scheduling Order is granted. The Court hereby ORDERS that the Parties adhere to the following schedule for post–judgment discovery: As further set forth by this Order. In addition to the above revised scheduling order, the Republic shall provide Plaintiffs with the following information regarding Jose Ignacio de Mendiguren's data by February 24, 2025: (1) all other locations that have been searched; and (2) whether any data beyond the date range at issue has been located. so ORDERED. Motions terminated: <u>717</u> LETTER MOTION for Extension of Time to Complete Discovery addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated February 14, 2025. filed by Argentine Republic. (Signed by Judge Loretta A. Preska on 2/18/2025) (tg) (Entered: 02/18/2025) |
| 02/18/2025 | <u>719</u> | MOTION for Diego Negron–Reichard to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30638189. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # <u>1</u> Affidavit of Diego Negron–Reichard, # <u>2</u> Exhibit Certificate of Good Standing (DC), # <u>3</u> Exhibit Certificate of Good Standing (PR), # <u>4</u> Proposed Order Proposed Order).(Negron–Reichard, Diego) (Entered: 02/18/2025) |
| 02/19/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. <u>719</u> MOTION for Diego Negron–Reichard to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30638189. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 02/19/2025) |
| 02/19/2025 | <u>720</u> | ORDER: The attached documents were received by Chambers on February 17, 2025. The parties may inform the Court, by letter, no later than February 25, 2025 of their views as to what action, if any, the Court should take in response. SO ORDERED. (Signed by Judge Loretta A. Preska on 2/19/2025) (tg) (Entered: 02/19/2025) |
| 02/20/2025 | <u>721</u> | ORDER ADMISSION OF DIEGO NEGRON–REICHARD PRO HAC VICE granting <u>719</u> Motion to Appear Pro Hac Vice. The motion of Diego Negron–Reichard for admission to practice Pro Hae Vice in the above–captioned action is granted. As further set forth by this Order. SO ORDERED. (Signed by Judge Loretta A. Preska on 2/20/2025) (tg) (Entered: 02/20/2025) |
| 02/25/2025 | <u>722</u> | LETTER addressed to Judge Loretta A. Preska from Randy M. Mastro dated February 25, 2025 re: Response to the Court's February 19, 2025 Order. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Mastro, Randy) (Entered: 02/25/2025) |
| 02/25/2025 | <u>723</u> | LETTER addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated February 25, 2025 re: Response to the Court's February 19, 2025 Order. Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 02/25/2025) |
| 02/28/2025 | <u>724</u> | REPUBLICAN ACTION FOR ARGENTINA INC.'S EX–PARTE AMENDED MOTION FOR ORDER PURSUANT TO FED. R. CIV. P. RULE 60(b)(4). Document filed Fernando G. Irazu by Argentine Republic.(tg) (Entered: 02/28/2025) |
| 02/28/2025 | <u>725</u> | REPUBLICAN ACTION FOR ARGENTINA INC.'S MEMORANDUM OF LAW IN SUPPORT OF LAW IN SUPPORT OF EX–PARTE AMENDED MOTION FOR ORDER PURSUANT TO FED. R. CIV. P, RULE 60(b)(4) re: <u>724</u> MOTION to Alter Judgment. Document filed by Fernando G. Irazu on behalf of Argentine Republic. (tg) (Entered: 02/28/2025) |
| 03/03/2025 | <u>726</u> | ORDER denying <u>724</u> Motion to Alter Judgment The Court treats RA4ARG's submissions as a motion to intervene, and, for the reasons set out below, the motion is DENIED. Even if the Court granted RA4ARG's motion to intervene, the Court lacks jurisdiction to grant the relief that RA4ARG seeks due to the pending appeal. Toliver v. Cnty. of Sullivan, 957 F.2d 47, 49 (2d Cir. 1992) ("[T]he district court may grant a rule 60(b) motion after an appeal is taken only if the moving party obtains permission from the circuit court.") (emphasis omitted). For the foregoing reasons, RA4ARG's motion to intervene is DENIED. The Clerk of the Court is respectfully directed to |

| | | |
|---|---|---|
| | | close dkt. no. 724 on the No. 15 Civ. 02739 docket and dkt. no. 646 on the No. 16 Civ. 08569 docket. (And as further set forth herein.) SO ORDERED. (Signed by Judge Loretta A. Preska on 3/3/2025) (jca) (Entered: 03/03/2025) |
| 03/10/2025 | 727 | ORDER: Mr. Fernando G. Irazu is granted permission to practice pro hac vice in the above−captioned actions for the sole purpose of filing an appeal of the Court's March 3, 2025 Order (dkt. no. 726). SO ORDERED. (Signed by Judge Loretta A. Preska on 3/10/2025) (tg) (Entered: 03/10/2025) |
| 03/10/2025 | 728 | EX PARTE NOTICE OF APPEAL from 726 Order on Motion to Alter Judgment,,,. Document filed by Republican Action for Argentina, Inc.. Filing fee $ 605.00, receipt number ANYSDC−30742358. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Irazu, Fernando) (Entered: 03/10/2025) |
| 03/11/2025 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 728 Notice of Appeal. (tp) (Entered: 03/11/2025) |
| 03/11/2025 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 728 Notice of Appeal, filed by Republican Action for Argentina, Inc. were transmitted to the U.S. Court of Appeals. (tp) (Entered: 03/11/2025) |
| 03/21/2025 | 729 | MOTION for Gregory P. Joseph to Withdraw as Attorney . Document filed by Burford Capital LLC. (Attachments: # 1 Affidavit /Declaration of G. Joseph in Support of Motion to Withdraw As Counsel, # 2 Proposed Order Text of Proposed Order).(Joseph, Gregory) (Entered: 03/21/2025) |
| 03/21/2025 | 730 | MOTION for Rachel M. Cherington to Withdraw as Attorney . Document filed by Burford Capital LLC. (Attachments: # 1 Affidavit /Declaration of R. Cherington in Support of Motion to Withdraw As Counsel, # 2 Proposed Order Text of Proposed Order).(Cherington, Rachel) (Entered: 03/21/2025) |
| 03/24/2025 | 731 | ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR NON−PARTY BURFORD CAPITAL LLC granting 729 Motion to Withdraw as Attorney. IT IS ORDERED that the Motion to Withdraw Gregory P. Joseph as Counsel for Non−Party Burford Capital LLC, is GRANTED, and IT IS FURTHER ORDERED that the Clerk of the Court is directed to remove Gregory P. Joseph from all future ECF notifications in this matter. Attorney Gregory P. Joseph terminated. (Signed by Judge Loretta A. Preska on 3/24/2025) (jjc) (Entered: 03/24/2025) |
| 03/24/2025 | 732 | ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR NON−PARTY BURFORD CAPITAL LLC granting 730 Motion to Withdraw as Attorney. IT IS ORDERED that the Motion to Withdraw Rachel M. Cherington as Counsel for Non−Party Burford Capital LLC, is GRANTED, and IT IS FURTHER ORDERED that the Clerk of the Court is directed to remove Rachel M. Cherington from all future ECF notifications in this matter. (Attorney Rachel Mead Cherington terminated.) (Signed by Judge Loretta A. Preska on 3/24/25) (yv) (Entered: 03/25/2025) |
| 03/27/2025 | 733 | MOTION for Randy M. Mastro to Withdraw as Attorney . Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Mastro, Randy) (Entered: 03/27/2025) |
| 03/27/2025 | 734 | PROPOSED ORDER. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. Related Document Number: 733 ..(Mastro, Randy) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 03/27/2025) |
| 03/28/2025 | | **\*\*\*NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 734 Proposed Order was reviewed and approved as to form. (tp)** (Entered: 03/28/2025) |
| 03/28/2025 | 735 | ORDER GRANTING MOTION TO WITHDRAW granting 733 Motion to Withdraw as Attorney. The Court has considered Randy M. Mastro's Motion to Withdraw Appearance for Plaintiffs Petersen Energia Inversora, S.A.U., Petersen Energia, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P. (collectively, "Plaintiffs"). After reviewing the Motion, and for good cause having been demonstrated, the Court finds that the request should be GRANTED. IT IS THEREFORE ORDERED by the Court that Randy M. Mastro's motion is hereby granted to withdraw as counsel of record for the Plaintiffs in this |

