# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

August 4, 2025

Via ACMS

Catherine O'Hagan Wolfe,
 Clerk of the Court,
  United States Court of Appeals for the Second Circuit,
   Thurgood Marshall United States Courthouse,
    40 Foley Square,
     New York, NY 10007.

   Re: *Petersen Energía Inversora S.A.U. et al.* v. *Argentine Republic*, No. 25-1687; *Eton Park Capital Management, L.P., et al,* v. *Argentine Republic*, No. 25-1689

Dear Ms. Wolfe:

   On behalf of the Appellant the Argentine Republic, pursuant to Local Rule 31.2(a)(1)(A), we respectfully request that September 25, 2025 be set as the deadline for the filing of its opening brief in the appeals referenced above. That date is well "within 91 days after" July 21, 2025, the "ready date" on which we "certifi[ed] that no transcript will be ordered" because there are no transcribed proceedings. Local Rule 31.2(a)(1)(A).

   The Republic proposed an even more expedited briefing schedule to plaintiffs, who stated: "We don't think it makes sense for the parties to agree to a briefing schedule until after the Second Circuit rules on the pending stay motion," but that "[o]nce the Second Circuit rules on the pending stay motion, we would be happy to discuss agreeing on a briefing schedule." Thus, the parties may move this Court for a revised briefing schedule after this Court resolves the Republic's motion for a stay pending appeal.

Catherine O'Hagan Wolfe -2-

Respectfully,

/s/ Robert J. Giuffra, Jr.
Robert J. Giuffra, Jr.

cc: Counsel of Record (via ACMS)