# 25-1687

# In the United States Court of Appeals for the Second Circuit

PETERSEN ENERGIA INVERSORA S.A.U., PETERSEN ENERGIA S.A.U.,
*Plaintiffs-Appellees*,

v.

ARGENTINE REPUBLIC,
*Defendant-Appellant*.

On Appeal from the United States District Court
for the Southern District of New York
(No. 1:15-cv-02739) (Hon. Loretta A. Preska)

**STIPULATION FOR DEFERRED APPENDIX**

Pursuant to Federal Rule of Appellate Procedure 30(c) and Local Rule 30.1(c), the parties hereby stipulate to using a deferred appendix in this appeal.

Respectfully submitted,

| | |
|---|---|
| */s/ Paul D. Clement* | */s/ Robert J. Giuffra, Jr.* |
| Paul D. Clement | Jr. Robert J. Giuffra, Jr. |
| | |
| CLEMENT & MURPHY, PLLC | SULLIVAN & CROMWELL LLP |
| 706 Duke Street Alexandria, | 125 Broad Street |
| VA 22314 | New York, NY 10004 |
| (202) 742-8900 | (212) 558-4000 |
| paul.clement@clementmurphy.com | giuffrar@sullcrom.com |
| | |
| *Counsel for Plaintiffs-Appellees* | *Counsel for Defendant-Appellant the Argentine Republic* |

Dated: September 23, 2025

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2025, I caused the foregoing stipulation to be filed with the Clerk of the Court for the U.S. Court of Appeals for the Second Circuit through the ACMS system.

I certify that all participants in this case are registered ACMS users and that service will be accomplished by the ACMS system.

Dated: September 23, 2025

/s/ Paul D. Clement
Paul D. Clement

*Counsel for Plaintiffs-Appellees*