UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 25-1687

**Caption [use short title]**

**Motion for:** Expedited briefing schedule and oral argument.

Petersen Energía Inversora, S.A.U. v. Argentine Republic

**Set forth below precise, complete statement of relief sought:**

Plaintiffs-Appellees move to set the deadline for their response brief for Nov. 14, the reply brief for Dec. 12, and oral argument as soon as possible after the briefing is complete.

**MOVING PARTY:** Petersen Energia Inversora, S.A.U., et al.   **OPPOSING PARTY:** Argentine Republic

☒ Plaintiff  ☐ Defendant
☐ Appellant/Petitioner  ☒ Appellee/Respondent

**MOVING ATTORNEY:** Paul D. Clement   **OPPOSING ATTORNEY:** Robert J. Giuffra, Jr.

[name of attorney, with firm, address, phone number and e-mail]

Clement & Murphy PLLC
76 Duke St., Alexandria, VA 22314
202-742-8900; paul.clement@clementmurphy.com

Sullivan & Cromwell LLP
125 Broad St., New York, NY 10004
212-558-4000; giuffrar@sullcrom.com

**Court- Judge/ Agency appealed from:** S.D.N.Y. (Preska, J.)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes  ☐ No (explain):

Opposing counsel's position on motion:
☒ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☒ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested?  ☐ Yes  ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☐ Yes  ☒ No  If yes, enter date:

**Signature of Moving Attorney:**
_/s/ Paul D. Clement_   **Date:** Sept. 24, 2025   **Service:** ☒ Electronic  ☐ Other [Attach proof of service]

**Form T-1080** (rev. 10-23)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| PETERSEN ENERGIA INVERSORA, S.A.U., PETERSEN ENERGIA S.A.U.,<br><br>*Plaintiffs-Appellees*,<br><br>v.<br><br>ARGENTINE REPUBLIC,<br><br>*Defendant-Appellant.* | )<br>)<br>)<br>)<br>)<br>) No. 25-1687<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS-APPELLEES' UNOPPOSED MOTION TO EXPEDITE**

Plaintiffs-Appellees Petersen Energía Inversora, S.A.U. and Petersen Energía, S.A.U. ("Petersen") respectfully move to expedite briefing and argument in the above-captioned appeal, along with the companion appeals in *Bainbridge Fund LTD v. Republic of Argentina*, No. 25-1686 ("*Bainbridge*"), and *Eton Park Capital Management, L.P. v. Argentine Republic*, No. 25-1689 ("*Eton Park*"). Petersen has consulted with Defendant-Appellant Argentine Republic ("Argentina") and with the parties in the companion appeals, and no party opposes the requested relief.

In September 2023, the district court entered judgment for Petersen and its companion plaintiffs in *Eton Park* (together, "Plaintiffs") against Argentina, awarding $16.1 billion in damages for Argentina's clear breach of its contractual obligations. D.Ct.Dkt.493. Argentina appealed that judgment to this Court, and those appeals are fully briefed and set for oral argument on October 29, 2025. *See*

1

*Petersen Energía Inversora, S.A.U. v. Argentine Republic*, No. 23-7370; *Eton Park Capital Management, L.P. v. Argentine Republic*, No. 23-7376.

Back in September 2023, Argentina initially asked the district court for a stay of its judgment pending appeal, which the district court granted on conditions designed to protect Plaintiffs during the pendency of the principal appeal. *See* D.Ct.Dkt.527. However, Argentina declined to comply with those conditions, and chose not to seek a stay from this Court, leaving the judgment unstayed. Plaintiffs accordingly sought to collect on their unstayed judgment, including by moving for an order requiring Argentina to (i) transfer its YPF shares to a global custody account at Bank of New York Mellon ("BNYM"), and (ii) instruct BNYM to transfer the ownership interests in those shares to Plaintiffs' designees in partial satisfaction of the judgment. D.Ct.Dkt.555. On June 30, 2025, after receiving extensive briefing from the parties, the district court granted that motion. D.Ct.Dkt.742. On the same day, the district court also granted a similar turnover motion in *Bainbridge*.

