## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Petersen Energia Inversora, S.A.U. v. Argentine Republic     Docket No.: 25-01687

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Arturo Carlos Schultz

Firm: Sullivan & Cromwell LLP

Address: 125 Broad Street, New York, NY  10004-2498

Telephone: 212-558-4000     Fax: 212-558-3588

E-mail: schultzart@sullcrom.com

Appearance for: Argentine Republic / Defendant-Appellant
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Robert J. Giuffra, Jr. / Sullivan & Cromwell LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on July 18, 2025     OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Arturo Carlos Schultz

Type or Print Name: Arturo Carlos Schultz