# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of September, two thousand twenty-five.

Before:     Steven J. Menashi,
                  *Circuit Judge.*

_____

Bainbridge Fund LTD,

                 Plaintiff - Appellee,

    v.

The Republic of Argentina,

                 Defendant - Appellant.

_____

Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.,

                 Plaintiffs - Appellees,

    v.

Argentine Republic,

                 Defendant – Appellant.

_____

Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., Eton Park Fund, L.P.,

                 Plaintiffs - Appellees,

    v.

Argentine Republic,

                 Defendant – Appellant.

**ORDER**

Docket No. 25-1686

Docket No. 25-1687

Docket No. 25-1689

_____

Appellees move to expedite these appeals.

IT IS HEREBY ORDERED that the motions are GRANTED. Appellees' response briefs are due by November 14, 2025 and any reply briefs are due by December 12, 2025. Argument will be scheduled on an expedited basis, subject to the approval of the presiding Judge.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court