UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 25-1687

**Caption [use short title]**

**Motion for:** expansion of oral argument time allottment

Petersen Energia Inversora S.A.U. et al.

v. Argentine Republic

Set forth below precise, complete statement of relief sought:

Appellant respectfully requests that the Court allot the argument time in this and the related Eton Park appeal (25-1689) as follows: 20 minutes per side to the Republic and plaintiffs, with 5 minutes of the Republic's time ceded to the United States as amicus curiae. Plaintiffs do not oppose.

**MOVING PARTY:** Argentine Republic    **OPPOSING PARTY:**

☐ Plaintiff    ☐ Defendant
☒ Appellant/Petitioner    ☐ Appellee/Respondent

**MOVING ATTORNEY:** Robert J. Giuffra, Jr.    **OPPOSING ATTORNEY:**

[name of attorney, with firm, address, phone number and e-mail]

Sullivan & Cromwell LLP

125 Broad Street, New York, NY 10004

(212) 558-4000 / giuffrar@sullcrom.com

**Court- Judge/ Agency appealed from:** Southern District of New York (Preska, J.)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes ☐ No (explain):

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency:

Opposing counsel's position on motion:
☒ Unopposed ☐ Opposed ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☒ No ☐ Don't Know

Is the oral argument on motion requested? ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☒ Yes ☐ No  If yes, enter date: April 16, 2026

**Signature of Moving Attorney:**
/s/ Robert J. Giuffra, Jr.    **Date:** February 27, 2026    **Service:** ☒ Electronic ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

# 25-1687

## In the United States Court of Appeals for the Second Circuit

PETERSEN ENERGIA INVERSORA S.A.U., PETERSEN ENERGIA S.A.U.,
*Plaintiffs-Appellees*,

v.

ARGENTINE REPUBLIC,
*Defendant-Appellant*,

YPF S.A.,
*Defendant*.

On Appeal from the United States District Court
for the Southern District of New York
(No. 1:15-cv-02739) (Hon. Loretta A. Preska)

**UNOPPOSED REQUEST TO EXPAND
ORAL ARGUMENT TIME ALLOTMENT**

Pursuant to Second Circuit Rule 34.1(d) and Federal Rule of Appellate Procedure 27, the Argentine Republic hereby moves to expand the time allotment for oral argument in the above-captioned appeal. Plaintiffs do not oppose this motion.

1. These cases arise from claims brought by plaintiffs-appellees Petersen and Eton Park against defendant-appellant the Argentine Republic and defendant YPF S.A., an Argentine energy company. The district court entered two judgments against the Republic totaling $16.1 billion and dismissed all claims against YPF on summary judgment. The Republic appealed the judgments, plaintiffs cross-appealed the dismissal of their claims against YPF and the dismissal of their promissory estoppel claims against the Republic, and YPF conditionally cross-appealed the district court's damages decision.[1] Oral argument in those appeals was held on October 29, 2025. *See Petersen*, No. 23-7370, Dkt. 268; *Eton Park*, No. 23-7376, Dkt. 244.

In April 2024, while the appeals were pending, plaintiffs moved for turnover pursuant to New York C.P.L.R. § 5225 to partially satisfy the judgments against the Republic. Specifically, Plaintiffs asked the district court to order the Republic to transfer to New York its 51% share interest in YPF, which is held in Argentina. The Republic opposed, and the U.S. Government filed a Statement of Interest supporting the Republic. On June 30, 2025, the district court granted plaintiffs' motion. The Republic immediately appealed the turnover order and requested a stay pending appeal. This Court stayed the turnover order pending resolution of the Republic's

---

[1] *See Petersen Energía Inversora, S.A.U.* v. *Argentine Republic*, Nos. 23-7370(L), 23-7463, 23-7614; *Eton Park Capital Management, L.P.* v. *Argentine Republic*, Nos. 23-7376(L), 23-7471, 23-7667.

appeal. *See Petersen*, No. 25-1687, Dkt. 50; *Eton Park*, No. 25-1689, Dkt. 49. On February 26, 2026, this Court set oral argument in these two appeals for April 16, 2026. *See Petersen*, No. 25-1687, Dkt. 127; *Eton Park*, No. 25-1689, Dkt. 122.

