UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 25-1687

**Caption [use short title]:** Petersen Energia Inversora S.A.U. et al. v. Argentine Republic

**Motion for:** clarification on oral argument time allotment.

Set forth below precise, complete statement of relief sought:

Appellant respectfully requests this Court clarify the time allotment for oral argument in the above-captioned and related appeals. Appellant also requests that the Court grant its pending unopposed motion for expansion of oral argument time.

**MOVING PARTY:** Argentine Republic
**OPPOSING PARTY:** Petersen Energia Inversora S.A.U. et al.

☐ Plaintiff   ■ Defendant
■ Appellant/Petitioner   ☐ Appellee/Respondent

**MOVING ATTORNEY:** Robert J. Giuffra, Jr.
**OPPOSING ATTORNEY:** Paul D. Clement

[name of attorney, with firm, address, phone number and e-mail]

Sullivan & Cromwell LLP
125 Broad Street, New York, NY 10004
(212) 558-4000 / giuffrar@sullcrom.com

Clement & Murphy, PLLC
706 Duke Street, Alexandria, VA 22312
(202) 742-8900 / paul.clement@clementmurphy.com

**Court- Judge/ Agency appealed from:** Southern District of New York (Preska, J.)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
■ Yes   ☐ No (explain):

Opposing counsel's position on motion:
■ Unopposed   ☐ Opposed   ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes   ✓ No   ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?   ☐ Yes   ☐ No
Has this relief been previously sought in this court?   ☐ Yes   ☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested?   ☐ Yes   ■ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?   ■ Yes   ☐ No   If yes, enter date: April 16, 2026

**Signature of Moving Attorney:**
/s/ Robert J. Giuffra, Jr.   **Date:** 03/11/2026   **Service:** ■ Electronic   ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

# 25-1687

## In the United States Court of Appeals for the Second Circuit

PETERSEN ENERGIA INVERSORA S.A.U., PETERSEN ENERGIA S.A.U.,
*Plaintiffs-Appellees*,

v.

ARGENTINE REPUBLIC,
*Defendant-Appellant*,

YPF S.A.,
*Defendant*.

On Appeal from the United States District Court
for the Southern District of New York
(No. 1:15-cv-02739) (Hon. Loretta A. Preska)

**THE ARGENTINE REPUBLIC'S UNOPPOSED MOTION
TO CLARIFY ORAL ARGUMENT TIME ALLOTMENT**

Pursuant to Second Circuit Rule 34.1(d) and Federal Rule of Appellate Procedure 27, the Argentine Republic hereby moves to clarify the time allotment for

oral argument in the above-captioned and related appeals.[1] Plaintiffs do not oppose this motion.

1. These cases arise from claims brought by plaintiffs-appellees Petersen and Eton Park against defendant-appellant the Argentine Republic and defendant YPF S.A., an Argentine energy company. The district court entered two judgments against the Republic totaling $16.1 billion and dismissed all claims against YPF. The parties filed various appeals, and oral argument was held on October 29, 2025. *See Petersen Energía Inversora, S.A.U.* v. *Argentine Republic*, No. 23-7370(L), Dkt. 268; *Eton Park Capital Management, L.P.* v. *Argentine Republic*, No. 23-7376(L), Dkt. 244.

While these merits appeals have been pending, two more sets of appeals have come to this Court.

*First*, the Republic filed identical but separate appeals of the district court's order in the *Petersen* and *Eton Park* cases granting plaintiffs' motion for turnover pursuant to New York C.P.L.R. § 5225 to partially satisfy the judgments against the Republic (the "Turnover Order Appeals"). *See Petersen Energía Inversora, S.A.U.* v. *Argentine Republic*, No. 25-1687; *Eton Park Capital Management, L.P.* v. *Argentine Republic*, No. 25-1689. On February 26, 2026, this Court set oral

---

[1] The Republic is simultaneously filing this motion on the following dockets: Nos. 25-1687, 25-1689, 25-2362, 25-2363.

argument in these appeals for April 16, 2026. *See Petersen*, No. 25-1687, Dkt. 127; *Eton Park*, No. 25-1689, Dkt. 122.

The Court also ordered that the two Turnover Order Appeals be heard in tandem with a third appeal involving the Republic and also arising from a turnover order, *Bainbridge Fund LTD* v. *The Republic of Argentina*, No. 25-1686. *See Petersen*, No. 25-1687, Dkt. 21; *Eton Park*, No. 25-1689, Dkt. 19. On March 10, 2026, the parties to the *Bainbridge* appeal requested that the Court hold that appeal in abeyance, in light of a pending settlement agreement. *See Bainbridge*, No. 25-1686, Dkt. 115.

