# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

BRUSSELS • FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

April 7, 2026

<u>Via ECF</u>

Catherine O'Hagan Wolfe,
    Clerk of the Court,
        United States Court of Appeals for the Second Circuit,
            Thurgood Marshall United States Courthouse,
                40 Foley Square,
                    New York, NY  10007.

        Re:    *Petersen Energía Inversora, S.A.U.* v. *Argentine Republic*,
               Nos. 25-576, 25-1687, 25-2362;
               *Eton Park Capital Management, L.P.* v. *Argentine Republic*,
               <u>Nos. 25-1689, 25-2363</u>

Dear Ms. Wolfe:

        The Republic of Argentina (the "Republic") submits this response to the Court's April 2, 2026 Order regarding Case Nos. 25-576, 25-1687, 25-1689, 25-2362, and 25-2363 (collectively, the "Post-Judgment Appeals").

        The Post-Judgment Appeals arise from proceedings related to the district court's $16.1 billion judgment against the Republic entered on September 15, 2023.  On March 27, 2026, this Court reversed the district court's $16.1 billion judgment.  *See Petersen Energía Inversora S.A.U.* v. *Argentine Republic*, No. 23-7370(L), Dkt. 279; *Eton Park* v. *Argentine Republic*, No. 23-7376(L), Dkt. 255.

Catherine O'Hagan Wolfe                                                    -2-

Because all of the Post-Judgment Appeals relate directly to the district court's now-reversed judgment, the Republic respectfully requests that this Court adjourn the oral arguments scheduled for April 16, 2026 *sine die* and hold all of the Post-Judgment Appeals in abeyance pending final disposition of any further rehearing or Supreme Court proceedings with respect to this Court's March 27 decision reversing the judgment in Nos. 23-7370(L) and 23-7376(L).

If the Court's March 27 decision reversing the judgment against the Republic is not vacated by this Court or the Supreme Court, the Post-Judgment Appeals would be moot. On the other hand, if this Court or the Supreme Court were to reinstate the judgment against the Republic, the Post-Judgment Appeals might be ripe for consideration by this Court. In either case, at the conclusion of any proceedings in this Court or the Supreme Court, the Republic respectfully requests the opportunity to submit additional briefing on the Republic's position on further proceedings in this Court and the district court, including vacatur of the district court rulings that are the subject of the Post-Judgment Appeals pursuant to *United States* v. *Munsingwear*, 340 U.S. 36 (1950).

Respectfully,

/s/  *Robert J. Giuffra, Jr.*
Robert J. Giuffra, Jr.

cc:      Counsel of Record (via ECF)