| | | matter and the Clerk is ordered to remove Mr. Mastro from this action's CM/ECF service list. SO ORDERED. Attorney Randy M. Mastro terminated. (Signed by Judge Loretta A. Preska on 3/28/2025) (tg) (Entered: 03/28/2025) |
|---|---|---|
| 06/06/2025 | 736 | LETTER MOTION for Conference /Pre−Motion Conference addressed to Judge Loretta A. Preska from Andrew E. Goldsmith dated June 6, 2025. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Goldsmith, Andrew) (Entered: 06/06/2025) |
| 06/06/2025 | 737 | DECLARATION of Andrew E. Goldsmith in Support re: 736 LETTER MOTION for Conference /Pre−Motion Conference addressed to Judge Loretta A. Preska from Andrew E. Goldsmith dated June 6, 2025.. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6).(Goldsmith, Andrew) (Entered: 06/06/2025) |
| 06/09/2025 | 738 | JOINT LETTER MOTION for Extension of Time to File Response/Reply as to 736 LETTER MOTION for Conference/Pre−Motion Conference addressed to Judge Loretta A. Preska from Andrew E. Goldsmith dated June 6, 2025 addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated June 9, 2025. Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 06/09/2025) |
| 06/10/2025 | 739 | ORDER granting 738 Letter Motion for Extension of Time to File Response/Reply re 736 LETTER MOTION for Conference /Pre−Motion Conference addressed to Judge Loretta A. Preska from Andrew E. Goldsmith dated June 6, 2025. SO ORDERED. Responses due by 6/18/2025 Replies due by 6/25/2025. (Signed by Judge Loretta A. Preska on 6/10/2025) (tg) (Entered: 06/10/2025) |
| 06/18/2025 | 740 | LETTER RESPONSE in Opposition to Motion addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated June 18, 2025 re: 736 LETTER MOTION for Conference /Pre−Motion Conference addressed to Judge Loretta A. Preska from Andrew E. Goldsmith dated June 6, 2025. . Document filed by Argentine Republic. (Attachments: # 1 Exhibit A).(Giuffra, Robert) (Entered: 06/18/2025) |
| 06/25/2025 | 741 | LETTER REPLY to Response to Motion addressed to Judge Loretta A. Preska from Andrew E. Goldsmith dated June 25, 2025 re: 736 LETTER MOTION for Conference /Pre−Motion Conference addressed to Judge Loretta A. Preska from Andrew E. Goldsmith dated June 6, 2025. . Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Goldsmith, Andrew) (Entered: 06/25/2025) |
| 06/30/2025 | 742 | MEMORANDUM AND ORDER re: (555 in 1:16−cv−08569−LAP) Response to Motion, filed by YPF S.A., (481 in 1:16−cv−08569−LAP) MOTION to Enforce Judgment / Notice of Motion for Injunction and Turnover. filed by Eton Park Fund, L.P., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd.. For the reasons set out above, Plaintiffs' motion is GRANTED. The Republic shall (i) transfer its Class D shares of YPF to a global custody account at BNYM in New York within 14 days from the date of this order; and (ii) instruct BNYM to initiate a transfer of the Republic's ownership interests in its Class D shares of YPF to Plaintiffs or their designees within one business day of the date on which the Shares are deposited into the account. Satisfied that oral argument is not needed in addition to the papers submitted by the parties, the Republic's request for oral argument, (dkt. no. 582), is DENIED. Doctor's Assoc., Inc. v. Distajo, 66 F.3d 438, 448 (2d Cir. 1995); see also SecurityNational Mortg. Co. v. Lehman Bros. Holdings Inc., No. 20 MC 00027 (LAK) (DF), 2020 WL 9815257, at *1 (S.D.N.Y. July 10, 2020). The Clerk of the Court is respectfully directed to close dkt. no. 555 in 15 Civ. 02739 and dkt. no. 481 in 16 Civ. 08569. SO ORDERED. Motions terminated: (481 in 1:16−cv−08569−LAP) MOTION to Enforce Judgment / Notice of Motion for Injunction and Turnover. filed by Eton Park Fund, L.P., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., (555 in 1:15−cv−02739−LAP) MOTION to Enforce Judgment / Notice of Motion for Injunction and Turnover. filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Signed by Judge Loretta A. Preska on 6/30/2025) (tg) (Entered: 06/30/2025) |
| 07/01/2025 | 743 | LETTER MOTION for Conference regarding motion to stay Turnover Order pending appeal addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated July 1, 2025. Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 07/01/2025) |

| | | |
|---|---|---|
| 07/02/2025 | <u>744</u> | LETTER addressed to Judge Loretta A. Preska from Andrew E. Goldsmith dated July 2, 2025 re: <u>743</u> Letter Motion for Conference Regarding Motion to Stay Turnover Order. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Goldsmith, Andrew) (Entered: 07/02/2025) |
| 07/07/2025 | <u>745</u> | LETTER RESPONSE in Opposition to Motion addressed to Judge Loretta A. Preska from Paul D. Clement dated 07/07/2025 re: <u>743</u> LETTER MOTION for Conference *regarding motion to stay Turnover Order pending appeal* addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated July 1, 2025. . Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # <u>1</u> Appendix Letter Response Appendix).(Clement, Paul) (Entered: 07/07/2025) |
| 07/07/2025 | <u>746</u> | DECLARATION of C. Harker Rhodes IV in Opposition re: <u>743</u> LETTER MOTION for Conference *regarding motion to stay Turnover Order pending appeal* addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated July 1, 2025.. Document filed by Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B).(Clement, Paul) (Entered: 07/07/2025) |
| 07/08/2025 | <u>747</u> | LETTER REPLY to Response to Motion addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated July 8, 2025 re: <u>743</u> LETTER MOTION for Conference *regarding motion to stay Turnover Order pending appeal* addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated July 1, 2025. . Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 07/08/2025) |
| 07/10/2025 | <u>748</u> | **FILING ERROR – NO ORDER SELECTED FOR APPEAL –** NOTICE OF APPEAL. Document filed by Argentine Republic. Filing fee $ 605.00, receipt number ANYSDC–31358593. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Giuffra, Robert) Modified on 7/10/2025 (tp). (Entered: 07/10/2025) |
| 07/10/2025 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Robert Joseph Giuffra to RE–FILE Document No. <u>748</u> Notice of Appeal. The filing is deficient for the following reason(s): the order/judgment being appealed was not selected. Re–file the appeal using the event type Notice of Appeal found under the event list Appeal Documents – attach the correct signed PDF – select the correct named filer/filers – select the correct order/judgment being appealed – Do Not Pay the Appeal Fee Again. (tp)** (Entered: 07/10/2025) |
| 07/10/2025 | <u>749</u> | NOTICE OF APPEAL from <u>742</u> Order, Terminate Motions,,,,,,,,,,. Document filed by Argentine Republic. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Giuffra, Robert) (Entered: 07/10/2025) |
| 07/10/2025 | | Appeal Fee Paid electronically via Pay.gov: for <u>749</u> Notice of Appeal. Filing fee $ 605.00. Pay.gov receipt number ANYSDC–31358593, paid on 7/10/2025. (tp) (Entered: 07/10/2025) |
| 07/10/2025 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: <u>749</u> Notice of Appeal. (tp) (Entered: 07/10/2025) |
| 07/10/2025 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for <u>749</u> Notice of Appeal filed by Argentine Republic were transmitted to the U.S. Court of Appeals. (tp) (Entered: 07/10/2025) |
| 07/10/2025 | <u>750</u> | ORDER: The Court is in receipt of the following documents: (1) Plaintiffs' request for a pre–motion conference regarding Plaintiffs' intended motion to compel Argentina to produce complete answers to Plaintiff's Information Subpoena, (dkt. nos. 736, 741); (2) Argentina's response, (dkt. no. 740). The parties shall appear for a discovery conference on July 15, 2025 at 10:00 a.m. in Courtroom 12A. The Clerk of the Court is directed to close dkt. no. 736 on the No. 15 Civ. 02739 docket and dkt. no. 656 on the No. 16 Civ. 08569 docket. SO ORDERED. ( Discovery Hearing set for 7/15/2025 at 10:00 AM in Courtroom 12A, 500 Pearl Street, New York, NY 10007 before Judge Loretta A. Preska.) (Signed by Judge Loretta A. Preska on 7/9/2025) (tg) (Entered: 07/10/2025) |
| 07/10/2025 | <u>751</u> | LETTER addressed to Judge Loretta A. Preska from Robert J. Giuffra, Jr. dated July 10, 2025 Document filed by Argentine Republic..(Giuffra, Robert) (Entered: 07/10/2025) |