On July 10, 2025, Argentina filed its notices of appeal from the district court's turnover orders in this case, *Eton Park*, and *Bainbridge*, along with motions to stay the challenged district court orders pending appeal. In those motions, Argentina made clear that it "would not object" to "expedited briefing on appeal." Dkt.15 at 21; *see Bainbridge* Dkt.6 at 6, 8; *Eton Park* Dkt.14 at 3, 21. Plaintiffs opposed

Argentina's motion for a stay pending appeal, but supported expedition. *See* Dkt.39 at 3, 21, 23; *Eton Park* Dkt.38 at 3, 21, 23.

On August 15, this Court granted Argentina's motions for a stay pending appeal. *See* Dkt.50; *Bainbridge* Dkt.40; *Eton Park* Dkt.49. Argentina's opening brief in each appeal is currently due on September 25, 2025. Dkt.49; *Bainbridge* Dkt.35; *Eton Park* Dkt.48.

As Plaintiffs explained in opposing Argentina's motion for a stay pending appeal (and as the district court recognized below), Plaintiffs face real and substantial injury from their ongoing inability to collect on their underlying (unstayed) judgment. Dkt.39 at 18-19; *see Eton Park* Dkt.38 at 18-19; D.Ct.Dkt.753 at 3 (recognizing that an unsecured stay of the turnover order "would plainly endanger Plaintiffs' rights"). In light of this Court's decision to stay the district court's turnover orders pending appeal, the only way to minimize that injury is to expedite the appellate process, which absent expedition can drag on for years, as the principal appeal amply demonstrates. Plaintiffs accordingly request that this Court enter the following moderately expedited schedule for this appeal and the companion appeals:

Opening brief: Sept. 25 (as currently scheduled)

Response brief: Nov. 14

Reply brief: Dec. 12

3

In addition, Plaintiffs respectfully request that this Court calendar this appeal and the companion appeals for oral argument as soon as possible after the parties' briefing is complete. Plaintiffs have conferred with Argentina and with the parties in the companion appeals, and no party opposes the proposed expedited schedule.

For the foregoing reasons, this Court should grant Plaintiffs-Appellees' unopposed motion and should expedite briefing and argument in the above-captioned case and its companion appeals in *Bainbridge Fund LTD v. Republic of Argentina*, No. 25-1686, and *Eton Park Capital Management, L.P. v. Argentine Republic*, No. 25-1689.

Respectfully submitted,

|  |  |
|---|---|
| MARK C. HANSEN<br>DEREK T. HO<br>ANDREW E. GOLDSMITH<br>KELLOGG, HANSEN, TODD, FIGEL<br>& FREDERICK, P.L.L.C.<br>1615 M Street, N.W., Suite 400<br>Washington, DC 20036 | s/Paul D. Clement<br>PAUL D. CLEMENT<br> *Counsel of Record*<br>C. HARKER RHODES IV<br>NICHOLAS A. AQUART<br>CLEMENT & MURPHY, PLLC<br>706 Duke Street<br>Alexandria, VA 22314<br>(202) 742-8900<br>paul.clement@clementmurphy.com |

*Counsel for Plaintiffs-Appellees*

September 24, 2025

4

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1(a), Plaintiffs-Appellees state the following:

Plaintiffs-Appellees Petersen Energía Inversora, S.A.U. and Petersen Energía, S.A.U. are nongovernmental corporate entities. Petersen Energía Inversora, S.A.U. is a Spanish corporation wholly owned by Petersen Energía Inversora Holdings, S.A.U., a Spanish corporation that in turn is wholly owned by Petersen Energía Inversora, S.A., a privately held Argentine corporation. Petersen Energía, S.A.U. is a Spanish corporation wholly owned by Petersen Inversiones Spain, S.A.U., a Spanish corporation that in turn is wholly owned by Petersen Energía Inversora, S.A., a privately held Argentine corporation. No public corporation owns 10% or more of the stock of either Petersen Energía Inversora, S.A.U. or Petersen Energía, S.A.U.

# CERTIFICATE OF COMPLIANCE
# WITH TYPE-VOLUME LIMITATION

I hereby certify that:

1. This response complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 668 words, excluding the parts of the response exempted by Fed. R. App. P. 32(f).

2. This response complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typestyle requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point font.

September 24, 2025

s/Paul D. Clement
Paul D. Clement

## CERTIFICATE OF SERVICE

I hereby certify that, on September 24, 2025, an electronic copy of this response was filed with the Clerk of Court using the ECF system and thereby served upon all counsel appearing in this case.

<u>s/Paul D. Clement</u>
Paul D. Clement