2. The Republic requests that the Court allot 20 minutes of oral argument time to each of the Republic and plaintiffs. The Republic would then cede a quarter of its time to the United States as amicus curiae. The parties have conferred, and plaintiffs do not oppose the Republic's request.

3. The Advisory Committee has indicated that "where additional time is necessary it should be freely granted on a proper showing of cause therefor." Fed. R. App. P. 34, Advisory Committee Notes (1967). Here, two reasons support the expansion of argument time.

*First*, the complexity of these cases weighs in favor of extending oral argument time. In these appeals, the Republic has raised a range of arguments, including that: (i) longstanding federal common law forbids execution on foreign-sovereign property located outside the United States; (ii) the N.Y. C.P.L.R. does not authorize the forced transfer of such property; (iii) the turnover order violates the FSIA; and (iv) the turnover order violates principles of international comity and the act-of-state doctrine. Plaintiffs dispute each of the Republic's arguments.

*Second*, the importance of these cases weighs in favor of enlarging the time allocated for oral argument. The turnover order requires the Republic to transfer to

plaintiffs in New York its 51% share interest in Argentina's largest energy company, now held in Argentina. If upheld, this order could "have significant ramifications for the United States' foreign relations,"[2] for "the sovereignty of all nations,"[3] and for sovereigns' "participat[ion] in and contribut[ion] to the global economy."[4] The importance of these appeals is further evidenced by the multiple amicus briefs filed in these cases by a diverse set of stakeholders, including multiple foreign sovereign amici and the U.S. Government.

Expanding the allotted argument time to 20 minutes per side will allow the parties to present their arguments in an organized manner and allow this Court to ask questions on the full range of issues presented.

4. This Court has allocated additional oral argument time in similarly consequential cases, including in the merits appeal in these cases. *See, e.g.*, *Petersen*, No. 23-7370, Dkt. 261 (30 minutes per side); *Aurelius Cap. Master, Ltd., et al.* v. *Republic of Argentina*, No. 24-1209 (2d Cir. 2025), Dkt. 76 (30 minutes per side); *Boehringer Ingelheim Pharm., Inc.* v. *U.S. Dep't of Health & Hum. Servs.*, No. 24-2092 (2d Cir. 2025), Dkt. 222 (20 minutes per side); *Farhane* v. *United States of America*, No. 20-01666 (2d Cir. 2024), Dkt. 259 (25 minutes per side);

---

[2] *Petersen*, No. 25-1687, Dkt. 71 at 2.
[3] *Id.*, Dkt. 78 at 1.
[4] *Id.*, Dkt. 88 at 16.

*Make the Road New York* v. *Cuccinelli*, No. 19-03595 (2d Cir. 2020), Dkt. 391 (25 minutes per side).

5. The United States has expressed its interest in presenting oral argument. If the Republic's request for expanded time is granted, the Republic would cede five minutes of its time to permit the U.S. Government to present its arguments. This Court has previously permitted such a division of time. *See, e.g.*, *Ass'n of Contracting Plumbers of the City of N.Y., Inc.* v. *City of N.Y.*, No. 25-977 (2d Cir. 2026), Dkt. 79.

        Respectfully submitted,

        */s/ Robert J. Giuffra, Jr.*
        Robert J. Giuffra, Jr.

        SULLIVAN & CROMWELL LLP
        125 Broad Street
        New York, NY 10004
        (212) 558-4000
        giuffrar@sullcrom.com

        *Counsel for Defendant-Appellant the Argentine Republic*

Dated: February 27, 2026

**CERTIFICATE OF COMPLIANCE**

I hereby certify that this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 825 words.

I further certify that this motion complies with the requirements of Rules 27(d) and 32(a) because it has been prepared in 14-point font using a proportionally spaced typeface.

Dated: February 27, 2026

                                               */s/ Robert J. Giuffra, Jr.*
                                               Robert J. Giuffra, Jr.

                                               *Counsel for Defendant-Appellant the Argentine Republic*

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2026, I caused the foregoing motion to be filed with the Clerk of the Court for the U.S. Court of Appeals for the Second Circuit through the ACMS system.

I certify that all participants in this case are registered ACMS users and that service will be accomplished by the ACMS system.

Dated:  February 27, 2026

>  /s/ Robert J. Giuffra, Jr.
>  Robert J. Giuffra, Jr.
>
>  *Counsel for Defendant-Appellant the Argentine Republic*