*Second*, the Republic filed identical but separate appeals of the district court's order in the *Petersen* and *Eton Park* cases requiring the Republic to collect and produce communications on the personal cellphones and messaging applications of high-ranking current and former Argentine government officials (the "Personal Device Order Appeals"). *See Petersen Energía Inversora, S.A.U.* v. *Argentine Republic*, No. 25-2362; *Eton Park Capital Management, L.P.* v. *Argentine Republic*, Nos. 25-2363. On February 26, 2026, this Court also set oral argument in the Personal Device Order Appeals for April 16, 2026. *See Petersen*, No. 25-2362, Dkt. 77; *Eton Park*, No. 25-2363, Dkt. 65.

2. On February 27, 2026, the Republic filed an unopposed motion in the Turnover Order Appeals requesting an expansion of oral argument time. *See*

*Petersen*, No. 25-1687, Dkt. 128; *Eton Park*, No. 25-1689, Dkt. 123. The Republic also informed the Court that the United States has expressed its interest in presenting oral argument as amicus curiae, and that if the Republic's request for expanded argument time were granted, the Republic would cede a quarter of its time to the United States. *Id.* That motion is pending.

3. On March 3, 2026, this Court issued argument notices in both the Turnover Order Appeals and the Personal Device Order Appeals. *See Petersen*, No. 25-1687, Dkt. 131; *Eton Park*, No. 25-1689, Dkt. 126; *Petersen*, No. 25-2362, Dkt. 79; *Eton Park*, No. 25-2363, Dkt. 67. The argument notices provided for the following allotment of time: (1) in the *Petersen* Turnover Order Appeal, 8 minutes for Petersen and 4 minutes for the Republic; (2) in the *Eton Park* Turnover Order Appeal, 8 minutes for Eton Park and 4 minutes for the Republic; (3) in the *Petersen* Personal Device Order Appeal, 7 minutes for Petersen and 4 minutes for the Republic; and (4) in the *Eton Park* Personal Device Order Appeal, 7 minutes for Petersen and 3 minutes for the Republic. *Id.*

4. As written, the argument notices appear to divide time inequitably between plaintiffs and the Republic. They provide for 16 minutes for the plaintiffs and 8 minutes for the Republic in the Turnover Order Appeals, and 14 minutes for the plaintiffs and 7 minutes for the Republic in the Personal Device Order Appeals. To be clear, although Petersen and Eton Park have filed their own lawsuits, they

have sought and obtained identical turnover orders and discovery rulings, filed identical briefs and are represented by a single group of lawyers. For purposes of the allotment of oral argument time, they may be treated as one unit for both the Turnover Order Appeals and the Personal Device Order Appeals, as they were for the merits appeals oral argument.

5. The Republic thus requests clarification regarding the oral argument time allotted in these appeals as follows:

For the Turnover Order Appeals, the Republic requests that the Court grant its pending unopposed motion for expansion of oral argument time. If granted, the argument time would be divided as follows: 15 minutes for the Republic, 5 minutes for the United States, and 20 minutes for plaintiffs. This requested argument time is equal to the total allotted argument time across the turnover-related appeals (the *Petersen* and *Eton Park* cases and the *Bainbridge* case, in which the parties have requested a stay).

Alternatively, if the court denies the Republic's motion, the Republic requests that the Court divide the allotted oral argument time in the Turnover Order Appeals (24 minutes in total) evenly between plaintiffs and the Republic. The argument time would be divided as follows: 9 minutes for the Republic, 3 minutes for the United States, and 12 minutes for plaintiffs.

For the Personal Device Order Appeals, the Republic requests that the Court divide the allotted oral argument time (21 minutes in total) evenly between plaintiffs and the Republic. The argument time would be divided as follows: 10 minutes for the Republic, and 10 minutes for plaintiffs.

>Respectfully submitted,
>
>/s/ Robert J. Giuffra, Jr.
>Robert J. Giuffra, Jr.
>
>SULLIVAN & CROMWELL LLP
>125 Broad Street
>New York, NY 10004
>(212) 558-4000
>giuffrar@sullcrom.com
>
>*Counsel for Defendant-Appellant the Argentine Republic*

Dated: March 11, 2026

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 973 words.

I further certify that this motion complies with the requirements of Rules 27(d) and 32(a) because it has been prepared in 14-point font using a proportionally spaced typeface.

Dated: March 11, 2026

                                            */s/ Robert J. Giuffra, Jr.*
                                            Robert J. Giuffra, Jr.

                                            *Counsel for Defendant-Appellant the Argentine Republic*

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2026, I caused the foregoing motion to be filed with the Clerk of the Court for the U.S. Court of Appeals for the Second Circuit through the ACMS system.

I certify that all participants in this case are registered ACMS users and that service will be accomplished by the ACMS system.

Dated: March 11, 2026

<u>/s/ Robert J. Giuffra, Jr.</u>
Robert J. Giuffra, Jr.

*Counsel for Defendant-Appellant the Argentine Republic*