| 07/10/2025 | 752 | ORDER: The Court is in receipt of the following documents: (1) the Argentine Republic's ("the Republic" or "Defendant") request for a pre-motion conference to stay the Court's June 30, 2025 order requiring the Republic to turnover its shares of YPF S.A. to Plaintiffs, ("Turnover Order," [dkt. no. 742]), pending appeal of the Turnover Over or, alternatively, for an interim stay until the Republic can seek relief from the Court of Appeals, (dkt. nos. 743, 747); (2) Plaintiffs' opposition, (dkt. nos. 744-46); and (3) the Republic's letter regarding its filing of a Notice of Appeal of the Turnover Order and an Emergency Motion for Stay Pending Appeal and Immediate Administrative Stay to the Court of Appeals, (dkt. no. 751). It is the Court's intention to enter an order deciding the Republic's motion to stay no later than Monday, July 14, 2025, and to give the parties an additional three days to go to the Court of Appeals, if warranted. SO ORDERED. (Signed by Judge Loretta A. Preska on 7/10/2025) (vfr) (Entered: 07/10/2025) |
| --- | --- | --- |
| 07/14/2025 | 753 | ORDER denying 743 Letter Motion for Conference. Accordingly, for the foregoing reasons, the Republic's motion for an additional stay is DENIED. The current stay is extended until July 17, 2025 for the limited purpose of giving the parties additional time to seek relief from the Court of Appeals. The Clerk of the Court is directed to close dkt. no. 743 on the No. 15 Civ. 02739 docket and dkt. no. 663 on the No. 16 Civ. 08569 docket. SO ORDERED. (Signed by Judge Loretta A. Preska on 7/14/2025) (tg) (Entered: 07/14/2025) |
| 07/14/2025 | 754 | NOTICE OF APPEARANCE by Seth L. Levine on behalf of Petersen Energia Inversora, S.A.U...(Levine, Seth) (Entered: 07/14/2025) |
| 07/14/2025 | 755 | NOTICE OF APPEARANCE by Miriam Leah Alinikoff on behalf of Petersen Energia Inversora, S.A.U...(Alinikoff, Miriam) (Entered: 07/14/2025) |
| 07/14/2025 | 756 | NOTICE OF APPEARANCE by Alejandra Avila on behalf of Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U...(Avila, Alejandra) (Entered: 07/14/2025) |
| 07/15/2025 | 757 | TRUE COPY ORDER of USCA as to 749 Notice of Appeal filed by Argentine Republic USCA Case Number 25-1686, 25-1687, 25-1689. USCA Case Number 25-1686, 25-1687, 25-1689. In each of the above-captioned appeals, Appellant moves for a stay pending the appeal of the District Court's Turnover Order dated June 30, 2025, and seeks an administrative stay in the interim. Appellees have indicated they oppose the motion for a stay pending appeal, but do not oppose the entry of a temporary administrative stay to permit orderly briefing and consideration of the stay motion. IT IS HEREBY ORDERED that the Court grants a temporary administrative stay of the District Court's Turnover Order pending the resolution of the stay motion by a three-judge panel. Appellees shall file opposition to the motion by July 17, 2025, and Appellant shall file a reply by July 22, 2025. The stay motion will be submitted to the next available panel thereafter. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 7/15/2025..(km) (Entered: 07/15/2025) |
| 07/15/2025 | | Transmission of USCA Mandate/Order to the District Judge re: 757 USCA Order.(km) (Entered: 07/15/2025) |

# Exhibit 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGIA INVERSORA, S.A.U. ET AL., <br><br>     Plaintiff, <br><br>-against- <br><br>ARGENTINE REPUBLIC ET AL., <br><br>     Defendants. | No. 15 Civ. 02739 (LAP) |
| ETON PARK CAPITAL MANAGEMENT L.P. ET AL., <br><br>     Plaintiff, <br><br>-against- <br><br>ARGENTINE REPUBLIC ET AL., <br><br>     Defendants. | No. 16 Civ. 08569 (LAP) <br><br>MEMORANDUM & ORDER |

LORETTA A. PRESKA, Senior United States District Judge:[1]

  Plaintiffs Petersen Energia Inversora S.A.U., Petersen Energia, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P., (together "Plaintiffs") seek turnover of Defendant the Argentine Republic's ("Defendant" or "the Republic" or "Argentina") 51% of YPF S.A.'s ("YPF") Class D shares (the "Shares") in partial satisfaction of the Court's judgment in the aggregate amount of approximately $16.1 billion, which remains unpaid, pursuant to Federal Rule of Civil

---

[1] References to the docket refer to the lead case, Petersen Energia Inversora, S.A.U. et al. v. Argentine Republic et al., No. 15 Civ. 02739.

Procedure 69(a)(1), New York Civil Practice Law and Rules ("NY
CPLR") § 5225(c), and New York Uniform Commercial Code ("NY UCC")
§ 8-112(e).[2] Plaintiffs request that the Court order the Republic
to (i) transfer the Shares to a global custody account at the Bank
of New York Mellon ("BNYM") in New York within 14 days from the
date of this order; and (ii) instruct BNYM to initiate a transfer
of the Republic's ownership interests in its YPF shares to
Plaintiffs or their designees within one business day of the date
on which the shares are deposited into the account. (Pl. Mot.)
Defendant opposes the motion.[3] The United States of America filed

---

[2] (Pl. Mot. for Injunction and Turnover ("Pl. Mot."), dated Apr.
22, 2024 [dkt. no. 555]; Pl. Mem. in Support of Mot. ("Pl. Mem."),
dated Apr. 22, 2024 [dkt. no. 556]; Fourth Expert Report of John
C. Coffee, Jr. ("Coffee 4"), dated Apr. 22, 2024 [dkt. no. 557];
Second Expert Report of Nancy C. Lissemore ("Lissemore 2"), dated
Apr. 22, 2024 [dkt. no. 558]; Decl. of Randy M. Mastro ("Mastro
Decl. 1"), dated Apr. 22, 2024 [dkt. no. 559]; Pl. Reply, dated
May 30, 2024 [dkt. no. 587]; Decl. of Alberto B. Bianchi, dated
May 30, 2024 [dkt. no. 588]; Decl. of Dr. Alfredo L. Rovira, dated
May 30, 2024 [dkt. no. 589]; Fifth Expert Report of John C. Coffee,
Jr., dated May 30, 2024 [dkt. no. 590]; Decl. of Randy M. Mastro
("Mastro Decl. 2"), dated May 30, 2024 [dkt. no. 591]; Pl. Sur-
Reply, dated July 8, 2024 [dkt. no. 598]; Pl. Letter, dated Aug.
27, 2024 [dkt. no. 647].)
[3] (Def. Opp'n to Pl. Mot. ("Def. Opp'n"), dated May 16, 2024 [dkt.
no. 577]; Decl. of Robert J. Giuffra Jr. ("Giuffra Decl."), dated
May 16, 2024 [dkt. no. 578]; Expert Decl. of Rafael M. Manovil,
dated May 16, 2024 [dkt. no. 579]; Expert Report of Alfonso
Santiago ("Santiago"), dated May 16, 2024 [dkt. no. 580]; Third
Report of Professor Steven Davidoff Solomon, dated May 16, 2024
[dkt. no. 581]; Def. Sur-Reply, dated June 27, 2024 [dkt. no. 597];
Def. Letter, dated Aug. 26, 2024 [dkt. no. 639].)

a statement of interest.[4][5]  For the reasons set forth below,
Plaintiffs' motion is GRANTED.

## I.   <u>Background</u>

The Court assumes familiarity with the factual background and
procedural history of the case, which have been set out at length
in prior opinions of this Court and the Court of Appeals.  The
Court recounts only the facts necessary to determine the instant
motion.

### a. Factual Background

Prior to 1993, YPF, a petroleum company, was wholly owned and
operated by the Republic.  <u>Petersen Energia Inversora, S.A.U v.
Argentine Republic et al.</u> ("<u>Petersen II</u>"), 15 Civ. 2739 (LAP), 16
Civ. 8569 (LAP), 2023 WL 2746022, at *2 (S.D.N.Y. Mar. 31, 2023).

In 1993, the Republic decided to privatize YPF through a
worldwide IPO of its shares.  <u>Id.</u>  The Republic acted "in its
capacity as shareholder of [YPF]" to amend YPF's bylaws to include
protections for investors.  <u>Petersen Energia Inversora S.A.U. v.
Argentine Republic et al.</u> ("<u>Petersen I</u>"), 895 F.3d 194, 199 (2d

---

[4] (U.S. Statement of Interest, dated Nov. 6, 2024 [dkt. no. 679];
Pl. Response to U.S. St., dated Nov. 14, 2024 [dkt. no. 684].)
[5] The parties and the United States filed supplemental briefs
regarding the impact of the Court of Appeals' decision in <u>Peterson
v. Bank Markazi</u>, 121 F.4th 983 (2d Cir. 2024) on this motion.  (<u>See</u>
dkt. nos. 695-96, 698, 702, 708, 710.)  The parties and the United
States agree that the decision has no impact on the Court's
determination of this motion.

Cir. 2018). Notably, the amended bylaws included, _inter alia_, Section 7, the tender offer provisions. _Id._ at 199-200.

In the Republic's efforts to privatize YPF, the Republic specifically targeted its IPO at United States investors. The Republic sponsored an ADR program listed on the New York Stock Exchange ("NYSE") for YPF's Class D shares with BNYM as the depository bank, and it registered both YPF's Class D shares and its ADRs representing interests in those shares with the United States Securities and Exchange Commission ("SEC"). (Lissemore 2 ¶¶ 23-25.) _See also_ _Petersen I_, 895 F.3d at 199. The Republic "raised billions of dollars in investment capital with the largest share (more than $1.1 billion in total) coming from the sale of ADRs [American Depositary Receipt ("ADR")] in the United States on the NYSE." _Id._ at 200. Repsol S.A. ("Repsol") emerged from the IPO as YPF's majority shareholder. _Id._ The Republic remained a holder of YPF's Class A shares. _Id._ After the IPO, YPF's shares, via the ADRs, were traded publicly on the NYSE and other exchanges. _Id._

On April 16, 2012, the Republic "exercised indirect control" of Repsol's 51% of YPF's Class D shares, specifically the right to "use its shares to govern the company," "direct corporate policy," or "otherwise exercise all the considerable power of a majority shareholder." _Petersen Energía Inversora, S.A.U. v. Argentine_

4

Republic et al. ("Petersen III"), 15 Civ. 2739 (LAP), 16 Civ. 8569 (LAP), 2023 WL 5827596, at *1 (S.D.N.Y. Sept. 8, 2023).

On May 3, 2012, the Republic enacted Law 26,741 (the "YPF Expropriation Law"), which became effective on May 7, 2012, id. at *3, and "was intended to escape the obligation to pay the tender offer," id. at *4. Article 15 of the YPF Expropriation Law states that YPF "shall continue to operate as [a] publicly traded corporation[]." (Giuffra Decl. Ex. 1.) Article 16 requires the Republic to execute the Shares pursuant to various principles, including in a manner "safeguarding shareholder interest and generating value on their behalf." (Id.) Additionally, Article 10 states that the Republic's expropriation of the Shares from Repsol is conducted for the "public interest" and prohibits "any future transfer of the shares without permission of the National Congress by a two-thirds vote of its members."[6] (Id.; dkt. no. 470-7 Articles 4-5 (Expropriation must include a declaration of public utility.).)

By expropriating Repsol's 51% of YPF's Class D shares, the Republic breached Sections 7 and 28 of YPF's bylaws because it never made a tender offer for Plaintiffs' shares. Petersen II, 2023 WL 2746022, at *8-11.

---

[6] The Court does not opine on whether this law applies (a) to voluntary transfers only or (b) to voluntary transfers and transfers made necessary by a court order. (Pl. Reply at 2; Def. Sur-Reply at 4.)

5

As a result of the expropriation, the Republic holds 51% of
YPF's Class D shares,[7] which are uncertificated securities held in
book-entry form[8] in an account at Caja de Valores, S.A. ("CdV"),
the central securities depository of Argentina.  (Mastro Decl. 1
Ex. 1 at 101.)  The Republic holds the shares at CdV directly,
rather than in "street name" through a broker or other
intermediary.  (Dkt. no. 45-2 at ECF 4; see also Pl. Mem. at 17.)
When book-entry shares are transferred from one owner to another,
no physical transfer occurs; instead, the transfer is noted in the
registry.  (Mastro Decl. 1 Ex. 14 at 32 ("If securities are
dematerialized: May dematerialized security positions be re-
certificated and held outside the CSD? No.").)

---

[7] The Republic argues that the Court cannot transfer 49% of the
Shares because the YPF Expropriation Law "designates 49% of the
[shares] to Argentine Provinces that are part of OFEPHI."  (Def.
Opp'n at 7.)  The provinces' contingent interest in the Republic's
shares, which will ripen into an actual interest only if the
Republic decides to transfer the Shares, is not itself subject to
attachment and cannot prevent transfer of the Republic's interest.
See, e.g., Matter of Supreme Merch. Co. v. Chem. Bank, 70 N.Y.2d
344, 350 (1987) (CPLR § 5201 "preclude[s] a levy against contingent
obligations not certain to ripen into something real.").
Additionally, YPF's Form 20-F for the year ended December 31, 2023
confirms that the "Argentine National State" owns 200.6 million
Class D shares of YPF (51% of the total), while the "Argentine
provincial governments" own 7,624 Class B shares (which Plaintiffs
do not seek to execute upon).  (Mastro Decl. 2 Ex. 3 at 90.)
[8] Section 7(a) of YPF's bylaws states that its shares "shall not
be represented by certificates.  Instead, they shall be book-entry
shares and shall be recorded in accounts kept under their holder's
names in the Corporation, commercial banks, investment banks or
securities clearing houses as authorized by the Board of
Directors."  (Dkt. no. 45-2 at ECF 4.)

Since April 2012, the Republic has controlled YPF's major business and financial decisions through its majority share of the company.  The parties agree that the Republic votes to elect the Board and to approve initiatives generally proposed by the Board, including those that require shareholder approval under the Republic's laws.  (Pl. Mem. at 3, 12-13; Def. Opp'n at 6.)

Additionally, as disclosed in YPF's Form 20-F for the year ended December 31, 2013: "The Argentine federal government controls the Company, and consequently, the federal government is able to determine substantially all matters requiring approval by a majority of our shareholders, including the election of a majority of our directors, and is able to direct our operations." (Mastro Decl. 1 Ex. 6 at 10.)  As disclosed in YPF's Form 20-F for the year ended December 31, 2022:

> The Argentine Republic owns 51% of the shares of YPF S.A. and, consequently, the Argentine government is able to decide all matters requiring approval by a majority of shareholders[.] . . . We cannot assure you that decisions taken by our controlling shareholder would not differ from your interests as a shareholder.

(Id. Ex. 1 at 6.)

More recently, YPF continues to tap into the United States' markets by: (i) sponsoring the ADR program for its Class D shares with BNYM and listing the shares on the NYSE, which requires maintaining the registration of its Class D shares and ADSs with the SEC; and (ii) offering bonds on the debt capital markets.

7

(Lissemore 2 ¶¶ 27-29; Coffee 4 ¶¶ 11-18; Mastro Decl. 1 Exs. 11-12.)

## II.  **Applicable Law**

Federal Rule of Civil Procedure 69(a)(1) provides that the "procedure on execution" and "proceedings supplementary to and in aid of judgment or execution" enforcing a money judgment "must accord with the procedure of the state where the court is located." See, e.g., All. Bond Fund, Inc. v. Grupo Mexicano De Desarrollo, S.A., 190 F.3d 16, 20 (2d Cir. 1999).  In New York, NY CPLR § 5201 establishes what property is subject to enforcement and who the proper garnishee is.[9]  NY CPLR § 5225 provides the mechanism for courts to order the payment or delivery of the property.  In addition, the Foreign Sovereign Immunities Act ("FSIA"), 28 U.S.C. § 1610(a), addresses enforcement against a foreign sovereign.

### a. **NY CPLR § 5201**

NY CPLR § 5201(b) states that judgments are only enforceable "against any property which could be assigned or transferred." New York law controls whether shares in a foreign corporation "could be assigned or transferred" under NY CPLR § 5201(b).  See, e.g., 245 Park Member LLC v. HNA Grp. (Int'l) Co. Ltd., No. 23-842-CV, 2024 WL 1506798, at *3 (2d Cir. Apr. 8, 2024) (New York

---

[9] A "garnishee" is a person who owes a debt to a judgment debtor, or a person other than the judgment debtor who has property in his possession or custody in which a judgment debtor has an interest. N.Y. C.P.L.R. § 105(i).

law controls whether membership interest in Delaware LLC is assignable and transferable); Hotel 71 Mezz Lender LLC v. Falor, 14 N.Y.3d 303, 314 (2010) (same). And, under New York law, shares in a company are freely transferable and assignable. See, e.g., Koehler v. Bank of Berm. Ltd., 12 N.Y.3d 533, 541 (2009).

NY CPLR § 5201(c), titled "proper garnishee for particular property or debt," outlines who the proper garnishee is for certain property. NY CPLR § 5201(c)(4) states that

> where property . . . is evidenced by a . . . negotiable document of title or a certificate of stock of an association or corporation, the . . . document or certificate shall be treated as property capable of delivery and the person holding it shall be the garnishee.

It further states,

> except that section 8—112 of the uniform commercial code shall govern the extent to which and the means by which any interest in a certificated security, uncertificated security or security entitlement (as defined in article eight of the uniform commercial code) may be reached by garnishment, attachment or other legal process.[10]

---

[10] Defendant argues that NY UCC § 8-110(a)(5) provides that the "local law of the issuer's jurisdiction," here Argentine law, "governs . . . whether an adverse claim can be asserted against a person to whom transfer of a[n] . . . uncertificated security is registered or a person who obtains control of the uncertificated security." (Def. Opp'n at 26 (emphasis added).) The Court is unpersuaded because Plaintiffs do not assert an "adverse claim" to the Shares; on the contrary, Plaintiffs acknowledge that the Republic validly owns the Shares, which is why Plaintiffs argue that they should be subject to execution governed by New York law and the FSIA. F.R.C.P. 69(a)(1) (New York law governs execution procedure here).

9

The Republic's Shares qualify as "uncertificated securit[ies]" under the UCC because they exist only in book-entry form.[11] Under NY UCC § 8-112, Plaintiffs may reach Defendant's uncertificated securities by (1) legal process upon the issuer at its chief executive office in the United States, (§ 8-112(b)); (2) legal process upon the secured party, (§ 8-112(d));[12] or (3) "aid from a court of competent jurisdiction, by injunction or otherwise, in reaching the certificated security, uncertificated security, or security entitlement or in satisfying the claim by means allowed at law or in equity in regard to property that cannot readily be reached by other legal process," (§ 8-112(e)).

---

[11] NY UCC § 8-102(18) defines "uncertificated security" as "a security that is not represented by a certificate." The term "security entitlement" refers to the rights and property interest of a person who holds securities indirectly through a broker or other securities intermediary. See N.Y. U.C.C. § 8-102(7), (17). The Shares are not "security entitlement[s]" because they are registered to the Republic and not held in street name. N.Y. U.C.C. § 8-102(7), (17); see also N.Y. U.C.C. § 8-501(d) ("If a securities intermediary holds a financial asset for another person, and the financial asset is registered in the name of . . . the other person, and has not been indorsed to the securities intermediary or in blank, the other person is treated as holding the financial asset directly rather than as having a security entitlement with respect to the financial asset.").

[12] Because the Republic holds the Shares directly through CdV, as opposed to in street name through a broker or other intermediary, they are "uncertificated securit[ies] registered in the name of a secured party." N.Y. U.C.C. § 8-112(d).

### b. NY CPLR § 5225[13]

NY CPLR § 5225(a) sets forth New York's procedure for enforcement of money judgments against property in the possession or custody of the judgment debtor. See, e.g., Koehler, 12 N.Y.3d at 537-38.  It provides that

> where it is shown that the judgment debtor is in possession
> or custody of money or other personal property in which he
> has an interest, the court shall order that the judgment
> debtor pay the money, or so much of it as is sufficient to
> satisfy the judgment, to the judgment creditor. . . .

N.Y. C.P.L.R. § 5225(a).  NY CPLR § 5225(b) applies when the property is not in the judgment debtor's possession.  Koehler, 12 N.Y.3d at 541.  It provides that the Court may order a third-party garnishee to turn over the property – but only "upon a special proceeding" commenced against that garnishee.  N.Y. C.P.L.R. § 5225(b).

Under either NY CPLR §§ 5225(a) or (b), control is not enough: the judgment debtor (§ 5225(a)) or a third-party garnishee (§ 5225(b)) must have "possession or custody."  Commonwealth of N. Mariana Islands v. Canadian Imperial Bank of Com., 990 N.E.2d 114, 115 (N.Y. 2013) (under NY CPLR § 5225(b) third-party garnishee

---

[13] The Republic argues that NY CPLR § 5225 applies only to a "person," which does not include sovereigns. (Def. Opp'n at 28 n. 15.)  However, the Court finds that § 5225 must apply to sovereigns, at least where the sovereign owes a commercial debt and is being asked to pay that debt with commercial assets.

"must have actual, not merely constructive, possession or custody
of the assets").

Additionally, NY CPLR § 5225(c) provides that "[t]he court
may order any person to execute and deliver any documents necessary
to effect payment or delivery."

Turnover orders pursuant to NY CPLR § 5225 are effective
against assets regardless of their location if the Court has
personal jurisdiction over the judgment debtor or the third-party
garnishee.  In Koehler, the New York Court of Appeals expressly
addressed funds held outside of New York, holding that "CPLR
article 52 contains no express territorial limitation barring the
entry of a turnover order that requires . . . [the transfer of]
money or property into New York from another state or country."
12 N.Y.3d at 539, 541 ("[A] New York court with personal
jurisdiction over a defendant may order him to turn over out-of-
state property. . . ."); see also Motorola Credit Corp. v. Uzan,
739 F. Supp. 2d 636, 641 (S.D.N.Y. 2010) (same); In re Gaming
Lottery Sec. Litig., No. 96 Civ. 5567 (RPP), 2001 WL 123807, at *3
(S.D.N.Y. Feb. 13, 2001) (noting that the Court "has the power
under CPLR § 5225(a) to order a turnover of funds held in another
jurisdiction" and ordering the turnover of funds "in an account at
the Royal Bank of Scotland"); In re Feit & Drexler, Inc. v.
Drexler, 760 F.2d 406, 414 (2d Cir. 1985) (holding that the
district court, sitting in bankruptcy, had the power to compel the

defendant to deliver property from outside the court's territorial
jurisdiction because the court had personal jurisdiction over the
defendant); <u>Miller v. Doniger</u>, 814 N.Y.S.2d 141 (2006) (affirming
order directing the judgment debtor to "turn over his out-of-State
Wachovia account"); <u>Starbare II Partners L.P. v. Sloan</u>, 629
N.Y.S.2d 23 (1995) (directing the defendant to turn over artwork
located outside the state pursuant to NY CPLR 5225(a)).

In <u>Bainbridge Fund Ltd. v. Republic of Argentina</u>, this Court
found that it has the power to order a sovereign to bring assets
held in that sovereign country's central bank and deliver them to
New York. 690 F. Supp. 3d 411, 421-22 (S.D.N.Y. 2023). "The FSIA
. . . does not supersede CPLR 5225 and prevent the Court from
ordering the Republic, a judgment debtor over which it has personal
jurisdiction, to bring assets from outside of New York into New
York to pay [Plaintiff]." <u>Id.</u> at 416. The Court further stated
that "[t]he execution immunity provision of the FSIA is no bar
because by its plain terms it 'immunizes only foreign-state
property 'in the United States.''" <u>Id.</u> (citation omitted).
Additionally, the Court determined that the "more prudent course"
is to evaluate whether the assets are subject to execution immunity
before ordering that they be brought to the United States. <u>Id.</u> at
417.

### c. Foreign Sovereign Immunities Act, 28 U.S.C. § 1610(a)

Under the FSIA,

> [t]he property in the United States of a foreign state . . .
> used for a commercial activity in the United States, shall
> not be immune from attachment in aid of execution, or from
> execution, upon a judgment entered by a court of the United
> States or of a State after the effective date of this Act, if
> . . . the property is or was used for the commercial activity
> upon which the claim is based. . . .

28 U.S.C. § 1610(a)(2).  Accordingly, to be amenable to execution

under this section, property of a foreign state must satisfy three

requirements: (1) it must be "in the United States;" (2) it must

be "used for a commercial activity in the United States;" and (3)

it must be (or have been) "used for the commercial activity upon

which the claim is based."  <u>Id.</u>  In other words, the sovereign

must use the property but may do so anywhere,[14] and the activity must occur in the United States but may be conducted by anyone.[15]

Plaintiffs have the initial burden of production to show that an exception to foreign sovereign immunity under the FSIA applies. Beierwaltes v. L'Office Federale de la Culture de la Confederation Suisse (Fed. Office of Culture of the Swiss Confederation), 999 F.3d 808, 816-17 (2d Cir. 2021); see also Bainbridge Fund Ltd., 690 F. Supp. 3d at 419. Defendant then bears the burden of proving, by a preponderance of the evidence, that the alleged exception does not apply. Id.

## III. Discussion

The Republic opposes the entry of the proposed order by arguing, inter alia, that (1) the Shares are immune from turnover

---

[14] The Republic argues that the statute requires that the "use" occur in the United States, as opposed to requiring that the commercial activity occur in the United States. (Def. Opp'n at 13-17.) The Court disagrees. What matters is not where the Shares were used, but where the resulting commercial activity takes place. Exp.-Imp. Bank of the Republic of China v. Grenada, 768 F.3d 75, 89-91 (2d Cir. 2014) (declining to attach funds "because they are not used by the Statutory Corporations for commercial activity that takes place in the United States" (emphasis added)); Attestor Master Value Fund LP v. Argentina, 113 F.4th 220, 233 (2d Cir. 2024) (the FSIA required that "the commercial activity in which Argentina used [the property] took place at least in part in the United States." (emphasis added)). But see Aurelius Cap. Partners, LP v. Republic of Argentina, No. 07 Civ. 11327 (TPG), 2010 WL 768874, at *4 (S.D.N.Y. Mar. 5, 2010) ("even if the property is being used for commercial activity, this use is not occurring in the United States").

[15] The Republic argues that the commercial activity must be carried out by the foreign state. (Def. Opp'n at 17.) However, that requirement is not found in the statute. (Pl. Reply at 10.)

under the FSIA, (see *infra* Sections III.a. and III.c.); (2)
Plaintiffs have not shown that the assets are subject to turnover
under New York law, (see *infra* Section III.b.); and (3)
international comity counsels against turnover, (see *infra* Section
III.d.). The Court addresses each argument in turn.

### a. Whether the Shares are Immune from Execution under the FSIA

Because the Court determined in Bainbridge that the "more
prudent course" is to "evaluate whether the assets are otherwise
subject to execution immunity before ordering that they be brought
to the United States," 690 F. Supp. 3d at 417, the Court first
turns to whether two elements of an exception under the FSIA are
met: (i) the Shares must be "used for a commercial activity in the
United States;" and (ii) it must be (or have been) "used for the
commercial activity upon which the claim is based." 28 U.S.C.
§ 1610(a)(2).

### i. Whether the Shares are "Used for a Commercial Activity in the United States"

To satisfy this element, the Republic must "actively utilize
[the Shares] in service of that commercial activity [in the United
States]." Exp.-Imp. Bank of the Republic of China v. Grenada, 768
F.3d 75, 90 (2d Cir. 2014); see also id. at 89 (". . . when the
property in question is put into action, put into service, availed
or employed for a commercial activity . . .").

16

The Republic does not dispute that YPF sponsoring an ADR program for its Class D shares with BNYM in New York, listing its shares on the NYSE, registering its shares with the SEC, and selling its debt to United States institutional investors under SEC Rule 144A, all constitute "commercial activity in the United States." (Def. Opp'n at 24.)  See, e.g., EM Ltd. v. Republic of Argentina, 389 F. App'x 38, 44 (2d Cir. 2010) (facilitating investment and sale of securities is "commercial activity" under the FSIA); Republic of Argentina v. Weltover, Inc., 504 U.S. 607, 615-17 (1992) (issuing bonds is commercial activity).  The question for the Court's consideration is whether the Republic used its Shares "for [the] commercial activity in the United States." 28 U.S.C. § 1610 (a).

In Crystallex Int'l Corp. v. Bolivarian Republic of Venezuela, 932 F.3d 126, 152 (3d Cir. 2019), the Third Circuit affirmed attachment of Petróleos de Venezuela, S.A.'s ("PDVSA") (Venezuela's state oil company and its alter ego) controlling shares in PDV Holding, Inc. ("PDVH") (a separate entity whose corporate veil was not pierced).  The Court observed that PDVSA used its shares in PDVH "to run its business as an owner, to appoint directors, approve contracts, and to pledge PDVH's debts for its own short-term debt." Id. at 151.  Accordingly, the Court held that PDVSA used its shares in PDVH for a commercial activity in the United States by directing the activities of PDVH in the

17

United States and thus the PDVH shares were subject to execution under § 1610(a).  Id. at 151-52; see also Foremost-McKesson, Inc. v. Islamic Republic of Iran, 905 F.2d 438, 450 (D.C. Cir. 1990) (holding that Iran engaged in commercial activity when it "used its majority position" in a dairy company "to lock Foremost out of the management of the company and deny Foremost its share of the company's earnings.").  Similarly, in In re 650 Fifth Ave. Co., No. 08 Civ. 10934 (KBF), 2014 WL 1284494 (S.D.N.Y. Mar. 28, 2014), vacated and remanded sub nom. Kirschenbaum v. 650 Fifth Ave. & Related Props., 830 F.3d 107 (2d Cir. 2016), and vacated and remanded, 830 F.3d 66 (2d Cir. 2016), the Court held that Iranian front companies "used" partnership shares in a real estate company for commercial activity in the United States, because: (i) the company owned a building in New York that generated revenue; and (ii) the shares "were the mechanism through which the partners owned the Building and determined the distribution of revenue that it produced."  Id. at *17.[16]  Accordingly, a foreign sovereign's use of its controlling shares to direct a company's commercial activity in the United States satisfies the FSIA requirement that the shares be "used for a commercial activity in the United States."

---

[16] On appeal, the Court of Appeals vacated the district court's prior alter ego finding and therefore the Court of Appeals did not address the district court's FSIA analysis.  Kirschenbaum v. 650 Fifth Ave. Co., 830 F.3d 107 (2d Cir. 2016).

Each year YPF advises United States investors that the
Republic exercises a high degree of control over YPF.[17] Since
April 2012, the Republic has controlled YPF's major business and
financial decisions through its majority share ownership and
generated value for the company through use of the United States'
markets. The parties agree that the Republic votes to elect the
Board and to approve initiatives generally proposed by the Board,
including those that require shareholder approval under the
Republic's laws like international debt issuances and the
delisting of its shares from the NYSE.[18] (Dkt. no. 45-2 at 21-24
§§ 17(vi); Pl. Mem. at 3, 11-13; Def. Opp'n at 6.) For example,
at an annual shareholder meeting held on April 29, 2016, the
Republic voted to approve an increase in the amount of YPF's Global
Medium-Term Notes Program from $2.0 billion to $10.0 billion.

---

[17] As disclosed in YPF's Form 20-F for the year ended December 31,
2013: "The Argentine federal government controls the Company, and
consequently, the federal government is able to determine
substantially all matters requiring approval by a majority of our
shareholders, including the election of a majority of our
directors, and is able to direct our operations." (Mastro Decl.
1 Ex. 6 at 10.) As disclosed in YPF's Form 20-F for the year ended
December 31, 2022: "The Argentine Republic owns 51% of the shares
of YPF S.A. and, consequently, the Argentine government is able to
decide all matters requiring approval by a majority of
shareholders[.] . . . We cannot assure you that decisions taken by
our controlling shareholder would not differ from your interests
as a shareholder." (Id. Ex. 1 at 6.)
[18] The Court does not address whether all of YPF's commercial
activity in the United States is attributable to the Republic
merely because the Republic holds a majority share in YPF; instead,
the Court focuses on the commercial activity in the United States
that the parties agree requires the Republic's direct approval.

(Coffee 4 ¶ 29; Mastro Decl. 1 Ex. 1 at 74.)  Similarly, at a meeting held on April 28, 2023, the Republic granted the Board of Directors the authority "to create Global Programs for the issuance of negotiable obligations."  (Mastro Decl. 1 Ex. 7 at 26-27.) Since April 2012, YPF has sold more than $2.4 billion in debt just to United States investors.  (Coffee 4 ¶ 14.)  Accordingly, the Republic's use of its controlling shares to direct YPF's commercial activity in the United States is sufficient to establish that the Shares are "used for a commercial activity in the United States."

### ii. Whether the Shares Are or Were "Used for the Commercial Activity Upon Which the Claim is Based"

For purposes of § 1610(a)(2) of the FSIA, a claim is "'based upon' the 'particular conduct' that constitutes the 'gravamen' of the suit."  Petersen I, 895 F.3d at 204 (citation omitted); De Letelier v. Republic of Chile, 748 F.2d 790, 796 (2d Cir. 1984) ("Congress specifically designed the execution immunity rules to 'conform' to the jurisdictional immunity provisions of § 1605." (citation omitted)).  In cases "involving breach of contract or related equitable claims, courts routinely identify the breach (or formation plus breach) as the gravamen."  Friedman v. Gov't of Abu Dhabi, United Arab Emirates, 464 F. Supp. 3d 52, 68 (D.D.C. 2020) (collecting cases and citing Petersen I, 895 F.3d at 207).  When there is "nothing [inherently] wrongful" about the formation of the contract, the "commercial activity" analysis for FSIA purposes

turns on the "gravamen" of the "alleged breach" serving as the "foundation" of the suit, not the act of formation. <u>MMA Consultants 1, Inc. v. Republic of Peru</u>, 719 F. App'x 47, 52 (2d Cir. 2017) (rejecting commercial activity analysis based on formation). Because Plaintiffs have identified "nothing inherently wrongful" about the formation of the YPF bylaws, the Court need not determine whether the Shares were used in the formation of the YPF bylaws at issue. <u>Id.</u>

The Court of Appeals held that "the gravamen of Petersen's claim is that Argentina denied Petersen the benefit of the bargain promised by YPF's bylaws when Argentina repudiated its obligation to tender for Petersen's [YPF] shares." <u>Petersen I</u>, 895 F.3d at 207. The Court of Appeals also held that the Republic's actions were commercial in nature. <u>Id.</u> ("Th[e tender-offer] obligation and Argentina's subsequent repudiation of it were indisputably commercial.").

Although "the tender obligation is not attached to the shares that the Republic acquired," the Republic used its control of Repsol's shares to effectuate the breach of the tender offer obligation because that control ensured that (1) the bylaws would never be enforced and (2) the Republic holds the Shares today. The fundamental promise of the tender offer provisions of the YPF bylaws was that investors would not be stranded as minority shareholders in a government-run enterprise without being offered

a compensated exit.  <u>See</u> <u>Petersen II</u>, 2023 WL 2746022, at *12
("[T]he Republic promised security holders that it would provide
them with a compensated exit if it reacquired control over the
requisite number of shares.").  The Republic used its control of
Repsol's shares to "displac[e]" the Repsol-elected Board and
render it "devoid of any powers, functions, or duties." <u>Petersen</u>
<u>III</u>, 2023 WL 5827596, at *1.  The Republic "appropriated the rights
of the Board to itself, and used those rights to cancel the
shareholder meeting" scheduled for April 25, 2012.  <u>Id.</u> at *2.
That cancellation "ensure[d] that Repsol would have no ability to
vote its shares," <u>id.</u> at *1, including to enforce the bylaws'
tender offer obligation, (<u>see</u> dkt. no. 45-2 at 30 § 28(C)
(requiring YPF to withhold the Republic's right to vote if it
acquired a controlling stake and declined to make a tender offer)).

Moreover, following the enactment of the YPF Expropriation
Laws, the Republic continued to use the Repsol shares to breach
its obligations—using the shares to vote at shareholder meetings,
appoint a new Board, run the company, and evade the tender offer
requirement.  <u>Petersen II</u>, 2023 WL 2746022, at *3.  As this Court
previously recognized, the YPF Expropriation Law "was intended to
escape the obligation to pay the tender offer." <u>Petersen III</u>,
2023 WL 5827596, at *4.  The Republic invoked its "political
rights" in the Repsol shares at the June 4, 2012 shareholders'
meeting for the express purpose of overruling minority

shareholders' objection that YPF failed to invoke Sections 7(h) and 28 of the bylaws. (Dkt. no. 112-4 at 7-8.) Thus, by controlling Repsol's shares, the Republic stranded minority shareholders in a government-run enterprise – the precise outcome against which the bylaws were designed to protect and therefore the crux of the Republic's breach. Accordingly, the facts – (1) that the Republic's breach of its tender offer obligation was indisputably part of the gravamen of Plaintiffs' claims and (2) that the Republic used the Shares to effectuate that breach - are sufficient to establish that the Shares were "used for the commercial activity upon which the claim is based."

### b. Whether the Shares are Immune from Turnover Under New York Law

Because the Shares are "used for a commercial activity in the United States" and "used for the commercial activity upon which the claim is based," and therefore are not otherwise subject to execution immunity, the Court now analyzes whether the Shares are subject to turnover under New York law. 28 U.S.C. § 1610(a)(2); Bainbridge, 690 F. Supp. 3d at 417.

### i. Whether the Shares Can be Transferred under NY CPLR § 5225

Under New York law, the Court must first determine if the property is subject to enforcement and who the proper garnishee is. N.Y. C.P.L.R. § 5201. Under NY CPLR § 5201(b), the Shares "could be assigned or transferred," regardless of Article 10 of

the YPF Expropriation Law's restriction, (see infra Section III.c.). Since May 21, 2014, each "Constancia de Acciones" (Proof of Shares) issued by CdV confirms that the Shares are fully transferable, without any restriction. (Mastro Decl. 2 Ex. 1.) Additionally, as recently as May 2024, the Milei administration has reaffirmed its intention to reprivatize YPF, a process that would necessarily involve the transfer of the Shares. (Mastro Decl. 2 Ex. 4 at 4.)

NY CPLR § 5201(c) outlines who the proper garnishee is for "particular property." Given the Shares are uncertificated securities, they fall within the category of "particular property" and thus lead the Court to the conclusion that

> the person holding [the Shares] shall be the garnishee; except that section 8—112 of the uniform commercial code shall govern the extent to which and the means by which any interest in a certificated security, uncertificated security or security entitlement (as defined in article eight of the uniform commercial code) may be reached by garnishment, attachment or other legal process.

N.Y. C.P.L.R. § 5201 (c)(4). Under NY UCC § 8-112, Plaintiffs may reach the Shares by (1) legal process upon the issuer at its chief executive office in the United States (§ 8-112 (b)); (2) legal process upon the secured party (§ 8-112 (d)); or (3) "aid from a court of competent jurisdiction, by injunction or otherwise, in reaching the certificated security, uncertificated security, or security entitlement or in satisfying the claim by means allowed at law or in equity in regard to property that cannot readily be

24

reached by other legal process" (§ 8-112 (e)). While control is not enough to prove "possession or custody" under federal common law, the statutes (NY CPLR § 5201(c) and NY UCC § 8-112(d)) aid the Court in identifying who is in "possession or custody" and therefore appropriate to bring the proceedings against under NY CPLR § 5225. <u>Commonwealth of N. Mariana Islands</u>, 990 N.E.2d at 115. Because NY UCC § 8-112(d) states that the Shares can be reached by legal process upon the secured party, here, the Republic, this aids the Court in concluding that the Republic "holds" or has "possession or custody" of the Shares for purposes of applying NY CPLR § 5225(a). Accordingly, Plaintiffs appropriately moved for turnover under New York law.

### ii. Whether the Shares are Immune from Turnover by Being Outside the United States

Regarding whether the Shares are immune from turnover by virtue of being outside of the United States, the Court previously ruled on this exact issue in <u>Bainbridge</u>, 690 F. Supp. 3d at 416. Here, the Court similarly holds that the FSIA does not supersede NY CPLR § 5225 and prevent the Court from ordering the Republic, a judgment debtor over which it has personal jurisdiction, to bring the Shares from outside of New York into New York to pay Plaintiffs.

**c. Whether the Shares Qualify as "in the United States" under Section 1610(a) of the FSIA Once Transferred**

The Court must determine whether the Shares would qualify as property of the Republic "in the United States" under Section 1610(a) of the FSIA after the Court orders the Republic to take the following two steps: (i) transfer forthwith the Shares to a global custody account at BNYM in New York for turnover to Plaintiffs; and (ii) instruct BNYM to transfer the Republic's ownership interests in the Shares to Plaintiffs or their designees.[19]

A global custody account is an account that indirectly holds foreign securities on behalf of an investor. More specifically, a global custody account (BNYM in New York) maintains a network of local sub-custodians in foreign markets, and each sub-custodian in turn is a member of the central securities depositary in its own market (Argentina). (Mastro Decl. 1 Ex. 15, ii-iv; Mastro Decl.

---

[19] The Republic asserts that there is "no evidence that such an account could be created by BNYM, which presumably would have to satisfy its own due diligence before doing so." (Def. Opp'n at 12.) BNYM historically had contractual relationships with both the Republic (for which it serves as trustee and paying agent on sovereign debt issuances) and YPF (for which it maintains the ADR program and serves as depositary). While the Republic may not have an existing global custody account with BNYM, NY CPLR § 5225(c) requires that the Republic will execute and deliver any documents necessary to set up such an account. Gryphon Domestic VI, LLC v. APP Int'l Fin. Co., B.V., 814 N.Y.S.2d 4, 14 (2007) (ordering judgment-debtor under NY CPLR § 5225(c) to "execute appropriate documents" to transfer shares in foreign corporations to plaintiffs).

1 Ex. 16.)  Transferring the Shares to a global custody account at BNYM in New York means that CdV would identify BNYM's sub-custodian as the beneficial owner, but the Shares would remain in the register maintained by CdV in Argentina.  (Pl. Mem. at 17-18; Def. Opp'n at 5-6, 12.)  Once the Shares are transferred into a global custody account at BNYM in New York, the Republic's ownership interest in the Shares will qualify as security entitlements.  N.Y. U.C.C. §§ 8-102(7), (17); N.Y. U.C.C. § 8-112, Official Cmts., ¶ 3.  The Republic's security entitlements will have a New York situs, because the global account will be held at the New York office of BNYM.  JPMorgan Chase Bank, N.A. v. Herman, 168 A.3d 514, 521-22 (Conn. App. Ct. 2017) (judgment-debtor's security entitlement had Connecticut situs under UCC § 8-112 because its account was with Connecticut office of brokerage firm, even though securities certificates were held by securities depositary in New York); EM Ltd. v. Republic of Argentina, 389 F. App'x 38, 43-44 (2d Cir. 2010) (holding that Argentina's beneficial interests in trust had New York situs and were attachable under FSIA, even though corpus of trust consisted of ADSs that represented interests in shares of Argentine corporation).  Accordingly, the Republic's ownership interest in the Shares will qualify as property "in the United States," as required by the FSIA after the Court orders the Republic to take the two proposed steps.

> **d. Whether International Comity Counsels Against Granting the Proposed Order[20]**

The Republic argues that international comity counsels against granting the proposed order. The "fundamental principle of international comity" is that "a state may not require a person to do an act in another state that is prohibited by the law of that state or the law of the state of which he is a national." Motorola Credit Corp. v. Uzan, 388 F.3d 39, 60 (2d Cir. 2004) (citations omitted). Additionally, under the act-of-state doctrine, courts cannot "declar[e] invalid, and thus ineffective as a rule of decision, . . . the official act of a foreign sovereign." Celestin v. Caribbean Air Mail, Inc., 30 F.4th 133, 137 (2d Cir. 2022) (internal quotation marks and citation omitted). The Court previously recognized the expropriation of the Shares as "a valid act." Petersen Energia Inversora, S.A.U. v. Argentine Republic et al., No. 15 Civ. 2739 (LAP), 2016 WL 4735367, at *8 (S.D.N.Y. Sept. 9, 2016), aff'd in part, appeal dismissed in part

---

[20] Prescriptive comity refers to "the respect sovereign nations afford each other by limiting the reach of their laws." Hartford Fire Ins. Co. v. California, 509 U.S. 764, 817 (1993). Prescriptive comity is distinct from "adjudicative comity," which "asks whether, where a statute might otherwise apply, a court should nonetheless abstain from exercising jurisdiction in deference to a foreign nation's courts that might be a more appropriate forum for adjudicating the matter." In re Picard, Tr. for Liquidation of Bernard L. Madoff Inv. Sec. LLC, 917 F.3d 85, 100–01 (2d Cir. 2019).

sub nom. Petersen I, 895 F.3d.  (See also Pl. Reply at 6; Def. Opp'n at 9.)

The Republic argues that Plaintiffs' requested relief would require the Republic either to change its laws or violate them.[21] The Republic points to Article 10 of the YPF Expropriation Law, which forbids any transfer of the Shares without permission of the National Congress by two-thirds vote of its members, and the Permanent Supplementary Budget Law, which provides for payments only of final judgments.

International comity comes into play only when there is a true conflict between the law of the United States and that of a

---

[21] The Court does not evaluate the parties' arguments regarding international comity as it pertains to the analysis of NY CPLR § 5225 and the FSIA because the Court relies on its decision in Bainbridge, 690 F. Supp. 3d at 411.  In addition, the FSIA already reflects Congress's resolution of comity principles in execution proceedings against a foreign state.  Republic of Austria v. Altmann, 541 U.S. 677, 699 (2004) (Comity principles in the FSIA provide a "comprehensive framework for resolving any claim of sovereign immunity."); accord Dole Food Co. v. Patrickson, 538 U.S. 468, 479 (2003) (The FSIA already grants immunity to foreign states and their property "as a gesture of comity."); see also Thai Lao Lignite (Thailand) Co., Ltd. v. Gov't of Lao People's Democratic Republic, No. 10 Civ. 5256 (KMW) (DCF), 2013 WL 1703873, at *7 (S.D.N.Y. Apr. 19, 2013).  But see Peterson v. Islamic Republic of Iran, 876 F.3d 63, 94 & n.23 (2d Cir. 2017), vacated on other grounds, Clearstream Banking S.A. v. Peterson, 140 S. Ct. 813 (2020) (Comity questions left open by the FSIA include whether "a court order will infringe on sovereign interests of a foreign state."); Republic of Argentina v. NML Cap., Ltd., 573 U.S. 134, 142-46 & nn.4 & 6 (2014) (holding that a comity analysis may be appropriate when ordering discovery about a foreign state's assets, because the FSIA has "nothing to say" about that discovery); Aurelius Cap. Master, Ltd. v. Republic of Argentina, 589 F. App'x 16, 18 (2d Cir. 2014) (same).

foreign jurisdiction.  In re Maxwell Commc'n Corp., 93 F.3d 1036, 1049 (2d Cir. 1996) ("International comity comes into play only when there is a 'true conflict' between American law and that of a foreign jurisdiction."); Hartford Fire Ins. Co., 509 U.S. at 799 (A "true conflict" exists only if it would be "impossible" for a party to comply with the laws of both countries.).

There is no unavoidable conflict between Argentine law and Plaintiffs' requested relief.  The Republic has several choices it can legally pursue: (1) receive the permission of the National Congress by two-thirds vote, (2) take action to change the law, or (3) satisfy the judgment through a separate agreement with Plaintiffs.  Courts have enjoined sovereigns to act within their own territory where necessary.  See, e.g., NML Cap., Ltd. v. Republic of Argentina, 699 F.3d 246, 254-55, 263 (2d Cir. 2012) (affirming injunction requiring Argentina to specifically perform its obligations under equal treatment provision in bonds).

Assuming arguendo, that there is a true conflict between Plaintiffs' requested relief and Argentine laws, comity considerations counsel in favor of granting Plaintiffs' requested relief.  The United States has a strong interest in enforcing its judgments, and that interest outweighs any putative Argentine interest in avoiding execution on assets that are fully subject to

30

execution under the FSIA.[22]  _JW Oilfield Equip., LLC v. Commerzbank AG_, 764 F. Supp. 2d 587, 596-98 (S.D.N.Y. 2011) (requiring German bank to turn over funds in judgment-debtor's account in violation of German law, based on the United States' "strong interest in enforcing its judgments").

Foreign governments cannot simply override the exceptions to the FSIA by invoking its own law to shield its assets from execution in the United States.  If comity could supersede the FSIA and allow foreign law to control which sovereign assets are subject to execution, every foreign state could render itself judgment-proof in United States courts just by passing a law requiring its own approval for any transfer of its property.  _Simon v. Republic of Hungary_, 911 F.3d 1172, 1180 (D.C. Cir. 2018)

---

[22] Defendants argue that this will put the United States at jeopardy "given the possibility of reciprocal adverse treatment of the United States in foreign courts." (Def. Opp'n at 9.)  _See_ _Fed. Republic of Germany v. Philipp_, 592 U.S. 169, 184 (2021) ("We interpret the FSIA as we do other statutes affecting international relations: to avoid, where possible, producing friction in our relations with [other] nations and leading some to reciprocate by granting their courts permission to embroil the United States in expensive and difficult litigation.") (internal quotation marks and citations omitted).  While it is the Court's view that this concern is addressed in the FSIA requirements, this "apprehension[] [is] better directed to that branch of government with authority to amend. . ."  _Republic of Argentina_, 573 U.S. at 146; _see also_ _Turkiye Halk Bankasi A.S. v. United States_, 598 U.S. 264, 280 (2023) ("In the context of a civil proceeding, this Court has recognized that a suit not governed by the FSIA 'may still be barred by foreign sovereign immunity under the common law.'" (citations omitted)).

(rejecting Hungary's comity-based argument that "would in actuality amount to a judicial grant of immunity"), <u>vacated on other grounds</u>, 141 S. Ct. 691 (2021); <u>De Csepel v. Republic of Hungary</u>, 27 F.4th 736, 753 (D.C. Cir. 2022) (reaffirming <u>Simon's</u> rejection of Hungary's comity-based argument on same ground).

While the Republic demands that this Court extend comity, it simultaneously refuses to make any effort to honor the Court's unstayed judgment. <u>NML Cap., Ltd. v. Republic of Argentina</u>, 2015 WL 1087488, at *7 (S.D.N.Y. Mar. 12, 2015) ("[I]f Citibank's predicament is a matter of comity, it is only because the Republic has refused to observe the judgments of the court to whose jurisdiction it acceded. Comity does not suggest abrogating those judgments, or creating exceptions to the Injunction designed to enforce them."); <u>see also</u> <u>Motorola Credit Corp.</u>, 388 F.3d at 60 (declining to grant comity to Turkish injunction prohibiting turnover of shares because "orders of foreign courts are not entitled to comity if the litigants who procure them have deliberately courted legal impediments to the enforcement of a federal court's orders" (internal quotation marks and citations omitted)). Comity is not a one-way street.

Accordingly, while the Court need not engage in a comity analysis, those comity considerations counsel in favor of granting the proposed order.

## IV.  Conclusion

For the reasons set out above, Plaintiffs' motion is GRANTED. The Republic shall (i) transfer its Class D shares of YPF to a global custody account at BNYM in New York within 14 days from the date of this order; and (ii) instruct BNYM to initiate a transfer of the Republic's ownership interests in its Class D shares of YPF to Plaintiffs or their designees within one business day of the date on which the Shares are deposited into the account.

Satisfied that oral argument is not needed in addition to the papers submitted by the parties, the Republic's request for oral argument, (dkt. no. 582), is DENIED.  Doctor's Assoc., Inc. v. Distajo, 66 F.3d 438, 448 (2d Cir. 1995); see also SecurityNational Mortg. Co. v. Lehman Bros. Holdings Inc., No. 20 MC 00027 (LAK) (DF), 2020 WL 9815257, at *1 (S.D.N.Y. July 10, 2020).

The Clerk of the Court is respectfully directed to close dkt. no. 555 in 15 Civ. 02739 and dkt. no. 481 in 16 Civ. 08569.

**SO ORDERED.**

Dated:    June 30, 2025
          New York, New York

_Loretta A. Preska_
LORETTA A. PRESKA
Senior United States District Judge

## ADDENDUM B:  PROPOSED ISSUES AND STANDARDS OF REVIEW[*]

**Issue 1:**  Whether the district court erred by holding that, contrary to longstanding federal common law, there is no execution immunity for foreign-sovereign property held outside the United States.

> **Standard of review:**  This is a question of law that is reviewed *de novo.  See Am. Int'l Grp., Inc.* v. *Bank of Am. Corp.*, 712 F.3d 775, 778 (2d Cir. 2013).

**Issue 2:**  Whether the district court erred by holding that the Republic's shares in Argentine energy company YPF S.A., which are held and used in Argentina, fall within an exception to the Foreign Sovereign Immunities Act allowing for execution of a foreign state's property (1) "in the United States," (2) "used for a commercial activity in the United States," and (3) "used for the commercial activity upon which the claim is based."  28 U.S.C. § 1610(a)(2).

> **Standard of review:**  "[A] district court's legal conclusions under the FSIA" are reviewed *de novo.  Walters* v. *Indus. & Com. Bank of China, Ltd.*, 651 F.3d 280, 286 (2d Cir. 2011). "This includes determinations that a foreign state or its property is or is not protected by immunity." *Id.*

**Issue 3:**  Whether the district court erred by rejecting foundational principles of international comity in directing the Republic to take action in Argentina that would violate Argentine law.

> **Standard of review:**  A district court's application of international comity is reviewed for abuse of discretion.  *In re Vitamin C Antitrust Litig.*, 837 F.3d 175, 183 (2d Cir. 2016), *vacated on other grounds and remanded sub nom.*, *Animal Sci. Prods., Inc.* v. *Hebei Welcome Pharm. Co.*, 585 U.S. 33 (2018).  An abuse of discretion occurs when "(1) the court's decision rests on an error of law or clearly erroneous factual finding, or (2) its

---

[*] The Argentine Republic reserves the right to strike or modify any of these issues or to raise any other issues in the appeal.

decision cannot be located within the range of permissible decisions."  *Id.* (citation omitted).

**Issue 4:**  Whether the district court erred in construing C.P.L.R. § 5225 to provide for execution on foreign-sovereign property held outside the United States, in violation of both traditional common-law principles of international comity and international law.

> **Standard of review:**  A district court's "interpretation of a state statute" is reviewed *de novo. Pangea Cap. Mgmt., LLC* v. *Lakian*, 906 F.3d 1, 5 (2d Cir. 2018).

**Issue 5:**  Whether the district court erred under the act-of-state doctrine by ordering the Republic to transfer the YPF Shares, in violation of Argentine law prohibiting such transfer.

> **Standard of review:**  This is a question of law that is reviewed *de novo. See Am. Int'l Grp.*, 712 F.3d at 778.

### Addendum C

1. *Petersen Energia Inversora, S.A.U.* v. *Argentine Republic*, Nos. 23-7370, 23-7463, 23-7614 (2d Cir.)

2. *Eton Park Capital Management, L.P.* v. *Argentine Republic*, Nos. 23-7376, 23-7471, 23-7667 (2d Cir.)

3. *Eton Park Capital Management, L.P.* v. *Argentine Republic*, No. 25-1689 (2d Cir.)

4. *Bainbridge Fund Ltd* v. *Republic of Argentina*, No. 25-1686 (2d Cir.)